UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>22-20191-CR-WILLIAMS</u>

UNITED STATES OF AMERICA

    **Plaintiff,**

vs.

**ANDREW ALTURO FAHIE,**

    **Defendant.**

_____/

**DEFENDANT ANDREW ALTURO FAHIE'S NOTICE OF FILING
*EX PARTE* DOCUMENT PURSUANT TO COURT'S DIRECTION**

Defendant, Andrew Alturo Fahie, by and through undersigned counsel, hereby notices the production of an *ex parte* proffer regarding exculpatory statements in compliance with the Court's direction on January 8, 2024.

Dated: January 16, 2024.

                                                  Respectfully submitted,

                                                **VENABLE, LLP**
                                                Theresa M.B. Van Vliet, Esq.
                                                Fla. Bar No. 374040
                                                Joyce A. Delgado, Esq.
                                                Fla. Bar No. 1002228
                                                *Counsel for Defendant Andrew A. Fahie*
                                                200 East Broward Blvd., Suite 1110
                                                Fort Lauderdale, FL  33301
                                                Telephone: 954-453-8000
                                                Telefax: 954-453-8010

                                                By: <u>/s/ *Theresa M.B. Van Vliet*</u>
                                                          Theresa M.B. Van Vliet, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this Notice has been served upon all parties registered to receive electronic notice via CM/ECF Notification on this 16th day of January 2024.

By: /s/ *Theresa M.B. Van Vliet*
Theresa M.B. Van Vliet, Esq.