UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>22-20191-CR-WILLIAMS</u>

**UNITED STATES OF AMERICA**

    **Plaintiff,**

vs.

**ANDREW ALTURO FAHIE,**

    **Defendant.**
_____/

**<u>AGREED LIMITING INSTRUCTION
REGARDING THE "SIDE DEAL" BETWEEN
THE MAYNARDS AND THE CONFIDENTIAL SOURCE</u>**

The Parties, the United States, and the Defendant, Andrew Alturo Fahie ("**Mr. Fahie**" or "**Defendant**"), submit the following agreed limiting instruction to be given to the jury by the Court in relation to any evidence relating to the so called "side deal" between the Maynards and the Confidential Source.

Ladies and gentlemen, you have heard discussion in the Government's recordings, including those played today, of a so called "side deal" between Ms. Maynard, her son Mr. Maynard and the Confidential Source. The parties agree that Mr. Fahie had no knowledge of or involvement in those discussions or the "side deal." Thus, while you have heard the evidence, I instruct you that you may consider it only for the limited purpose it may have for impeachment or to put other comments on the recordings into context. You may not consider these discussions as evidence of Mr. Fahie's participation of the crimes alleged against him in this case.

Dated: January 29, 2024

                        Respectfully submitted,

                        **VENABLE, LLP**
                        Theresa M.B. Van Vliet, Esq.
                        Fla. Bar No. 374040
                        Joyce A. Delgado, Esq.
                        Fla. Bar No. 1002228
                        *Counsel for Defendant Andrew A. Fahie*
                        200 East Broward Blvd., Suite 1110
                        Fort Lauderdale, FL  33301
                        Telephone: 954-453-8000
                        Telefax: 954-453-8010

                        By: /s/ *Theresa M.B. Van Vliet*
                            Theresa M.B. Van Vliet, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served upon all parties registered to receive electronic notice via CM/ECF Notification on January 29, 2024.

        By: /s/ Theresa M.B. Van Vliet