✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES

V.

ANDREW ALTURO FAHIE

**EXHIBIT AND WITNESS LIST**

Case Number: 22-20191-CR-KMW(s)

| PRESIDING JUDGE<br>Kathleen M. Williams | | | PLAINTIFF'S ATTORNEY<br>Kevin Gerarde, AUSA | | DEFENDANT'S ATTORNEY<br>Theresa Van Vliet, Esq. |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>January 29, 2024 | | | COURT REPORTER<br>Patricia Sanders | | COURTROOM DEPUTY<br>Michael Santurufo |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 1 | 2/6/2024 | 1 | Y | Redacted photograph of confidential source |
| | 2 | 2/6/2024 | 2 | Y | Redacted photograph of confidential source |
| | 3 | 2/1/2024 | 3 | N | Pretrial Detention Hearing Transcript |
| | 4 | 2/6/2024 | 4 | Y | Two (2) page excerpt of messages between Baye Cisse and Defendant |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages