**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 22-cr-20191-KMW**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**

**ANDREW ALTURO FAHIE,**

      **Defendant.**

_____/

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

Defendant, Andrew A. Fahie ("**Mr. Fahie**"), by and through his undersigned counsel, hereby files his Unopposed Motion to Continue the presently set sentencing hearing on April 29, 2024. In support, Mr. Fahie states as follows:

1.      Mr. Fahie was arrested on April 28, 2022, and charged in a complaint filed in the Southern District of Florida [D.E. 1]. Mr. Fahie had his Initial Appearance the following day, April 29, 2022, before the Honorable Magistrate Judge Jonathan Goodman [D.E. 6].

2.      The trial in this case began on January 29, 2024. At issue were four (4) charges brought by the Government which included a conspiracy to import a mixture and substance containing a detectable amount of cocaine into the United States from a place outside thereof (Count I); conspiracy to commit money laundering (Count II); attempted money laundering (Count III); and interstate travel in aid of racketeering (Count IV).

3.      The jury reached a verdict at 5:365 p.m. on February 8, 2024. The verdict as published in open court was that Mr. Fahie was guilty on all counts, with the listed amounts of controlled substances, conspiratorial objects, and specified unlawful activities listed in the verdict form being selected.

4.      The Court remanded Mr. Fahie and set his sentencing hearing for April 29, 2024.

5.      On March 5, 2024, Mr. Fahie sat for his presentencing interview before a United States Probation Officer.

6.      The Draft Presentencing Investigation Report ("**PSR**") was filed on March 26, 2024 (DE 263).

7.      However, undersigned counsel has prepaid travel plans and is unavailable from April 6, 2024, through April 22, 2024, and requires additional time to finalize potential objections the Draft PSR, finalize any objections to the final PSR, and finalize a sentencing memorandum before the current sentencing date.

8.      Accordingly, Mr. Fahie requests that the sentencing hearing be continued to a date in late June 2024 to allow sufficient time for a meaningful response to the PSR.

9.      Undersigned counsel has conferred with counsel for the Government, who does object to the relief requested herein and likewise agrees to a continued sentencing hearing in the last two (2) weeks of June 2024.

WHEREFORE, Defendant, Andrew Alturo Fahie, respectfully requests an order: (i) granting this Motion; (ii) continuing the sentencing hearing from April 29, 2024, until the last two (2) weeks of June 2024 or a date as soon thereafter as the Court and counsel are available; and (iii) for any other relief the Court deems just and proper.

Respectfully submitted,

**VENABLE LLP**
Theresa M.B. Van Vliet, Esq.
Fla. Bar No. 374040
Joyce A. Delgado, Esq.
Fla. Bar No. 1002228
*Counsel for Defendant Andrew A. Fahie*
200 East Broward Blvd., Suite 1110
Fort Lauderdale, FL  33301

Telephone: 954-453-8000
Telefax: 954-453-8010

By: /s/  Theresa M.B. Van Vliet
      Theresa M.B. Van Vliet, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion has been served upon all parties registered to receive electronic notice via CM/ECF Notification on this 4th day of April, 2024.

By: /s/  Theresa M.B. Van Vliet

3