**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-cr-20191-KMW**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

**ANDREW ALTURO FAHIE,**

    **Defendant.**

_____/

**SECOND UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

Defendant, Andrew A. Fahie ("**Mr. Fahie**"), by and through his undersigned counsel, hereby files his Second Unopposed Motion to Continue the presently set sentencing hearing on June 25, 2024. In support, Mr. Fahie states as follows:

1.  Mr. Fahie was arrested on April 28, 2022, and charged in a complaint filed in the Southern District of Florida [D.E. 1]. Mr. Fahie had his Initial Appearance the following day, April 29, 2022, before the Honorable Magistrate Judge Jonathan Goodman [D.E. 6].

2.  The trial in this case began on January 29, 2024. At issue were four (4) charges brought by the Government which included a conspiracy to import a mixture and substance containing a detectable amount of cocaine into the United States from a place outside thereof (Count I); conspiracy to commit money laundering (Count II); attempted money laundering (Count III); and interstate travel in aid of racketeering (Count IV).

3.  The jury reached a verdict at 5:36 p.m. on February 8, 2024. The verdict as published in open court was that Mr. Fahie was guilty on all counts, with the listed amounts of controlled substances, conspiratorial objects, and specified unlawful activities listed in the verdict form being selected.

4. The Court remanded Mr. Fahie and set his sentencing hearing for April 29, 2024 (the "**Sentencing Hearing**").

5. On March 5, 2024, Mr. Fahie sat for his presentencing interview before a United States Probation Officer.

6. The Draft Presentencing Investigation Report ("**PSR**") was filed on March 26, 2024 [D.E. 263].

7. On April 4, 2024, Mr. Fahie filed his Unopposed Motion to Continue Sentencing Hearing [D.E. 265] (the "**Motion to Continue Sentencing Hearing**") and the Court entered the Paperless Order Granting the Motion to Continue Sentencing Hearing which reset the sentencing hearing for June 25, 2024 at 2:00 p.m. (the "**Continued Sentencing Hearing**").

8. The undersigned counsel has developed a personal conflict that cannot be rescheduled for June 25, 2024. Mr. Fahie has been advised of the instant request and concurs. The undersigned will file Mr. Fahie's objections to the PSR no later than June 7, 2024.

9. Undersigned counsel has conferred with counsel for the Government, who does object to the relief requested herein and is available for a continued sentencing hearing on August 5, 2024 at 2:00 p.m., as is Mr. Fahie's co-counsel.

WHEREFORE, Defendant, Andrew Alturo Fahie, respectfully requests an order: (i) granting this Motion; (ii) continuing the sentencing hearing from June 25, 2024 to August 5, 2024 at 2:00 p.m.; and (iii) for any other relief the Court deems just and proper.

Dated: June 4, 2024.

Respectfully submitted,

**VENABLE LLP**
*Counsel for Defendant Andrew A. Fahie*
200 East Broward Blvd., Suite 1110
Fort Lauderdale, FL  33301
Telephone: 954-453-8000

Telefax: 954-453-8010

By: /s/  Theresa M.B. Van Vliet
Theresa M.B. Van Vliet, Esq.
Fla. Bar No. 374040

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion has been served upon all parties registered to receive electronic notice via CM/ECF Notification on this 4th day of June, 2024.

By: /s/  Theresa M.B. Van Vliet