**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-20191-CR-WILLIAMS**

**UNITED STATES OF AMERICA**

**vs.**

**ANDREW ALTURO FAHIE,**

     **Defendant.**

_____/

**UNOPPOSED MOTION FOR A SEVEN (7) DAY EXTENSION OF TIME TO FILE**
**RESPONSE TO DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION**
**REPORT**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this motion for an extension of time to file its response to defendant Andrew Alturo Fahie's *Objections to Presentence Investigation Report* (DE 274).   In support thereof, the government states:

1.     The defendant was charged in a superseding indictment with conspiracy to import a controlled substance, conspiracy to engage in money laundering, attempted money laundering, and interstate and foreign travel in aid of racketeering (DE 61)

2.     On January 24, 2024, the defendant's jury trial began and on February 8, 2024, the jury returned a verdict finding the defendant guilty of each count (DE 225, 254).

3.     The Court scheduled the defendant's sentencing hearing for April 29, 2024, and that hearing has been continued to August 5, 2024.

4     On March 26, 2024, the defendant's draft presentence investigation report was disclosed to the parties (DE 263) and on June 7, 2024, the defendant filed objections to the draft presentence investigation report, which the government in part opposes.

5.      Pursuant to Local Rule 7.1(c)(1), responses in opposition to motions must be filed within fourteen (14) days of service of the motion.   Since the defendant's objections were filed on June 7, the government's response is due June 21, 2024.

6.      On June 18, 2024, the undersigned's fiancé underwent surgery to repair a complete anterior cruciate ligament tear in her left knee.   Except for essential court appearances, the undersigned has been on leave in order to provide post-operative care.   As a result, the undersigned has been unable to complete his response to the defendant's objections to the presentence investigation report.

7.      The undersigned conferred with counsel for the defendant who indicated she has no objection to the government's request for an additional week to respond.

[This space intentionally left blank.]

For the foregoing reasons, the United States respectfully requests a seven (7) day extension of time to file its response to the defendant's objections to the presentence investigation report.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:      */s/Kevin D. Gerarde*
Kevin D. Gerarde
Assistant United States Attorney
Fla Bar No. 113844
11200 NW 20th Street, Suite 101
Miami, Florida 33172
Tel: (305) 715-7648
Email: Kevin.Gerarde@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 21, 2024, a true and correct copy of the foregoing was filed via CM/ECF and served upon all counsel via electronic notification.

*/s/Kevin D. Gerarde*
Kevin D. Gerarde
Assistant United States Attorney

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-20191-CR-WILLIAMS**

**UNITED STATES OF AMERICA**

**vs.**

**ANDREW ALTURO FAHIE,**

    **Defendant.**

_____/

**ORDER GRANTING**
**UNOPPOSED MOTION FOR A SEVEN (7) DAY EXTENSION OF TIME TO FILE**
**RESPONSE TO DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION**
**REPORT**

This cause comes before the Court on the government's *Unopposed Motion for a Seven (7) Day Extension of Time to File Response to Defendant's Objections to Presentence Investigation Report*.   Upon review of that motion, and the Court being otherwise fully advised in the circumstances, it is hereby

ORDERED AND ADJUDGED that the United States' motion for an extension of time is GRANTED.   The United States shall have through June 28, 2024, to serve its response to defendant Andrew Fahie's objections to the presentence investigation report (DE 274).

DONE AND ORDERED in Miami-Dade County, Florida, this _____ day of June 2024.

 

 

                                        _____
                                        HONORABLE KATHLEEN WILLIAMS
                                        UNITED STATES DISTRICT JUDGE

Cc:
    Theresa Van Vliet, Esq.
    Kevin D. Gerarde, AUSA