UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cr-20191-KMW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW ALTURO FAHIE,

    Defendant.

_____/

## NOTICE OF APPEAL

Defendant, ANDREW ALTURO FAHIE, by and through his undersigned counsel, hereby files this Notice of Appeal of the Judgment and Sentence imposed in this case.

Respectfully submitted,

RICHARD F. DELLA FERA, P.A.
500 East Broward Blvd., Suite 1710
Fort Lauderdale, FL 33394
Telephone:   (954) 848-2872
Facsimile:   (954) 848-2873
Email: rdf@rdfattorney.com
      admin@rdfattorney.com

By:  */s/ Richard F. Della Fera*
     RICHARD F. DELLA FERA
     Fl. Bar No. 66710

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 20, 2024, I electronically filed the foregoing document with the Clerk of Court using CM ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the service list below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing and by U.S. Mail to Andrew Alturo Fahie, Reg No. 07491-506, FCI Tallahassee, P.O. Box 5000, Tallahassee, FL 32314.

:

                                                  By:   */s/ Richard F. Della Fera*
                                                          RICHARD F. DELLA FERA