UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cr-20191-KMW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW ALTURO FAHIE,

    Defendant.

_____/

**MOTION FOR LEAVE TO WITHDRAW
AND FOR APPOINTMENT OF APPELLATE COUNSEL**

RICHARD F. DELLA FERA, PA, by and through undersigned counsel, hereby files this Motion for Leave to Withdraw and for Appointment of Appellate Counsel and as grounds therefor states:

1. Undersigned counsel entered an appearance in this case following the conviction and in advance of sentencing.

2. As part of his representation, undersigned counsel reviewed the extensive court docket and pleadings.

3. Undersigned counsel had several meetings with Defendant at the FDC to discuss his case, including review of materials related to sentencing and prepare for sentencing.

4. Undersigned counsel participated in strategizing with co-counsel concerning the objections to the PSR, the Government's Objections to PSR and Defendant's Sentencing Memorandum.

5. Undersigned counsel reviewed and monitored the sentencing proceedings of Defendant's co-defendants to prepare for Defendant's sentencing.

6. Undersigned counsel traveled to Tortola, BVI prior to sentencing and met with Defendant's family as well as others to gather mitigating evidence to present at sentencing.

7. Undersigned counsel conferred with associates of Defendant concerning the presentation of character letters on behalf of sentencing.

8. Undersigned counsel appeared at sentencing and advocated for leniency.

9. It was contemplated at the time counsel was initially retained by Defendant that counsel would ultimately act as Defendant's appellate counsel and the full payment for that representation would be made prior to the filing of the notice of appeal.

10. Due to unforeseen circumstances, Defendant without the means to make full payment to counsel to handle the appeal.

11. Undersigned counsel has perfected Defendant's right to appeal by filing a notice of appeal.[1] DE 296

12. Therefore, the undersigned seeks leave of this Court to withdraw as counsel for Defendant.

13. Moreover, as Defendant is unable to afford to pay for an appellate attorney it is requested that the Court appoint him appellate counsel.

WHEREFORE RICHARD F. DELLA FERA, PA prays that this Honorable Court grant its Leave to Withdraw and to appoint of Appellate Counsel

    Respectfully submitted,

    RICHARD F. DELLA FERA, P.A.
    500 East Broward Blvd., Suite 1710
    Fort Lauderdale, FL 33394
    Telephone:   (954) 848-2872
    Facsimile:   (954) 848-2873
    Email: rdf@rdfattorney.com
        admin@rdfattorney.com

---

[1] Counsel paid the $605.00 filing fee from counsel's own funds.

By: */s/ Richard F. Della Fera*
    RICHARD F. DELLA FERA
    Fl. Bar No. 66710

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 20, 2024, I electronically filed the foregoing document with the Clerk of Court using CM ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the service list below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing and by U.S. Mail to Andrew Alturo Fahie, Reg No. 07491-506, FCI Tallahassee, P.O. Box 5000, Tallahassee, FL 32314.

By: */s/ Richard F. Della Fera*
RICHARD F. DELLA FERA