UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-CR-20191-KMW(s)

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

**ANDREW ALTURO FAHIE,**

    **Defendant.**

_____/

**<u>MOTION TO LEAVE TO WITHDRAW AS COUNSEL OF RECORD</u>**

VENABLE LLP and the undersigned counsel, hereby moves the Court for leave to withdraw as counsel of record for Mr. Fahie.

1. On February 8, 2024, Mr. Fahie was found guilty by jury trial of Counts One through Four of a five-count Superseding Indictment. Count One charged him with conspiracy to import five kilograms or more of cocaine, in violation of 21 U.S.C. §§ 952(a) and 963; Count Two charged him with conspiracy to engage in money laundering, in violation of 18 U.S.C. § 1956(h); Count Three charged him with attempted money laundering, in violation of 18 U.S.C. § 1956(a)(2)(A); and Count Four charged him with foreign travel in aid of racketeering, in violation of 18 U.S.C. § 1952(a)(3). Mr. Fahie was not named in Count Five of the Superseding Indictment.

2. Mr. Fahie was sentenced on August 5, 2024. The Court imposed the following sentence: imprisonment for a term of 135 months as to Counts 1 through 4 of the Indictment; followed by 5 years supervised release; a special assessment of $400.00.

3. A protective Notice of Appeal was timely filed, after the Court granted a brief extension of time, on September 19, 2024. (DE 296).

4.     Richard Della Fera, P.A. also filed its Motion for Leave to Withdraw and for Appointment of Appellate Counsel on September 19, 2024.  (DE 297).  Mr. Della Fera was originally intended to serve as appellate counsel but now moves to withdraw based on Mr. Fahie's inability to retain him.  Mr. Della Fera also moves the Court to appoint counsel to Mr. Fahie for purposes of the appeal.

5.     The undersigned was retained solely through the sentencing in this case with Mr. Fahie's understanding and agreement.  The Court is familiar with the undersigned's representation of the Defendant throughout the proceedings since he was originally arrested on April 28, 2022 and through sentencing.

6.     The undersigned is, of course, willing to assist Mr. Fahie without charge in the context of any Court proceeding relating to the request for appointment of appellate counsel.

In light of the foregoing, the undersigned respectfully requests that the Court grant VENABLE LLP and undersigned counsel's motion to withdraw as counsel of record for Mr. Fahie as set forth above.

Dated:  September 19, 2024.

Respectfully submitted,

**VENABLE LLP**
*Counsel for Defendant Andrew A. Fahie*
200 East Broward Blvd., Suite 1110
Fort Lauderdale, FL  33301
Telephone: 954-453-8000
Telefax: 954-453-8010

By: /s/ Theresa M.B. Van Vliet
     Theresa M.B. Van Vliet, Esq.
     Fla. Bar No. 374040
     tmvanvliet@venable.com
     Joyce A. Delgado, Esq.
     Fla. Bar No. 1002228
     jadelgado@venable.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served upon all parties registered to receive electronic notice via CM/ECF Notification on September 19, 2024.

By: /s/ *Theresa M.B. Van Vliet, Esq.*