```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                           MIAMI DIVISION
 3              CASE NUMBER 22-20191-CR-WILLIAMS
 4
    UNITED STATES OF AMERICA,
 5
               Plaintiff,                    Courtroom 11-3
 6
        vs.                                  Miami, Florida
 7
    ANDREW ALTURO FAHIE,                     June 13, 2022
 8
               Defendant.
 9  ----------------------------------------------------------
10                        NEBBIA HEARING
              BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
11                  UNITED STATES DISTRICT JUDGE
    ----------------------------------------------------------
12
    APPEARANCES:
13
    FOR THE GOVERNMENT:      FREDERIC SHADLEY, AUSA,
14                           (Appearing Via Zoom) and
                             SHANE BUTLAND, AUSA
15                           United States Attorney's Office
                             99 Northeast Fourth Street
16                           Miami, Florida 33132
                                               305-961-9000
17                                        Fax: 305-530-7976
18  FOR THE DEFENDANT:       THERESA M. BAILEY VAN VLIET, ESQ.
                             Genovese Joblove & Battista, P.A.
19                           200 East Broward Boulevard
                             Suite 1110
20                           Fort Lauderdale, Florida
                                               305-349-2300
21                                        Fax: 305-349-2310
22                           JOYCE A. DELGADO, ESQ.
                             Venable LLP
23                           100 Southeast 2nd Street
                             Suite 4400
24                           Miami, Florida 33131
                                               954-453-8000
25
```

```
 1  ALSO PRESENT:              ROBERT GARCIA, Probation Officer
                               United States Probation Office
 2
    REPORTED STENOGRAPHICALLY
 3  BY:                        GILDA PASTOR-HERNANDEZ, RPR, FPR, FPR-C
                               Official United States Court Reporter
 4                             Wilkie D. Ferguson Jr. US Courthouse
                               400 North Miami Avenue - Suite 12-2
 5                             Miami, Florida  33128   305.523.5118
                               gphofficialreporter@gmail.com
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        TABLE OF CONTENTS
 2                                                         Page
 3
 4   Reporter's Certificate .................................. 11
 5
 6
 7
 8
                              EXHIBITS
 9
     Exhibits              Marked for           Received
10                         Identification       in Evidence
11   Description             Page    Line        Page   Line
12
                              (None)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1        (The following proceedings were held at 10:00 a.m.)

2            THE COURTROOM DEPUTY:  Calling Case Number 22-CR-20191,

3   United States of America versus Andrew Fahie.

4            Counsel please state your appearance for the record

5   beginning with the Government.

6            MR. SHADLEY:  Your Honor, Fritz Shadley for the United

7   States, appearing remotely via Zoom, and I believe AUSA Shane

8   Butland is in person in the courtroom for today's hearing.

9            MR. BUTLAND:  Yes, good morning, Your Honor.

10           THE COURT:  Good morning, Mr. Butland, and good

11  morning, Mr. Shadley.

12           And on behalf of the defendant.

13           MS. VAN VLIET:  Good morning, Your Honor.  Theresa Van

14  Vliet and Joyce Delgado on behalf of the Defendant Andrew Fahie,

15  spelled F-a-h-i-e, who is present in court.

16           THE COURTROOM DEPUTY:  Sorry.

17           THE COURT:  Good morning.

18           MS. VAN VLIET:  Good morning.

19           THE COURT:  And our probation officer?

20           THE PROBATION OFFICER:  Hi, Judge.  Robert Garcia on

21  behalf of the U.S. Probation.

22           THE COURT:  Good morning.

23           All right.  Everyone may be seated.

24           So we are having a kind of hybrid hearing, because

25  unfortunately, Mr. Shadley had an encounter with COVID and did

1  not want to put us in peril and I appreciate that.  I appreciate
2  Mr. Butland being here.
3           It seems we are coming to some resolution, if I could
4  call it that, and I wonder, Ms. Van Vliet, if you could update
5  me on where we are in terms of the bond situation.
6           MS. VAN VLIET:  Certainly, Your Honor.
7           Where we last left it, the Court had imposed one
8  additional condition to the bond that the magistrate set, that
9  being a waiver of extradition by the defendant.  AUSA Shadley
10 and I have gone back and forth with documents.  The OIA, the
11 Office of International Affairs at Main Justice has suggested
12 language that's incorporated in this document, which if the
13 Court signs off on the bond and the Nebbia condition, we're
14 ready to file today.
15          The Court also made comments with regard to the
16 magistrate judge's imposition of a Nebbia requirement which is
17 part of the course obviously in a case of a bond.  We went back
18 and forth, got a number of documents from the individual who's
19 posing the 75,000 -- a beg your pardon -- premium for the
20 $500,000 corporate surety bond.  We've submitted affidavits and
21 documentation to the Government.  They've reviewed it.  They
22 came back with some questions.  We answered the questions.  We
23 submitted to the Court the exact same package that the
24 Government has for its review.
25          I think it was Friday, I can't remember exactly when,

1  AUSA Shadley indicated that he had had an opportunity to review
2  that package and communicated to me that the Government was no
3  longer in opposition to our contention that we met the Nebbia
4  requirements.  I then notified the Court via its email and asked
5  AUSA Shadley to confirm via an email and he kindly did.  And
6  hopefully, I've not messed any of that up and I'm sure Fritz can
7  correct me if I'm wrong, but I think we're at a point of
8  agreement.
9           I was frankly just getting ready to go through with
10 Pretrial Services that I had caught all of the bond conditions,
11 the special conditions, in the paperwork that I've got before me
12 and have signed.
13          THE COURT:  Okay.  It's a pretty good summary.  Thank
14 you, Ms. Van Vliet.
15          MS. VAN VLIET:  You're welcome.
16          THE COURT:  Mr. Shadley, do you take issue with any of
17 Ms. Van Vliet's recitation?
18          MR. SHADLEY:  No, Your Honor.  That was accurate and
19 thorough, and Ms. Van Vliet is correct, we do not object to the
20 Nebbia condition being met and the proposed financial surety and
21 the source of the funds in this case.  So from our perspective,
22 things are good to proceed on that end.
23          THE COURT:  Okay.  So let's recap.
24          We have a waiver of extradition that Justice has
25 reviewed and language that OIA proposed is in the waiver that

1  Ms. Van Vliet has with her today.  The Government agrees that
2  the Nebbia for the corporate surety has been fulfilled.  The
3  only thing I think that remains is the separate personal surety
4  bond paperwork, and then I think this Court's conditions of bond
5  will have been addressed.
6         So Mr. Shadley, is there anything else?  I think I left
7  the last hearing by asking, understanding the Government's
8  position, if there were additional conditions, and again, the
9  conditions were the Nebbia, the personal surety, the
10 extradition, GPS monitoring, no leaving the apartment for any
11 reason.  Ms. Van Vliet will travel for at least a month or two
12 until we see how this all settles.
13        Was there anything I missed or anything Mr. Shadley you
14 thought of that you might want to include?
15        MR. SHADLEY:  Thank you, Judge.  We have no additional
16 conditions to propose in addition to what the Court added last
17 time.  So as long as Ms. Van Vliet's paperwork reflects all the
18 conditions imposed by this Court and the magistrate judge, that
19 would be obviously sufficient for our purposes.
20        THE COURT:  All right.  And yes, Mr. Garcia?
21        THE PROBATION OFFICER:  Judge, I just wanted some
22 clarification.  I wasn't here at the last hearing, but when the
23 Court imposed a $500,000 personal surety, the Court wanted a
24 friend to cosign.
25        THE COURT:  Yes.

1           THE PROBATION OFFICER:  I don't have the name of that
2    friend.
3           THE COURT:  That was the individual who was present in
4    court on that date and frankly -- Yes, yes.
5           MS. VAN VLIET:  It was -- may I Judge?  You required a
6    $500,000 personal surety bond to be cosigned by Mr. Devin
7    Osbourne, who's present in court and who has signed the bond
8    paperwork, and the defendant's two daughters --
9           THE COURT:  Correct.
10          MS. VAN VLIET:  -- who are also present in court and
11   who have also signed the bond paperwork.
12          The corporate surety bondsman is also here.  I haven't
13   had him sign yet because you had already taken the bench, but
14   that's ready to go and squared away.
15          I think I have all the conditions that both the
16   magistrate judge set forth and the additional ones that you did.
17   The additional ones that you didn't just refer to are that the
18   children were to surrender their passports, their travel
19   documents, both the UK and US.
20          THE COURT:  Correct.  I think the magistrate judge
21   had --
22          MS. VAN VLIET:  Yes, correct.  And then there were
23   other conditions that she did, not traveling obviously to
24   airports, which is kind of a moot point, since he's not going
25   anywhere right now but the girls' apartment.

1           THE COURT:  One hopes.

2           MS. VAN VLIET:  Exactly.

3           THE COURT:  Okay.  Well, it seems Mr. Shadley,
4  Mr. Butland, Ms. Van Vliet, we have everything we need but the
5  Court's signature on documents.  So what I think we can do is
6  have Mr. Butland and Ms. Van Vliet, one final go-through on the
7  paperwork, have our probation officer review, send it back to
8  me, I'll take a few moments, and once I've signed, everyone can
9  then go forward with the next step which I would imagine
10 involves Mr. Fahie being released.

11          MS. VAN VLIET:  After the Court signs and the Clerk's
12 Office issues a release order to the Marshals Service and the
13 bond is posted, then that process happens.

14          THE COURT:  Okay.  Mr. Shadley, before I conclude the
15 open hearing, is there anything else that the Government needs
16 or wishes to address before we start looking over paperwork and
17 get to signatures?

18          MR. SHADLEY:  Nothing further, Your Honor, apart from
19 thanking the Court for allowing me to appear remotely today.  I
20 do appreciate it.

21          THE COURT:  I want everyone to feel safe when they're
22 participating in court, and I'm happy to accommodate you,
23 Mr. Shadley.

24          All right.  That will do it for today's in court
25 proceeding.  I'm going to adjourn.  Again, Ms. Van Vliet

1  Mr. Butland, our probation officer, look over the documents.  My
2  courtroom deputy will bring them back.  I'll take a final
3  look-through, and if there are no glaring issues or typos, I'll
4  sign off and we can proceed.
5         Now, have I entered a scheduling order?  I actually
6  don't even know.
7         MS. VAN VLIET:  Yes, you have.  You've currently set
8  the trial for July 18 which might be a little --
9         THE COURT:  Optimistic.
10        MS. VAN VLIET:  Very.  I'm not dinging the Government
11 on this, but we haven't had the discovery yet, primary because
12 there were, as I understand it, download issues, and of course,
13 Mr. Shadley was ill.  So as soon as I get it, honestly and can
14 go through it and figure out how much we're dealing with and can
15 kind of come up with a sensible, you know, motion to continue
16 it, I'm representing to the Court that I likely will be doing
17 that.
18        THE COURT:  So I understand, and so then, if you would,
19 Ms. Van Vliet, Mr. Shadley, review the discovery package to get
20 a sense of a realistic trial date, let the Court know.  Of
21 course, an additional document Mr. Fahie will sign is a waiver
22 of speedy trial, and then I will reset it to a time not so near
23 in the future and have a more realistic idea of when we could
24 try this case.
25        MS. VAN VLIET:  And I also note, Judge, that one of the

1  codefendants, Kadeem Maynard, is, as I understand it, right now
2  in Puerto Rico kind of winding his way to the Southern District.
3  So I don't exactly know when he's expected to arrive.
4          THE COURT:  Okay.  All right.  Well, the parties will
5  keep me apprised of these developments.
6          Thank you all and we're adjourned.
7          MS. VAN VLIET:  Thank you.
8          MR. SHADLEY:  Thank you, Judge.
9          THE COURT SECURITY OFFICER:  All rise.
10     (The hearing was concluded at 10:12 a.m.)
11
12                      C E R T I F I C A T E
13     I hereby certify that the foregoing is an accurate
14  transcription of proceedings in the above-entitled matter.
15
16  __02-20-25_____           _____
       DATE                    GILDA PASTOR-HERNANDEZ, RPR, FPR, FPR-C
17                             Official United States Court Reporter
                               Wilkie D. Ferguson Jr. U.S. Courthouse
18                             400 North Miami Avenue, Suite 12-2
                               Miami, Florida  33128    305.523.5118
19                             gphofficialreporter@gmail.com
20
21
22
23
24
25