UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF Florida
MIAMI DIVISION
CASE NUMBER 22-CR-2019-KMW

UNITED STATES OF AMERICA


     vs.

ANDREW ALTURO FAHIE

---

TRIAL HELD 1-30-2024
BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE

---

**APPEARANCES:**

FOR THE UNITED STATES:      **Kevin Gerarde, A.U.S.A.**
                            **Sean McLaughlin, A.U.S.A.**


FOR THE DEFENDANT:          Theresa M. Van Vliet, ESQ.
                            **Joyce Delgado, ESQ.**


REPORTED BY:                PATRICIA SANDERS, RPR
                            United States Court Reporter
                            400 North Miami Avenue, Suite 11-3
                            Miami, FL  33128
                            T: 305.523.5528
                            **Patricia_sanders@flsd.uscourts.gov**

1

09:40  2          THE COURT:  All right. Our jurors have all now

09:40  3  arrived.  Bring in the jury, please.

09:40  4          COURT SECURITY OFFICER:  All rise for the jury.

09:42  5          THE COURT:  Everyone may be seated.  Good morning,

09:42  6  ladies and gentlemen of the jury.  You will notice that when

09:42  7  you come into the courtroom we remain standing until all of you

09:42  8  are seated. That is an indication, a practice in the courtroom,

09:42  9  of our respect for your new position as judges of the facts in

09:42  10  this case.

09:42  11          All right. We are getting a little late of a start

09:42  12  this morning. That is why I asked you yesterday before we

09:42  13  dismissed to check Google maps, or whatever "navigation" it is

09:42  14  you use for traffic, because traffic coming downtown is pretty

09:42  15  difficult to say the least.

09:42  16          So we will just make this a dress rehearsal for the

09:43  17  rest of the trial.  I would ask going forward -- now that you

09:43  18  know how horrible traffic coming downtown can be -- to please

09:43  19  try to leave a little early in the morning so that we can begin

09:43  20  on time.

09:44  21          All right.  If the Government would call their first

09:44  22  witness, please.

09:44  23          MR. McLAUGHLIN: At this time the United States calls

09:44  24  DEA TFO Jossue Dominguez.

09:45  25

| | | |
|---|---|---|
| 09:45 | 1 | THE COURT:  Please come forward to be sworn, sir. |
| 09:45 | 2 | WITNESS SWORN |
| 09:45 | 3 | THE COURT:  You may proceed. |
| 09:45 | 4 | MR. McLAUGHLIN:  Thank you, Your Honor. |
| 09:45 | 5 | Q.  Good morning, detective. |
| 09:45 | 6 | A.  Good morning. |
| 09:45 | 7 | Q.  Please tell the ladies and gentlemen who you work for. |
| 09:45 | 8 | A.  I currently work with the DEA. |
| 09:45 | 9 | Q.  What do you do there? |
| 09:45 | 10 | A.  I am a task force officer there. |
| 09:45 | 11 | Q.  Do you work for any other agency? |
| 09:45 | 12 | A.  Yes; Miami Beach Police Department. |
| 09:45 | 13 | Q.  How long have you been working with the Miami Beach Police |
| 09:45 | 14 | Department? |
| 09:45 | 15 | A.  Since January of 2012. |
| 09:45 | 16 | Q.  What is your position there? |
| 09:45 | 17 | A.  I am a narcotics detective. |
| 09:45 | 18 | Q.  How long have you been with Miami Beach Police Department? |
| 09:46 | 19 | A.  Since 2015. |
| 09:46 | 20 | Q.  Did you work with any other law enforcement prior to |
| 09:46 | 21 | working for Miami Beach Police Department? |
| 09:46 | 22 | A.  City of Miami PD. |
| 09:46 | 23 | Q.  What period of time did you work with the City of Miami? |
| 09:46 | 24 | A.  Early 2012, late 2011, early 2012. |
| 09:46 | 25 | Q.  You are currently assigned to DEA? |

A.   Yes.

Q.   What do you do there?

A.   I am a task force officer.

Q.   If you could explain what is a TFO?

A.   It is a liaison between the DEA and the local community like the Miami Beach Police Department.  We assist DEA in working narcotics investigations.

Q.   How long have you been a DEA TFO?

A.   I have been with DEA since April of 2020.

Q.   Working as a DEA TFO and as a detective in Miami Beach Police Department, do you have experience in narcotics traffic investigations?

A.   Yes.

Q.   How many have you participated in over the course of your career?

A.   Over fifty at least.

Q.   Have any of those involved kilogram quantities of cocaine?

A.   Yes.

Q.   Approximately how many investigations have you participated in involving kilogram quantities of cocaine?

A.   Dozens.

Q.   What capacity have you participated in?

A.   Some of the investigations I have been lead.  I have been a backup undercover.

Q.   When you say lead, what do you mean by that?

09:47   1   A.   I am the one in charge of the investigation.

09:47   2   Q.   So when you say backup, what do you mean?

09:47   3   A.   I would be assisting the lead in whatever they need in the

09:48   4   investigation.

09:48   5   Q.   When you say undercover what are you referring to?

09:48   6   A.   I play the role of an undercover.

09:48   7   Q.   When you say undercover are you referring to an undercover

09:48   8   officer?

09:48   9   A.   Yes.

09:48   10   Q.   How long have you been working as an undercover officer?

09:48   11   A.   Since 2016.

09:48   12   Q.   Besides speaking English you also speak Spanish?

09:48   13   A.   Yes.

09:48   14   Q.   Do you recognize an individual by the name of Andrew Fahie

09:48   15   here in court today?

09:48   16   A.   Yes.

09:48   17   Q.   Can you point him out and describe what he is wearing?

09:48   18        MS. VAN VILET:   Let the record reflect that we are

09:48   19   stipulating to ID.

09:48   20        MR. McLAUGHLIN: Let the record reflect that the

09:48   21   witness has identified the defendant.

09:48   22   Q.   How do you recognize Mr. Fahie?

09:48   23   A.   I recognize him in an investigation where I acted as an

09:49   24   undercover.

09:49   25   Q.   Were you present for his arrest?

09:49  1   A.  Yes.

09:49  2   Q.  What day was that?

09:49  3   A.  April 28, 2022.

09:49  4   Q.  Where did the arrest take place?

09:49  5   A.  The Opa Locka Airport.

09:51  6   Q.  What was your role in the investigation?

09:51  7   A.  I was the undercover.

09:51  8   Q.  And what was that role?

09:51  9   A.  I was pretending to be a drug trafficker.

09:51  10  Q.  Did you have training in being an undercover?

09:52  11  A.  Yes.

09:52  12  Q.  What training?

09:52  13  A.  I have been to undercover schools and I have been trained

09:52  14  by other undercovers as well.

09:52  15  Q.  Where were those schools at?

09:52  16  A.  Local school here in Miami and also I went to Jacksonville.

09:52  17  Q.  All right. Do you do any kind of continuing training in

09:52  18  your participation as an undercover officer?

09:52  19  A.  We continue to train.

09:52  20  Q.  What is the purpose of the training?

09:52  21  A.  To keep in the loop of what is going on out there, new

09:52  22  techniques and new tactics.

09:52  23  Q.  What agencies have you worked as an undercover?

09:52  24  A.  Miami Beach Police Department and also.

09:52  25   6 the DEA.



09:52   1

09:52   2   Q.   Approximately how many investigations have you served as an

09:52   3   undercover officer?

09:52   4   A.   Dozens.

09:52   5   Q.   In working as an undercover officer have you worked with

09:52   6   confidential informants?

09:52   7   A.   Yes.

09:52   8   Q.   What are confidential informants?

09:53   9   A.   Confidential informants are individuals that provide law

09:53   10  enforcement with information about individuals involved in

09:53   11  criminal activity.

09:53   12  Q.   In your experience in doing undercover work are you

09:53   13  familiar with the term confidential informant handler?

09:53   14  A.   Yes.

09:53   15  Q.   What are confidential informant handlers?

09:53   16  A.   The handler is the one that is responsible for or manages

09:53   17  the confidential informant in the case that is being used.

09:53   18  Q.   When you say responsible for or manages the confidential

09:53   19  informant, what are you referring to?

09:53   20  A.   Pretty much we instruct the informant on what he or she can

09:53   21  or cannot do.  We get the information that they provide us.  We

09:53   22  also try our best to protect them through our operations.

09:53   23  Q.   In your experience in working with confidential informants

09:54   24  what do you do to make sure you maintain not only officer but

09:54   25  confidential informant safety?

A.   We give them specific instructions on what to do.  At times

we equip them with devices to make sure that if something

happens we can hear them.  At times we would send them with

other undercover officers to keep it more tight.

Q.   Why is it important to provide confidential informants with

instructions?

A.   It gives them a guidance on how to navigate through the

investigation and help law enforcement.

Q.   Why is that important?

A.   We are the ones that will be doing the investigation and we

need the confidential informant to follow instructions and do

what will be -- for law enforcement to be successful.

          MR. McLAUGHLIN:   Showing the witness what has been

marked for identification as Government's Exhibit 27.

Q.   Do you recognize the individual that is depicted in this

photo?

A.   The former Premier of the British Virgin Islands.

          MR. McLAUGHLIN: The Government moves for the admission

of Government's Exhibit 27.

          MS. VAN VILET:   No objection.

          THE COURT:   Government's 27 is admitted.

          MR. McLAUGHLIN: May we publish?

          THE COURT:   You may.

Q.   During your participation in this case were you aware of

the defendant's employment and position?

A.   Yes.

Q.   What was that?

A.   That he was the Premier of the British Virgin Islands.

Q.   We earlier had discussed your role as an undercover.  Are you familiar with the term Blue on Blue?

A.   Yes.

Q.   If you would explain -- what is Blue on Blue?

A.   Blue on Blue is basically when law enforcement investigates other law enforcement.

Q.   How could that arise?

A.   It could happen.  We might be investigating each other, an undercover with an undercover.  An example would be a drug dealer buying off another drug dealer where it is two law enforcement officers.

Q.   Is there a scenario you have experienced where you have run into another confidential informant that is run by a different agency?

A.   Yes.

Q.   Would that be a Blue on Blue scenario as well?

A.   Yes.

Q.   And what steps are taken to avoid a Blue on Blue scenario?

A.   We call it de-confliction.  It is a system we go through to make sure there are no issues and they will let us know if it is law enforcement.

10:02  1          THE COURT:  So detective, a couple of things.  You

10:02  2   speak very rapidly and so you need to slow down and speak a

10:02  3   little more into the microphone.

10:02  4          THE WITNESS:  Yes, Your Honor.

10:02  5   Q.  When you say you engage in de-confliction, what is that?

10:02  6   A.  We de-conflict.  We go through the proper channels to make

10:03  7   sure that the person that we are investigating is not a law

10:03  8   enforcement officer.

10:03  9   Q.  Does that also refer to a confidential informant being run

10:03  10  by another law enforcement agency?

10:03  11  A.  Yes.

10:03  12  Q.  When you say Blue on Blue does that refer to both U.S. law

10:03  13  enforcement and foreign law enforcement?

10:03  14  A.  Yes.

10:03  15  Q.  Over what period of time did you personally participate in

10:03  16  the investigation that gave rise to the defendant's arrest?

10:03  17  A.  I came on the investigation in April 27, 2022.

10:03  18  Q.  What was your role leading up to April 27, 2022?

10:03  19  A.  I was going to be the undercover.

10:03  20  Q.  What role were you playing as the undercover in this

10:03  21  investigation?

10:03  22  A.  I was playing the role of a drug trafficker.

10:03  23  Q.  Why were you playing that role?

10:03  24  A.  It was just part of the investigation -- the way it was set

10:03  25  up.

Q.  Was there a confidential informant being used in this investigation?

A.  Yes.

Q.  In terms of your role as an undercover what was your relationship with the confidential informant?

A.  My relationship with the information -- I was acting as his Godson and he was my boss -- for the drug trafficking organization.

Q.  What type of drug trafficking organization were you pretending to be a part of?

A.  Part of a Mexican drug trafficking organization in -- it is in Mexico -- the Sinaloa cartel.

Q.  What is the Sinaloa cartel?

A.  A drug trafficking organization where they run narcotics.

Q.  Who did the confidential informant pretend to be?

A.  He pretended to be a member of the Sinaloa drug trafficking organization; the cartel.

Q.  Who was the informant's handler?

A.  Special Agents Brian Witek and Shane Aschleman.

Q.  So, there were two?

A.  Yes.

Q.  Have you worked with those agents before?

A.  Yes.

Q.  How many times?

A.  Dozens of times.



Q.   The confidential informant in this case what was the name that the informant used in this investigation?

A.   Roberto.

Q.   Have you ever worked with this confidential informant prior to April of 2022?

A.   I have.

Q.   Approximately how many times have you worked with this informant prior to April of 2022?

A.   At least three times.

Q.   And have you worked with the same informant after this investigation?

A.   I have.

Q.   Approximately how many times?

A.   At least one more time.

Q.   Who was directing you as the undercover in this case?

A.   Special Agents Witek and Aschleman.

Q.   What preparations did you undergo to prepare for your role in this investigation?

A.   I met with them and they briefed me as to what was going on up to that point in the investigation.

Q.   When you say we who was that?

A.   Special Agents Witek and Aschleman.

Q.   All right. And when you say they briefed you what does that entail?

10:06 1    A.   They gave me the background of the case and showed me

10:06 2    pictures and instructed me on what would be my role as a part

10:06 3    of the investigation.

10:06 4    Q.   Were you aware if there had been prior meetings before your

10:06 5    involvement?

10:06 6    A.   Yes.

10:06 7    Q.   Prior to your participation in this investigation did you

10:06 8    listen to or hear those recordings?

10:06 9    A.   No.

10:06 10   Q.   Why not?

10:06 11   A.   I came in late in the investigation -- so I did not have

10:06 12   time.

10:06 13   Q.   Going back to April 27, 2022, were you on duty that day?

10:06 14   A.   I was.

10:07 15   Q.   Did you participate on that day in a meeting with an

10:07 16   individual by the name of Oleanvine Maynard?

10:07 17   A.   Yes.

10:07 18   Q.   Showing you what has been marked as Government's

10:07 19   Exhibit 28.  Do you recognize this individual?

10:07 20   A.   Yes.

10:07 21   Q.   Who is that?

10:07 22   A.   Ms. Oleanvine Maynard.

10:07 23           MR. McLAUGHLIN: The Government moves for the admission

10:07 24   of Government's Exhibit 28.

10:07 25

10:07 1          MS. VAN VILET:  No objection.

10:07 2          THE COURT:  It is admitted and it can be published.

10:07 3   And by published, ladies and gentlemen, that just means that we

10:07 4   will show it to you on the screens.

10:07 5   Q.  Detective, you testified you engaged in a meeting with Ms.

10:08 6   Maynard on April 27, 2022.

10:08 7   A.  Yes.

10:08 8   Q.  Was that meeting recorded?

10:08 9   A.  Yes.

10:08 10  Q.  Who else was present?

10:08 11  A.  Myself and the confidential informant.

10:08 12  Q.  Showing you what has been marked for identification as

10:08 13  Government's Exhibit 11A.  In that folder are approximately how

10:08 14  many different files?

10:08 15  A.  Four.

10:08 16  Q.  Do you recognize these four files?

10:08 17  A.  Yes.

10:08 18  Q.  What is contained on the four files?

10:08 19  A.  A recording -- recordings -- of a meeting that occurred on

10:08 20  April 27, 2022 between myself and the confidential informant

10:08 21  and Ms. Maynard.

10:08 22  Q.  Have you had a chance to listen to and review these

10:09 23  recordings?

10:09 24  A.  Yes.

10:09 25

10:09  1   Q.  Do they fairly and accurately depict your meeting with

10:09  2   Oleanvine Maynard on April 27, 2022?

10:09  3   A.  Yes.

10:09  4   Q.  Now on April 27, 2022, did you engage in a recorded meeting

10:09  5   with anybody else that day?

10:09  6   A.  Yes.

10:09  7   Q.  Who was that?

10:09  8   A.  Later that evening we met with Mr. Fahie, the confidential

10:09  9   informant, Ms. Maynard and an individual by the name of

10:09  10  Roxanne.

10:09  11  Q.  Showing you what has been marked for identification as

10:09  12  Government's Exhibit 12 A.  There are approximately six

10:09  13  different files.  Do you recognize these files?

10:10  14  A.  Yes.

10:10  15  Q.  Have you had a chance to review each one of them?

10:10  16  A.  Yes.

10:10  17  Q.  What is contained on these six files?

10:10  18  A.  An audio recording of the meeting that occurred on

10:10  19  April 27, 2022, the evening with Mr. Fahie, the confidential

10:10  20  informant, myself, Ms. Maynard and an individual that goes by

10:10  21  the name of Roxanne.

10:10  22  Q.  Do these files fairly and accurately depict the meeting you

10:10  23  had on April 27, 2022, with the defendant, Ms. Maynard the

10:10  24  informant and this individual Roxanne?

10:10  25  A.  Yes.

10:10  1            MR. McLAUGHLIN: The Government moves for the admission

10:10  2   of Government's Exhibit 11 A and 12 A.

10:10  3            MS. VAN VILET:  No objection.

10:10  4            THE COURT:  One caveat, Mr. McLaughlin.  Since there

10:10  5   are four separate files in one, for record purposes you will

10:10  6   need to reference them as 11 A1, 11 A2 -- and so on -- so that

10:10  7   there can be no confusion.

10:11  8            MR. McLAUGHLIN:  Yes, Your Honor.

10:11  9            THE COURT:  Government's 11 A and 12 A are admitted.

10:11  10            MR. McLAUGHLIN:  Thank you, Your Honor.

10:11  11   Q.  All right. Detective, did you also engage in a meeting with

10:11  12   the defendant the next day, April 28, 2022?

10:11  13   A.  Yes.

10:11  14   Q.  Where was that meeting?

10:11  15   A.  We originally met at his daughter's house or apartment.

10:11  16   Q.  And was that meeting recorded?

10:11  17   A.  Yes.

10:11  18   Q.  Showing you Government's Exhibit 13 A which is one file.

10:11  19   Do you recognize the file here?

10:11  20   A.  Yes.

10:11  21   Q.  Have you reviewed that file?

10:12  22   A.  I have.

10:12  23   Q.  Does it fairly and accurately depict the meeting with the

10:12  24   defendant and his daughter on April 28, 2022?

10:12  25   A.  Yes.

10:12  1          MR. McLAUGHLIN: The Government moves for the admission

10:12  2  of Government's Exhibit 13 A.

10:12  3          MS. VAN VILET:  No objection.

10:12  4          THE COURT:  It will be admitted.

10:12  5          MR. McLAUGHLIN:  Showing defendant counsel what has

10:12  6  been marked as Government's Exhibit 11B, 12 B and 13 B.

10:12  7          MS. VAN VILET:  I have been provided a copy earlier

10:12  8  and we have no objection.

10:12  9          THE COURT:  Without objection Government's Exhibit 11

10:12  10  B, 12 B and 13 B are admitted.

10:12  11          These are transcripts for the various meetings that

10:12  12  the agent has just spoken of; is that right.

10:12  13          MR. McLAUGHLIN:  That is correct.

10:12  14          May I approach the witness, Your Honor.

10:12  15          THE COURT:  Yes.

10:13  16          MR. McLAUGHLIN: For the record I have handed the

10:13  17  witness 11 B 12 B and 13 B.

10:13  18          THE COURT:  All right.

10:13  19  Q.  Detective, have you had a chance -- what is contained

10:13  20  within those exhibits?

10:13  21  A.  The transcripts of the meetings that I participated in.

10:13  22  Q.  Did you have a chance to review the meetings you

10:13  23  participated in against the transcripts?

10:13  24  A.  Yes.

10:13  25

10:13   1   Q. Are those transcripts a fair and accurate transcription of

10:13   2   the meetings you had on April 27th and April 28th, 2022?

10:13   3   A. Yes.

10:13   4   Q. How did you go about comparing the recordings to the

10:13   5   transcript?

10:13   6   A. I sat down and reviewed the transcripts with the

10:13   7   recordings.

10:13   8   MR. McLAUGHLIN: At this time if we could have the

10:14   9   transcripts passed out to the jurors.

10:14   10   THE COURT: All right. Mr. Santorufo can help in that

10:14   11   regard and Officer Sanders as well.

10:15   12   MR. McLAUGHLIN: May I proceed, Your Honor?

10:15   13   THE COURT: Yes.

10:15   14   Q. Detective, you indicated that you had a recorded meeting

10:15   15   with Ms. Maynard on April 27, 2022?

10:15   16   A. Yes.

10:15   17   Q. And where did that meeting take place?

10:15   18   A. It occurred in Miami at the Embassy Suites hotel.

10:15   19   Q. Showing you what has been marked for identification as

10:15   20   Government's Exhibit 26. Do you recognize this photograph?

10:15   21   A. It is the hotel where the meeting occurred.

10:15   22   Q. Does it fairly and accurately depict the Embassy Suites

10:15   23   hotel in Miami?

10:15   24   A. Yes.

10:15   25

10:15  1          MR. McLAUGHLIN:   The Government moves for the

10:16  2    admission of Government's Exhibit 26.

10:16  3          MS. VAN VILET:   No objection.

10:16  4          THE COURT:   It is admitted.

10:16  5          MR. McLAUGHLIN:   Permission to publish.

10:16  6          THE COURT:   Yes.

10:16  7    Q.   Approximately what time of day did you have your meeting

10:16  8    with Ms. Maynard?

10:16  9    A.   I would say around noon.

10:16  10   Q.   Where did you conduct the meeting at inside the hotel?

10:16  11   A.   Inside a restaurant that is located in the hotel.

10:16  12   Q.   If you could mark on the screen where that was.

10:16  13   A.   Inside the lobby there -- somewhere inside the hotel.

10:17  14         MR. McLAUGHLIN:   At this time I would begin publishing

10:17  15   Government's Exhibit 11 A 1 and we are page one of the

10:17  16   transcript.

10:17  17         THE COURT:   All right.

10:17  18         VIDEOTAPE PLAYED FOR THE RECORD

10:18  19   Q.   Who is the individual depicted here in the red shirt?

10:18  20   A.   Ms. Oleanvine Maynard.

10:18  21   Q.   At the time you were meeting with Ms. Maynard what was her

10:18  22   job?

10:18  23   A.   The Director of the Ports for the British Virgin Islands.

10:19  24         VIDEOTAPE PLAYED FOR THE RECORD.

10:19  25

10:19  1   Q.  I am stopping the video at 738.  Do you recognize yourself

10:20  2   in the video?

10:20  3   A.  Yes.

10:20  4   Q.  At this point were there other officers in the area?

10:20  5   A.  Yes.

10:20  6   Q.  And why were they there?

10:20  7   A.  They were surveillance teams to protect us.

10:20  8            VIDEOTAPE PLAYED FOR THE RECORD

10:21  9   Q.  I am stopping on page six, detective.  Do you see where

10:21  10  Oleanvine Maynard says this is, Stephan, nice to meet you.

10:21  11  A.  Yes.

10:21  12  Q.  When she is saying Stephan who is she referring to?

10:21  13  A.  Her son.

10:22  14  Q.  What is his name?

10:22  15  A.  Stephan Maynard.

10:22  16  Q.  Did you ever meet him personally?

10:22  17  A.  No.

10:22  18            VIDEOTAPE PLAYED FOR THE RECORD

10:22  19  Q.  We are on page eight, detective.  Do you see where Ms.

10:23  20  Maynard says I will assist you?

10:23  21  A.  Yes.

10:23  22  Q.  Who is she referring to there?

10:23  23  A.  She is referring to me.

10:23  24  Q.  Why she is referring to you there?

10:23  25

10:23  1    A.   In this investigative scenario I will be going to the

10:23  2    British Virgin Islands and she will be helping me out there.

10:23  3    Q.   Why are you going to the British Virgin Islands?

10:23  4    A.   We are going to -- we have been doing an investigation

10:23  5    where we will do a scheme for the importation of thousands of

10:23  6    kilograms of cocaine and we are going to use the British Virgin

10:23  7    Islands as a passage.

10:23  8    Q.   Where is the cocaine headed in this scenario?

10:23  9    A.   From South America to the British Virgin Islands to Puerto

10:23  10   Rico and then makes its way all the way to Miami.

10:24  11   Q.   Showing you what has been marked for identification as

10:24  12   Government's Exhibit 24 A. Do you recognize this exhibit?

10:24  13   A.   Yes.

10:24  14   Q.   And what is that?

10:24  15   A.   A map of the Caribbean and Venezueln and the British Virgin

10:24  16   Islands.

10:24  17   Q.   What else is reflected on the map?

10:24  18   A.   Cuba and the United States.

10:24  19           MR. McLAUGHLIN:   The Government moves for the

10:24  20   admission of Government's Exhibit 24 A.

10:24  21           MS. VAN VILET:   No objection.

10:25  22           THE COURT:   It will be admitted.

10:25  23           MR. McLAUGHLIN:   Permission to publish.

10:25  24           THE COURT:   Yes.

10:25  25

10:25  1   Q.  If you could mark on the screen in the investigation

10:25  2   scenario where was it coming from and how would it get to the

10:25  3   United States?

10:25  4   A.  Coming from Colombia going this way to the British Virgin

10:25  5   Islands, Puerto Rico and then make its way to the United

10:25  6   States.

10:25  7          MR. McLAUGHLIN:  If you would continue playing.

10:26  8          VIDEOTAPE PLAYED FOR THE RECORD

10:31  9   Q.  We are on the top of 19, detective.  During the meeting we

10:31  10  saw earlier what was Ms. Maynard wearing on her face?

10:31  11  A.  A face mask.

10:31  12  Q.  Was that for the duration of the meeting?

10:31  13  A.  Yes.

10:31  14  Q.  Were you wearing a mask?

10:31  15  A.  No.

10:31  16  Q.  Was anyone else wearing a mask?

10:31  17  A.  Yes.

10:31  18  Q.  You see on 18 where he says we have a company?

10:31  19  A.  Yes.

10:31  20  Q.  Go down to line 21 he says XO XO Jet?

10:32  21  A.  Yes.

10:32  22  Q.  When he says "we" who is the "we" he is referring to?

10:32  23  A.  The organization.

10:32  24  Q.  Lines 22 and 23 on line 18 do you see where the informant

10:32  25  says I am going to do it also for our friend?

10:32  1    A.   Yes.

10:32  2    Q.   Who is the informant referring to when he says our friend?

10:32  3    A.   Referring to the defendant.

10:33  4              VIDEOTAPE PLAYED FOR THE RECORD.

10:35  5    Q.   We are going to stop on page 23.   I will take you back,

10:35  6    detective.

10:35  7    A.   Okay.

10:35  8    Q.   On page 22 you see where the informant says so we can

10:35  9    unload the plane with our money?

10:35  10   A.   Yes.

10:35  11   Q.   And everything without a problem?

10:35  12   A.   Yes.

10:35  13   Q.   All right. What is going on here at this part of the

10:35  14   meeting?

10:35  15   A.   We are going to get into a discussion where we talk about

10:35  16   money we are going to load on the airplane which the money will

10:35  17   be used for payment and bribes to bribe Customs officials.

10:36  18   Q.   You see here page 23 lines 18 and 19?

10:36  19   A.   Yes.

10:36  20   Q.   You see where Ms. Maynard states Stephan can tell you more

10:36  21   about that, I think I have some love letters for you, this one

10:36  22   is for you?

10:36  23   A.   Yes.

10:36  24              MR. McLAUGHLIN:   This might be a good time, Your

10:36  25   Honor, to instruct the jury.

10:36  1          THE COURT:  Ladies and gentlemen of the jury, you will

10:36  2     hear recordings of a side deal between Ms. Maynard, her son,

10:36  3     Mr. Maynard, and the confidential informant.

10:36  4          The parties agree that Mr. Fahie had no knowledge of

10:36  5     or involvement in those discussions or the side deal.  Thus

10:37  6     while you have heard the evidence, I instruct you that you may

10:37  7     only consider it for the limited purpose it may have for the

10:37  8     impeachment of the witness or to put other comments on the

10:37  9     recording into some context.

10:37  10          You may not consider these discussions of a side deal

10:37  11     as evidence of Mr. Fahie's participation in the crimes alleged

10:37  12     against him in this case.

10:37  13          MR. McLAUGHLIN:  Thank you, Your Honor.

10:37  14     Q.  Detective, did Ms. Maynard hand something to either you or

10:37  15     Roberto?

10:37  16     A.  Yes.

10:37  17     Q.  What was that?

10:37  18     A.  Two papers -- two documents -- one of the documents was

10:37  19     drop point coordinates and the other one was like a business

10:37  20     proposal.

10:38  21     Q.  And those related to the side deal that the Judge referred

10:38  22     to?

10:38  23     A.  Yes.

10:38  24     Q.  And there is no evidence that the defendant knew anything

10:38  25     about that?

10:38   1   A.   No.

10:38   2            MR. McLAUGHLIN:   Continue to publish.

10:38   3            VIDEOTAPE PLAYED FOR THE RECORD

10:40   4   Q.   We are on page 26 of the transcript.   You see here Roberto

10:40   5   states this is going to be the three dropping points for our

10:40   6   stuff?

10:40   7   A.   Yes.

10:40   8   Q.   And does that refer to the side deal that the Judge just

10:40   9   instructed the jury about?

10:40   10   A.   Yes.

10:40   11   Q.   Nothing to do with the defendant?

10:40   12   A.   Nothing to do with the defendant.

10:40   13   Q.   What was the purpose of the side deal?

10:40   14   A.   It was a side deal that was being done with the cartel and

10:40   15   Ms. Maynard and Stephan for 60 kilograms of cocaine.

10:40   16            MR. McLAUGHLIN:   We will continue to publish.

10:42   17            VIDEOTAPE PLAYED FOR THE RECORD

10:42   18   Q.   We are on page 28, line 7 to 16.   Who is Roberto talking

10:42   19   about here?

10:42   20   A.   He is talking about me.

10:42   21   Q.   And why do you have to be -- in the scenario of the

10:42   22   investigation -- why do you have to reside on the island in the

10:42   23   BVI?

10:42   24   A.   Based on the investigative scenario I was going to reside

10:42   25   on the BVI...

Q.   Keep your voice up for the court reporter.

A.   I said that I was residing on the island to run operations
for the BVI on behalf of Roberto who was my boss.

Q.   Showing you what has been marked for identification as 23 A
for identification.

     What is reflected here?

A.   A picture of the British Virgin Islands and the U.S. Virgin
Islands.

Q.   All right. And does it fairly and accurately depict the
British Virgin Islands in relation to certain parts of the U.S.
Virgin Islands?

A.   Yes.

Q.   Showing you what has been marked for identification as 23
B. What are we looking at here?

A.   It is a picture of Tortola.

Q.   What is Tortola?

A.   One of the islands of the British Virgin Islands.

Q.   Does this fairly and accurately depict the Island of
Tortola in the British Virgin Islands?

A.   Yes.

Q.   Showing you Government's Exhibit 23 C. Do you recognize
that?

A.   Yes.

Q.   And what is depicted there?

10:44  1   A.   The British Virgin Islands and the United States Virgin

10:44  2   Islands.

10:44  3         MR. McLAUGHLIN:   I would move for the admission of

10:44  4   Government's exhibits 23 A B and C.

10:44  5         MS. VAN VILET:   No objection.

10:44  6         THE COURT:   I think that C is already in so I will

10:44  7   admit 23 A and B without objection.

10:44  8         MR. McLAUGHLIN:   Permission to publish.

10:44  9         THE COURT:   All right.

10:44  10  Q.   Showing you what is marked as Government's Exhibit 23 A.

10:45  11  What is depicted here?

10:45  12  A.   The British Virgin Islands and the United States Virgin

10:45  13  Islands.

10:45  14  Q.   On the transcript here page 28 line 18, where does Ms.

10:45  15  Maynard ask where you intend to live?

10:45  16  A.   Right here.

10:45  17  Q.   Do you see where it says St. John?

10:45  18  A.   Yes.

10:45  19  Q.   What is depicted there?

10:45  20  A.   That is part of the United States Virgin Islands.

10:46  21         MR. McLAUGHLIN:   We will continue publishing

10:46  22  Government's Exhibit 11 A 1.

10:46  23         THE COURT:   All right.

10:46  24         AUDIOTAPE PLAYED FOR THE RECORD.

10:47  25

10:47  1    Q.  We are stopping here at page 30 of the transcript.  In this

10:47  2    meeting at this point why were you worried about a waiter

10:47  3    overhearing or anyone else hearing what you said?

10:47  4    A.  We are going to talk about the 60-kilogram drug deal.

10:48  5    Q.  The same "60" that the Judge instructed on?

10:48  6    A.  Yes.

10:47  7    Q.  So, the 60-kilogram drug deal?

10:47  8    A.  Yes.

10:55  9                    AUDIOTAPE PLAYED FOR THE RECORD

10:55 10    Q.  Do you see top of 42 through line seven on 43?

10:55 11    A.  Yes.

10:56 12    Q.  Do you see where the informant says, when we are started

10:56 13    with this test -- she is going to start receiving for each

10:56 14    test?

10:56 15    A.  Yes.

10:56 16    Q.  What is Roberto referring to here?

10:56 17    A.  He is talking about the scheme that we have for the

10:56 18    importation for -- of thousands of kilograms that we are going

10:56 19    to use BVI as a passageway to make its way to South Florida.

10:56 20    Q.  Let me stop you detective.  Is this separate and apart from

10:56 21    the side deal?

10:56 22    A.  Yes.

10:56 23    Q.  Page 43 lines 4 through 7, you see Roberto states there she

10:57 24    is going to be receiving for -- for every vessel she's going to

10:57 25    start receiving a percentage?

10:57 1  A.   Yes.

10:57 2  Q.   What is Roberto referring to?

10:57 3  A.   For every vessel that is going to be going through the BVI,

10:57 4  the profit out of that, Ms. Maynard is going to be receiving a

10:57 5  percentage out of that.

10:57 6  Q.   This here on page 43 separate and apart, not the side deal?

10:57 7  A.   Correct.

10:57 8          MR. McLAUGHLIN:   We are publishing 11 A 2 and we are

10:57 9  on page 43 of the transcript.

10:58 10          AUDIOTAPE PLAYED FOR THE RECORD

10:59 11  Q.   Going to the bottom of 44, do you see where Roberto said to

10:59 12  Kadeem; tomorrow you are going to meet my sister in St. Thomas?

10:59 13  A.   Yes.

10:59 14  Q.   Does that refer to the side deal that the Judge referred

10:59 15  to?

10:59 16  A.   Yes.

10:59 17  Q.   Completely separate and apart from the thousands of

10:56 18  kilograms?

10:59 19  A.   Yes.

10:59 20          AUDIOTAPE PLAYED FOR THE RECORD

11:00 21  Q.   We are on page 45, line 19.   Roberto says I want you to pay

11:00 22  all of the people that you want to be ready at the airport for

11:00 23  our arrival tomorrow.   What day would tomorrow be?

11:00 24  A.   Tomorrow would be April 28, 2022.

11:00 25  Q.   And what was the plan for tomorrow or April 28, 2022?

11:00  1   A.   To arrive at the airport with $700,000 of bribe money to be

11:00  2   paid out.

11:00  3   Q.   And why was Kadeem going to be involved?

11:00  4   A.   He would be handling the part where -- to take control of

11:00  5   the airport, handling the logistics, to make sure that it would

11:00  6   go through inspection.

11:01  7   Q.   Inspection by who?

11:01  8   A.   By the law enforcement over there; by Customs.

11:01  9   Q.   What country were you referring to?

11:01  10  A.   BVI.

11:01  11          AUDIOTAPE PLAYED FOR THE RECORD

11:02  12  Q.   Detective, we are at page 48, lines three through five.  Do

11:03  13  you see here Roberto says so what I am planning right now is to

11:03  14  finalize tonight our meeting.  Who were you and Roberto

11:03  15  planning to meet that night?

11:03  16  A.   We were planning to meet with the defendant to square away

11:03  17  the deal -- upcoming deal -- of what we are going to do for the

11:03  18  importation of 3,000 kilograms; and we were going to give them

11:03  19  the specifics the following day.

11:03  20  Q.   You testified earlier there would be $700,000 in cash going

11:04  21  back to the BVI on April 28th?

11:04  22  A.   Yes.

11:04  23  Q.   Where was that cash coming from?

11:04  24  A.   From the United States.

11:04  25

11:04 1    Q.  What portion, if any, of that cash was going to the

11:04 2    defendant?

11:04 3    A.  $500,000.

11:05 4              AUDIOTAPE PLAYED FOR THE RECORD

11:05 5    Q.  We are now at the bottom of 48 top of 49.  When Roberto is

11:05 6    talking about his sister, and Kadeem meeting his sister, that

11:05 7    is solely as to the side deal; correct?

11:05 8    A.  Yes.

11:09 9    Q.  On page 57 lines 4 through 6; this is just the side deal?

11:09 10   A.  Yes.

11:10 11            THE COURT:  Would this be a good time to break for

11:10 12   coffee?

11:10 13            MR. McLAUGHLIN:  Yes, it would be.

11:10 14            THE COURT:  Ladies and gentlemen, let's break for

11:10 15   about five minutes for some coffee and some snacks.

11:10 16            Remember, you cannot talk about the case.

11:10 17            COURT SECURITY OFFICER:  All rise, please.

11:19 18                   RECESS TAKEN

11:19 19            THE COURT:  Bring in the jury, please.

11:19 20            COURT SECURITY OFFICER:  All rise for the jury.

11:19 21            THE COURT:  You may continue.

11:29 22            MR. McLAUGHLIN: We were on page 57 when we stopped for

11:29 23   our break.  I will continue to publish.  For the record we are

11:29 24   on Government's Exhibit 11 A 2, which is the audio, and the

11:30 25   transcript is 11 B and we are on page 57.

11:30   1          THE COURT:  All right.

11:30   2          AUDIOTAPE PLAYED FOR THE RECORD

11:30   3   Q.  Do you see here on page 57 where Roberto states we have to

11:30   4   be very careful because our friend, the head coach...

11:30   5      And if we go down to line 18 it says; him don't know about

11:30   6   this.  Did I read that correctly?

11:30   7   A.  Yes.

11:30   8   Q.  When Roberto used the term "our friend" and "head coach",

11:30   9   who is he referring to?

11:31  10   A.  He is referring to the defendant.

11:31  11   Q.  On 18 where Roberto states; him don't know all this, what

11:31  12   is Roberto referring to?

11:31  13   A.  To the side deal.

11:31  14   Q.  That the Court instructed on earlier?

11:31  15   A.  Yes.

11:31  16          MR. McLAUGHLIN:  We will continue publishing.

11:31  17          AUDIOTAPE PLAYED FOR THE RECORD

11:36  18   Q.  Detective, what is Roberto doing?

11:36  19   A.  He is praying before he eats.

11:36  20   Q.  Why is he doing that?

11:36  21   A.  That is what he usually does.

11:36  22   Q.  Is that a part of the role he is playing in this case?

11:36  23   A.  He prays all the time.

11:37  24          AUDIOTAPE PLAYED FOR THE RECORD.

11:37  25

11:37  1   Q.   We stopped here on page 68, line nine.  Do you see where

11:37  2   Ms. Maynard says they have rooms where you can take meetings;

11:37  3   so tonight with the head coach.

11:37  4   A.   She is referring to getting a room at the hotel for the

11:38  5   meeting tonight with the defendant.

11:38  6   Q.   When she uses the term the "HC" who is she referring to?

11:38  7   A.   The defendant.

11:38  8            MR. McLAUGHLIN:  We will continue to publish.

11:38  9            AUDIOTAPE PLAYED FOR THE RECORD

11:39  10  Q.   Detective, going back to page 69, lines 14 through 16.

11:39  11  Roberto states; who is the person that is traveling with us?

11:39  12  Who is the person that is going?

11:39  13       What is Roberto asking here?

11:39  14  A.   He is asking Oleanvine Maynard who is the person that will

11:39  15  be traveling tomorrow when they take the money to the British

11:39  16  Virgin Islands.

11:39  17  Q.   Top of page 70.  It states it is a lady that is my very

11:39  18  good friend.  Do you see that?

11:39  19  A.   Yes.

11:39  20  Q.   Did you meet a second lady on April 27, 2022?

11:40  21  A.   Yes.

11:40  22  Q.   Showing you what has been marked as Government's Exhibit 30

11:40  23  for identification...

11:40  24            MS. VAN VILET:  We have no objection.

11:40  25

11:40  1          THE COURT:  Government's Exhibit 30 will be admitted.

11:40  2          MR. McLAUGHLIN:  Permission to publish.

11:40  3          THE COURT:  Yes.

11:40  4  Q.  Do you recognize the individual depicted here in

11:40  5  Government's Exhibit 30?

11:41  6  A.  Yes.

11:41  7  Q.  Who is that individual?

11:41  8  A.  I met her -- the name is Roxanne -- I met her later in the

11:41  9  evening.

11:41  10          MR. McLAUGHLIN:  Let's continue to publish.

11:41  11          AUDIOTAPE PLAYED FOR THE RECORD

11:42  12  Q.  Going back to page 70.  Do you see here on line 11 where

11:42  13  Ms. Maynard states he sends her to do his errands for him.

11:42  14  When Ms. Maynard uses the term "he" in that phrase, who is she

11:42  15  referring to?

11:42  16  A.  To the defendant.

11:42  17  Q.  Line twelve.  So he did not tell her exactly what is going

11:42  18  on.  Who is the he in that sentence?

11:42  19  A.  The defendant.

11:42  20  Q.  Who is the "her"?

11:42  21  A.  Roxanne.

11:42  22          AUDIOTAPE PLAYED FOR THE RECORD

11:46  23  Q.  On page 76 lines 16 through 19.  Do you see that?

11:46  24  A.  Yes.

11:46  25

11:46  1   Q.   Do you see where Roberto states because we want to start

11:47  2   the first test run for the 3000 product?

11:47  3   A.   Yes.

11:47  4   Q.   What is he referring to?

11:47  5   A.   He is referring to the first shipment involving 3000

11:47  6   kilograms of cocaine going through the BVI up to the United

11:47  7   States.

11:47  8        MR. McLAUGHLIN:   Continuing publishing.

11:47  9        AUDIOTAPE PLAYED FOR THE RECORD

11:48  10  Q.   Going back to 77 and also into 78.  Do you see here where

11:48  11  Ms. Maynard -- taking you to page 77 lines 21 and 22 -- do you

11:49  12  see where Ms. Maynard states but we already have the trade

11:49  13  licenses?  Do you see that?

11:49  14  A.   Yes.

11:49  15  Q.   Why is that important in this scenario?

11:49  16  A.   Part of the investigative scenario to make an illegal

11:49  17  business look legitimate on the outside.

11:49  18  Q.   Page 78 lines 10 through 16.  Do you see where Ms. Maynard

11:49  19  says when you are ready to come in you just give me the

11:49  20  specifics. I clear Customs and Immigration for you, everything,

11:49  21  so nobody will trouble you.  You see that?

11:49  22  A.   Yes.

11:49  23  Q.   Why would, in the scenario, why would your organization

11:50  24  need to contact Ms. Maynard when you arrive with the cocaine

11:50  25  vessels?

11:50  1   A.  And we need to contact Ms. Maynard for her to organize

11:50  2   everything on her end for Customs and law enforcement that the

11:50  3   BVI would not intercept the drugs as they are going through.

11:50  4        MR. McLAUGHLIN:  Let's continue to publish.

11:50  5        AUDIOTAPE PLAYED FOR THE RECORD

11:51  6   Q.  Detective, taking you to Government's Exhibit 23 A.  I will

11:51  7   zoom in here.  Focusing on the conversation on pages 78 and 79.

11:52  8   Going now to page 80.

11:52  9        When Ms. Maynard is talking about ports -- I will draw your

11:52  10  attention to page 80 lines 10 through 15 -- do you see on line

11:52  11  11 where she says Road Town?

11:52  12  A.  Yes.

11:52  13  Q.  What is she referring to there?

11:52  14  A.  An area in Tortola.

11:52  15  Q.  Is that reflected here on Government's 23 A?

11:52  16  A.  Yes.

11:52  17  Q.  Could you circle that on your screen?

11:52  18        (WITNESS INDICATES ON SCREEN)

11:52  19        MR. McLAUGHLIN:  Let's continue to publish.  We are at

11:53  20  page 80 of the transcript.

11:53  21        AUDIOTAPE PLAYED FOR THE RECORD

11:53  22  Q.  Going to the bottom of page 81 where Ms. Maynard states; I

11:54  23  will be the one doing the boats for you to make sure you are

11:54  24  safe. Do you see that?

11:54  25

11:54  1    A.   Yes.

11:54  2    Q.   What did you take that to mean?

11:54  3    A.   She was going to be responsible for the safe passage of the

11:54  4    kilograms going through the ports without being checked by law

11:54  5    enforcement.

11:54  6            MR. McLAUGHLIN:   Continue to publish.

11:54  7            AUDIOTAPE PLAYED FOR THE RECORD.

11:55  8    Q.   Page 82.   When Roberto and Oleanvine are using the term

11:55  9    boss who are they referring to?

11:55  10   A.   To the defendant.

11:55  11           AUDIOTAPE PLAYED FOR THE RECORD

11:58  12   Q.   Taking you back to page 86 through 88, here you testified

11:59  13   earlier that a certain amount of money would go from Miami back

11:59  14   to the BVI the next day April 28th.

11:59  15   A.   Yes.

11:59  16   Q.   How much money was going to go back?

11:59  17   A.   700,000.

11:59  18   Q.   How much was marked for the defendant?

11:59  19   A.   500,000.

11:59  20   Q.   How much was left after that?

11:59  21   A.   200,000.

11:59  22   Q.   Whose money was that?

11:59  23   A.   For Ms. Maynard.

11:59  24   Q.   Going to page 88 lines 12 and 13.

11:59  25   A.   Yes.

11:59  1   Q.  Do you see Roberto states he is going to get 12 percent of

11:59  2   our sales, 12 percent of our sales profit?

11:59  3   A.  Yes.

11:59  4   Q.  Who is the he?

11:59  5   A.  The defendant.

11:59  6   Q.  12 percent of our sales, our sales profit, what is being

12:00  7   referred to there?

12:00  8   A.  After the sale of the cocaine, the whole profit he gets

12:00  9   twelve percent, the defendant would get twelve percent.

12:00  10  Q.  If we go down to line 17 you see here Roberto states she's

12:00  11  going to get five percent?

12:00  12  A.  Yes.

12:00  13  Q.  Who is the she there?

12:00  14  A.  Miss Oleanvine.

12:00  15        MR. McLAUGHLIN:  Continue to publish.  We are on page

12:00  16  88 of the transcript.

12:00  17        AUDIOTAPE PLAYED FOR THE RECORD

12:03  18  Q.  Going back to page 89; page 11.  You see where it states

12:03  19  product 3000 per 26,000 that is how we sell it?

12:03  20  A.  Yes.

12:03  21  Q.  What is Roberto referring to there?

12:03  22  A.  When he says product he is talking about cocaine.  Three

12:03  23  thousand is 3000 kilo -- 26,000 that means 26,000 per kilogram.

12:04  24  Q.  Doing the math what is the total here?

12:04  25  A.  78 million dollars.

12:04   1   Q.   If we go to page 91, lines three through five, when Roberto

12:04   2   states this is your boss' money 6,000,000, 900,000 and change

12:04   3   minus the five hundred I am going to give him tomorrow.   When

12:04   4   Roberto states your boss' money what is he referring to?

12:04   5   A.   To the defendant.

12:05   6   Q.   Going to the middle of page 90.   Roberto states minus the

12:05   7   133 we are giving in Saint Martin -- do you see that?

12:05   8   A.   Yes.

12:05   9   Q.   What is being discussed there?

12:05   10  A.   He is saying there is going to be a payment of 183,000 that

12:05   11  will happen in Saint Martin to pay off the Customs officials of

12:05   12  the British Virgin Islands.

12:05   13  Q.   And when was this payment going to take place?

12:06   14  A.   I believe May fifth or somewhere around that time.

12:06   15  Q.   Were you as the undercover going to participate in that?

12:06   16  A.   No.

12:06   17           MR. McLAUGHLIN:   Let's continue.

12:06   18           AUDIOTAPE PLAYED FOR THE RECORD.

12:07   19           MR. McLAUGHLIN: Publishing now 11 A 3, Your Honor.

12:07   20           THE COURT:   All right.

12:07   21           AUDIOTAPE PLAYED FOR THE RECORD

12:08   22  Q.   Page 94, lines 11 through 14.   Do you see Roberto says; so

12:09   23  now if you want everything in cash you will pay six percent to

12:09   24  get you over there, what is Roberto referring to here?

12:09   25

12:09  1   A.   If Ms. Maynard wants the whole profit in cash -- to be paid

12:09  2   to her in cash -- we are going to charge her six percent to get

12:09  3   it to the BVI.

12:09  4   Q.   We have been listening to almost an hour of this meeting.

12:09  5   You don't seem to be saying a whole lot.   Why is that?

12:09  6   A.   That is the role that I took.   I came in late in the

12:09  7   investigation so I do not want to say something that may spark

12:09  8   suspicion to Ms. Maynard and give up our role; so I kept it

12:09  9   very minimal.

12:09  10       Also I was playing the role of the godson of Roberto, who

12:10  11  was my boss, so I was just following his instructions.

12:13  12  Q.   Going back to page 99, lines 3 through 6. Do you see where

12:13  13  Roberto states; now in this one because we are starting this

12:13  14  costing me six percent all the money that we are moving today.

12:14  15  Okay; but I am going to do it without problem.

12:14  16       What is Roberto referring to there?

12:14  17  A.   He is referring to the $700,000.

12:14  18  Q.   What is he saying about the $700,000?

12:14  19  A.   Moving it from the United States to the BVI that will

12:14  20  usually cost six percent but he will not charge the six percent

12:14  21  on this one.

12:14  22       MR. McLAUGHLIN:   Let's continue.

12:14  23       AUDIOTAPE PLAYED FOR THE RECORD

12:25  24  Q.   We are now on on page 112, lines 8 through 10.

12:25  25  A.   Okay.

12:25    1    Q.   Do you see where Oleanvine states; so Stephan said he

12:25    2    already talked to the "tower" person and everything?

12:25    3    A.   Yes.

12:25    4    Q.   When Oleanvine says "tower" person, what is she referring

12:25    5    to?

12:25    6    A.   The airport tower in the British Virgin Islands.

12:25    7    Q.   For what day?

12:25    8    A.   For the transportation of $700,000 that's suppose to go the

12:25    9    following day on April 28, 2022, to the BVI.

12:25   10    Q.   What was Kadeem's role, her son's role, in that?

12:26   11    A.   He was controlling the tower to make sure that the money

12:26   12    gets there safely without inspection from law enforcement.

12:26   13         AUDIOTAPE PLAYED FOR THE RECORD

12:26   14    Q.   Page 113.  Earlier there was discussion about Oleanvine was

12:27   15    going to receive how much in a percent of the cocaine sales?

12:27   16    A.   200,000.

12:27   17    Q.   In terms of the percentage how much was Oleanvine going to

12:27   18    get?

12:27   19    A.   Five percent.

12:27   20    Q.   Was that to be kept secret from the defendant?

12:27   21    A.   No.

12:27   22         THE COURT:   I think this may be a propitious time to

12:27   23    stop for lunch.

12:27   24         MR. McLAUGHLIN:   Yes, Your Honor.

12:27   25

12:27  1        THE COURT:  All right. We are going to break now for

12:27  2   lunch.  Again, do not talk about the case amongst yourselves,

12:27  3   or with anyone else, about the case.  Be back in the jury room

12:27  4   at one o'clock to start again.

12:28  5        COURT SECURITY OFFICER:  All rise, please.

12:28  6                    JURY EXCUSED

12:28  7        THE COURT:  All right.  Everyone grab some lunch and I

12:28  8   will see you back here at one o'clock.

12:28  9                    LUNCH RECESS.

12:28  10       THE COURT:  All right. Mr. Fahie is back with us.

01:04  11       Bring in the jury, please.

01:04  12       COURT SECURITY OFFICER:  All rise for the jury.

01:04  13       THE COURT:  Everyone may be seated.

01:05  14       You may continue, Mr. McLaughlin.

01:05  15       MR. McLAUGHLIN:  Thank you, Your Honor.

01:05  16   Q.  Going back to page 88 in the transcript book. When we left

01:05  17   off, detective, we were talking about Ms. Maynard's five

01:05  18   percent cut of the proceeds. Do you recall that?

01:05  19   A.  Yes.

01:05  20   Q.  And we were discussing whether the defendant knew about

01:05  21   that.

01:05  22   A.  Yes.

01:05  23   Q.  You see page 88, lines 17 and 18, where Roberto says he is

01:06  24   going to get 12 percent and she's going to get five percent but

01:06  25   he can't -- don't know that she's getting five percent?

01:06  1    A.   Yes.

01:06  2    Q.   What is going on here?

01:06  3    A.   The CI is letting Maynard know that the defendant cannot

01:06  4    know she's going to get five percent of the profit.

01:06  5    Q.   So, similar to the side deal the defendant is not to be

01:06  6    made aware of that?

01:06  7    A.   Yes.

01:07  8              MR. McLAUGHLIN:   We are now publishing Government's 11

01:07  9    A 3 we are on page 113 of the transcript.

01:07  10             AUDIOTAPE PLAYED FOR THE RECORD

01:08  11   Q.   We are on page 113; lines 13 through 17.  Do you see where

01:08  12   Roberto states, yes, and you are not going to tell him that we

01:08  13   met before?

01:08  14   A.   Yes.

01:08  15   Q.   What is Roberto referring to here?

01:08  16   A.   He is saying that you are not going to tell the defendant

01:08  17   that we met today before our meeting in the evening.

01:08  18   Q.   He is speaking to who at this point in the conversation?

01:08  19   A.   To Ms. Maynard.

01:09  20             AUDIOTAPE PLAYED FOR THE RECORD

01:10  21   Q.   Going to the bottom of 114 through 115, detective.

01:10  22   A.   Yes.

01:10  23   Q.   Do you see the name Wade Smith?

01:10  24   A.   Yes.

01:10  25

01:10  1   Q.  And you see where Ms. Maynard says the "HC" he is handling

01:10  2   Wade Smith.   Who is the "HC"?

01:10  3   A.  The defendant.

01:10  4   Q.  And did you personally as an undercover meet with Wade

01:11  5   Smith?

01:11  6   A.  I never met with Wade Smith.

01:11  7   Q.  Do you know who Wade Smith is?

01:11  8          MS. VAN VILET:  I would object if he never met with

01:11  9   him.  It is based on hearsay.

01:11  10          THE COURT:  Sustained.

01:11  11          MR. McLAUGHLIN:  We will continue.

01:11  12          AUDIOTAPE PLAYED FOR THE RECORD

01:13  13   Q.  Page 118 line eight.  You see here where Ms. Maynard says,

01:13  14   but who he really hangs with is this guy Ashley Ritter.   When

01:13  15   Ms. Maynard uses the term he, who is she referring to?

01:13  16   A.  The defendant.

01:14  17   Q.  Taking you back to page 115, line seven.  What is the name

01:14  18   there?

01:14  19   A.  Wade Smith.

01:14  20   Q.  Going now to page 118, line seven, eight, nine.

01:14  21      Who is Ms. Maynard referring to here?

01:14  22   A.  Ashley Ritter.

01:15  23   Q.  And he hangs out with Wade Smith?

01:15  24   A.  I am not sure.

01:15  25          AUDIOTAPE PLAYED FOR THE RECORD

01:15   1   Q.   Taking you to page 119, lines 17 through 18.

01:15   2        The conversation is about Wade Smith and Ritter?

01:15   3   A.   Yes.

01:15   4   Q.   Not the defendant?

01:15   5   A.   Correct.

01:15   6                AUDIOTAPE PLAYED FOR THE RECORD.

01:25   7                MR. McLAUGHLIN:   Now publishing 11 A 4.   We are on

01:25   8   page 137 of the transcript book.

01:26   9                AUDIOTAPE PLAYED FOR THE RECORD

01:31  10   Q.   If we could go back to page 140, detective, lines 7 through

01:31  11   10 on page 140.   Are you there?

01:31  12   A.   Yes.

01:31  13   Q.   Do you see where Roberto states; I hope the Premier is not

01:31  14   going to ask me today about this $200,000 because really I do

01:31  15   not know how I am going to react for real.

01:32  16        What is he referring to there?

01:32  17   A.   To the $200,000 we are going to pay Maynard.

01:32  18   Q.   If we go to page 141, lines 8 through 14.   Do you see

01:32  19   Roberto states this is a test, but later we are going to do

01:32  20   four more, two every month; look at the amount of money.

01:32  21        Do you see that right there?

01:32  22   A.   Yes.

01:32  23   Q.   What is he referring to there?

01:32  24   A.   When he is referring to test he means the first run, the

01:32  25   first shipment of 3,000 kilograms, that is suppose to go

01:32  1   through the BVI and then two every month, two more shipments

01:32  2   each month for four months in total.

01:33  3   Q.   Four months total?

01:33  4   A.   Yes.

01:33  5   Q.   Do you see here where Roberto refers to my parents?

01:33  6   A.   Yes.

01:33  7   Q.   Because for my parents it is nothing, they been doing this

01:33  8   almost 60 years.   What is Roberto referring to here?

01:33  9   A.   When he refers to his parents he is referring to the

01:33  10  cartel, to the organization.

01:34  11              AUDIOTAPE PLAYED FOR THE RECORD

01:39  12  Q.   Now detective after this meeting where did you go next?

01:39  13  A.   I went to a location that Special Agents Brian Witek and

01:39  14  Shane Aschleman chose for us to debrief after.

01:39  15  Q.   When you say us who are you referring to?

01:39  16  A.   The law enforcement team; myself, the CI, Brian, Shane and

01:39  17  the other surveillance team who was with us.

01:39  18  Q.   What was the purpose of the post meeting debrief?

01:40  19  A.   To inform the special agents about the debriefing and also

01:40  20  to discuss how we were going about the evening meeting.

01:40  21  Q.   Taking you to later in the evening on April 27, 2022; did

01:40  22  you go back to the Embassy Suites Hotel?

01:40  23  A.   Yes.

01:40  24  Q.   Did you go with someone else?

01:40  25  A.   Yes.

01:40 1  Q.  Approximately what time did you arrive there?

01:40 2  A.  Around 7:00 p.m.

01:40 3  Q.  Who was with you?

01:40 4  A.  Myself and the confidential informant.

01:40 5  Q.  Once you arrived at the hotel what happened next?

01:40 6  A.  We walked into the lobby and met with the defendant, Ms.

01:40 7  Maynard and a female, I later became aware her name was

01:41 8  Roxanne, and they were waiting by a table in the lobby area.

01:41 9  Q.  Showing you Government's Exhibits 27, 28 and 30.  Once you

01:41 10 met with all three of these individuals where did you go next?

01:41 11 A.  We waited momentarily; the confidential informant had to go

01:41 12 to the restroom and then he came back and we went into a

01:41 13 conference room in the lobby.

01:41 14 Q.  Was there other law enforcement surveillance there?

01:41 15 A.  Yes.

01:41 16 Q.  What was the purpose?

01:42 17 A.  To protect us.

01:42 18      MR. McLAUGHLIN: Publishing now Government's 12 A1.  We

01:42 19 are at tab twelve of the transcript book.

01:42 20      THE COURT:  You may proceed.

01:43 21      AUDIOTAPE PLAYED FOR THE RECORD

01:43 22 Q.  You indicated earlier the informant had to go where prior

01:43 23 to the meeting?

01:43 24 A.  To the restroom.

01:44 25      AUDIOTAPE PLAYED FOR THE RECORD

01:45    1    Q.   Detective, once you arrived in the hotel lobby where did

01:45    2    you go next?

01:45    3    A.   We stayed by the lobby area and we entered into the

01:45    4    conference room.

01:45    5    Q.   Who entered the conference room?

01:45    6    A.   Myself, the CI, Maynard, Roxanne and the defendant.

01:45    7    Q.   Was there anyone else present?

01:45    8    A.   No.

01:46    9             AUDIOTAPE PLAYED FOR THE RECORD

01:48   10    Q.   Detective, at this point where was everyone?

01:48   11    A.   Inside the conference room.

01:48   12    Q.   Approximately how large was the conference room?

01:48   13    A.   It was a pretty big conference room; I would say from room

01:49   14    to room length.

01:49   15    Q.   What was inside the conference room?

01:49   16    A.   A big table in the middle.

01:49   17    Q.   Where were you located?

01:49   18    A.   One side of the table -- this is the table -- I am located

01:49   19    on this side.

01:49   20    Q.   Was anyone next to you?

01:49   21    A.   Yes.

01:49   22    Q.   Who was next to you?

01:49   23    A.   The confidential informant.

01:49   24    Q.   Where was the defendant located?

01:49   25    A.   The defendant was sitting directly in front of us.

01:49  1   Q.   Where was Ms. Maynard and Roxanne located?

01:49  2   A.   Located to the left of us closer to the end of the table.

01:49  3            VIDEOTAPE PLAYED FOR THE RECORD

01:56  4   Q.   Tell us, detective, why is there all of this discussion

01:56  5   about passports?

01:56  6   A.   Because of the flight we were going to have tomorrow going

01:56  7   to the BVI.

01:56  8            AUDIOTAPE PLAYED FOR THE RECORD

01:57  9   Q.   Going to the bottom of page 20.   The defendant states the

01:57 10   thing in Saint Martin.

01:57 11   A.   Yes.

01:57 12   Q.   Let me take a picture of the thing in Saint Martin.   What

01:57 13   was supposed to happen in Saint Martin?

01:57 14   A.   There was a meeting in Saint Martin where the CI was going

01:57 15   to meet with the defendant and the individual to pay that

01:57 16   person for a bribe for Customs.

01:57 17            AUDIOTAPE PLAYED FOR THE RECORD

01:59 18   Q.   What is happening at this point in the meeting?

01:59 19   A.   The defendant is asking Meynard and Roxanne to exit the

01:59 20   room so we could talk.

02:00 21            MR. McLAUGHLIN:   Please continue playing.

02:00 22            AUDIOTAPE PLAYED FOR THE RECORD

02:03 23   Q.   The bottom of page 28.   Do you hear the defendant say he is

02:03 24   coming in late the second so I do not have a room.   What is he

02:03 25   referring to there when he says the second?

A.  Referring to May 2nd.

MR. McLAUGHLIN:  Please continue playing.

AUDIOTAPE PLAYED FOR THE RECORD

Q.  Going to the bottom of page 22, what is Roberto telling you to do there?

A.  Telling me to book a room at the hotel from May 2nd to May fifth.

Q.  Why do you need to book a room?

A.  That day there is going to be a payment to a Government official, a bribe payment.

Q.  Would you agree that Mr. Fahie has not told you exactly who is going to be there?

A.  No.

MR. McLAUGHLIN: Please continue playing.

AUDIOTAPE PLAYED FOR THE RECORD

MR. McLAUGHLIN:  For the record, I am now publishing Government's 12 A2.

THE COURT:  All right.

AUDIOTAPE PLAYED FOR THE RECORD

Q.  Going back to page 35, lines 16 through 18.  You see the number 133,000?

A.  Yes.

Q.  What does that number represent?

A.  $133,000.

Q.  You see page 36, lines 12 through 14?

02:09  1    A.  Yes.

02:09  2    Q.  And you see the defendant said he did a few things for me

02:10  3    politically, so he borrowed money over a year ago?

02:10  4    A.  Yes.

02:10  5    Q.  What is the defendant referring to here?

02:10  6    A.  He is referring to the individual that is going to be

02:10  7    receiving that money.

02:00  8                MR. McLAUGHLIN:  Please continue playing.

02:10  9                AUDIOTAPE PLAYED FOR THE RECORD

02:11  10   Q.  Going now to the bottom of page 38.

02:11  11   A.  Yes.

02:11  12   Q.  You see here the defendant states; tell me if Jose is your

02:12  13   -- I -- you know how we work -- Jose is the man?

02:12  14   A.  Yes.

02:12  15   Q.  What is the defendant referring to here?

02:12  16                MS. VAN VILET:  Objection.

02:12  17                THE COURT:  Sustained.  Rephrase the question if you

02:12  18   would.

02:12  19                MR. McLAUGHLIN:  Yes, Your Honor.

02:12  20   Q.  What is your understanding as to what the defendant was

02:12  21   saying?

02:12  22   A.  The way I understand it is if I am the right-hand man to

02:12  23   the CI in the organization.  He is saying Jose is the man,

02:12  24   like, I am going to be his go to guy on the island.

02:13  25                AUDIOTAPE PLAYED FOR THE RECORD

02:14 1  Q.  Pausing here on page 41, lines 12 through 13.  See here

02:14 2  Roberto states, we have some questions..

02:14 3      For example, do we know what companies are we going to

02:15 4  use?

02:15 5  A.  Yes.

02:15 6  Q.  Why is Roberto asking that question?

02:15 7  A.  Part of the investigative scenario is -- he is trying to

02:15 8  create companies to disguise the illegal activities of what we

02:15 9  are going to do over there to not create the suspicions with

02:15 10  law enforcement.

02:15 11          AUDIOTAPE PLAYED FOR THE RECORD

02:19 12  Q.  Detective, going to the bottom of page 48, lines 18 through

02:19 13  23.

02:19 14  A.  Yes.

02:19 15  Q.  You see Roberto asks the Customs guy are you going to fix

02:19 16  that guy?  And you see the defendant says I am going to fix

02:19 17  him.

02:19 18      What was your understanding of the term the defendant used

02:19 19  when he said, I am going to fix him?

02:19 20  A.  The defendant is going to pay him.

02:19 21  Q.  Pay him what?

02:19 22  A.  Pay him money.

02:19 23          AUDIOTAPE PLAYED FOR THE RECORD

02:21 24  Q.  Page 51, lines 11 through 13.  Do you see here Roberto says

02:21 25  I am talking about the test we are going to run?

A.   Yes.

Q.   What is Roberto referring to here?

A.   The first shipment that is supposed to go in July for 3000 kilograms of cocaine.


Q.   Just above that on 51 the defendant states; with him all I need to do is -- when you land and she is going to secure that until I get back.  You see that phrase there?

A.   Yes.

Q.   What was going to be transmitted on April 28, 2022 from Miami to BVI?

A.   $700,000.

Q.   Who was going to be on that flight?

A.   The confidential informant, Ms. Maynard and Roxanne.

        THE COURT:  All right. We are going to stop at this point since we are almost at 2:30, and there a couple of jurors that must leave to be able to pick up their children by 3:30; so we will break for the day.

        Now, you are going to go home this evening and you will have pretty much the same conversation that you had with the person you had a conversation with last night.

        How was your day?  What did you do down there in Federal Court?  And the answer will be the same as it was last night; because you cannot talk about it with your wife, your husband, your son, your daughter or with anyone else, either in

1    person or online.

2           Again, check your app for traffic and leave a little

3    bit earlier so we can start promptly at nine o'clock.

4           All right. Have a good night.

5           COURT SECURITY OFFICER:  All rise, please.

6                          JURY EXCUSED

7           THE COURT:  All right. You can leave your boxes and

8    other things here; the courtroom will be locked once you leave

9    for the evening.  I would ask that you wait about five minutes

10   for the jurors to clear the floor.

11          The jurors are endeavoring to see if they can make

12   some alternate pick-up arrangements this week so that perhaps

13   we can get at least one full day in.

14          Detective, you cannot speak with anyone about your

15   testimony since you are still on the stand.

16          THE WITNESS:  Yes, Your Honor.

17          THE COURT:  All right. I will see you all tomorrow

18   morning at nine o'clock.

19                       COURT IN RECESS

20

21

22

23

24

25

- - -

C E R T I F I C A T E

    I hereby certify that the foregoing is an accurate transcription of proceedings in the above-entitled matter.


                                          /S/PATRICIA SANDERS

_____                    _____

DATE FILED                     PATRICIA SANDERS, RPR

## $

**$133,000** [1] - 50:24
**$200,000** [2] - 45:14, 45:17
**$500,000** [1] - 31:3
**$700,000** [6] - 30:1, 30:20, 40:17, 40:18, 41:8, 53:12

## /

**/S/PATRICIA** [1] - 55:6

## 1

**1** [2] - 19:15, 27:22
**1-30-2024** [1] - 1:9
**10** [4] - 35:18, 36:10, 40:24, 45:11
**11** [19] - 16:2, 16:6, 16:9, 17:9, 17:17, 19:15, 27:22, 29:8, 31:24, 31:25, 34:12, 36:11, 38:18, 39:19, 39:22, 43:8, 45:7, 52:24
**11-3** [1] - 1:17
**112** [1] - 40:24
**113** [2] - 41:14, 43:9, 43:11
**114** [1] - 43:21
**115** [2] - 43:21, 44:17
**118** [2] - 44:13, 44:20
**119** [1] - 45:1
**11A** [1] - 14:13
**11B** [1] - 17:6
**12** [15] - 15:12, 16:2, 16:9, 17:6, 17:10, 17:17, 37:24, 38:1, 38:2, 38:6, 42:24, 47:18, 50:17, 50:25, 52:1
**13** [9] - 16:18, 17:2, 17:6, 17:10, 17:17, 37:24, 43:11, 52:1, 52:24
**133** [1] - 39:7
**133,000** [1] - 50:21
**137** [1] - 45:8
**14** [4] - 33:10, 39:22, 45:18, 50:25
**140** [2] - 45:10, 45:11
**141** [1] - 45:18
**15** [1] - 36:10
**16** [5] - 25:18, 33:10, 34:23, 35:18, 50:20
**17** [4] - 38:10, 42:23, 43:11, 45:1
**18** [10] - 22:18, 22:24,

23:18, 27:14, 32:5, 32:11, 42:23, 45:1, 50:20, 52:12
**183,000** [1] - 39:10
**19** [4] - 22:9, 23:18, 29:21, 34:23

## 2

**2** [2] - 29:8, 31:24
**20** [1] - 49:9
**200,000** [2] - 37:21, 41:16
**2011** [1] - 3:24
**2012** [3] - 3:15, 3:24
**2015** [1] - 3:19
**2016** [1] - 5:11
**2020** [1] - 4:9
**2022** [6] - 6:3, 10:17, 10:18, 12:5, 12:8, 13:13, 14:6, 14:20, 15:2, 15:4, 15:19, 15:23, 16:12, 16:24, 18:2, 18:15, 29:24, 29:25, 33:20, 41:9, 46:21, 53:10
**21** [2] - 22:20, 35:11
**22** [4] - 22:24, 23:8, 35:11, 50:4
**22-CR-2019-KMW** [1] - 1:3
**23** [12] - 22:24, 23:5, 23:18, 26:4, 26:13, 26:21, 27:4, 27:7, 27:10, 36:6, 36:15, 52:13
**24** [2] - 21:12, 21:20
**26** [3] - 18:20, 19:2, 25:4
**26,000** [3] - 38:19, 38:23
**27** [16] - 8:14, 8:19, 8:21, 10:17, 10:18, 13:13, 14:6, 14:20, 15:2, 15:4, 15:19, 15:23, 18:15, 33:20, 46:21, 47:9
**27th** [1] - 18:2
**28** [13] - 6:3, 13:19, 13:24, 16:12, 16:24, 25:18, 27:14, 29:24, 29:25, 41:9, 47:9, 49:23, 53:10
**28th** [3] - 18:2, 30:21, 37:14
**2:30** [1] - 53:16
**2nd** [2] - 50:1, 50:6

## 3

**3** [3] - 39:19, 40:12, 43:9
**3,000** [2] - 30:18, 45:25
**30** [5] - 28:1, 33:22, 34:1, 34:5, 47:9
**3000** [5] - 35:2, 35:5, 38:19, 38:23, 53:4
**305.523.5528** [1] - 1:18
**33128** [1] - 1:18
**35** [1] - 50:20
**36** [1] - 50:25
**38** [1] - 51:10
**3:30** [1] - 53:17

## 4

**4** [3] - 28:23, 31:9, 45:7
**400** [1] - 1:17
**41** [1] - 52:1
**42** [1] - 28:10
**43** [4] - 28:10, 28:23, 29:6, 29:9
**44** [1] - 29:11
**45** [1] - 29:21
**48** [3] - 30:12, 31:5, 52:12
**49** [1] - 31:5

## 5

**500,000** [1] - 37:19
**51** [2] - 52:24, 53:6
**57** [4] - 31:9, 31:22, 31:25, 32:3

## 6

**6** [3] - 6:25, 31:9, 40:12
**6,000,000** [1] - 39:2
**60** [3] - 25:15, 28:5, 46:8
**60-kilogram** [2] - 28:4, 28:7
**68** [1] - 33:1
**69** [1] - 33:10

## 7

**7** [3] - 25:18, 28:23, 45:10
**70** [2] - 33:17, 34:12
**700,000** [1] - 37:17
**738** [1] - 20:1
**76** [1] - 34:23

**77** [2] - 35:10, 35:11
**78** [4] - 35:10, 35:18, 36:7, 38:25
**79** [1] - 36:7
**7:00** [1] - 47:2

## 8

**8** [2] - 40:24, 45:18
**80** [3] - 36:8, 36:10, 36:20
**81** [1] - 36:22
**82** [1] - 37:8
**86** [1] - 37:12
**88** [5] - 37:12, 37:24, 38:16, 42:16, 42:23
**89** [1] - 38:18

## 9

**90** [1] - 39:6
**900,000** [1] - 39:2
**91** [1] - 39:1
**94** [1] - 39:22
**99** [1] - 40:12

## A

**A.U.S.A** [2] - 1:12, 1:13
**A1** [2] - 16:6, 47:18
**A2** [2] - 16:6, 50:17
**able** [1] - 53:17
**above-entitled** [1] - 55:4
**accurate** [2] - 18:1, 55:3
**accurately** [6] - 15:1, 15:22, 16:23, 18:22, 26:9, 26:18
**acted** [1] - 5:23
**acting** [1] - 11:6
**activities** [1] - 52:8
**activity** [1] - 7:11
**admission** [7] - 8:18, 13:23, 16:1, 17:1, 19:2, 21:20, 27:3
**admit** [1] - 27:7
**admitted** [8] - 8:21, 14:2, 16:9, 17:4, 17:10, 19:4, 21:22, 34:1
**agencies** [1] - 6:23
**agency** [3] - 3:11, 9:17, 10:10
**agent** [1] - 17:12
**Agents** [4] - 11:19, 12:16, 12:22, 46:13
**agents** [2] - 11:22, 46:19

**ago** [1] - 51:3
**agree** [2] - 24:4, 50:11
**airplane** [1] - 23:16
**Airport** [1] - 6:5
**airport** [4] - 29:22, 30:1, 30:5, 41:6
**alleged** [1] - 24:11
**almost** [3] - 40:4, 46:8, 53:16
**alternate** [1] - 54:12
**ALTURO** [1] - 1:6
**America** [1] - 21:9
**AMERICA** [1] - 1:4
**amount** [2] - 37:13, 45:20
**Andrew** [1] - 5:14
**ANDREW** [1] - 1:6
**answer** [1] - 53:23
**apart** [3] - 28:20, 29:6, 29:17
**apartment** [1] - 16:15
**app** [1] - 54:2
**aPPEARANCES** [1] - 1:11
**approach** [1] - 17:14
**April** [26] - 4:9, 6:3, 10:17, 10:18, 12:5, 12:8, 13:13, 14:6, 14:20, 15:2, 15:4, 15:19, 15:23, 16:12, 16:24, 18:2, 18:15, 29:24, 29:25, 30:21, 33:20, 37:14, 41:9, 46:21, 53:10
**area** [4] - 20:4, 36:14, 47:8, 48:3
**arise** [1] - 9:10
**arrangements** [1] - 54:12
**arrest** [3] - 5:25, 6:4, 10:16
**arrival** [1] - 29:23
**arrive** [3] - 30:1, 35:24, 47:1
**arrived** [3] - 2:3, 47:5, 48:1
**Aschleman** [4] - 11:19, 12:16, 12:22, 46:14
**Ashley** [2] - 44:14, 44:22
**assigned** [1] - 3:25
**assist** [2] - 4:6, 20:20
**assisting** [1] - 5:3
**attention** [1] - 36:10
**audio** [2] - 15:18, 31:24
**AUDIOTAPE** [42] - 27:24, 28:9, 29:10, 29:20, 30:11, 31:4,

32:2, 32:17, 32:24, 33:9, 34:11, 34:22, 35:9, 36:5, 36:21, 37:7, 37:11, 38:17, 39:18, 39:21, 40:23, 41:13, 43:10, 43:20, 44:12, 44:25, 45:6, 45:9, 46:11, 47:21, 47:25, 48:9, 49:8, 49:17, 49:22, 50:3, 50:15, 50:19, 51:9, 51:25, 52:11, 52:23
**Avenue** [1] - 1:17
**avoid** [1] - 9:21
**aware** [4] - 8:24, 13:4, 43:6, 47:7

## B

**background** [1] - 13:1
**backup** [2] - 4:24, 5:2
**based** [2] - 25:24, 44:9
**Beach** [7] - 3:12, 3:13, 3:18, 3:21, 4:6, 4:10, 6:24
**became** [1] - 47:7
**begin** [2] - 2:19, 19:14
**behalf** [1] - 26:3
**best** [1] - 7:22
**between** [3] - 4:5, 14:20, 24:2
**big** [2] - 48:13, 48:16
**bit** [1] - 54:3
**Blue** [12] - 9:5, 9:7, 9:8, 9:19, 9:21, 10:12
**boats** [1] - 36:23
**book** [5] - 42:16, 45:8, 47:19, 50:6, 50:8
**borrowed** [1] - 51:3
**boss** [4] - 11:7, 26:3, 37:9, 40:11
**boss'** [2] - 39:2, 39:4
**bottom** [9] - 29:11, 31:5, 36:22, 43:21, 49:9, 49:23, 50:4, 51:10, 52:12
**boxes** [1] - 54:7
**break** [5] - 31:11, 31:14, 31:23, 42:1, 53:18
**Brian** [3] - 11:19, 46:13, 46:16
**bribe** [4] - 23:17, 30:1, 49:16, 50:10
**bribes** [1] - 23:17
**briefed** [2] - 12:19, 12:23
**bring** [3] - 2:3, 31:19, 42:11

**British** [18] - 8:17, 9:3, 19:23, 21:2, 21:3, 21:6, 21:9, 21:15, 22:4, 26:7, 26:10, 26:17, 26:19, 27:1, 27:12, 33:15, 39:12, 41:6
**business** [2] - 24:19, 35:17
**buying** [1] - 9:13
**BVI** [15] - 25:23, 26:3, 28:19, 29:3, 30:10, 30:21, 35:6, 36:3, 37:14, 40:3, 40:19, 41:9, 46:1, 49:7, 53:11
**BVI..** [1] - 25:25
**BY** [1] - 1:16

## C

**cannot** [5] - 7:21, 31:16, 43:3, 53:24, 54:14
**capacity** [1] - 4:22
**career** [1] - 4:15
**careful** [1] - 32:4
**Caribbean** [1] - 21:15
**cartel** [5] - 11:12, 11:13, 11:17, 25:14, 46:10
**case** [12] - 1:3, 2:10, 7:17, 8:24, 12:1, 12:15, 13:1, 24:12, 31:16, 32:22, 42:2, 42:3
**cash** [6] - 30:20, 30:23, 31:1, 39:23, 40:1, 40:2
**caveat** [1] - 16:4
**certain** [2] - 26:10, 37:13
**certify** [1] - 55:3
**chance** [4] - 14:22, 15:15, 17:19, 17:22
**change** [1] - 39:2
**channels** [1] - 10:6
**charge** [3] - 5:1, 40:2, 40:20
**check** [2] - 2:13, 54:2
**checked** [1] - 37:4
**children** [1] - 53:17
**chose** [1] - 46:14
**CI** [5] - 43:3, 46:16, 48:6, 49:14, 51:23
**circle** [1] - 36:17
**City** [2] - 3:22, 3:23
**clear** [2] - 35:20, 54:10
**closer** [1] - 49:2
**coach** [2] - 32:8, 33:3

**coach..** [1] - 32:4
**cocaine** [11] - 4:17, 4:20, 21:6, 21:8, 25:15, 35:6, 35:24, 38:8, 38:22, 41:15, 53:4
**coffee** [2] - 31:12, 31:15
**Colombia** [1] - 22:4
**coming** [6] - 2:14, 2:18, 22:22, 24:20, 30:23, 49:24
**comments** [1] - 24:8
**community** [1] - 4:5
**companies** [2] - 52:3, 52:8
**company** [1] - 22:18
**comparing** [1] - 18:4
**completely** [1] - 29:17
**conduct** [1] - 19:10
**conference** [7] - 47:13, 48:4, 48:5, 48:11, 48:12, 48:13, 48:15
**confidential** [27] - 7:6, 7:8, 7:9, 7:13, 7:15, 7:17, 7:18, 7:23, 7:25, 8:5, 8:11, 9:16, 10:9, 11:1, 11:5, 11:15, 12:1, 12:4, 14:11, 14:20, 15:8, 15:19, 24:3, 47:4, 47:11, 48:23, 53:14
**conflict** [1] - 10:6
**confliction** [2] - 9:22, 10:5
**confusion** [1] - 16:7
**consider** [2] - 24:7, 24:10
**contact** [2] - 35:24, 36:1
**contained** [3] - 14:18, 15:17, 17:19
**context** [1] - 24:9
**continue** [22] - 6:19, 22:7, 25:2, 25:16, 27:21, 31:21, 31:23, 32:16, 33:8, 34:10, 36:4, 36:19, 37:6, 38:15, 39:17, 40:22, 42:14, 44:11, 49:21, 50:2, 50:14, 51:8
**continuing** [2] - 6:17, 35:8
**control** [1] - 30:4
**controlling** [1] - 41:11
**conversation** [5] - 36:7, 43:18, 45:2, 53:20, 53:21
**coordinates** [1] -

24:19
**copy** [1] - 17:7
**correct** [4] - 17:13, 29:7, 31:7, 45:5
**correctly** [1] - 32:6
**cost** [1] - 40:20
**costing** [1] - 40:14
**counsel** [1] - 17:5
**country** [1] - 30:9
**couple** [2] - 10:1, 53:16
**course** [1] - 4:14
**COURT** [54] - 1:1, 1:10, 2:2, 2:4, 2:5, 3:1, 3:3, 8:21, 8:23, 10:1, 14:2, 16:4, 16:9, 17:4, 17:9, 17:15, 17:18, 18:10, 18:13, 19:4, 19:6, 19:17, 21:22, 21:24, 24:1, 27:6, 27:9, 27:23, 31:11, 31:14, 31:17, 31:19, 31:20, 31:21, 32:1, 34:1, 34:3, 39:20, 41:22, 42:1, 42:5, 42:7, 42:10, 42:12, 42:13, 44:10, 47:20, 50:18, 51:17, 53:15, 54:5, 54:7, 54:17, 54:19
**court** [2] - 5:15, 26:1
**Court** [3] - 1:17, 32:14, 53:23
**courtroom** [2] - 2:7, 2:8, 54:8
**create** [2] - 52:8, 52:9
**crimes** [1] - 24:11
**criminal** [1] - 7:11
**Cuba** [1] - 21:18
**Customs** [7] - 23:17, 30:8, 35:20, 36:2, 39:11, 49:16, 52:15
**cut** [1] - 42:18

## D

**DATE** [1] - 55:8
**daughter** [2] - 16:24, 53:25
**daughter's** [1] - 16:24
**de** [3] - 9:22, 10:5, 10:6
**de-conflict** [1] - 10:6
**de-confliction** [2] - 9:22, 10:5
**DEA** [9] - 2:24, 3:8, 3:25, 4:5, 4:6, 4:8, 4:9, 4:10, 6:25
**deal** [18] - 24:2, 24:5, 24:10, 24:21, 25:8,

25:13, 25:14, 28:4, 28:7, 28:21, 29:6, 29:14, 30:17, 31:7, 31:9, 32:13, 43:5
**dealer** [2] - 9:13
**debrief** [2] - 46:14, 46:18
**debriefing** [1] - 46:19
**defendant** [46] - 5:21, 15:23, 16:12, 16:24, 17:5, 23:3, 24:24, 25:11, 25:12, 30:16, 31:2, 32:10, 33:5, 33:7, 34:16, 34:19, 37:10, 37:18, 38:5, 38:9, 39:5, 41:20, 42:20, 43:3, 43:5, 43:16, 44:3, 44:16, 45:4, 47:6, 48:6, 48:24, 48:25, 49:9, 49:15, 49:19, 49:23, 51:2, 51:5, 51:12, 51:15, 51:20, 52:16, 52:18, 52:20, 53:6
**DEFENDANT** [1] - 1:14
**defendant's** [2] - 8:25, 10:16
**Delgado** [1] - 1:15
**Department** [7] - 3:12, 3:14, 3:18, 3:21, 4:6, 4:11, 6:24
**depict** [6] - 15:1, 15:22, 16:23, 18:22, 26:9, 26:18
**depicted** [6] - 8:15, 19:19, 26:24, 27:11, 27:19, 34:4
**describe** [1] - 5:17
**detective** [25] - 3:5, 3:17, 4:10, 10:1, 14:5, 16:11, 17:19, 20:9, 20:19, 22:9, 23:6, 24:14, 28:20, 32:18, 33:10, 36:6, 42:17, 43:21, 45:10, 46:12, 48:1, 48:10, 49:4, 52:12, 54:14
**Detective** [2] - 18:14, 30:12
**devices** [1] - 8:2
**different** [3] - 9:16, 14:14, 15:13
**difficult** [1] - 2:15
**directing** [1] - 12:15
**directly** [1] - 48:25
**Director** [1] - 19:23
**discuss** [1] - 46:20
**discussed** [2] - 9:4, 39:9

**discussing** [1] - 42:20
**discussion** [3] - 23:15, 41:14, 49:4
**discussions** [2] - 24:5, 24:10
**disguise** [1] - 52:8
**dismissed** [1] - 2:13
**DISTRICT** [3] - 1:1, 1:2, 1:10
**DIVISION** [1] - 1:2
**documents** [2] - 24:18
**dollars** [1] - 38:25
**Dominguez** [1] - 2:24
**done** [1] - 25:14
**down** [6] - 10:2, 18:6, 22:20, 32:5, 38:10, 53:22
**downtown** [2] - 2:14, 2:18
**Dozens** [1] - 4:21
**dozens** [2] - 7:4, 11:25
**draw** [1] - 36:9
**dress** [1] - 2:16
**drop** [1] - 24:19
**dropping** [1] - 25:5
**drug** [11] - 6:9, 9:12, 9:13, 10:22, 11:7, 11:9, 11:11, 11:14, 11:16, 28:4, 28:7
**drugs** [1] - 36:3
**duration** [1] - 22:12
**during** [2] - 8:24, 22:9
**duty** [1] - 13:13

**E**

**early** [3] - 2:19, 3:24
**eats** [1] - 32:19
**eight** [3] - 20:19, 44:13, 44:20
**either** [2] - 24:14, 53:25
**Embassy** [3] - 18:18, 18:22, 46:22
**employment** [1] - 8:25
**end** [2] - 36:2, 49:2
**endeavoring** [1] - 54:11
**enforcement** [19] - 3:20, 7:10, 8:8, 8:12, 9:8, 9:9, 9:14, 9:24, 10:8, 10:10, 10:13, 30:8, 36:2, 37:5, 41:12, 46:16, 47:14, 52:10
**engage** [3] - 10:5, 15:4, 16:11
**engaged** [1] - 14:5
**English** [1] - 5:12
**entail** [1] - 12:24

**entered** [2] - 48:3, 48:5
**entitled** [1] - 55:4
**equip** [1] - 8:2
**errands** [1] - 34:13
**ESQ** [2] - 1:14, 1:15
**evening** [8] - 15:8, 15:19, 34:9, 43:17, 46:20, 46:21, 53:19, 54:9
**evidence** [3] - 24:6, 24:11, 24:24
**exactly** [2] - 34:17, 50:11
**example** [2] - 9:12, 52:3
**EXCUSED** [2] - 42:6, 54:6
**exhibit** [1] - 21:12
**Exhibit** [24] - 8:14, 8:19, 13:19, 13:24, 14:13, 15:12, 16:2, 16:18, 17:2, 17:6, 17:9, 18:20, 19:2, 19:15, 21:12, 21:20, 26:21, 27:10, 27:22, 31:24, 33:22, 34:1, 34:5, 36:6
**exhibits** [2] - 17:20, 27:4
**Exhibits** [1] - 47:9
**exit** [1] - 49:19
**experience** [3] - 4:11, 7:12, 7:23
**experienced** [1] - 9:15
**explain** [2] - 4:4, 9:7

**F**

**face** [2] - 22:10, 22:11
**facts** [1] - 2:9
**FAHIE** [1] - 1:6
**Fahie** [6] - 5:14, 5:22, 15:8, 15:19, 24:4, 50:11
**fahie** [1] - 42:10
**Fahie's** [1] - 24:11
**fair** [1] - 18:1
**fairly** [6] - 15:1, 15:22, 16:23, 18:22, 26:9, 26:18
**familiar** [2] - 7:13, 9:5
**Federal** [1] - 53:23
**female** [1] - 47:7
**few** [1] - 51:2
**fifth** [2] - 39:14, 50:7
**fifty** [1] - 4:16
**file** [3] - 16:18, 16:19, 16:21
**FILED** [1] - 55:8

**files** [8] - 14:14, 14:16, 14:18, 15:13, 15:17, 15:22, 16:5
**finalize** [1] - 30:14
**first** [6] - 2:21, 35:2, 35:5, 45:24, 45:25, 53:3
**five** [1] - 30:12, 31:15, 38:11, 39:1, 39:3, 41:19, 42:17, 42:24, 42:25, 43:4, 54:9
**fix** [3] - 52:15, 52:16, 52:19
**FL** [1] - 1:18
**flight** [2] - 49:6, 53:13
**floor** [1] - 54:10
**Florida** [2] - 1:2, 28:19
**focusing** [1] - 36:7
**folder** [1] - 14:13
**follow** [1] - 8:11
**following** [3] - 30:19, 40:11, 41:9
**FOR** [53] - 1:12, 1:14, 19:18, 19:24, 20:8, 20:18, 22:8, 23:4, 25:3, 25:17, 27:24, 28:9, 29:10, 29:20, 30:11, 31:4, 32:2, 32:17, 32:24, 33:9, 34:11, 34:22, 35:9, 36:5, 36:21, 37:7, 37:11, 38:17, 39:18, 39:21, 40:23, 41:13, 43:10, 43:20, 44:12, 44:25, 45:6, 45:9, 46:11, 47:21, 47:25, 48:9, 49:3, 49:8, 49:17, 49:22, 50:3, 50:15, 50:19, 51:9, 51:25, 52:11, 52:23
**force** [2] - 3:10, 4:3
**foregoing** [1] - 55:3
**foreign** [1] - 10:13
**former** [1] - 8:17
**forward** [2] - 2:17, 3:1
**four** [7] - 14:15, 14:16, 14:18, 16:5, 45:20, 46:2, 46:3
**friend** [5] - 22:25, 23:2, 32:4, 32:8, 33:18
**front** [1] - 48:25
**full** [1] - 54:13

**G**

**gentlemen** [5] - 2:6, 3:7, 14:3, 24:1, 31:14

**Gerarde** [1] - 1:12
**Godson** [1] - 11:7
**godson** [1] - 40:10
**Google** [1] - 2:13
**Government** [8] - 2:21, 8:18, 13:23, 16:1, 17:1, 19:1, 21:19, 50:9
**Government's** [32] - 8:14, 8:19, 8:21, 13:18, 13:24, 14:13, 15:12, 16:2, 16:9, 16:18, 17:2, 17:6, 17:9, 18:20, 19:2, 19:15, 21:12, 21:20, 26:21, 27:4, 27:10, 27:22, 31:24, 33:22, 34:1, 34:5, 36:6, 36:15, 43:8, 47:9, 47:18, 50:17
**grab** [1] - 42:7
**guidance** [1] - 8:7
**guy** [4] - 44:14, 51:24, 52:15, 52:16

**H**

**hand** [2] - 24:14, 51:22
**handed** [1] - 17:16
**handler** [3] - 7:13, 7:16, 11:18
**handlers** [1] - 7:15
**handling** [3] - 30:4, 30:5, 44:1
**hangs** [2] - 44:14, 44:23
**HC** [3] - 33:6, 44:1, 44:2
**head** [3] - 32:4, 32:8, 33:3
**headed** [1] - 21:8
**hear** [4] - 8:3, 13:8, 24:2, 49:23
**heard** [1] - 24:6
**hearing** [1] - 28:3
**hearsay** [1] - 44:9
**HELD** [1] - 1:9
**help** [2] - 8:8, 18:10
**helping** [1] - 21:2
**hereby** [1] - 55:3
**home** [1] - 53:19
**Honor** [13] - 3:4, 10:4, 16:8, 16:10, 17:14, 18:12, 23:25, 24:13, 39:19, 41:24, 42:15, 51:19, 54:16
**HONORABLE** [1] - 1:9
**hope** [1] - 45:13
**horrible** [1] - 2:18

**Hotel** [1] - 46:22
**hotel** [10] - 18:18, 18:21, 18:23, 19:10, 19:11, 19:13, 33:4, 47:5, 48:1, 50:6
**hour** [1] - 40:4
**house** [1] - 16:15
**hundred** [1] - 39:3
**husband** [1] - 53:25

**I**

**ID** [1] - 5:19
**identification** [8] - 8:14, 14:12, 15:11, 18:19, 21:11, 26:4, 26:5, 26:13
**identification..** [1] - 33:23
**identified** [1] - 5:21
**illegal** [2] - 35:16, 52:8
**Immigration** [1] - 35:20
**impeachment** [1] - 24:8
**important** [3] - 8:5, 8:9, 35:15
**importation** [3] - 21:5, 28:18, 30:18
**IN** [1] - 54:19
**indicated** [2] - 18:14, 47:22
**INDICATES** [1] - 36:18
**indication** [1] - 2:8
**individual** [12] - 5:14, 8:15, 13:16, 13:19, 15:9, 15:20, 15:24, 19:19, 34:4, 34:7, 49:15, 51:6
**individuals** [3] - 7:9, 7:10, 47:10
**inform** [1] - 46:19
**informant** [22] - 7:13, 7:15, 7:17, 7:19, 7:20, 7:25, 8:11, 9:16, 10:9, 11:1, 11:5, 11:15, 12:1, 12:2, 12:4, 12:8, 12:10, 14:11, 14:20, 15:9, 15:20, 15:24, 22:24, 23:2, 23:8, 24:3, 28:12, 47:4, 47:11, 47:22, 48:23, 53:14
**informant's** [1] - 11:18
**informants** [5] - 7:6, 7:8, 7:9, 7:23, 8:5
**informants** [3] - 7:10, 7:21, 11:6
**inside** [6] - 19:10,

19:11, 19:13, 48:11, 48:15
**inspection** [3] - 30:6, 30:7, 41:12
**instruct** [3] - 7:20, 23:25, 24:6
**instructed** [4] - 13:2, 25:9, 28:5, 32:14
**instructions** [4] - 8:1, 8:6, 8:11, 40:11
**intend** [1] - 27:15
**intercept** [1] - 36:3
**investigates** [1] - 9:8
**investigating** [2] - 9:11, 10:7
**investigation** [22] - 5:1, 5:4, 5:23, 6:6, 8:8, 8:10, 10:16, 10:17, 10:21, 10:24, 11:2, 12:2, 12:11, 12:18, 12:20, 13:3, 13:7, 13:11, 21:4, 22:1, 25:22, 40:7
**investigations** [5] - 4:7, 4:12, 4:19, 4:23, 7:2
**investigative** [4] - 21:1, 25:24, 35:16, 52:7
**involved** [3] - 4:17, 7:10, 30:3
**involvement** [2] - 13:5, 24:5
**involving** [2] - 4:20, 35:5
**Island** [1] - 26:18
**island** [3] - 25:22, 26:2, 51:24
**islands** [1] - 26:17
**Islands** [23] - 8:17, 9:3, 19:23, 21:2, 21:3, 21:7, 21:9, 21:16, 22:5, 26:7, 26:8, 26:10, 26:11, 26:17, 26:19, 27:1, 27:2, 27:12, 27:13, 27:20, 33:16, 39:12, 41:6
**issues** [1] - 9:23

## J

**Jacksonville** [1] - 6:16
**January** [1] - 3:15
**Jet** [1] - 22:20
**job** [1] - 19:22
**John** [1] - 27:17
**Jose** [3] - 51:12, 51:13, 51:23
**Jossue** [1] - 2:24

**Joyce** [1] - 1:15
**Judge** [4] - 24:21, 25:8, 28:5, 29:14
**JUDGE** [1] - 1:10
**judges** [1] - 2:9
**July** [1] - 53:3
**jurors** [5] - 2:2, 18:9, 53:16, 54:10, 54:11
**JURY** [2] - 42:6, 54:6
**jury** [11] - 2:3, 2:4, 2:6, 23:25, 24:1, 25:9, 31:19, 31:20, 42:3, 42:11, 42:12

## K

**Kadeem** [3] - 29:12, 30:3, 31:6
**Kadeem's** [1] - 41:10
**KATHLEEN** [1] - 1:9
**keep** [3] - 6:21, 8:4, 26:1
**kept** [2] - 40:8, 41:20
**Kevin** [1] - 1:12
**kilo** [1] - 38:23
**kilogram** [3] - 4:17, 4:20, 38:23
**kilograms** [9] - 21:6, 25:15, 28:18, 29:18, 30:18, 35:6, 37:4, 45:25, 53:4
**kind** [1] - 6:17
**knowledge** [1] - 24:4

## L

**ladies** [5] - 2:6, 3:7, 14:3, 24:1, 31:14
**lady** [2] - 33:17, 33:20
**land** [1] - 53:7
**large** [1] - 48:12
**last** [2] - 53:21, 53:23
**late** [5] - 2:11, 3:24, 13:11, 40:6, 49:24
**law** [19] - 3:20, 7:9, 8:8, 8:12, 9:8, 9:9, 9:13, 9:24, 10:7, 10:10, 10:12, 10:13, 30:8, 36:2, 37:4, 41:12, 46:16, 47:14, 52:10
**lead** [3] - 4:23, 4:25, 5:3
**leading** [1] - 10:18
**least** [5] - 2:15, 4:16, 12:9, 12:14, 54:13
**leave** [5] - 2:19, 53:17, 54:2, 54:7, 54:8
**left** [3] - 37:20, 42:16, 49:2

**legitimate** [1] - 35:17
**length** [1] - 48:14
**letters** [1] - 23:21
**letting** [1] - 43:3
**liaison** [1] - 4:5
**licenses** [1] - 35:13
**limited** [1] - 24:7
**line** [15] - 22:20, 22:24, 25:18, 27:14, 28:10, 29:21, 32:5, 33:1, 34:12, 34:17, 36:10, 38:10, 44:13, 44:17, 44:20
**lines** [25] - 22:24, 23:18, 28:23, 30:12, 31:9, 33:10, 34:23, 35:11, 35:18, 36:10, 37:24, 39:1, 39:22, 40:12, 40:24, 42:23, 43:11, 45:1, 45:10, 45:18, 50:20, 50:25, 52:1, 52:12, 52:24
**listen** [2] - 13:8, 14:22
**listening** [1] - 40:4
**live** [1] - 27:15
**load** [1] - 23:16
**lobby** [6] - 19:13, 47:6, 47:8, 47:13, 48:1, 48:3
**local** [2] - 4:5, 6:16
**located** [6] - 19:11, 48:17, 48:18, 48:24, 49:1, 49:2
**location** [1] - 46:13
**Locka** [1] - 6:5
**locked** [1] - 54:8
**logistics** [1] - 30:5
**look** [2] - 35:17, 45:20
**looking** [1] - 26:14
**loop** [1] - 6:21
**love** [1] - 23:21
**lunch** [3] - 41:23, 42:2, 42:7
**LUNCH** [1] - 42:9

## M

**maintain** [1] - 7:24
**man** [3] - 51:13, 51:22, 51:23
**manages** [2] - 7:16, 7:18
**map** [2] - 21:15, 21:17
**maps** [1] - 2:13
**mark** [2] - 19:12, 22:1
**marked** [12] - 8:14, 13:18, 14:12, 15:11, 17:6, 18:19, 21:11, 26:4, 26:13, 27:10, 33:22, 37:18

**Martin** [6] - 39:7, 39:11, 49:10, 49:12, 49:13, 49:14
**mask** [3] - 22:11, 22:14, 22:16
**math** [1] - 38:24
**matter** [1] - 55:4
**Maynard** [48] - 13:16, 13:22, 14:6, 14:21, 15:2, 15:9, 15:20, 15:23, 18:15, 19:8, 19:20, 19:21, 20:10, 20:15, 20:20, 22:10, 23:20, 24:2, 24:3, 24:14, 25:15, 27:15, 29:4, 33:2, 33:14, 34:13, 34:14, 35:11, 35:12, 35:18, 35:24, 36:1, 36:9, 36:22, 37:23, 40:1, 40:8, 43:3, 43:19, 44:1, 44:13, 44:15, 44:21, 45:17, 47:7, 48:6, 49:1, 53:14
**Maynard's** [1] - 42:17
**McLaughlin** [59] - 1:13, 2:23, 3:4, 5:20, 8:13, 8:18, 8:22, 13:23, 16:1, 16:4, 16:8, 16:10, 17:1, 17:5, 17:13, 17:16, 18:8, 18:12, 19:1, 19:5, 19:14, 21:19, 21:23, 22:7, 23:24, 24:13, 25:2, 25:16, 27:3, 27:8, 27:21, 29:8, 31:13, 31:22, 32:16, 33:8, 34:2, 34:10, 35:8, 36:4, 36:19, 37:6, 38:15, 39:17, 39:19, 40:22, 41:24, 42:14, 42:15, 43:8, 44:11, 45:7, 47:18, 49:21, 50:2, 50:14, 50:16, 51:8, 51:19
**mean** [3] - 4:25, 5:2, 37:2
**means** [3] - 14:3, 38:23, 45:24
**meet** [8] - 20:10, 20:16, 29:12, 30:15, 30:16, 33:20, 44:4, 49:15
**meeting** [33] - 13:15, 14:5, 14:8, 14:19, 15:1, 15:4, 15:18, 15:22, 16:11, 16:14, 16:16, 16:23, 18:14, 18:17, 18:21, 19:7,

19:10, 19:21, 22:9, 22:12, 23:14, 28:2, 30:14, 31:6, 33:5, 40:4, 43:17, 46:12, 46:18, 46:20, 47:23, 49:14, 49:18
**meetings** [6] - 13:4, 17:11, 17:21, 17:22, 18:2, 33:2
**member** [1] - 11:16
**met** [11] - 12:19, 15:8, 16:15, 34:8, 43:13, 43:17, 44:6, 44:8, 47:6, 47:10
**Mexican** [1] - 11:11
**Mexico** [1] - 11:12
**Meynard** [1] - 49:19
**mIAMI** [1] - 1:2
**Miami** [17] - 1:17, 1:18, 3:12, 3:13, 3:18, 3:21, 3:22, 3:23, 4:6, 4:10, 6:16, 6:24, 18:18, 18:23, 21:10, 37:13, 53:11
**microphone** [1] - 10:3
**middle** [2] - 39:6, 48:16
**might** [2] - 9:11, 23:24
**million** [1] - 38:25
**minimal** [1] - 40:9
**minus** [2] - 39:3, 39:6
**minutes** [2] - 31:15, 54:9
**Miss** [1] - 38:14
**momentarily** [1] - 47:11
**money** [16] - 23:9, 23:16, 30:1, 33:15, 37:13, 37:16, 37:22, 39:2, 39:4, 40:14, 41:11, 45:20, 51:3, 51:7, 52:22
**month** [2] - 45:20, 46:1, 46:2
**months** [2] - 46:2, 46:3
**morning** [6] - 2:5, 2:12, 2:19, 3:5, 3:6, 54:18
**move** [1] - 27:3
**moves** [6] - 8:18, 13:23, 16:1, 17:1, 19:1, 21:19
**moving** [2] - 40:14, 40:19
**MR** [56] - 2:23, 3:4, 5:20, 8:13, 8:18, 8:22, 13:23, 16:1, 16:8, 16:10, 17:1, 17:5, 17:13, 17:16,

18:8, 18:12, 19:1, 19:5, 19:14, 21:19, 21:23, 22:7, 23:24, 24:13, 25:2, 25:16, 27:3, 27:8, 27:21, 29:8, 31:13, 31:22, 32:16, 33:8, 34:2, 34:10, 35:8, 36:4, 36:19, 37:6, 38:15, 39:17, 39:19, 40:22, 41:24, 42:15, 43:8, 44:11, 45:7, 47:18, 49:21, 50:2, 50:14, 50:16, 51:8, 51:19
**MS** [12] - 5:18, 8:20, 14:1, 16:3, 17:3, 17:7, 19:3, 21:21, 27:5, 33:24, 44:8, 51:16
**must** [1] - 53:17

## N

**name** [10] - 5:14, 12:1, 13:16, 15:9, 15:21, 20:14, 34:8, 43:23, 44:17, 47:7
**narcotics** [4] - 3:17, 4:7, 4:11, 11:14
**navigate** [1] - 8:7
**navigation** [1] - 2:13
**need** [8] - 5:3, 8:11, 10:2, 16:6, 35:24, 36:1, 50:8, 53:7
**never** [2] - 44:6, 44:8
**new** [3] - 2:9, 6:21, 6:22
**next** [8] - 16:12, 37:14, 46:12, 47:5, 47:10, 48:2, 48:20, 48:22
**nice** [1] - 20:10
**night** [4] - 30:15, 53:21, 53:24, 54:4
**nine** [4] - 33:1, 44:20, 54:3, 54:18
**nobody** [1] - 35:21
**noon** [1] - 19:9
**North** [1] - 1:17
**nothing** [3] - 25:11, 25:12, 46:7
**notice** [1] - 2:6
**number** [2] - 50:21, 50:23
**Number** [1] - 1:3

## O

**o'clock** [4] - 42:4, 42:8, 54:3, 54:18
**object** [1] - 44:8

**objection** [12] - 8:20, 14:1, 16:3, 17:3, 17:8, 17:9, 19:3, 21:21, 27:5, 27:7, 33:24, 51:16
**occurred** [4] - 14:19, 15:18, 18:18, 18:21
**OF** [2] - 1:2, 1:4
**OFFICER** [6] - 2:4, 31:17, 31:20, 42:5, 42:12, 54:5
**Officer** [1] - 18:11
**officer** [9] - 3:10, 4:3, 5:8, 5:10, 6:18, 7:3, 7:5, 7:24, 10:8
**officers** [3] - 8:4, 9:14, 20:4
**official** [1] - 50:10
**officials** [2] - 23:17, 39:11
**Oleanvine** [12] - 13:16, 13:22, 15:2, 19:20, 20:10, 33:14, 37:8, 38:14, 41:1, 41:4, 41:14, 41:17
**ON** [1] - 36:18
**once** [4] - 47:5, 47:9, 48:1, 54:8
**one** [19] - 5:1, 7:16, 12:14, 15:15, 16:4, 16:5, 16:18, 19:15, 23:21, 24:18, 24:19, 26:17, 36:23, 40:13, 40:21, 42:4, 42:8, 48:18, 54:13
**ones** [1] - 8:10
**online** [1] - 54:1
**Opa** [1] - 6:5
**operations** [2] - 7:22, 26:2
**organization** [9] - 11:8, 11:9, 11:11, 11:14, 11:17, 22:23, 35:23, 46:10, 51:23
**organize** [1] - 36:1
**originally** [1] - 16:15
**outside** [1] - 35:17
**overhearing** [1] - 28:3

## P

**p.m** [1] - 47:2
**page** [63] - 19:15, 20:9, 20:19, 23:5, 23:8, 23:18, 25:4, 25:18, 27:14, 28:1, 28:23, 29:6, 29:9, 29:21, 30:12, 31:9, 31:22, 31:25, 32:3, 33:1, 33:10, 33:17,

34:12, 34:23, 35:11, 35:18, 36:8, 36:10, 36:20, 36:22, 37:8, 37:12, 37:24, 38:15, 38:18, 39:1, 39:6, 39:22, 40:12, 40:24, 41:14, 42:16, 42:23, 43:9, 43:11, 44:13, 44:17, 44:20, 45:1, 45:8, 45:10, 45:11, 45:18, 49:9, 49:23, 50:4, 50:20, 50:25, 51:10, 52:1, 52:12, 52:24
**pages** [1] - 36:7
**paid** [2] - 30:2, 40:1
**papers** [1] - 24:18
**parents** [3] - 46:5, 46:7, 46:9
**part** [10] - 10:24, 11:10, 11:11, 13:2, 23:13, 27:20, 30:4, 32:22, 35:16, 52:7
**participate** [3] - 10:15, 13:15, 39:15
**participated** [5] - 4:14, 4:19, 4:22, 17:21, 17:23
**participation** [4] - 6:18, 8:24, 13:7, 24:11
**parties** [1] - 24:4
**parts** [1] - 26:10
**passage** [2] - 21:7, 37:3
**passageway** [1] - 28:19
**passed** [1] - 18:9
**passports** [1] - 49:5
**PATRICIA** [2] - 1:16, 55:8
**patricia_sanders@flsd.uscourts.gov** [1] - 1:19
**pausing** [1] - 52:1
**pay** [8] - 29:21, 39:11, 39:23, 45:17, 49:15, 52:20, 52:21, 52:22
**payment** [5] - 23:17, 39:10, 39:13, 50:9, 50:10
**PD** [1] - 3:22
**people** [1] - 29:22
**per** [2] - 38:19, 38:23
**percent** [18] - 38:1, 38:2, 38:6, 38:9, 38:11, 39:23, 40:2, 40:14, 40:20, 41:15, 41:19, 42:18, 42:24, 42:25, 43:4
**percentage** [3] - 28:25, 29:5, 41:17
**perhaps** [1] - 54:12
**period** [2] - 3:23, 10:15
**permission** [4] - 19:5, 21:23, 27:8, 34:2
**person** [9] - 10:7, 33:11, 33:12, 33:14, 41:2, 41:4, 49:16, 53:21, 54:1
**personally** [3] - 10:15, 20:16, 44:4
**photo** [1] - 8:16
**photograph** [1] - 18:20
**phrase** [2] - 34:14, 53:8
**pick** [2] - 53:17, 54:12
**pick-up** [1] - 54:12
**picture** [3] - 26:7, 26:15, 49:12
**pictures** [1] - 13:2
**place** [3] - 6:4, 18:17, 39:13
**plan** [1] - 29:25
**plane** [1] - 23:9
**planning** [3] - 30:13, 30:15, 30:16
**play** [1] - 5:6
**PLAYED** [51] - 19:18, 19:24, 20:8, 20:18, 22:8, 23:4, 25:3, 25:17, 27:24, 28:9, 29:10, 29:20, 30:11, 31:4, 32:2, 32:17, 32:24, 33:9, 34:11, 34:22, 35:9, 36:5, 36:21, 37:7, 37:11, 38:17, 39:18, 39:21, 40:23, 41:13, 43:10, 43:20, 44:12, 44:25, 45:6, 45:9, 46:11, 47:21, 47:25, 48:9, 49:3, 49:8, 49:17, 49:22, 50:3, 50:15, 50:19, 51:9, 51:25, 52:11, 52:23
**playing** [10] - 10:20, 10:22, 10:23, 22:7, 32:22, 40:10, 49:21, 50:2, 50:14, 51:8
**point** [9] - 5:17, 12:20, 20:4, 24:19, 28:2, 43:18, 48:10, 49:18, 53:16
**points** [1] - 25:5
**Police** [7] - 3:12, 3:13, 3:18, 3:21, 4:6, 4:11, 6:24

**politically** [1] - 51:3
**portion** [1] - 31:1
**Ports** [1] - 19:23
**ports** [2] - 36:9, 37:4
**position** [3] - 2:9, 3:16, 8:25
**post** [1] - 46:18
**practice** [1] - 2:8
**praying** [1] - 32:19
**prays** [1] - 32:23
**Premier** [3] - 8:17, 9:3, 45:13
**preparations** [1] - 12:17
**prepare** [1] - 12:17
**present** [3] - 5:25, 14:10, 48:7
**pretend** [1] - 11:15
**pretended** [1] - 11:16
**pretending** [2] - 6:9, 11:10
**pretty** [4] - 2:14, 7:20, 48:13, 53:20
**problem** [2] - 23:11, 40:15
**proceed** [3] - 3:3, 18:12, 47:20
**proceedings** [1] - 55:4
**proceeds** [1] - 42:18
**product** [3] - 35:2, 38:19, 38:22
**profit** [6] - 29:4, 38:2, 38:6, 38:8, 40:1, 43:4
**promptly** [1] - 54:3
**proper** [1] - 10:6
**propitious** [1] - 41:22
**proposal** [1] - 24:20
**protect** [3] - 7:22, 20:7, 47:17
**provide** [3] - 7:9, 7:21, 8:5
**provided** [14] - 8:22, 19:5, 21:23, 25:2, 25:16, 27:8, 31:23, 33:8, 34:2, 34:10, 36:4, 36:19, 37:6, 38:15
**published** [2] - 14:2, 14:3
**publishing** [10] - 19:14, 27:21, 29:8, 32:16, 35:8, 39:19, 43:8, 45:7, 47:18, 50:16
**Puerto** [2] - 21:9, 22:5
**purpose** [5] - 6:20, 24:7, 25:13, 46:18, 47:16

**purposes** [1] - 16:5
**put** [1] - 24:8

## Q

**quantities** [2] - 4:17, 4:20
**questions.** [1] - 52:2

## R

**rapidly** [1] - 10:2
**react** [1] - 45:15
**read** [1] - 32:6
**ready** [2] - 29:22, 35:19
**real** [1] - 45:15
**really** [2] - 44:14, 45:14
**receive** [1] - 41:15
**receiving** [5] - 28:13, 28:24, 28:25, 29:4, 51:7
**RECESS** [3] - 31:18, 42:9, 54:19
**recognize** [13] - 5:14, 5:22, 5:23, 8:15, 13:19, 14:16, 15:13, 16:19, 18:20, 20:1, 21:12, 26:21, 34:4
**RECORD** [51] - 19:18, 19:24, 20:8, 20:18, 22:8, 23:4, 25:3, 25:17, 27:24, 28:9, 29:10, 29:20, 30:11, 31:4, 32:2, 32:17, 32:24, 33:9, 34:11, 34:22, 35:9, 36:5, 36:21, 37:7, 37:11, 38:17, 39:18, 39:21, 40:23, 41:13, 43:10, 43:20, 44:12, 44:25, 45:6, 45:9, 46:11, 47:21, 47:25, 48:9, 49:3, 49:8, 49:17, 49:22, 50:3, 50:15, 50:19, 51:9, 51:25, 52:11, 52:23
**record** [6] - 5:18, 5:20, 16:5, 17:16, 31:23, 50:16
**recorded** [4] - 14:8, 15:4, 16:16, 18:14
**recording** [3] - 14:19, 15:18, 24:9
**recordings** [6] - 13:8, 14:19, 14:23, 18:4, 18:7, 24:2
**red** [1] - 19:19
**refer** [4] - 10:9, 10:12,

25:8, 29:14
**reference** [1] - 16:6
**referred** [3] - 24:21, 29:14, 38:7
**referring** [44] - 5:5, 5:7, 7:19, 20:12, 20:22, 20:23, 20:24, 22:22, 23:2, 23:3, 28:16, 29:2, 30:9, 32:9, 32:10, 32:12, 33:4, 33:6, 34:15, 35:4, 35:5, 36:13, 37:9, 38:21, 39:4, 39:24, 40:16, 40:17, 41:4, 43:15, 44:15, 44:21, 45:16, 45:23, 45:24, 46:8, 46:9, 46:15, 49:25, 50:1, 51:5, 51:6, 51:15, 53:2
**refers** [2] - 46:5, 46:9
**reflect** [2] - 5:18, 5:20
**reflected** [3] - 21:17, 26:6, 36:15
**regard** [1] - 18:11
**rehearsal** [1] - 2:16
**related** [1] - 24:21
**relation** [1] - 26:10
**relationship** [2] - 11:5, 11:6
**remain** [1] - 2:7
**remember** [1] - 31:16
**rephrase** [1] - 51:17
**REPORTED** [1] - 1:16
**reporter** [1] - 26:1
**Reporter** [1] - 1:17
**represent** [1] - 50:23
**reside** [2] - 25:22, 25:24
**residing** [1] - 26:2
**respect** [1] - 2:9
**responsible** [3] - 7:16, 7:18, 37:3
**rest** [1] - 2:17
**restaurant** [1] - 19:11
**restroom** [2] - 47:12, 47:24
**review** [3] - 14:22, 15:15, 17:22
**reviewed** [2] - 16:21, 18:6
**Rico** [2] - 21:10, 22:5
**right-hand** [1] - 51:22
**rise** [7] - 2:4, 10:16, 31:17, 31:20, 42:5, 42:12, 54:5
**Ritter** [3] - 44:14, 44:22, 45:2
**Road** [1] - 36:11
**Roberto** [46] - 12:3,

24:15, 25:4, 25:18, 26:3, 28:16, 28:23, 29:2, 29:11, 29:21, 30:13, 30:14, 31:5, 32:3, 32:8, 32:11, 32:12, 32:18, 33:11, 33:13, 35:1, 37:8, 38:1, 38:10, 38:21, 39:1, 39:4, 39:6, 39:22, 39:24, 40:10, 40:13, 40:16, 42:23, 43:12, 43:15, 45:13, 45:19, 46:5, 46:8, 50:4, 52:2, 52:6, 52:15, 52:24, 53:2
**role** [17] - 5:6, 6:6, 6:8, 9:4, 10:18, 10:20, 10:22, 10:23, 11:4, 12:17, 13:2, 32:22, 40:6, 40:8, 40:10, 41:10
**room** [15] - 33:4, 42:3, 47:13, 48:4, 48:5, 48:11, 48:12, 48:13, 48:14, 48:15, 49:20, 49:24, 50:6, 50:8
**rooms** [1] - 33:2
**Roxanne** [10] - 15:10, 15:21, 15:24, 34:8, 34:21, 47:8, 48:6, 49:1, 49:19, 53:14
**RPR** [2] - 1:16, 55:8
**run** [8] - 9:15, 9:16, 10:9, 11:14, 26:2, 35:2, 45:24, 52:25

## S

**safe** [2] - 36:24, 37:3
**safely** [1] - 41:12
**safety** [1] - 7:25
**Saint** [4] - 39:7, 39:11, 49:10, 49:12, 49:13, 49:14
**sale** [1] - 38:8
**sales** [5] - 38:2, 38:6, 41:15
**SANDERS** [3] - 1:16, 55:6, 55:8
**Sanders** [1] - 18:11
**Santorufo** [1] - 18:10
**sat** [1] - 18:6
**saw** [1] - 22:10
**scenario** [12] - 9:15, 9:19, 9:21, 21:1, 21:8, 22:2, 25:21, 25:24, 35:15, 35:16, 35:23, 52:7
**scheme** [2] - 21:5, 28:17

**school** [1] - 6:16
**schools** [2] - 6:13, 6:15
**SCREEN** [1] - 36:18
**screen** [3] - 19:12, 22:1, 36:17
**screens** [1] - 14:4
**Sean** [1] - 1:13
**seated** [3] - 2:5, 2:8, 42:13
**second** [3] - 33:20, 49:24, 49:25
**secret** [1] - 41:20
**secure** [1] - 53:7
**SECURITY** [6] - 2:4, 31:17, 31:20, 42:5, 42:12, 54:5
**see** [55] - 20:9, 20:19, 22:18, 22:24, 23:8, 23:18, 23:20, 25:4, 27:17, 28:10, 28:22, 28:23, 29:11, 30:13, 32:3, 33:1, 33:18, 34:12, 34:23, 35:1, 35:10, 35:12, 35:13, 35:18, 35:21, 36:10, 36:24, 38:1, 38:10, 38:18, 39:7, 39:22, 40:12, 41:1, 42:8, 42:23, 43:11, 43:23, 44:1, 44:13, 45:13, 45:18, 45:21, 46:5, 50:20, 50:25, 51:2, 51:12, 52:1, 52:15, 52:16, 52:24, 53:8, 54:11, 54:17
**seem** [1] - 40:5
**sell** [1] - 38:19
**send** [1] - 8:3
**sends** [1] - 34:13
**sentence** [1] - 34:18
**separate** [4] - 16:5, 28:20, 29:6, 29:17
**served** [1] - 7:2
**set** [1] - 10:24
**seven** [3] - 28:10, 44:17, 44:20
**Shane** [3] - 11:19, 46:14, 46:16
**shipment** [3] - 35:5, 45:25, 53:3
**shipments** [1] - 46:1
**shirt** [1] - 19:19
**show** [1] - 14:4
**showed** [1] - 13:1
**showing** [14] - 8:13, 13:18, 14:12, 15:11, 16:18, 17:5, 18:19, 21:11, 26:4, 26:13, 26:21, 27:10, 33:22,

47:9
**side** [16] - 24:2, 24:5, 24:10, 24:21, 25:8, 25:13, 25:14, 28:21, 29:6, 29:14, 31:7, 31:9, 32:13, 43:5, 48:18, 48:19
**similar** [1] - 43:5
**Sinaloa** [3] - 11:12, 11:13, 11:16
**sister** [3] - 29:12, 31:6
**sitting** [1] - 48:25
**six** [8] - 15:12, 15:17, 20:9, 39:23, 40:2, 40:14, 40:20
**slow** [1] - 10:2
**Smith** [8] - 43:23, 44:2, 44:5, 44:6, 44:7, 44:19, 44:23, 45:2
**snacks** [1] - 31:15
**solely** [1] - 31:7
**someone** [1] - 46:24
**somewhere** [2] - 19:13, 39:14
**son** [2] - 20:13, 24:2, 53:25
**son's** [1] - 41:10
**South** [2] - 21:9, 28:19
**sOUTHERN** [1] - 1:2
**Spanish** [1] - 5:12
**spark** [1] - 40:7
**speaking** [2] - 5:12, 43:18
**Special** [4] - 11:19, 12:16, 12:22, 46:13
**special** [1] - 46:19
**specific** [1] - 8:1
**specifics** [2] - 30:19, 35:20
**spoken** [1] - 17:12
**square** [1] - 30:16
**St** [2] - 27:17, 29:12
**stand** [1] - 54:15
**standing** [1] - 2:7
**start** [6] - 2:11, 28:13, 28:25, 35:1, 42:4, 54:3
**started** [1] - 28:12
**starting** [1] - 40:13
**states** [26] - 23:20, 25:5, 28:23, 32:3, 32:11, 33:11, 33:17, 34:13, 35:1, 35:12, 36:22, 38:1, 38:10, 38:18, 39:2, 39:4, 39:6, 40:13, 41:1, 43:12, 45:13, 45:19, 49:9, 51:12, 52:2, 53:6

**STATES** [4] - 1:1, 1:4, 1:10, 1:12
**States** [11] - 1:17, 2:23, 21:18, 22:3, 22:6, 27:1, 27:12, 27:20, 30:24, 35:7, 40:19
**stayed** [1] - 48:3
**Stephan** [6] - 20:10, 20:12, 20:15, 23:20, 25:15, 41:1
**steps** [1] - 9:21
**still** [1] - 54:15
**stipulating** [1] - 5:19
**stop** [4] - 23:5, 28:20, 41:23, 53:15
**stopped** [2] - 31:22, 33:1
**stopping** [3] - 20:1, 20:9, 28:1
**stuff** [1] - 25:6
**successful** [1] - 8:12
**Suite** [1] - 1:17
**Suites** [3] - 18:18, 18:22, 46:22
**suppose** [2] - 41:8, 45:25
**supposed** [2] - 49:13, 53:3
**surveillance** [3] - 20:7, 46:17, 47:14
**suspicion** [1] - 40:8
**suspicions** [1] - 52:9
**Sustained** [2] - 44:10, 51:17
**sworn** [1] - 3:1
**SWORN** [1] - 3:2
**system** [1] - 9:22

## T

**tab** [1] - 47:19
**table** [5] - 47:8, 48:16, 48:18, 49:2
**tactics** [1] - 6:22
**TAKEN** [1] - 31:18
**task** [2] - 3:10, 4:3
**team** [2] - 46:16, 46:17
**teams** [1] - 20:7
**techniques** [1] - 6:22
**term** [8] - 7:13, 9:5, 32:8, 33:6, 34:14, 37:8, 44:15, 52:18
**terms** [2] - 11:4, 41:17
**test** [6] - 28:13, 28:14, 35:2, 45:19, 45:24, 52:25
**testified** [3] - 14:5, 30:20, 37:12
**testimony** [1] - 54:15

**TFO** [4] - 2:24, 4:4, 4:8, 4:10
**THE** [101] - 1:9, 1:12, 1:14, 2:2, 2:5, 3:1, 3:3, 8:21, 8:23, 10:1, 10:4, 14:2, 16:4, 16:9, 17:4, 17:9, 17:15, 17:18, 18:10, 18:13, 19:4, 19:6, 19:17, 19:18, 19:24, 20:8, 20:18, 21:22, 21:24, 22:8, 23:4, 24:1, 25:3, 25:17, 27:6, 27:9, 27:23, 27:24, 28:9, 29:10, 29:20, 30:11, 31:4, 31:11, 31:14, 31:19, 31:21, 32:1, 32:2, 32:17, 32:24, 33:9, 34:1, 34:3, 34:11, 34:22, 35:9, 36:5, 36:21, 37:7, 37:11, 38:17, 39:18, 39:20, 39:21, 40:23, 41:13, 41:22, 42:1, 42:7, 42:10, 42:13, 43:10, 43:20, 44:10, 44:12, 44:25, 45:6, 45:9, 46:11, 47:20, 47:21, 47:25, 48:9, 49:3, 49:8, 49:17, 49:22, 50:3, 50:15, 50:18, 50:19, 51:9, 51:17, 51:25, 52:11, 52:23, 53:15, 54:7, 54:16, 54:17
**Theresa** [1] - 1:14
**Thomas** [1] - 29:12
**thousand** [1] - 38:23
**thousands** [3] - 21:5, 28:18, 29:17
**three** [6] - 12:9, 25:5, 30:12, 38:22, 39:1, 47:10
**tight** [1] - 8:4
**today** [4] - 5:15, 40:14, 43:17, 45:14
**tomorrow** [8] - 29:12, 29:23, 29:25, 33:15, 39:3, 49:6, 54:17
**Tomorrow** [1] - 29:24
**tonight** [3] - 30:14, 33:3, 33:5
**took** [1] - 40:6
**top** [4] - 22:9, 28:10, 31:5, 33:17
**Tortola** [4] - 26:15, 26:16, 26:19, 36:14
**total** [3] - 38:24, 46:2, 46:3

**tower** [4] - 41:2, 41:4, 41:6, 41:11
**Town** [1] - 36:11
**trade** [1] - 35:12
**traffic** [5] - 2:14, 2:18, 4:11, 54:2
**trafficker** [2] - 6:9, 10:22
**trafficking** [5] - 11:7, 11:9, 11:11, 11:14, 11:16
**train** [1] - 6:19
**trained** [1] - 6:13
**training** [4] - 6:10, 6:12, 6:17, 6:20
**transcript** [13] - 18:5, 19:16, 25:4, 27:14, 28:1, 29:9, 31:25, 36:20, 38:16, 42:16, 43:9, 45:8, 47:19
**transcription** [2] - 18:1, 55:4
**transcripts** [6] - 17:11, 17:21, 17:23, 18:1, 18:6, 18:9
**transmitted** [1] - 53:10
**transportation** [1] - 41:8
**traveling** [2] - 33:11, 33:15
**TRIAL** [1] - 1:9
**trial** [1] - 2:17
**trouble** [1] - 35:21
**try** [2] - 2:19, 7:22
**trying** [1] - 52:7
**twelve** [4] - 34:17, 38:9, 47:19
**two** [7] - 9:13, 11:20, 24:18, 45:20, 46:1
**type** [1] - 11:9

## U

**U.S** [3] - 10:12, 26:7, 26:10
**undercover** [25] - 4:24, 5:5, 5:6, 5:7, 5:10, 5:24, 6:7, 6:10, 6:13, 6:18, 6:23, 7:3, 7:5, 7:12, 8:4, 9:4, 9:12, 10:19, 10:20, 11:4, 12:15, 39:15, 44:4
**undercovers** [1] - 6:14
**undergo** [1] - 12:17
**UNITED** [3] - 1:1, 1:4, 1:12
**uNITED** [1] - 1:10
**United** [11] - 1:17, 2:23, 21:18, 22:3,

22:5, 27:1, 27:12, 27:20, 30:24, 35:6, 40:19
**unload** [1] - 23:9
**up** [8] - 10:18, 10:25, 12:20, 26:1, 35:6, 40:8, 53:17, 54:12
**upcoming** [1] - 30:17
**uses** [3] - 33:6, 34:14, 44:15

## V

**Van** [1] - 1:14
**VAN** [12] - 5:18, 8:20, 14:1, 16:3, 17:3, 17:7, 19:3, 21:21, 27:5, 33:24, 44:8, 51:16
**various** [1] - 17:11
**Venezueln** [1] - 21:15
**vessel** [2] - 28:24, 29:3
**vessels** [1] - 35:25
**video** [2] - 20:1, 20:2
**VIDEOTAPE** [9] - 19:18, 19:24, 20:8, 20:18, 22:8, 23:4, 25:3, 25:17, 49:3
**VILET** [12] - 5:18, 8:20, 14:1, 16:3, 17:3, 17:7, 19:3, 21:21, 27:5, 33:24, 44:8, 51:16
**Virgin** [23] - 8:17, 9:3, 19:23, 21:2, 21:3, 21:6, 21:9, 21:15, 22:4, 26:7, 26:10, 26:11, 26:17, 26:19, 27:1, 27:12, 27:20, 33:16, 39:12, 41:6
**Vliet** [1] - 1:14
**voice** [1] - 26:1
**vs** [1] - 1:5

## W

**Wade** [8] - 43:23, 44:2, 44:4, 44:6, 44:7, 44:19, 44:23, 45:2
**wait** [1] - 54:9
**waited** [1] - 47:11
**waiter** [1] - 28:2
**waiting** [1] - 47:8
**walked** [1] - 47:6
**wants** [1] - 40:1
**wearing** [4] - 5:17, 22:10, 22:14, 22:16
**week** [1] - 54:12

**whole** [3] - 38:8, 40:1, 40:5
**wife** [1] - 53:24
**WILLIAMS** [1] - 1:9
**Witek** [4] - 11:19, 12:16, 12:22, 46:13
**witness** [6] - 2:22, 5:21, 8:13, 17:14, 17:17, 24:8
**WITNESS** [4] - 3:2, 10:4, 36:18, 54:16
**worried** [1] - 28:2

## X

**XO** [2] - 22:20

## Y

**year** [1] - 51:3
**years** [1] - 46:8
**yesterday** [1] - 2:12
**yourself** [1] - 20:1
**yourselves** [1] - 42:2

## Z

**zoom** [1] - 36:7