09:22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF Florida
MIAMI DIVISION
CASE NUMBER 22-CR-2019-KMW

UNITED STATES OF AMERICA

    **vs.**

ANDREW ALTURO FAHIE

---

TRIAL HELD 1-31-2024
BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE

---

**APPEARANCES:**

| | |
|---|---|
| FOR THE UNITED STATES: | **Kevin Gerarde, A.U.S.A.** |
| | **Sean McLaughlin, A.U.S.A.** |
| | |
| FOR THE DEFENDANT: | Theresa M. Van Vliet, ESQ. |
| | **Joyce Delgado, ESQ.** |
| | |
| REPORTED BY: | PATRICIA SANDERS, RPR |
| | United States Court Reporter |
| | 400 North Miami Avenue, Suite 11-3 |
| | Miami, FL  33128 |
| | T: 305.523.5528 |
| | **Patricia_sanders@flsd.uscourts.gov** |

09:22 1          THE COURT:  Good morning, everyone is present, we have

09:27 2   all of our jurors, so if you would bring in the jury, please.

09:27 3          COURT SECURITY OFFICER:  All rise.

09:27 4          THE COURT:  Everyone may be seated.  I hope you all

09:27 5   had a pleasant evening.

09:29 6          Mr. McLaughlin, you may proceed.

09:29 7          MR. McLAUGHLIN:  Thank you, Your Honor.

09:29 8          At this time the Government would move to admit into

09:29 9   evidence Government's 25 and 35.

09:29 10         MS. VAN VLIET: No objection.

09:29 11         THE COURT:  With no objection from the defense

09:29 12  Government's Exhibit 35 and 25 are admitted.

09:29 13         MR. McLAUGHLIN:  For the record, Your Honor, we are

09:29 14  now at page 55 of Government's 12 B.  And for record purposes

09:29 15  we are on recording 12 A2.

09:30 16         THE COURT:  All right. You may proceed.

09:32 17         AUDIOTAPE PLAYED FOR THE RECORD

09:32 18  Q.  I am pausing on page 58, detective, and taking you to

09:33 19  Government's 24 A.  Do you see here on lines 3 through 7

09:33 20  Roberto states, so door one is the exit door, two is Puerto

09:33 21  Rico; so it is going to be Colombia, Tortola, Puerto Rico leave

09:33 22  with a load there and it is going to be sold in Miami.

09:33 23  A.  Yes.

09:33 24  Q.  What is Roberto referring to here?

09:33 25         MS. VAN VILET:  I am going to object.

09:33 1  Q.  What is your understanding of what Roberto is discussing

09:33 2  here?

09:33 3  A.  He is discussing the travel of where the shipment of the

09:33 4  load is going to go through.  So it is going to come from

09:33 5  Colombia, go through Tortola and from there go to Puerto Rico

09:33 6  and from Puerto Rico make its way out to Miami.

09:33 7  Q.  Very well.  If we go back to page 57; lines 8 through 9.

09:34 8  A.  Yes.

09:34 9  Q.  Do you see where Roberto states; because for us to make one

09:34 10  brick is $650?

09:34 11  A.  Yes.

09:34 12  Q.  What is your understanding of the term one brick?

09:34 13  A.  One brick -- when he refers to one brick he means one

09:34 14  kilogram of cocaine, the production to make one kilogram of

09:34 15  cocaine is going to cost $650.

09:37 16        MR. McLAUGHLIN:  Let's continue.

09:38 17        AUDIOTAPE PLAYED FOR THE RECORD

09:38 18  Q.  We are stopped on page 65.  Do you see line seven?

09:39 19  A.  Yes.

09:39 20  Q.  All the way through line 19.

09:39 21  A.  Yes.

09:39 22  Q.  Taking you now to lines 12 through 14.  Here the defendant

09:40 23  states, yeah, but I am asking you if you can get it or if you

09:40 24  need me to get it.  Do you see that?

09:40 25  A.  Yes.



| | | |
|---|---|---|
| 09:40 | 1 | Q.  When the defendant uses the term it, what is your |
| 09:40 | 2 | understanding of what he is talking about? |
| 09:40 | 3 | A.  The money that is going to be going on those planes. |
| 09:40 | 4 | Q.  Do you see right below where Roberto states that she is -- |
| 09:40 | 5 | she is; making all of the arrangements? |
| 09:40 | 6 | A.  He is referring to Oleanvine Maynard, that she's making the |
| 09:40 | 7 | arrangements to get it out. |
| 09:40 | 8 | AUDIOTAPE PLAYED FOR THE RECORD |
| 09:45 | 9 | Q.  Stopping here on page 74.  At some point in your meeting |
| 09:45 | 10 | did Ms. Maynard come back into the conference room? |
| 09:45 | 11 | A.  Yes. |
| 09:45 | 12 | Q.  How long was she in the conference room? |
| 09:45 | 13 | A.  I don't know the exact time but not that long. |
| 09:45 | 14 | Q.  Did she do anything once she entered the conference room? |
| 09:45 | 15 | A.  Just came in quickly, spoke to us and just exited. |
| 09:45 | 16 | Q.  Taking you back now in the transcript to page 72, lines |
| 09:46 | 17 | eight and nine. |
| 09:46 | 18 | A.  Yes. |
| 09:46 | 19 | Q.  Do you see there where you state, do you have another way |
| 09:46 | 20 | or another suggestion? |
| 09:46 | 21 | A.  Yes. |
| 09:46 | 22 | Q.  Why are you asking that question? |
| 09:46 | 23 | A.  I am asking the defendant that question 'cause I want to |
| 09:46 | 24 | hear if he has any other plans -- would he prefer a different |
| 09:46 | 25 | way for us to give him the money or if he has a plan to let us |

09:46  1    know at the moment, we are open to it.

09:47  2              AUDIOTAPE PLAYED FOR THE RECORD

09:48  3    Q.   Do you see where the defendant states I just wanted to make

09:48  4    sure that you have that covered?

09:48  5    A.   Where exactly are you?

09:48  6    Q.   Bottom of page 74, lines 20 through 22.

09:48  7    A.   Okay.

09:48  8    Q.   What is your understanding of what the defendant was

09:48  9    referring to there?

09:48  10   A.   He was asking Ms. Maynard and he wanted to confirm if she

09:48  11   had the money that was coming in the following day covered at

09:48  12   the airport and that everything was fine.

09:48  13   Q.   Going now to page 75, lines 4 through 10.

09:48  14   A.   Yes.

09:48  15   Q.   Do you see where the defendant states I know that you want

09:49  16   to start July, you want to start?

09:49  17   A.   Yes.

09:49  18   Q.   So, what is happening in July at this point in the

09:49  19   conversation?

09:49  20   A.   When he is referring to July -- he is talking about the

09:49  21   first shipment, the test run, the 3000 kilograms, that is what

09:49  22   he is speaking of.

09:49  23   Q.   When he says I am going to get her going with all the

09:49  24   necessary licenses, we got to work on them very quickly, when

09:49  25   the defendant refers to her, what is your understanding of what

09:49 1 the defendant was referring to?

09:49 2 A.  My understanding when he says her, he is referring to Miss

09:49 3 Oleanvine.

09:49 4 Q.  Line 9 and 10 where the defendant states so 50 percent is 3

09:50 5 "mil" and 50 percent is $3,000,000.  What is your understanding

09:50 6 of what the defendant was referring to?

09:50 7 A.  50 percent of the profit that he will get when the

09:50 8 narcotics is sold so he is saying 50 percent of that is

09:50 9 $3,000,000.

09:50 10            AUDIOTAPE PLAYED FOR THE RECORD

09:52 11 Q.  We are here on 78, detective.  Do you see where the

09:52 12 defendant states, accounts will be a problem, no, I will have

09:52 13 to set those up properly.

09:52 14     When the defendant uses the term accounts will be a

09:52 15 problem, what was your understanding of what he was saying at

09:52 16 that point?

09:52 17 A.  My understanding is he thinks it's a problem because you

09:52 18 have to be very careful and everything is traceable so that is

09:52 19 what he means by that, you have to be very careful because it

09:53 20 could be suspicious to law enforcement.

09:53 21            AUDIOTAPE PLAYED FOR THE RECORD

09:55 22 Q.  Stopping now here at the bottom of1 page 78, lines 20 and

09:55 23 21, do you see here where the defendant states I am building, I

09:55 24 am building now?

09:55 25 A.  Yes.

Q.   What did you take that to mean?

A.   That he is building a house.

Q.   Taking you to page 79, lines 13 through 15.

A.   Yes.

Q.   Do you see where Roberto states so you want me to pay the bill and send it to you?

A.   Yes.

Q.   What is your understanding of what Roberto is asking the defendant here?

A.   He is telling him that you want me to pay for the construction materials and send it to you through like a back channel.  He pays it and then sends all the materials over there to the BVI.

Q.   Taking you to page 80, lines 18 through 23.  Do you see where Roberto states, we have three construction companies and we are associates with a lot of companies but really -- well, I am going to be straight, sometimes it is just a front but we have all kinds of materials?

A.   Yes.

Q.   Why is Roberto telling the defendant that the companies he is allegedly associated with are a front?

A.   It is a part of the investigative scenario.  He is saying it is a front because the companies are owned by the cartels. That is what he means by that, that they are a front for the cartel.

Q.  Taking you to page 81, lines 9 through 12.  Do you see here where the defendant states, great now, what they have to do now is a loan for me to send 40 or 40,000 and then say that is where the invoice is from?

A.  Yes.

Q.  What is the defendant asking you and Roberto to do here?

A.  Pretty much to give him a loan for the building of the house.  What he is really going to do is -- send $40,000 and there will be an invoice to look legitimate.

Q.  When you state at lines 13 through 15; so you have some sort of paper, what is being referred to there?

A.  He will have some sort of documents so if they ever question him he has something to show, like, I sent a loan and I can show this.  And whoever asks me later on how did I get all of this material, it was just a loan, and I spent $40,000 for it.

Q.  Why would that be important?

A.  It is important because where are you going to get the money from to be able to build such a home.  He has to justify it if they come and ask him questions.

                AUDIOTAPE PLAYED FOR THE RECORD

Q.  Stopping now here at the bottom of 81 and taking you to page 82 lines 8 through 9.

A.  Yes.

Q.  Do you see where the defendant states a line of credit with

the company?

A.  Yes.

Q.  All right. And so what company is he referring to based on

your understanding?

A.  He is referring to the company that the CI was saying the

cartel owns.

Q.  If we go down to lines 18 through 19; do you see here where

the defendant says we just make it look good?  What is your

understanding of what the defendant was referring to of what

needs to look good?

A.  To make it look good, to make it look clean -- the money is

legitimate -- how we got it.  It is all covered if they come

and ask questions later.

Q.  Taking you to page 83; lines twelve through fifteen.

A.  Yes.

Q.  Where he states that is good because the whole order for

the windows, doors, tiles, fixtures, once they have it will

come out to two to three hundred thousand.  When the defendant

uses the term they have it, what is your understanding of what

he was referring to there?

A.  The company that belongs to the CI.  It will come out to

about two hundred to three hundred thousand dollars.

                AUDIOTAPE PLAYED FOR THE RECORD

10:05   1   Q.  Taking you to page 84 in the transcript book.  Do you see
10:06   2   here where the defendant states so we do the line of credit
10:06   3   they can send the invoice for the 300,000, you have probably
10:06   4   35,000 you getting from the bank, then I can push $35,000 out
10:06   5   now.  What is your understanding of what the defendant was
10:06   6   referring to here?
10:06   7   A.  My understanding is he means that the cartel company will
10:06   8   write an invoice for $300,000 and they will give him a loan to
10:06   9   send out $35,000; that is what he is capable of sending out now
10:06   10  to the bank without looking suspicious.
10:06   11          MR. McLAUGHLIN:  Your Honor, we were going to publish
10:06   12  12 A 3.  We are still on page 86 in the transcript book.
10:07   13          THE COURT:  All right.
10:07   14          AUDIOTAPE PLAYED FOR THE RECORD
10:14   15  Q.  We are on the bottom of 99, detective.  Taking you to page
10:15   16  94 -- I apologize, taking you to page 96, lines five through
10:15   17  eight -- do you see here where Roberto states two and two, two
10:15   18  and two so eight?
10:15   19          Now when we have the rest period is when I want you
10:15   20  to start to send to you the other boats so you seize it all;
10:16   21  what is the purpose of this during this meeting?
10:16   22  A.  What the CI is telling the defendant there is after the
10:16   23  eight vessels that have to go through there once that is done
10:16   24  during the rest period he will send them boats that will be
10:16   25  loaded with cocaine but poor quality to seize them so the

10:16  1    defendant to have -- I am seizing boats with cocaine to make it

10:16  2    look nice for Customs that they are doing their job and seizing

10:16  3    boats with drugs.

10:16  4              AUDIOTAPE PLAYED FOR THE RECORD

10:22  5    Q.  We are stopped here on page 104, lines nine and ten.  At

10:22  6    this point did you show the defendant anything on your phone?

10:22  7    A.  Yes.  I showed him a picture of Louis Vuitton boxes and

10:22  8    inside those boxes was U.S. currency wrapped up.

10:22  9    Q.  Showing you what is in evidence as Government's Exhibit 35.

10:23  10   Showing you page one, page two, page three and now showing you

10:23  11   page four.  How did you show the defendant these four

10:24  12   photographs?

10:24  13   A.  I had it on the phone.  I walked over to him and showed him

10:24  14   on the phone.

10:24  15   Q.  Taking you to page 104, lines 3 and 4 where the defendant

10:24  16   states so, so this the 500,000 how many boxes; do you see that?

10:24  17   A.  Yes.

10:24  18   Q.  What were you doing when the defendant was making those

10:24  19   statements?

10:24  20   A.  I was showing him the pictures.

10:24  21   Q.  Taking you to page 103 -- I will take you to page 100 -- I

10:25  22   apologize. Do you see here on page 100, lines three through

10:25  23   five, where Roberto states we don't need to do nothing else we

10:25  24   want just free passage; do you see that?

10:25  25   A.  Yes.

Q.  What is your understanding of what Roberto was referring to when we used the term free passage?

A.  We just want to get through with free passage with no problem or interference with law enforcement.

Q.  You see here on lines 8 through 9 -- do you see here where Roberto said so I think now we are set up?  What is your understanding of Roberto's use of the term set up?

A.  That everything is clear with -- between him and the defendant -- everything is good to go.

Q.  When you say good to go what do you mean?

A.  There is a plan for us to be able to get in there with no problem.

THE COURT:  Would this be a good time to break Mr. McLaughlin.

MR. McLAUGHLIN:  Yes.

THE COURT:  Ladies and gentlemen, we are going to take our mid morning break.  Let's try to be as quick as we can since we have another short day today.  Again, you cannot talk about the case to each other.  We will see you back after the break.

RECESS TAKEN

THE COURT:  You may continue, Mr. McLaughlin.

Q.  Detective, going back to page 100 in the transcript book -- lines three through five -- we were discussing Roberto's use of the term free passage; do you recall that?

A.   Yes.

Q.   Taking you to page 103, lines one and two, do you see here where the defendant states that's good, we are clear with that?

A.   Yes.

Q.   And what is your understanding of what the defendant was referring to in that part of the conversation?

A.   We are good, it is clear, the plan is good to go.

Q.   Taking you to lines three through five; do you see where Roberto asks, the money is ready?

A.   Yes.

Q.   Going down to lines seven and eight.  Roberto asks again; so the guy paid all the kilos in New York?

A.   Yes.

Q.   Was that a pre planned part of this meeting on the part of law enforcement?

A.   Yes.

Q.   What was the purpose of that?

A.   To bring up a conversation where the CI would tell me if another drug dealer already paid us the money for kilograms we sold for them up in New York.

     I said, yes, and followed up by saying they gave us the whole one million dollars.  And the CI followed up saying 500 for defendant, 200 for Maynard and 700 in total and the other three send it to the cartel in Mexico.

10:49  1   Q.   Lines 9 through 11 you ask the question -- you state they

10:49  2   paid all the kilos, you want to see a picture.   Who are you

10:49  3   directing that question to in this meeting?

10:49  4   A.   To the CI.

10:50  5   Q.   If we go down to lines 22 through 23, do you see here

10:50  6   Roberto states, show it to him, this is how...

10:50  7      When Roberto is referring to him who is Roberto referring

10:50  8   to?

10:50  9   A.   To the defendant.

10:50  10  Q.   Once you showed -- Government's 35 -- once you showed these

10:50  11  photographs to the defendant, what was his reaction?

10:50  12  A.   Calm, relaxed.

10:51  13          MR. McLAUGHLIN:   Playing again Government's 12 A 3.

10:51  14          AUDIOTAPE PLAYED FOR THE RECORD

10:53  15  Q.   We are on the bottom of page 107.   Taking you to page 104,

10:53  16  lines 13 through 16.   Do you see here where Roberto states,

10:54  17  well, I don't know how to because I don't have a phone with you

10:54  18  or anything.   What is your understanding of what Roberto was

10:54  19  referring to there?

10:54  20  A.   He does not have the defendant's phone number.

10:54  21  Q.   During your participation in this case, were you ever

10:54  22  provided the defendant's phone number?

10:54  23  A.   No.

10:54  24  Q.   Taking you to page 105.   Do you see here Roberto states I

10:54  25  could put a mark, anything, whatever, you want something.

10:54   1     If we go down to line 16 and 17 you state like a bow.  You

10:55   2   see that?

10:55   3   A.   Yes.

10:55   4   Q.   Why are both of you asking the defendant about a marker or

10:55   5   a bow?

10:55   6   A.   The suitcases where the money is going in we need to mark

10:55   7   it for him to know which one is which.

10:55   8   Q.   Going to page 106, lines 13 through 17.  Do you see here

10:55   9   where the defendant states; is there anyway with the bag they

10:55   10   could pack them in a suitcase where you have a suitcase like a

10:55   11   dummy section?

10:56   12   A.   Yes.

10:56   13   Q.   What is your understanding of the term dummy section?

10:56   14   A.   Like a secret compartment where you cannot see in a

10:56   15   suitcase to hide something.

10:56   16   Q.   Going to page 107, lines 13 through 18.  Do you see where

10:56   17   the defendant states, but I am not there so I won't have to

10:56   18   worry?  The reason I blocked them is so that no one sees me

10:56   19   around the business.

10:56   20       When the defendant uses the term I blocked them, what is

10:57   21   your understanding of what the defendant was referring to?

10:57   22   A.   The defendant is referring to Roxanne and Oleanvine.

10:57   23   Q.   Showing you Government's Exhibit 30 and Government's

10:57   24   Exhibit 28; who are the individuals depicted here?

10:57   25   A.   Roxanne and Oleanvine.

| | | |
|---|---|---|
| 10:57 | 1 | AUDIOTAPE PLAYED FOR THE RECORD |
| 10:58 | 2 | Q.  We are on page 108.  Do you see here where the defendant |
| 10:58 | 3 | says, the first payment will be by boat, six percent of the |
| 10:58 | 4 | money if that's okay?  What is your understanding of what the |
| 10:58 | 5 | defendant was referring to here? |
| 10:58 | 6 | A.  He is referring to the 50 percent of the profit that he is |
| 10:59 | 7 | expected to earn.  That first payment we have to get it over |
| 10:59 | 8 | there through methods of boats. |
| 10:59 | 9 | Q.  When he states six percent of the money there, what is your |
| 10:59 | 10 | understanding of what he's referring to there? |
| 10:59 | 11 | A.  He is okay with paying the six percent fee. |
| 10:59 | 12 | Q.  And why the six percent? |
| 10:59 | 13 | A.  Because we are going to be handling the transportation of |
| 10:59 | 14 | the money from us to them and that is going to cost. |
| 10:59 | 15 | Q.  That will be in what form of money? |
| 10:59 | 16 | A.  The cash. |
| 10:59 | 17 | Q.  Taking you now to lines 8 and 10.  See where the defendant |
| 10:59 | 18 | states, once you bring that down and come in I will tell you |
| 10:59 | 19 | exactly where.  What is your understanding of what the |
| 11:00 | 20 | defendant was referring to there? |
| 11:00 | 21 | A.  Once we get the money down there they will give the exact |
| 11:00 | 22 | coordinates of where to give him the money. |
| 11:00 | 23 | AUDIOTAPE PLAYED FOR THE RECORD |
| 11:02 | 24 | Q.  We are on the bottom of 112, detective.  Taking you back to |
| 11:03 | 25 | page 108. |

11:03  1    If we look at line 14 all the way down to 23 do you see the

11:03  2  words his name's Tattoo?

11:03  3  A.   Yes.

11:03  4  Q.   If we scroll down to line 19 of 109 where the defendant

11:03  5  says consider it done.   What did you take that to mean?

11:04  6  A.   The defendant is telling us he has a reliable guy that goes

11:04  7  by the name of Tattoo that does this type of business for him.

11:04  8  Particularly this part with the money.   When he says, consider

11:04  9  it done that he will get the money, he means -- the money will

11:04  10  come to me.

11:04  11  Q.   If we go to page 112 starting at line fifteen.   You see the

11:04  12  defendant states everything; we good?

11:04  13  A.   Yes.

11:04  14  Q.   Then Roberto states so this is not your first rodeo; right?

11:05  15  And then the defendant states not my first rodeo.   Do you see

11:05  16  the term first rodeo?

11:05  17  A.   Yes.

11:05  18  Q.   What is your understanding of what the defendant was

11:05  19  referring to?

11:05  20  A.   It is not his first time doing criminal activity.   It is

11:05  21  not his first time doing this.

11:05  22       MR. McLAUGHLIN:   Publishing 12 A 3.

11:05  23       AUDIOTAPE PLAYED FOR THE RECORD

11:10  24  Q.   All right.   We are on the bottom of page 113, lines 18

11:10  25  through 21.

11:10  1    Do you see where Roberto states XO Jet and says we have two

11:10  2  services private for just private one person XO Jet; you are

11:10  3  with other passengers?

11:10  4    When Roberto uses the term we have two services, what's

11:11  5  your understanding of what he is referring to?

11:11  6  A.   Talking about the cartel.  They offer two different types

11:11  7  of services for jets.

11:11  8            AUDIOTAPE PLAYED FOR THE RECORD

11:14  9  Q.   We are here page 124, lines 1 through 6.  Do you see where

11:14  10 Roberto says so called Charlie?  Who is he referring to there?

11:15  11 A.   A person we made up as a part of the investigative

11:15  12 scenario.

11:15  13 Q.   Who is he talking to?

11:15  14 A.   He is talking to me.

11:15  15 Q.   What is the purpose of that?

11:15  16 A.   Part of the investigative scenario to say we know a person

11:15  17 there; let's call this person to arrange this flight.

11:15  18            AUDIOTAPE PLAYED FOR THE RECORD

11:17  19 Q.   Bottom of 127.  Do you see where the defendant asks -- I

11:17  20 will take you to line 13 -- do you see where Roberto asks what

11:17  21 time for tomorrow so we can set it up right now?

11:17  22 A.   Yes.

11:17  23 Q.   What is Roberto referring to there?

11:17  24 A.   What time he would like the flight to leave tomorrow so we

11:17  25 could set it up right now with Charlie.

Q.   To where?

A.   To Philadelphia.

Q.   If we go down here to lines 20 to 22.  Let me see, so do you know what time in July you want to make that first run; do you see that there?

A.   Yes.

Q.   What is your understanding of what the defendant was referring to here?

A.   The run; the test run of the 3000 kilograms.  He is asking what time are we thinking of doing it.

                    AUDIOTAPE PLAYED FOR THE RECORD

Q.   On the bottom of 127 top of 128; do you see on lines 11 through 18 where the defendant states, so what our company do is just clear you to come in just to be -- give the clearance and then -- and then -- see what time you are leaving, come in and be like a broker?  Do you see that?

A.   Yes.

Q.   When the defendant uses the term our company what is your understanding of what the defendant is referring to there?

A.   My understanding of what he is saying is his side -- the British Virgin Islands -- all they have to do is give us the clearance.

Q.   When he uses the term on line 18, be like a broker, what is your understanding of what the defendant was referring to there?

11:20  1   A.   Facilitating the deal like the passageway to go into Puerto

11:20  2   Rico and Miami.

11:20  3            AUDIOTAPE PLAYED FOR THE RECORD

11:24  4   Q.   At the top of page 136, do you see where the defendant

11:24  5   states I am not staying here?

11:25  6   A.   Yes.

11:25  7   Q.   What is your understanding of what the defendant was

11:25  8   referring to there?

11:25  9   A.   He is not staying at the hotel where we are having the

11:25  10  meeting at.

11:25  11  Q.   As we go here -- going to line two -- where the defendant

11:25  12  states; I am staying by my daughter where she lives so I am

11:25  13  going to give you the address.  Do you see that there?

11:25  14  A.   Yes.

11:25  15  Q.   At any point during the conversation did you or the CI ask

11:26  16  for the daughter's address?

11:26  17  A.   No.

11:26  18            AUDIOTAPE PLAYED FOR THE RECORD

11:27  19            MR. McLAUGHLIN:   We are still on 137.  We are going to

11:27  20  publish 12 A 3.

11:27  21            AUDIOTAPE PLAYED FOR THE RECORD

11:40  22  Q.   Detective, we are on page 56; lines 15 through 19.  Do you

11:41  23  see where Roberto states, listen now, you are saying this; can

11:41  24  we get a passport over there?  Do you see the defendant says

11:41  25  for the BVI and then Roberto says yeah?

A.   Yes.

Q.   Why are you guys asking for BVI passports?

A.   To pretty much become citizens over there.

        AUDIOTAPE PLAYED FOR THE RECORD

Q.   Top of page 160, line ten.  Do you see where the defendant states, they read it by the pulse so with that now that's -- that's why I told when I met you I could read the eyes -- I know that you weren't a fake.

        What is your understanding of what the defendant was referring to at this point in the conversation?

A.   He was able to see the CI's eyes, and by looking at his eyes he could tell that he was not lying, that he was not the police.

        AUDIOTAPE PLAYED FOR THE RECORD

Q.   Top of page 164, line one through line six. The defendant states; let me help you here, I have contacts with...

        And it ends with, he is 99.9 percent accurate.

        What is your understanding of what the defendant is referring to here?

A.   The defendant knows someone that -- like a fortune teller that could tell them if we bring him someone that we believe is robbing us; he could tell us if that person does it or not; and he is 99.9 percent accurate.

        MR. McLAUGHLIN: If we could continue playing.

        AUDIOTAPE PLAYED FOR THE RECORD.

11:53  1   Q.  We're stopped here on page 171.  Showing you what is marked

11:53  2   as Government's Exhibit 25.  Do you recognize this map?

11:53  3   A.  Yes.

11:54  4   Q.  If you could mark on the screen the address the defendant

11:54  5   just provided you?

11:54  6           (WITNESS INDICATES ON SCREEN)

11:54  7   Q.  On Government's Exhibit 25 there is the Opa Locka Airport,

11:54  8   the Opa Locka Executive Airport, do you see that?

11:54  9   A.  Yes.

11:54  10  Q.  How far is 1440 SW 104th Pass to Opa Locka Airport?

11:54  11  A.  Depending on traffic 25 or 30 minutes.

11:54  12  Q.  We see here the Embassy Suites Hotel by Hilton Miami

11:55  13  International Airport; is that correct?

11:55  14  A.  Yes.

11:55  15          MR. McLAUGHLIN:  We will continue to publish.

11:55  16          AUDIOTAPE PLAYED FOR THE RECORD

11:56  17  Q.  Page 178; lines 17 through 19.  Do you see here where the

11:56  18  defendant says we are not going into Philadelphia International

11:56  19  Airport, we want to go directly to that airport?  Do you see

11:57  20  that?

11:57  21  A.  Yes.

11:57  22  Q.  What is your understanding of what the defendant was

11:57  23  referring to there?

11:57  24  A.  He wants to go directly to the airport, the Lehigh Valley

11:57  25  one, the closest one.

|       |    |                                                                      |
|-------|----|----------------------------------------------------------------------|
| 11:58 | 1  | AUDIOTAPE PLAYED FOR THE RECORD                                      |
| 11:59 | 2  | Q.  We're on page 177, lines 12 through 14.  Roberto states, I      |
| 11:59 | 3  | assume you don't want them to know where; right?  What is your      |
| 12:00 | 4  | understanding of Roberto's use of the term them?                    |
| 12:00 | 5  | A.  Referring to Maynard and Roxanne.                               |
| 12:00 | 6  | Q.  If we go down to lines 16 through 17.  The defendant states     |
| 12:00 | 7  | it is no problem if they know.  What are you guys talking about     |
| 12:00 | 8  | in terms of what Maynard and Roxanne can know at this point in      |
| 12:00 | 9  | the conversation?                                                   |
| 12:00 | 10 | A.  It is no problem if they know about the defendant taking a      |
| 12:00 | 11 | private flight to Philadelphia on our behalf.                       |
| 12:01 | 12 | Q.  Going to page 180 and 181.  Starting at line 16 going to        |
| 12:04 | 13 | line eight on 181.  Do you see that part of the conversation?       |
| 12:04 | 14 | A.  Yes.                                                            |
| 12:04 | 15 | Q.  What is your understanding of what the defendant was            |
| 12:04 | 16 | discussing there?                                                   |
| 12:04 | 17 | A.  He is arranging for when his daughter has to go back up to      |
| 12:04 | 18 | move her stuff to the college.                                      |
| 12:04 | 19 | Q.  On 181 lines 3 and 4.  The defendant states so we going         |
| 12:04 | 20 | with a plane for that?                                              |
| 12:04 | 21 | A.  Yes.                                                            |
| 12:04 | 22 | Q.  What is your understanding of what the defendant was            |
| 12:04 | 23 | referring to there?                                                 |
| 12:04 | 24 | A.  If we could use the same service, the same private jet, use     |
| 12:05 | 25 | that same service.                                                  |

12:05  1    MR. McLAUGHLIN:  Let's continue on.

12:06  2    AUDIOTAPE PLAYED FOR THE RECORD

12:06  3  Q.  At this point did anyone come back in the conference room?

12:06  4  A.  Yes.

12:06  5  Q.  Who was that?

12:06  6  A.  Ms. Maynard.

12:06  7  Q.  Page 184, lines 11 and 12, the defendant states we need the

12:07  8  catalog?

12:07  9  A.  Yes.

12:07  10  Q.  What is your understanding of what the defendant is

12:07  11  referring to at that point?

12:07  12  A.  The catalog we spoke earlier about the construction

12:07  13  materials for the house he is building in the BVI.

12:07  14    MR. McLAUGHLIN:  Let's continue on.

12:07  15    AUDIOTAPE PLAYED FOR THE RECORD

12:07  16  Q.  Who was the female, based upon your participation in the

12:08  17  conversation, that Mr. Fahie is referring to?

12:08  18  A.  I believe his wife.

12:08  19    AUDIOTAPE PLAYED FOR THE RECORD

12:10  20  Q.  We are on page 190.  Taking you now to lines one through

12:10  21  nine; who is Mr. Fahie talking to in this part of the

12:11  22  conversation?

12:11  23  A.  The defendant is talking to Ms. Maynard.

12:11  24  Q.  Line two he says there's five and the two.  What is your

12:11  25  understanding of what the defendant was referring to there?

**A.** $500,000 and $200,000 as well.

**Q.** The defendant states, so I told him you would secure all of the amount; what is your understanding of the him the defendant was referring to there?

**A.** The CI.

**Q.** Lines eight and nine the defendant states, I told him you have everything arranged.  Who is the you -- based upon your participation in the conversation -- who was the you?

**A.** He's referring to Ms. Maynard.

                    AUDIOTAPE PLAYED FOR THE RECORD

**Q.** If we can go back to 191, detective.  Do you see where the defendant states all the bags is packed and you sit with them?

**A.** Yes.

**Q.** Based upon your participation in the conversation who is the defendant speaking to here?

**A.** Ms. Maynard.

**Q.** And right after the defendant states; it is packed in such a way that even if they look they will not see, again, based upon your participation in the conversation what is your understanding of the defendant's use of the words they there?

**A.** He's referring to law enforcement.

                    AUDIOTAPE PLAYED FOR THE RECORD

**Q.** Still on page 192, detective, lines 13 through 15.  Do you see where the defendant states if you have any issues and you can't get ahold of me just call Ms. Maynard and she call me?

12:16  1   A.   Yes.

12:16  2   Q.   Based upon your participation in the conversation who is

12:16  3   the defendant telling this to?

12:16  4   A.   He's telling this to the CI.

12:23  5            AUDIOTAPE PLAYED FOR THE RECORD

12:23  6            THE COURT:  All right.  Ladies and gentlemen, we will

12:23  7   break for lunch at this time.  Let's try to be back at one.

12:23  8   Don't talk to each other about the case and I will see you back

12:24  9   here at one.

01:05  10            RECESS TAKEN

01:07  11            THE COURT:  Bring in the jury, please.

01:07  12            COURT SECURITY OFFICER:  All rise, please.

01:08  13            THE COURT:  Everyone may be seated.

01:08  14            We are going to resume.

01:09  15            MR. McLAUGHLIN:  We are on page 199 of the transcript

01:09  16   in Government's 12 A 5.

01:09  17            AUDIOTAPE PLAYED FOR THE RECORD

01:10  18   Q.   We are stopped here on page 201.  What was the purpose of

01:10  19   telling the defendant that XO Jet does not fly into Lehigh

01:10  20   Valley?

01:10  21   A.   To let him know that -- what he wants to do -- will not be

01:10  22   able to do.  The airplane won't fly there.

01:10  23   Q.   What is the point of telling him that?

01:10  24   A.   He was asking and we were checking and it was a part of the

01:10  25   scenario that we are playing.

01:10  1      We told him, no, that it does not fly there.

01:11  2  Q.  All right.  Detective, we are now at page 205 -- going back

01:14  3  to page 204 -- lines one through four.

01:14  4      Ms. Maynard said, I told her she's going to be okay.

01:14  5  She was concerned about the small flight.

01:14  6      Based upon your participation in the meeting who was

01:14  7  Ms. Maynard referring to when she used the term she?

01:14  8  A.  She was referring to Roxanne.

01:14  9  Q.  Is that the individual depicted here in Government's

01:14  10  Exhibit 30?

01:14  11  A.  Yes.

01:14  12  Q.  Was Roxanne in the room for this portion of the meeting?

01:14  13  A.  No.

01:15  14      AUDIOTAPE PLAYED FOR THE RECORD

01:16  15  Q.  Now at the top of 208, lines two through four, do you see

01:17  16  where the defendant states, yes, so with that now I think we

01:17  17  have everything covered?

01:17  18  A.  Yes.

01:17  19  Q.  Based upon your participation in the investigation when the

01:17  20  defendant used the term everything covered, what is your

01:17  21  understanding of what he was referring to?

01:17  22  A.  It is my understanding that he was referring to the passage

01:17  23  of the 3000 kilograms and also going tomorrow to the BVI with

01:17  24  the $700,000.

01:17  25      AUDIOTAPE PLAYED FOR THE RECORD

01:18  1    Q.  I will take you back to page 209; starting on line 11

01:19  2    through 13.  Do you see where the defendant says, so the guy

01:19  3    with the place, with the furniture, you are going to speak with

01:19  4    him?

01:19  5    A.  Yes.

01:19  6    Q.  Who is defendant speaking with at this point in the

01:19  7    conversation?

01:19  8    A.  He was talking to the CI.

01:19  9    Q.  Lines 16 through 17; the defendant states so to get him to

01:19  10   accept 35,000.  So, based on your understanding what was the

01:19  11   defendant saying right here?

01:19  12   A.  To get the construction company we talked about to accept a

01:19  13   35,000 line of credit.

01:19  14   Q.  In exchange for that?

01:19  15   A.  $300,000 worth of building materials.

01:20  16   Q.  Going to page 210, starting at line three, where Roberto

01:20  17   states, yes, I want to get everything in writing so your wife

01:20  18   can check it out like normal business, and the defendant says I

01:20  19   don't discuss building the house with her.

01:20  20       Based upon your participation in the meeting who was the

01:20  21   defendant referring to when he said her?

01:20  22   A.  His wife.

01:21  23           MR. McLAUGHLIN:  All right. Let's continue publishing

01:21  24   if we could.

01:21  25           AUDIOTAPE PLAYED FOR THE RECORD

01:23  1    Q.  We are on 214, detective.  Taking you now to lines 6

01:23  2    through 8.  Do you see where the defendant states when the time

01:23  3    comes for the movement since you are saying you are going to

01:23  4    send other people; do you see that?

01:23  5    A.  Yes.

01:23  6    Q.  When the defendant used the term the movement, based upon

01:23  7    your participation in the meeting, what is your understanding

01:23  8    of what he is referring to?

01:24  9    A.  When we started moving the vessel with cocaine.

01:25  10          MR. McLAUGHLIN:  Continue playing, please.

01:25  11          AUDIOTAPE PLAYED FOR THE RECORD

01:25  12   Q.  Now we are on page 260.  Taking you now to line five.  Do

01:25  13   you see where the defendant states, subtract the thing from the

01:25  14   furniture, from it one time, subtract the amount from the

01:25  15   furniture -- of the furniture from it?

01:25  16       Do you see that, detective?

01:25  17   A.  Yes.

01:25  18   Q.  What is your understanding of what the defendant was

01:25  19   referring to there?

01:25  20   A.  My understanding is that he is referring to subtract the

01:25  21   amount that it's going to cost for the furniture from the

01:25  22   profit.

01:25  23   Q.  The profit of what?

01:25  24   A.  The importation of the narcotics to the BVI.

01:26  25   Q.  Do you see on lines 9 and 10 you respond yes?

01:26  1    A.   Yes.

01:26  2    Q.   Why were you the one to respond to that statement?

01:26  3    A.   I just responded, yes.   I can't tell you the reason why I

01:26  4    did it.

01:26  5            MR. McLAUGHLIN:   Please continue playing.

01:26  6            AUDIOTAPE PLAYED FOR THE RECORD

01:28  7    Q.   I stopped at the top of 220.   Taking you back to page 218

01:29  8    starting at line ten.   The defendant states not a problem but I

01:29  9    am back on the first; so Jose is going to be there.

01:29  10       Based upon your participation in the meeting what is your

01:29  11   understanding of what the defendant means here?

01:29  12   A.   He's saying when he comes back from Philadelphia to Miami,

01:29  13   I'm going to be here waiting to pick him up.

01:29  14   Q.   And when we go down here to line 16 and the defendant

01:29  15   states, but I need for he and I to talk.   Based on your

01:29  16   participating in this meeting, what is the defendant referring

01:29  17   to here?

01:29  18   A.   For the CI and himself to talk.

01:30  19           MR. McLAUGHLIN:   We will continue playing.

01:30  20           AUDIOTAPE PLAYED FOR THE RECORD

01:34  21           MR. McLAUGHLIN:   We will continue publishing 12 A 6.

01:34  22           AUDIOTAPE PLAYED FOR THE RECORD

01:35  23   Q.   Now, detective, at the conclusion of the meeting where did

01:35  24   you and Roberto the informant go once the meeting ended inside

01:35  25   the conference room?

01:35  1   A.  We left the hotel and went to a location that had been

01:36  2   vetted and chosen so we could go there to have the debrief.

01:36  3   Q.  Did you have a chance to see where the defendant Ms.

01:36  4   Maynard and Roxanne went?

01:36  5   A.  I want to say they stayed in the conference room after we

01:36  6   left but I can't tell you where they went after.

01:36  7   Q.  What was the purpose of the meeting or debriefing you had

01:36  8   with the agents after this meeting?

01:36  9   A.  They were the lead investigators on the case so we were

01:36  10  updating them on the whole situation with the airplane and that

01:36  11  we offered a plane ride.

01:36  12  Q.  Were any Blue on Blue concerns raised?

01:36  13          MS. VAN VILET:  I would object as to anything in this

01:37  14  meeting being hearsay.

01:37  15          THE COURT:  Mr. McLauglin.

01:37  16          MR. MCLAUGHLIN:  Yes, Your Honor.

01:37  17          THE COURT:  Your response.

01:37  18          MR. McLAUGHLIN:  I will not go into the detail.  I

01:37  19  will just ask if this was discussed or not.

01:37  20          THE COURT:  Understanding the answer would be yes or

01:37  21  no; I'm going to overrule the objection.

01:37  22  Q.  Was it discussed; yes or no?

01:37  23  A.  It was not discussed; I apologize.

01:37  24  Q.  The plan the next day from a law enforcement perspective

01:37  25  was what?

01:37   1    A.   The plan the next day was to pick up the defendant from the

01:37   2    address he gave us, and from there to take him to the airport.

01:38   3    We were going to show the defendant the $700,000.  And we would

01:38   4    have to take it from that point to see what goes on.

01:38   5    Q.   All right. Did you have a meeting with the CI handlers

01:38   6    prior to departing to the defendant's daughter's residence?

01:38   7    A.   Yes.

01:38   8    Q.   Where was that meeting at in general?

01:38   9    A.   I do not recall the location.  We normally pick a location

01:38   10   to not be seen out in the open but the exact location I do not

01:38   11   know.

01:38   12   Q.   What was your reason for having the meeting again, the next

01:38   13   day?

01:38   14   A.   To prepare for the operation and discuss all the details.

01:39   15   Q.   Once you and the informant Roberto start driving to the

01:39   16   defendant's daughter's residence, at this point did you or the

01:39   17   informant have the defendant's phone number?

01:39   18   A.   No.

01:39   19   Q.   What if you had a flat tire or something happened how would

01:39   20   you reach the defendant?

01:39   21   A.   The CI would have to reach out to Ms. Maynard.

01:39   22   Q.   Did you start driving towards 1440 Southwest 104th Pass?

01:39   23   A.   Yes.

01:39   24   Q.   Upon arriving there did you use the gate code provided by

01:39   25   the defendant?

01:39   1    A.   Yes.

01:39   2    Q.   Once you went to the gate what happened?

01:40   3    A.   I followed the instructions that I was given that night

01:40   4    that I got from the defendant.

01:40   5    Q.   Upon arriving at the scene what, if anything, did you see?

01:40   6    A.   Shortly after the defendant was there with his daughter, I

01:40   7    helped to put the luggage in the car and then drove away.

01:40   8    Q.   And was that all recorded?

01:40   9    A.   Yes.

01:40   10        MR. McLAUGHLIN:   Your Honor, at this time I would ask

01:40   11   to publish Government's 13 A.

01:40   12        THE COURT:   And is it just one file?

01:40   13        MR. McLAUGHLIN:   It is just one file.

01:40   14        THE COURT:   All right. You may proceed.

01:41   15        MR. McLAUGHLIN:   Thank you, Your Honor.

01:41   16   Q.   Taking you to page two of the transcript -- you are

01:41   17   speaking -- lines two and three;; is that correct?

01:41   18   A.   Yes.

01:41   19   Q.   What is going on at this point?

01:41   20   A.   I arrived at the address I was given and I was parking.

01:41   21   Q.   Who was driving?

01:41   22   A.   I was driving.

01:41   23   Q.   Was Roberto in the vehicle?

01:41   24   A.   Yes.

01:41   25   Q.   And where was he seated?

01:41  1    A.   In the front passenger seat.

01:42  2         VIDEOTAPE PLAYED FOR THE RECORD

01:42  3    Q.   Detective, did you upon arrival get out of the vehicle?

01:42  4    A.   I did.

01:42  5    Q.   And what did you do?

01:42  6    A.   I helped to put the luggage in the back.

01:42  7    Q.   And how much luggage was there?

01:43  8    A.   At least two.  I don't know if there was more than that.

01:43  9         MR. McLAUGHLIN:  We will continue playing.

01:43  10        VIDEOTAPE PLAYED FOR THE RECORD

01:43  11   Q.   We are at the top of page four, lines 4 through 6.  Who is

01:44  12   Roberto saying good morning and God bless you to?

01:44  13   A.   A female that was close to the building structure.  He was

01:44  14   just saying good morning and God bless you to that person.

01:44  15        MR. McLAUGHLIN:  We will continue playing.

01:44  16        VIDEOTAPE PLAYED FOR THE RECORD

01:52  17   Q.   I will stop here.  We just listened to a number of minutes

01:52  18   of random small talk from Roberto.  What is the purpose of

01:53  19   that?

01:53  20   A.   We have a surveillance team following us.  It is to keep

01:53  21   him distracted from looking at the road and "making" one of the

01:53  22   surveillance teams and compromising us as we drive.

01:53  23        VIDEOTAPE PLAYED FOR THE RECORD

01:56  24   Q.   On page 21, detective.  On line eight Roberto asks so your

01:56  25   wife lives here?  Why is he asking that question?

01:56 1   A.   The CI is asking the question based on the female we saw at

01:56 2   the building structure that he said good morning and God bless

01:57 3   you to when we first picked him up.

01:57 4              MR. McLAUGHLIN: Just a moment, Your Honor.

01:57 5              THE COURT:  Yes.

01:57 6              MR. McLAUGHLIN:  Thank you, Your Honor.

02:07 7          Let's continue playing.

02:07 8              VIDEOTAPE PLAYED FOR THE RECORD

02:09 9   Q.   Now, do you see where the defendant says hello twice at

02:09 10  line 11?

02:10 11  A.   Yes.

02:10 12  Q.   What is going on here?

02:10 13  A.   He is on the phone.

02:10 14             VIDEOTAPE PLAYED FOR THE RECORD

02:11 15  Q.   Were you listening to what the defendant was saying in the

02:11 16  back of the car during his phone call?

02:11 17  A.   I was listening to everything in my surroundings; paying

02:11 18  attention to everything.   The conversation was nothing -- it

02:11 19  was just like pretty light at the moment.

02:11 20  Q.   How so?

02:11 21  A.   It sounded like it was basic -- like a basic conversation

02:11 22  with a relative or a friend.

02:12 23             MR. McLAUGHLIN: All right. Let's continuing playing

02:12 24  the recording.

02:12 25             VIDEOTAPE PLAYED FOR THE RECORD

02:15 1   Q.  Taking you to page 26, lines 4 through 6.  Here Mr. Fahie

02:15 2   states where -- when you said the catalog is there -- you will

02:15 3   get it....

02:15 4        Is the defendant on the phone at this point?

02:16 5   A.  No.

02:16 6   Q.  Who is he speaking to?

02:16 7   A.  Me and the CI.

02:16 8   Q.  When he uses he term the catalog, based on your prior

02:16 9   meeting with him, what is your understanding of what he is

02:16 10  referring to?

02:16 11  A.  The same catalog as before, regarding the construction

02:16 12  materials.

02:16 13  Q.  Page 27, lines 5 through 7.  The defendant states if he

02:16 14  don't have the things he will go and find them.  In terms of

02:16 15  the word he, what is your understanding of what the defendant

02:16 16  is -- or who the defendant is referring to?

02:16 17  A.  To the construction company.

02:16 18  Q.  Okay.

02:16 19  A.  If they do not have the materials they will go find them.

02:16 20       MR. McLAUGHLIN:  We will continue playing.

02:17 21       VIDEOTAPE PLAYED FOR THE RECORD

02:28 22  Q.  Here the car stops.  Where are you guys at at this moment

02:28 23  in the meeting?

02:28 24  A.  We had just arrived at the entrance of the lobby of the

02:28 25  airport (sic).

Q.  At this point in terms of the law enforcement side of
things, what was the plan upon arrival at the Opa Locka
airport?

A.  We were going to enter the airport and ask the defendant if
he wants to come over to the plane and see the money and then
we were going to walk him over to the airplane where we had the
money.

Q.  The Opa Locka Airport, approximately how big is that?

A.  The lobby itself?

Q.  Yes.

A.  Pretty big.  I would say 20 rooms.

Q.  Was there other law enforcement on the scene upon arrival
at the Opa Locka Airport?

A.  Yes.

Q.  Why was that?

A.  For our security.

        THE COURT:  All right. Ladies and gentlemen, we are
right at 2:30, and so we are going to stop, and I will excuse
you for the day.

        Again, do not talk about the case. I know that your
friends and family may want to know what is going on, but you
cannot discuss it at all.  Do not do any research about the
case or any of the people involved in the case.  Don't even
think about the case.

02:30  1          So, go home, avoid traffic, have a good dinner, check

02:30  2     your traffic app and be back at nine.

02:30  3          Let me say this; I know some of you have child care

02:30  4     responsibilities, and that is fine, but if you can find someone

02:30  5     next week so that we could break a little later that would be

02:30  6     great.   That would help us conclude within the timeframe that

02:30  7     we discussed.   If not we will just keep going forward.

02:31  8          You are excused for the day.

02:31  9          COURT SECURITY OFFICER:  All rise for the jury.

02:31 10                         JURY EXCUSED

02:31 11          THE COURT:  Do you think, Government, we will get

02:32 12     another witness on tomorrow?

02:32 13          MR. GERARDE:  We will finish with Agent Dominguez

02:32 14     tomorrow, and the next witness should not be long.   One of the

02:32 15     witnesses is one of the cell phone examiners and so that will

02:32 16     probably be a little longer.

02:32 17          THE COURT:  All right. Everyone have a good evening

      18     and I will see you tomorrow at nine.

      19                         COURT IN RECESS

      20

      21

      22

      23

      24

      25

- - -

**C E R T I F I C A T E**

I hereby certify that the foregoing is an accurate transcription of proceedings in the above-entitled matter.

/S/PATRICIA SANDERS

_____                    _____

DATE FILED                    PATRICIA SANDERS, RPR

## $

**$200,000** [1] - 25:1
**$3,000,000** [2] - 6:5, 6:9
**$300,000** [2] - 10:8, 28:15
**$35,000** [2] - 10:4, 10:9
**$40,000** [2] - 8:8, 8:15
**$500,000** [1] - 25:1
**$650** [2] - 3:10, 3:15
**$700,000** [2] - 27:24, 32:3

## /

**/S/PATRICIA** [1] - 39:6

## 1

**1** [1] - 18:9
**1-31-2024** [1] - 1:9
**10** [4] - 5:13, 6:4, 16:17, 29:25
**100** [3] - 11:21, 11:22, 12:23
**103** [2] - 11:21, 13:2
**104** [3] - 11:5, 11:15, 14:15
**104th** [2] - 22:10, 32:22
**105** [1] - 14:24
**106** [1] - 15:8
**107** [2] - 14:15, 15:16
**108** [2] - 16:2, 16:25
**109** [1] - 17:4
**11** [5] - 14:1, 19:12, 24:7, 28:1, 35:10
**11-3** [1] - 1:17
**112** [2] - 16:24, 17:11
**113** [1] - 17:24
**12** [12] - 2:14, 2:15, 3:22, 8:1, 10:12, 14:13, 17:22, 20:20, 23:2, 24:7, 26:16, 30:21
**124** [1] - 18:9
**127** [2] - 18:19, 19:12
**128** [1] - 19:12
**13** [9] - 7:3, 8:10, 14:16, 15:8, 15:16, 18:20, 25:23, 28:2, 33:11
**136** [1] - 20:4
**137** [1] - 20:19
**14** [3] - 3:22, 17:1, 23:2
**1440** [2] - 22:10, 32:22
**15** [4] - 7:3, 8:10,

20:22, 25:23
**16** [6] - 14:16, 15:1, 23:6, 23:12, 28:9, 30:14
**160** [1] - 21:5
**164** [1] - 21:15
**17** [5] - 15:1, 15:8, 22:17, 23:6, 28:9
**171** [1] - 22:1
**177** [1] - 23:2
**178** [1] - 22:17
**18** [6] - 7:14, 9:8, 15:16, 17:24, 19:13, 19:23
**180** [1] - 23:12
**181** [3] - 23:12, 23:13, 23:19
**184** [1] - 24:7
**19** [5] - 3:20, 9:8, 17:4, 20:22, 22:17
**190** [1] - 24:20
**191** [1] - 25:11
**192** [1] - 25:23
**199** [1] - 26:15

## 2

**20** [4] - 5:6, 6:22, 19:3, 37:11
**200** [1] - 13:23
**201** [1] - 26:18
**204** [1] - 27:3
**205** [1] - 27:2
**208** [1] - 27:15
**209** [1] - 28:1
**21** [3] - 6:23, 17:25, 34:24
**210** [1] - 28:16
**214** [1] - 29:1
**218** [1] - 30:7
**22** [3] - 5:6, 14:5, 19:3
**22-CR-2019-KMW** [1] - 1:3
**220** [1] - 30:7
**23** [3] - 7:14, 14:5, 17:1
**24** [1] - 2:19
**25** [5] - 2:9, 2:12, 22:2, 22:7, 22:11
**26** [1] - 36:1
**260** [1] - 29:12
**27** [1] - 36:13
**28** [1] - 15:24
**2:30** [1] - 37:18

## 3

**3** [8] - 2:19, 6:4, 10:12, 11:15, 14:13, 17:22, 20:20, 23:19

**30** [3] - 15:23, 22:11, 27:10
**300,000** [1] - 10:3
**3000** [3] - 5:21, 19:9, 27:23
**305.523.5528** [1] - 1:18
**33128** [1] - 1:18
**35** [4] - 2:9, 2:12, 11:9, 14:10
**35,000** [3] - 10:4, 28:10, 28:13

## 4

**4** [5] - 5:13, 11:15, 23:19, 34:11, 36:1
**40** [1] - 8:3
**40,000** [1] - 8:3
**400** [1] - 1:17

## 5

**5** [2] - 26:16, 36:13
**50** [5] - 6:4, 6:5, 6:7, 6:8, 16:6
**500** [1] - 13:22
**500,000** [1] - 11:16
**55** [1] - 2:14
**56** [1] - 20:22
**57** [1] - 3:7
**58** [1] - 2:18

## 6

**6** [5] - 18:9, 29:1, 30:21, 34:11, 36:1
**65** [1] - 3:18

## 7

**7** [2] - 2:19, 36:13
**700** [1] - 13:23
**72** [1] - 4:16
**74** [2] - 4:9, 5:6
**75** [1] - 5:13
**78** [2] - 6:11, 6:22
**79** [1] - 7:3

## 8

**8** [5] - 3:7, 8:23, 12:5, 16:17, 29:2
**80** [1] - 7:14
**81** [2] - 8:1, 8:22
**82** [1] - 8:23
**83** [1] - 9:15
**84** [1] - 10:1
**86** [1] - 10:12

## 9

**9** [7] - 3:7, 6:4, 8:1, 8:23, 12:5, 14:1, 29:25
**94** [1] - 10:16
**96** [1] - 10:16
**99** [1] - 10:15
**99.9** [2] - 21:17, 21:23

## A

**A.U.S.A** [2] - 1:12, 1:13
**A2** [1] - 2:15
**able** [4] - 8:19, 12:11, 21:11, 26:22
**above-entitled** [1] - 39:4
**accept** [2] - 28:10, 28:12
**accounts** [2] - 6:12, 6:14
**accurate** [3] - 21:17, 21:23, 39:3
**activity** [1] - 17:20
**address** [5] - 20:13, 20:16, 22:4, 32:2, 33:20
**admit** [1] - 2:8
**admitted** [1] - 2:12
**Agent** [1] - 38:13
**agents** [1] - 31:8
**ahold** [1] - 25:25
**airplane** [3] - 26:22, 31:10, 37:6
**airport** [7] - 5:12, 22:19, 22:24, 32:2, 36:25, 37:3, 37:4
**Airport** [7] - 22:7, 22:8, 22:10, 22:13, 22:19, 37:8, 37:13
**allegedly** [1] - 7:21
**ALTURO** [1] - 1:6
**AMERICA** [1] - 1:4
**amount** [3] - 25:3, 29:14, 29:21
**ANDREW** [1] - 1:6
**answer** [1] - 31:20
**anyway** [1] - 15:9
**apologize** [3] - 10:16, 11:22, 31:23
**app** [1] - 38:2
**aPPEARANCES** [1] - 1:11
**arrange** [1] - 18:17
**arranged** [1] - 25:7
**arrangements** [2] - 4:5, 4:7
**arranging** [1] - 23:17

**arrival** [3] - 34:3, 37:2, 37:12
**arrived** [2] - 33:20, 36:24
**arriving** [2] - 32:24, 33:5
**associated** [1] - 7:21
**associates** [1] - 7:16
**assume** [1] - 23:3
**attention** [1] - 35:18
**AUDIOTAPE** [39] - 2:17, 3:17, 4:8, 5:2, 6:10, 6:21, 8:21, 9:24, 10:14, 11:4, 14:14, 16:1, 16:23, 17:23, 18:8, 18:18, 19:11, 20:3, 20:18, 20:21, 21:4, 21:14, 21:25, 22:16, 23:1, 24:2, 24:15, 24:19, 25:10, 25:22, 26:5, 26:17, 27:14, 27:25, 28:25, 29:11, 30:6, 30:20, 30:22
**Avenue** [1] - 1:17
**avoid** [1] - 38:1

## B

**bag** [1] - 15:9
**bags** [1] - 25:12
**bank** [2] - 10:4, 10:10
**Based** [2] - 27:6, 30:15
**based** [13] - 9:4, 24:16, 25:7, 25:14, 25:18, 26:2, 27:19, 28:10, 28:20, 29:6, 30:10, 35:1, 36:8
**basic** [2] - 35:21
**become** [1] - 21:3
**behalf** [1] - 23:11
**belongs** [1] - 9:22
**below** [1] - 4:4
**between** [1] - 12:8
**big** [2] - 37:8, 37:11
**bill** [1] - 7:6
**bless** [3] - 34:12, 34:14, 35:2
**blocked** [2] - 15:18, 15:20
**Blue** [2] - 31:12
**boat** [1] - 16:3
**boats** [5] - 10:20, 10:24, 11:1, 11:3, 16:8
**book** [3] - 10:1, 10:12, 12:23
**bottom** [9] - 5:6, 6:22, 8:22, 10:15, 14:15,

16:24, 17:24, 18:19, 19:12
**bow** [2] - 15:1, 15:5
**boxes** [3] - 11:7, 11:8, 11:16
**break** [5] - 12:13, 12:17, 12:20, 26:7, 38:5
**brick** [4] - 3:10, 3:12, 3:13
**bring** [5] - 2:2, 13:18, 16:18, 21:21, 26:11
**British** [1] - 19:21
**broker** [2] - 19:16, 19:23
**build** [1] - 8:19
**building** [9] - 6:23, 6:24, 7:2, 8:7, 24:13, 28:15, 28:19, 34:13, 35:2
**business** [3] - 15:19, 17:7, 28:18
**BVI** [6] - 7:13, 20:25, 21:2, 24:13, 27:23, 29:24
**BY** [1] - 1:16

## C

**calm** [1] - 14:12
**cannot** [3] - 12:18, 15:14, 37:22
**capable** [1] - 10:9
**car** [3] - 33:7, 35:16, 36:22
**care** [1] - 38:3
**careful** [2] - 6:18, 6:19
**cartel** [5] - 7:25, 9:7, 10:7, 13:24, 18:6
**cartels** [1] - 7:23
**case** [9] - 1:3, 12:19, 14:21, 26:8, 31:9, 37:20, 37:23, 37:24
**cash** [1] - 16:16
**catalog** [5] - 24:8, 24:12, 36:2, 36:8, 36:11
**cell** [1] - 38:15
**certify** [1] - 39:3
**chance** [1] - 31:3
**channel** [1] - 7:12
**Charlie** [2] - 18:10, 18:25
**check** [2] - 28:18, 38:1
**checking** [1] - 26:24
**child** [1] - 38:3
**chosen** [1] - 31:2
**CI** [15] - 9:6, 9:22, 10:22, 13:18, 13:22, 14:4, 20:15, 25:5,

26:4, 28:8, 30:18, 32:5, 32:21, 35:1, 36:7
**CI's** [1] - 21:11
**citizens** [1] - 21:3
**clean** [1] - 9:12
**clear** [4] - 12:8, 13:3, 13:7, 19:14
**clearance** [2] - 19:14, 19:22
**close** [1] - 34:13
**closest** [1] - 22:25
**cocaine** [5] - 3:14, 3:15, 10:25, 11:1, 29:9
**code** [1] - 32:24
**college** [1] - 23:18
**Colombia** [2] - 2:21, 3:5
**coming** [1] - 5:11
**companies** [4] - 7:15, 7:16, 7:20, 7:23
**company** [9] - 9:2, 9:4, 9:6, 9:22, 10:7, 19:13, 19:18, 28:12, 36:17
**compartment** [1] - 15:14
**compromising** [1] - 34:22
**concerned** [1] - 27:5
**concerns** [1] - 31:12
**conclude** [1] - 38:6
**conclusion** [1] - 30:23
**conference** [6] - 4:10, 4:12, 4:14, 24:3, 30:25, 31:5
**confirm** [1] - 5:10
**consider** [2] - 17:5, 17:8
**construction** [6] - 7:11, 7:15, 24:12, 28:12, 36:11, 36:17
**contacts** [1] - 21:16
**continue** [15] - 3:16, 12:22, 21:24, 22:15, 24:1, 24:14, 28:23, 29:10, 30:5, 30:19, 30:21, 34:9, 34:15, 35:7, 36:20
**continuing** [1] - 35:23
**conversation** [16] - 5:19, 13:6, 13:18, 20:15, 21:10, 23:9, 23:13, 24:17, 24:22, 25:8, 25:14, 25:19, 26:2, 28:7, 35:18, 35:21
**coordinates** [1] - 16:22

**correct** [2] - 22:13, 33:17
**cost** [3] - 3:15, 16:14, 29:21
**COURT** [26] - 1:1, 1:10, 2:1, 2:3, 2:4, 2:11, 2:16, 10:13, 12:13, 12:16, 12:22, 26:6, 26:11, 26:12, 26:13, 31:15, 31:17, 31:20, 33:12, 33:14, 35:5, 37:17, 38:9, 38:11, 38:17, 38:19
**Court** [1] - 1:17
**covered** [5] - 5:4, 5:11, 9:13, 27:17, 27:20
**credit** [3] - 9:1, 10:2, 28:13
**criminal** [1] - 17:20
**currency** [1] - 11:8
**Customs** [1] - 11:2

## D

**DATE** [1] - 39:8
**daughter** [3] - 20:12, 23:17, 33:6
**daughter's** [3] - 20:16, 32:6, 32:16
**deal** [1] - 20:1
**dealer** [1] - 13:19
**debrief** [1] - 31:2
**debriefing** [1] - 31:7
**defendant** [116] - 3:22, 4:1, 4:23, 5:3, 5:8, 5:15, 5:25, 6:1, 6:4, 6:6, 6:12, 6:14, 6:23, 7:9, 7:20, 8:2, 8:6, 9:1, 9:9, 9:10, 9:19, 10:2, 10:5, 10:22, 11:1, 11:6, 11:11, 11:15, 11:18, 12:9, 13:3, 13:5, 13:23, 14:9, 14:11, 15:4, 15:9, 15:17, 15:20, 15:21, 15:22, 16:2, 16:5, 16:17, 16:20, 17:4, 17:6, 17:12, 17:15, 17:18, 18:19, 19:7, 19:13, 19:18, 19:19, 19:24, 20:4, 20:7, 20:11, 20:24, 21:5, 21:9, 21:15, 21:18, 21:20, 22:4, 22:18, 22:22, 23:6, 23:10, 23:15, 23:19, 23:22, 24:7, 24:10, 24:23, 24:25, 25:2, 25:3, 25:6, 25:12,

25:15, 25:17, 25:24, 26:3, 26:19, 27:16, 27:20, 28:2, 28:6, 28:9, 28:11, 28:18, 28:21, 29:2, 29:6, 29:13, 29:18, 30:8, 30:11, 30:14, 30:16, 31:3, 32:1, 32:3, 32:20, 32:25, 33:4, 33:6, 35:9, 35:15, 36:4, 36:13, 36:15, 36:16, 37:4
**DEFENDANT** [1] - 1:14
**defendant's** [6] - 14:20, 14:22, 25:20, 32:6, 32:16, 32:17
**defense** [1] - 2:11
**Delgado** [1] - 1:15
**departing** [1] - 32:6
**depicted** [2] - 15:24, 27:9
**detail** [1] - 31:18
**details** [1] - 32:14
**detective** [14] - 2:18, 6:11, 10:15, 12:23, 16:24, 20:22, 25:11, 25:23, 27:2, 29:1, 29:16, 30:23, 34:3, 34:24
**different** [2] - 4:24, 18:6
**dinner** [1] - 38:1
**directing** [1] - 14:3
**directly** [2] - 22:19, 22:24
**discuss** [3] - 28:19, 32:14, 37:22
**discussed** [4] - 31:19, 31:22, 31:23, 38:7
**discussing** [4] - 3:1, 3:3, 12:24, 23:16
**distracted** [1] - 34:21
**DISTRICT** [3] - 1:1, 1:2, 1:10
**DIVISION** [1] - 1:2
**documents** [1] - 8:12
**dollars** [2] - 9:23, 13:22
**Dominguez** [1] - 38:13
**done** [3] - 10:23, 17:5, 17:9
**door** [2] - 2:20
**doors** [1] - 9:18
**down** [11] - 9:8, 13:11, 14:5, 15:1, 16:18, 16:21, 17:1, 17:4, 19:3, 23:6, 30:14
**drive** [1] - 34:22
**driving** [4] - 32:15,

25:15, 25:17, 25:24,

**drove** [1] - 33:7
**drug** [1] - 13:19
**drugs** [1] - 11:3
**dummy** [2] - 15:11, 15:13
**during** [5] - 10:21, 10:24, 14:21, 20:15, 35:16

## E

**earn** [1] - 16:7
**eight** [8] - 4:17, 10:17, 10:18, 10:23, 13:11, 23:13, 25:6, 34:24
**Embassy** [1] - 22:12
**ended** [1] - 30:24
**ends** [1] - 21:17
**enforcement** [7] - 6:20, 12:4, 13:15, 25:21, 31:24, 37:1, 37:12
**enter** [1] - 37:4
**entered** [1] - 4:14
**entitled** [1] - 39:4
**entrance** [1] - 36:24
**ESQ** [2] - 1:14, 1:15
**evening** [2] - 2:5, 38:17
**evidence** [2] - 2:9, 11:9
**exact** [3] - 4:13, 16:21, 32:10
**exactly** [2] - 5:5, 16:19
**examiners** [1] - 38:15
**exchange** [1] - 28:14
**excuse** [1] - 37:18
**excused** [1] - 38:8
**EXCUSED** [1] - 38:10
**Executive** [1] - 22:8
**Exhibit** [7] - 2:12, 11:9, 15:23, 15:24, 22:2, 22:7, 27:10
**exit** [1] - 2:20
**exited** [1] - 4:15
**expected** [1] - 16:7
**eyes** [3] - 21:7, 21:11, 21:12

## F

**facilitating** [1] - 20:1
**FAHIE** [1] - 1:6
**Fahie** [3] - 24:17, 24:21, 36:1
**fake** [1] - 21:8
**family** [1] - 37:21
**far** [1] - 22:10
**fee** [1] - 16:11

**female** [3] - 24:16, 34:13, 35:1
**fifteen** [2] - 9:15, 17:11
**file** [2] - 33:12, 33:13
**FILED** [1] - 39:8
**fine** [2] - 5:12, 38:4
**finish** [1] - 38:13
**first** [11] - 5:21, 16:3, 16:7, 17:14, 17:15, 17:16, 17:20, 17:21, 19:4, 30:9, 35:3
**five** [6] - 10:16, 11:23, 12:24, 13:8, 24:24, 29:12
**fixtures** [1] - 9:18
**FL** [1] - 1:18
**flat** [1] - 32:19
**flight** [4] - 18:17, 18:24, 23:11, 27:5
**Florida** [1] - 1:18
**fly** [3] - 26:19, 26:22, 27:1
**followed** [3] - 13:21, 13:22, 33:3
**following** [2] - 5:11, 34:20
**FOR** [49] - 1:12, 1:14, 2:17, 3:17, 4:8, 5:2, 6:10, 6:21, 8:21, 9:24, 10:14, 11:4, 14:14, 16:1, 16:23, 17:23, 18:8, 18:18, 19:11, 20:3, 20:18, 20:21, 21:4, 21:14, 21:25, 22:16, 23:1, 24:2, 24:15, 24:19, 25:10, 25:22, 26:5, 26:17, 27:14, 27:25, 28:25, 29:11, 30:6, 30:20, 30:22, 34:2, 34:10, 34:16, 34:23, 35:8, 35:14, 35:25, 36:21
**foregoing** [1] - 39:3
**form** [1] - 16:15
**fortune** [1] - 21:20
**forward** [1] - 38:7
**four** [5] - 11:11, 27:3, 27:15, 34:11
**free** [4] - 11:24, 12:2, 12:3, 12:25
**friend** [1] - 35:22
**friends** [1] - 37:21
**front** [5] - 7:17, 7:21, 7:23, 7:24, 34:1
**furniture** [5] - 28:3, 29:14, 29:15, 29:21

## G

**gate** [2] - 32:24, 33:2
**general** [1] - 32:8
**gentlemen** [3] - 12:16, 26:6, 37:17
**Gerarde** [1] - 1:12
**GERARDE** [1] - 38:13
**given** [2] - 33:3, 33:20
**God** [3] - 34:12, 34:14, 34:22
**Government** [2] - 2:8, 38:11
**Government's** [14] - 2:9, 2:12, 2:14, 2:19, 11:9, 14:10, 14:13, 15:23, 22:2, 22:7, 26:16, 27:9, 33:11
**great** [2] - 8:2, 38:6
**guy** [3] - 13:12, 17:6, 28:2
**guys** [3] - 21:2, 23:7, 36:22

## H

**handlers** [1] - 32:5
**handling** [1] - 16:13
**hear** [1] - 4:24
**hearsay** [1] - 31:14
**HELD** [1] - 1:9
**hello** [1] - 35:9
**help** [2] - 21:16, 38:6
**helped** [2] - 33:7, 34:6
**hereby** [1] - 39:3
**hide** [1] - 15:15
**Hilton** [1] - 22:12
**himself** [1] - 30:18
**home** [2] - 8:19, 38:1
**Honor** [8] - 2:7, 2:13, 10:11, 31:16, 33:10, 33:15, 35:4, 35:6
**HONORABLE** [1] - 1:9
**hope** [1] - 2:4
**hotel** [2] - 20:9, 31:1
**Hotel** [1] - 22:12
**house** [4] - 7:2, 8:8, 24:13, 28:19
**how..** [1] - 14:6
**hundred** [3] - 9:19, 9:23

## I

**important** [2] - 8:17, 8:18
**importation** [1] - 29:24
**IN** [1] - 38:19
**INDICATES** [1] - 22:6

**individual** [1] - 27:9
**individuals** [1] - 15:24
**informant** [3] - 30:24, 32:15, 32:17
**inside** [2] - 11:8, 30:24
**instructions** [1] - 33:3
**interference** [1] - 12:4
**International** [2] - 22:13, 22:18
**investigation** [1] - 27:19
**investigative** [3] - 7:22, 18:11, 18:16
**investigators** [1] - 31:9
**invoice** [4] - 8:4, 8:9, 10:3, 10:8
**involved** [1] - 37:23
**Islands** [1] - 19:21
**issues** [1] - 25:24
**it...** [1] - 36:3
**itself** [1] - 37:9

## J

**Jet** [3] - 18:1, 18:2, 26:19
**jet** [1] - 23:24
**jets** [1] - 18:7
**job** [1] - 11:2
**Jose** [1] - 30:9
**Joyce** [1] - 1:15
**JUDGE** [1] - 1:10
**July** [4] - 5:16, 5:18, 5:20, 19:4
**jurors** [1] - 2:2
**JURY** [1] - 38:10
**jury** [3] - 2:2, 26:11, 38:9
**justify** [1] - 8:19

## K

**KATHLEEN** [1] - 1:9
**keep** [2] - 34:20, 38:7
**Kevin** [1] - 1:12
**kilogram** [2] - 3:14
**kilograms** [4] - 5:21, 13:19, 19:9, 27:23
**kilos** [2] - 13:12, 14:2
**kinds** [1] - 7:18
**knows** [1] - 21:20

## L

**ladies** [3] - 12:16, 26:6, 37:17
**law** [7] - 6:20, 12:4, 13:15, 25:21, 31:24, 37:1, 37:12

**lead** [1] - 31:9
**least** [1] - 34:8
**leave** [2] - 2:21, 18:24
**leaving** [1] - 19:15
**left** [2] - 31:1, 31:6
**legitimate** [2] - 8:9, 9:13
**Lehigh** [2] - 22:24, 26:19
**licenses** [1] - 5:24
**light** [1] - 35:19
**Line** [1] - 6:4
**line** [25] - 3:18, 3:20, 9:1, 10:2, 15:1, 17:1, 17:4, 17:11, 18:20, 19:23, 20:11, 21:5, 21:15, 23:12, 23:13, 24:24, 28:1, 28:13, 28:16, 29:12, 30:8, 30:14, 34:24, 35:10
**lines** [51] - 2:19, 3:7, 3:22, 4:16, 5:6, 5:13, 6:22, 7:3, 7:14, 8:1, 8:10, 8:23, 9:8, 9:15, 10:16, 11:5, 11:15, 11:22, 12:5, 12:24, 13:2, 13:8, 13:11, 14:1, 14:5, 14:16, 15:8, 15:16, 16:17, 17:24, 18:9, 19:3, 19:12, 20:22, 22:17, 23:2, 23:6, 23:19, 24:7, 24:20, 25:6, 25:23, 27:3, 27:15, 28:9, 29:1, 29:25, 33:17, 34:11, 36:1, 36:13
**listen** [1] - 20:23
**listened** [1] - 34:17
**listening** [2] - 35:15, 35:17
**lives** [2] - 20:12, 34:25
**load** [2] - 2:22, 3:4
**loaded** [1] - 10:25
**loan** [5] - 8:3, 8:7, 8:13, 8:15, 10:8
**lobby** [2] - 36:24, 37:9
**location** [4] - 31:1, 32:9, 32:10
**Locka** [6] - 22:7, 22:8, 22:10, 37:2, 37:8, 37:13
**look** [8] - 8:9, 9:9, 9:11, 9:12, 11:2, 17:1, 25:18
**looking** [3] - 10:10, 21:11, 34:21
**Louis** [1] - 11:7
**luggage** [3] - 33:7, 34:6, 34:7

**lunch** [1] - 26:7
**lying** [1] - 21:12

## M

**map** [1] - 22:2
**mark** [3] - 14:25, 15:6, 22:4
**marked** [1] - 22:1
**marker** [1] - 15:4
**material** [1] - 8:15
**materials** [7] - 7:11, 7:12, 7:18, 24:13, 28:15, 36:12, 36:19
**matter** [1] - 39:4
**Maynard** [15] - 4:6, 4:10, 5:10, 13:23, 23:5, 23:8, 24:6, 24:23, 25:9, 25:16, 25:25, 27:4, 27:7, 31:4, 32:21
**McLaughlin** [32] - 1:13, 2:6, 2:7, 2:13, 3:16, 10:11, 12:14, 12:15, 12:22, 14:13, 17:22, 20:19, 21:24, 22:15, 24:1, 24:14, 26:15, 28:23, 29:10, 30:5, 30:19, 30:21, 31:18, 33:10, 33:13, 33:15, 34:9, 34:15, 35:4, 35:6, 35:23, 36:20
**MCLAUGHLIN** [1] - 31:16
**McLaughlin** [1] - 31:15
**mean** [3] - 7:1, 12:10, 17:5
**means** [6] - 3:13, 6:19, 7:24, 10:7, 17:9, 30:11
**meeting** [21] - 4:9, 10:21, 13:14, 14:3, 20:10, 27:6, 27:12, 28:20, 29:7, 30:10, 30:16, 30:23, 30:24, 31:7, 31:8, 31:14, 32:5, 32:8, 32:12, 36:9, 36:23
**met** [1] - 21:7
**methods** [1] - 16:8
**Mexico** [1] - 13:24
**mIAMI** [1] - 1:2
**Miami** [7] - 1:17, 1:18, 2:22, 3:6, 20:2, 22:12, 30:12
**mid** [1] - 12:17
**mil** [1] - 6:5
**million** [1] - 13:22
**minutes** [2] - 22:11,

34:17
**Miss** [1] - 6:2
**moment** [4] - 5:1, 35:4, 35:19, 36:22
**money** [19] - 4:3, 4:25, 5:11, 8:19, 9:12, 13:9, 13:19, 15:6, 16:4, 16:9, 16:14, 16:15, 16:21, 16:22, 17:8, 17:9, 37:5, 37:7
**morning** [5] - 2:1, 12:17, 34:12, 34:14, 35:2
**move** [2] - 2:8, 23:18
**movement** [2] - 29:3, 29:6
**moving** [1] - 29:9
**MR** [30] - 2:7, 2:13, 3:16, 10:11, 12:15, 14:13, 17:22, 20:19, 21:24, 22:15, 24:1, 24:14, 26:15, 28:23, 29:10, 30:5, 30:19, 30:21, 31:16, 31:18, 33:10, 33:13, 33:15, 34:9, 34:15, 35:4, 35:6, 35:23, 36:20, 38:13
**MS** [3] - 2:10, 2:25, 31:13

## N

**name** [1] - 17:7
**name's** [1] - 17:2
**narcotics** [2] - 6:8, 29:24
**necessary** [1] - 5:24
**need** [5] - 3:24, 11:23, 15:6, 24:7, 30:15
**needs** [1] - 9:11
**New** [2] - 13:12, 13:20
**next** [5] - 31:24, 32:1, 32:12, 38:5, 38:14
**nice** [1] - 11:2
**night** [1] - 33:3
**nine** [6] - 4:17, 11:5, 24:21, 25:6, 38:2, 38:18
**normal** [1] - 28:18
**normally** [1] - 32:9
**North** [1] - 1:17
**nothing** [2] - 11:23, 35:18
**Number** [1] - 1:3
**number** [4] - 14:20, 14:22, 32:17, 34:17

## O

**object** [2] - 2:25, 31:13
**objection** [3] - 2:10, 2:11, 31:21
**OF** [2] - 1:2, 1:4
**of1** [1] - 6:22
**offer** [1] - 18:6
**offered** [1] - 31:11
**OFFICER** [3] - 2:3, 26:12, 38:9
**Oleanvine** [4] - 4:6, 6:3, 15:22, 15:25
**ON** [1] - 22:6
**once** [10] - 4:14, 9:18, 10:23, 14:10, 16:18, 16:21, 30:24, 32:15, 33:2
**one** [27] - 2:20, 3:9, 3:12, 3:13, 3:14, 11:10, 13:2, 13:22, 15:7, 15:18, 18:2, 21:15, 22:25, 24:20, 26:7, 26:9, 27:3, 29:14, 30:2, 33:12, 33:13, 34:21, 38:14, 38:15
**Opa** [6] - 22:7, 22:8, 22:10, 37:2, 37:8, 37:13
**open** [2] - 5:1, 32:10
**operation** [1] - 32:14
**order** [1] - 9:17
**overrule** [1] - 31:21
**owned** [1] - 7:23
**owns** [1] - 9:7

## P

**pack** [1] - 15:10
**packed** [2] - 25:12, 25:17
**page** [63] - 2:14, 2:18, 3:7, 3:18, 4:9, 4:16, 5:6, 5:13, 6:22, 7:3, 7:14, 8:1, 8:23, 9:15, 10:1, 10:12, 10:15, 10:16, 11:5, 11:10, 11:11, 11:15, 11:21, 11:22, 12:23, 13:2, 14:15, 14:24, 15:8, 15:16, 16:2, 16:25, 17:11, 17:24, 18:9, 20:4, 20:22, 21:5, 21:15, 22:1, 22:17, 23:2, 23:12, 24:7, 24:20, 25:23, 26:15, 26:18, 27:2, 27:3, 28:1, 28:16, 29:12,

30:7, 33:16, 34:11, 34:24, 36:1, 36:13
**paid** [3] - 13:12, 13:19, 14:2
**paper** [1] - 8:11
**parking** [1] - 33:20
**part** [10] - 7:22, 13:6, 13:14, 17:8, 18:11, 18:16, 23:13, 24:21, 26:24
**participating** [1] - 30:16
**participation** [1] - 14:21, 24:16, 25:8, 25:14, 25:19, 26:2, 27:6, 27:19, 28:20, 29:7, 30:10
**particularly** [1] - 17:8
**Pass** [2] - 22:10, 32:22
**passage** [5] - 11:24, 12:2, 12:3, 12:25, 27:22
**passageway** [1] - 20:1
**passenger** [1] - 34:1
**passengers** [1] - 18:3
**passport** [1] - 20:24
**passports** [1] - 21:2
**PATRICIA** [2] - 1:16, 39:8
**patricia_sanders@ flsd.uscourts.gov** [1] - 1:19
**pausing** [1] - 2:18
**pay** [2] - 7:5, 7:10
**paying** [2] - 16:11, 35:17
**payment** [2] - 16:3, 16:7
**pays** [1] - 7:12
**people** [2] - 29:4, 37:23
**percent** [11] - 6:4, 6:5, 6:7, 6:8, 16:3, 16:6, 16:9, 16:11, 16:12, 21:17, 21:23
**period** [2] - 10:19, 10:24
**person** [6] - 18:2, 18:11, 18:16, 18:17, 21:22, 34:14
**perspective** [1] - 31:24
**Philadelphia** [4] - 19:2, 22:18, 23:11, 30:12
**phone** [11] - 11:6, 11:13, 11:14, 14:17, 14:20, 14:22, 32:17, 35:13, 35:16, 36:4, 38:15

**photographs** [2] - 11:12, 14:11
**pick** [3] - 30:13, 32:1, 32:9
**picked** [1] - 35:3
**picture** [2] - 11:7, 14:2
**pictures** [1] - 11:20
**place** [1] - 28:3
**plan** [6] - 4:25, 12:11, 13:7, 31:24, 32:1, 37:2
**plane** [3] - 23:20, 31:11, 37:5
**planes** [1] - 4:3
**planned** [1] - 13:14
**plans** [1] - 4:24
**PLAYED** [47] - 2:17, 3:17, 4:8, 5:2, 6:10, 6:21, 8:21, 9:24, 10:14, 11:4, 14:14, 16:1, 16:23, 17:23, 18:8, 18:18, 19:11, 20:3, 20:18, 20:21, 21:4, 21:14, 21:25, 22:16, 23:1, 24:2, 24:15, 24:19, 25:10, 25:22, 26:5, 26:17, 27:14, 27:25, 28:25, 29:11, 30:6, 30:20, 30:22, 34:2, 34:10, 34:16, 34:23, 35:8, 35:14, 35:25, 36:21
**playing** [11] - 14:13, 21:24, 26:25, 29:10, 30:5, 30:19, 34:9, 34:15, 35:7, 35:23, 36:20
**pleasant** [1] - 2:5
**point** [16] - 4:9, 5:18, 6:16, 11:6, 20:15, 21:10, 23:8, 24:3, 24:11, 26:23, 28:6, 32:4, 32:16, 33:19, 36:4, 37:1
**police** [1] - 21:13
**poor** [1] - 10:25
**portion** [1] - 27:12
**pre** [1] - 13:14
**prefer** [1] - 4:24
**prepare** [1] - 32:14
**present** [1] - 2:1
**pretty** [4] - 8:7, 21:3, 35:19, 37:11
**private** [4] - 18:2, 23:11, 23:24
**problem** [8] - 6:12, 6:15, 6:17, 12:4, 12:12, 23:7, 23:10, 30:8
**proceed** [3] - 2:6,

2:16, 33:14
**proceedings** [1] - 39:4
**production** [1] - 3:14
**profit** [4] - 6:7, 16:6, 29:22, 29:23
**properly** [1] - 6:13
**provided** [3] - 14:22, 22:5, 32:24
**publish** [4] - 10:11, 20:20, 22:15, 33:11
**publishing** [1] - 17:22, 28:23, 30:21
**Puerto** [5] - 2:20, 2:21, 3:5, 3:6, 20:1
**pulse** [1] - 21:6
**purpose** [6] - 10:21, 13:17, 18:15, 26:18, 31:7, 34:18
**purposes** [1] - 2:14
**push** [1] - 10:4
**put** [4] - 14:25, 33:7, 34:6

## Q

**quality** [1] - 10:25
**questions** [2] - 8:20, 9:14
**quick** [1] - 12:17
**quickly** [2] - 4:15, 5:24

## R

**raised** [1] - 31:12
**random** [1] - 34:18
**reach** [2] - 32:20, 32:21
**reaction** [1] - 14:11
**read** [2] - 21:6, 21:7
**ready** [1] - 13:9
**really** [2] - 7:16, 8:8
**reason** [3] - 15:18, 30:3, 32:12
**RECESS** [3] - 12:21, 26:10, 38:19
**recognize** [1] - 22:2
**record** [2] - 2:13, 2:14
**RECORD** [47] - 2:17, 3:17, 4:8, 5:2, 6:10, 6:21, 8:21, 9:24, 10:14, 11:4, 14:14, 16:1, 16:23, 17:23, 18:8, 18:18, 19:11, 20:3, 20:18, 20:21, 21:4, 21:14, 21:25, 22:16, 23:1, 24:2, 24:15, 24:19, 25:10, 25:22, 26:5, 26:17, 27:14, 27:25, 28:25, 29:11, 30:6, 30:20,

30:22, 34:2, 34:10,
34:16, 34:23, 35:8,
35:14, 35:25, 36:21
**recorded** [1] - 33:8
**recording** [2] - 2:15,
35:24
**referred** [1] - 8:11
**referring** [53] - 2:24,
4:6, 5:9, 5:20, 6:1,
6:2, 6:6, 9:4, 9:6,
9:10, 9:21, 10:6,
12:1, 13:6, 14:7,
14:19, 15:21, 15:22,
16:5, 16:6, 16:10,
16:20, 17:19, 18:5,
18:10, 18:23, 19:8,
19:19, 19:24, 20:8,
21:10, 21:19, 22:23,
23:5, 23:23, 24:11,
24:17, 24:25, 25:4,
25:9, 25:21, 27:7,
27:8, 27:21, 27:22,
28:21, 29:8, 29:19,
29:20, 30:16, 36:10,
36:16
**refers** [2] - 3:13, 5:25
**regarding** [1] - 36:11
**relative** [1] - 35:22
**relaxed** [1] - 14:12
**reliable** [1] - 17:6
**REPORTED** [1] - 1:16
**Reporter** [1] - 1:17
**research** [1] - 37:22
**residence** [2] - 32:6,
32:16
**respond** [2] - 29:25,
30:2
**responded** [1] - 30:3
**response** [1] - 31:17
**responsibilities** [1] -
38:4
**rest** [2] - 10:19, 10:24
**resume** [1] - 26:14
**Rico** [5] - 2:21, 3:5,
3:6, 20:2
**ride** [1] - 31:11
**rise** [3] - 2:3, 26:12,
38:9
**road** [1] - 34:21
**robbing** [1] - 21:22
**Roberto** [38] - 2:20,
2:24, 3:1, 3:9, 4:4,
7:5, 7:8, 7:15, 7:20,
8:6, 10:17, 11:23,
12:1, 12:6, 13:9,
13:11, 14:6, 14:7,
14:16, 14:18, 14:24,
17:14, 18:1, 18:4,
18:10, 18:20, 18:23,
20:23, 20:25, 23:2,

28:16, 30:24, 32:15,
33:23, 34:12, 34:18,
34:24
**Roberto's** [3] - 12:7,
12:24, 23:4
**rodeo** [3] - 17:14,
17:15, 17:16
**room** [7] - 4:10, 4:12,
4:14, 24:3, 27:12,
30:25, 31:5
**rooms** [1] - 37:11
**Roxanne** [7] - 15:22,
15:25, 23:5, 23:8,
27:8, 27:12, 31:4
**RPR** [2] - 1:16, 39:8
**run** [4] - 5:21, 19:4,
19:9

## S

**SANDERS** [3] - 1:16,
39:6, 39:8
**saw** [1] - 35:1
**scenario** [4] - 7:22,
18:12, 18:16, 26:25
**scene** [2] - 33:5, 37:12
**screen** [1] - 22:4
**SCREEN** [1] - 22:6
**scroll** [1] - 17:4
**Sean** [1] - 1:13
**seat** [1] - 34:1
**seated** [3] - 2:4, 26:13,
33:25
**secret** [1] - 15:14
**section** [2] - 15:11,
15:13
**secure** [1] - 25:2
**security** [1] - 37:16
**SECURITY** [3] - 2:3,
26:12, 38:9
**see** [75] - 2:19, 3:9,
3:18, 3:24, 4:4, 4:19,
5:3, 5:15, 6:11, 6:23,
7:5, 7:14, 8:1, 9:1,
9:8, 10:1, 10:17,
11:16, 11:22, 11:24,
12:5, 12:19, 13:2,
13:8, 14:2, 14:5,
14:16, 14:24, 15:2,
15:8, 15:14, 15:16,
16:2, 16:17, 17:1,
17:11, 17:15, 18:1,
18:9, 18:19, 18:20,
19:3, 19:5, 19:12,
19:15, 19:16, 20:4,
20:13, 20:23, 20:24,
21:5, 21:11, 22:8,
22:12, 22:17, 22:19,
23:13, 25:11, 25:18,
25:24, 26:8, 27:15,

28:2, 29:2, 29:4,
29:13, 29:16, 29:25,
31:3, 32:4, 33:5,
35:9, 37:5, 38:18
**sees** [1] - 15:18
**seize** [3] - 10:20,
10:25
**seizing** [2] - 11:1, 11:2
**send** [10] - 7:6, 7:11,
8:3, 8:8, 10:3, 10:9,
10:20, 10:24, 13:24,
29:4
**sending** [1] - 10:9
**sends** [1] - 7:12
**sent** [1] - 8:13
**service** [2] - 23:24,
23:25
**services** [3] - 18:2,
18:4, 18:7
**set** [5] - 6:13, 12:6,
12:7, 18:21, 18:25
**seven** [2] - 3:18, 13:11
**shipment** [2] - 3:3,
5:21
**short** [1] - 12:18
**shortly** [1] - 33:6
**show** [6] - 8:13, 8:14,
11:6, 11:11, 14:6,
32:3
**showed** [4] - 11:7,
11:13, 14:10
**showing** [6] - 11:9,
11:10, 11:20, 15:23,
22:1
**sic)** [1] - 36:25
**side** [2] - 19:20, 37:1
**sit** [1] - 25:12
**situation** [1] - 31:10
**six** [5] - 16:3, 16:9,
16:11, 16:12, 21:15
**small** [2] - 27:5, 34:18
**sold** [3] - 2:22, 6:8,
13:20
**someone** [3] - 21:20,
21:21, 38:4
**sometimes** [1] - 7:17
**sort** [2] - 8:11, 8:12
**sounded** [1] - 35:21
**sOUTHERN** [1] - 1:2
**Southwest** [1] - 32:22
**speaking** [5] - 5:22,
25:15, 28:6, 33:17,
36:6
**spent** [1] - 8:15
**start** [5] - 5:16, 10:20,
32:15, 32:22
**started** [1] - 29:9
**starting** [5] - 17:11,
23:12, 28:1, 28:16,
30:8

**state** [4] - 4:19, 8:10,
14:1, 15:1
**statement** [1] - 30:2
**statements** [1] - 11:19
**STATES** [4] - 1:1, 1:4,
1:10, 1:12
**states** [54] - 2:20, 3:9,
3:23, 4:4, 5:3, 5:15,
6:4, 6:12, 6:23, 7:5,
7:15, 8:2, 9:1, 9:17,
10:2, 10:17, 11:16,
11:23, 13:3, 14:6,
14:16, 14:24, 15:9,
15:17, 16:9, 16:18,
17:12, 17:14, 17:15,
18:1, 19:13, 20:5,
20:12, 20:23, 21:6,
21:16, 23:2, 23:6,
23:19, 24:7, 25:2,
25:6, 25:12, 25:17,
25:24, 27:16, 28:9,
28:17, 29:2, 29:13,
30:8, 30:15, 36:2,
36:13
**States** [1] - 1:17
**stayed** [1] - 31:5
**staying** [3] - 20:5,
20:9, 20:12
**still** [3] - 10:12, 20:19,
25:23
**stop** [2] - 34:17, 37:18
**stopped** [5] - 3:18,
11:5, 22:1, 26:18,
30:7
**stopping** [3] - 4:9,
6:22, 8:22
**stops** [1] - 36:22
**straight** [1] - 7:17
**structure** [2] - 34:13,
35:2
**stuff** [1] - 23:18
**subtract** [2] - 29:13,
29:14, 29:20
**suggestion** [1] - 4:20
**suitcase** [3] - 15:10,
15:15
**suitcases** [1] - 15:6
**Suite** [1] - 1:17
**Suites** [1] - 22:12
**surroundings** [1] -
35:17
**surveillance** [2] -
34:20, 34:22
**suspicious** [2] - 6:20,
10:10
**SW** [1] - 22:10

## T

**TAKEN** [2] - 12:21,

26:10
**Tattoo** [2] - 17:2, 17:7
**team** [1] - 34:20
**teams** [1] - 34:22
**teller** [1] - 21:20
**ten** [1] - 11:5, 21:5,
30:8
**term** [18] - 3:12, 4:1,
6:14, 9:20, 12:2,
12:7, 12:25, 15:13,
15:20, 17:16, 18:4,
19:18, 19:23, 23:4,
27:7, 27:20, 29:6,
36:8
**terms** [3] - 23:8,
36:14, 37:1
**test** [2] - 5:21, 19:9
**THE** [70] - 1:9, 1:12,
1:14, 2:1, 2:4, 2:11,
2:16, 2:17, 3:17, 4:8,
5:2, 6:10, 6:21, 8:21,
9:24, 10:13, 10:14,
11:4, 12:13, 12:16,
12:22, 14:14, 16:1,
16:23, 17:23, 18:8,
18:18, 19:11, 20:3,
20:18, 20:21, 21:4,
21:14, 21:25, 22:16,
23:1, 24:2, 24:15,
24:19, 25:10, 25:22,
26:5, 26:6, 26:11,
26:13, 26:17, 27:14,
27:25, 28:25, 29:11,
30:6, 30:20, 30:22,
31:15, 31:17, 31:20,
33:12, 33:14, 34:2,
34:10, 34:16, 34:23,
35:5, 35:8, 35:14,
35:25, 36:21, 37:17,
38:11, 38:17
**Theresa** [1] - 1:14
**thinking** [1] - 19:10
**thinks** [1] - 6:17
**thousand** [2] - 9:19,
9:23
**three** [10] - 7:15, 9:19,
9:23, 11:10, 11:22,
12:24, 13:8, 13:24,
28:16, 33:17
**tiles** [1] - 9:18
**timeframe** [1] - 38:6
**tire** [1] - 32:19
**today** [1] - 12:18
**tomorrow** [6] - 18:21,
18:24, 27:23, 38:12,
38:14, 38:18
**top** [7] - 19:12, 20:4,
21:5, 21:15, 27:15,
30:7, 34:11
**Tortola** [2] - 2:21, 3:5

**total** [1] - 13:23
**towards** [1] - 32:22
**traceable** [1] - 6:18
**traffic** [3] - 22:11, 38:1, 38:2
**transcript** [6] - 4:16, 10:1, 10:12, 12:23, 26:15, 33:16
**transcription** [1] - 39:4
**transportation** [1] - 16:13
**travel** [1] - 3:3
**TRIAL** [1] - 1:9
**try** [2] - 12:17, 26:7
**twelve** [1] - 9:15
**twice** [1] - 35:9
**two** [19] - 2:20, 9:19, 9:23, 10:17, 10:18, 11:10, 13:2, 18:1, 18:4, 18:6, 20:11, 24:24, 27:15, 33:16, 33:17, 34:8
**type** [1] - 17:7
**types** [1] - 18:6

## U

**U.S** [1] - 11:8
**UNITED** [3] - 1:1, 1:4, 1:12
**uNITED** [1] - 1:10
**United** [1] - 1:17
**up** [15] - 6:13, 11:8, 12:6, 12:7, 13:18, 13:20, 13:21, 13:22, 18:11, 18:21, 18:25, 23:17, 30:13, 32:1, 35:3
**updating** [1] - 31:10
**uses** [8] - 4:1, 6:14, 9:20, 15:20, 18:4, 19:18, 19:23, 36:8

## V

**Valley** [2] - 22:24, 26:20
**Van** [1] - 1:14
**VAN** [3] - 2:10, 2:25, 31:13
**vehicle** [2] - 33:23, 34:3
**vessel** [1] - 29:9
**vessels** [1] - 10:23
**vetted** [1] - 31:2
**VIDEOTAPE** [8] - 34:2, 34:10, 34:16, 34:23, 35:8, 35:14, 35:25, 36:21

**VILET** [2] - 2:25, 31:13
**Virgin** [1] - 19:21
**Vliet** [1] - 1:14
**VLIET** [1] - 2:10
**vs** [1] - 1:5
**Vuitton** [1] - 11:7

## W

**waiting** [1] - 30:13
**walk** [1] - 37:6
**walked** [1] - 11:13
**wants** [3] - 22:24, 26:21, 37:5
**week** [1] - 38:5
**whole** [3] - 9:17, 13:22, 31:10
**wife** [4] - 24:18, 28:17, 28:22, 34:25
**WILLIAMS** [1] - 1:9
**windows** [1] - 9:18
**with..** [1] - 21:16
**witness** [2] - 38:12, 38:14
**WITNESS** [1] - 22:6
**witnesses** [1] - 38:15
**word** [1] - 36:15
**words** [2] - 17:2, 25:20
**worry** [1] - 15:18
**worth** [1] - 28:15
**wrapped** [1] - 11:8
**write** [1] - 10:8
**writing** [1] - 28:17

## X

**XO** [3] - 18:1, 18:2, 26:19

## Y

**York** [2] - 13:12, 13:20