09:08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NUMBER 22-CR-2019-KMW

UNITED STATES OF AMERICA

    **vs.**

ANDREW ALTURO FAHIE

---

TRIAL PROCEEDINGS HELD 2-6-2024
BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE

---

**APPEARANCES:**

FOR THE UNITED STATES:    **Kevin Gerarde, A.U.S.A.**
    **Sean McLaughlin, A.U.S.A.**


FOR THE DEFENDANT:    Theresa M. Van Vliet, ESQ.
    **Joyce Delgado, ESQ.**


REPORTED BY:    PATRICIA SANDERS, RPR
    United States Court Reporter
    400 North Miami Avenue, Suite 11-3
    Miami, FL  33128
    T: 305.523.5528
    **Patricia_sanders@flsd.uscourts.gov**

THE COURT:   Please be seated everyone.

Everyone is here and ready to go.

MR. GERARDE:  So, Your Honor, our witness after Mr. Cortes will be Ms. Maynard -- who will be coming out of the side door -- so I just wanted to alert you to that.

THE COURT:  Oh, okay.  We will take a break at that time so that Ms. Maynard can get set up on the witness stand.

MR. GERARDE:  Thank you, Your Honor.

THE COURT:  All right.  Bring in our jury.

COURT SECURITY OFFICER:  All rise for the jury.

THE COURT:  Good morning, ladies and gentlemen.  I hope you had a pleasant evening. You will recall we took a break in Mr. Cortes' testimony so that we could take Special Agent Adams out of turn.  We are now going to continue with his testimony at this time.

You may proceed with Mr. Cortes.

MR. McLAUGHLIN: Thank you, Your Honor.

Q.  Mr. Cortes, when we left off yesterday we were talking about a contact within 15 C 2 by the name of Dorrie Molyneaux.

Do you recall that?

A.  Yes.

Q.  The last four of her number is what?

A.  9709.

Q.  Taking you back to Government's Exhibit 15 C 10.  We were publishing a series of text messages.

09:22   1    I will scroll through them quickly. Stopping at page 19;

09:23   2    focusing on chat number six.

09:23   3    A.   Yes.

09:23   4    Q.   What is the date and time here?

09:23   5    A.   April 26, 2022, 3:11 p.m.

09:23   6    Q.   Turning your attention to Government's Exhibit 7 B; the

09:24   7    date and the type?

09:24   8    A.   April 7, 2022, meeting.

09:24   9    Q.   I will skip ahead to page 190, focusing on lines 8 through

09:25  10    ten, who is the speaker here?

09:25  11    A.   Mr. Fahie.

09:25  12    Q.   Going to 12 B.  What is the date here?

09:25  13    A.   April 27, 2022.

09:25  14    Q.   Skip ahead to page 78 of Government's Exhibit 12 B.

09:25  15    Focusing on lines 14 through 17.  Who is the speaker here?

09:25  16    A.   Mr. Fahie.

09:25  17    Q.   If we go back to Government's Exhibit 15 C 2, the last four

09:26  18    of the number for Dorrie Molyneaux is what?

09:26  19    A.   9709.

09:26  20    Q.   If we go to Government's Exhibit 15 C 1 and enter in 9709,

09:26  21    what is the time and date of the call?

09:26  22    A.   April 27, 2022, 7:06 p.m. UTC minus four.

09:26  23    Q.   The duration?

09:26  24    A.   Three minutes.

09:26  25    Q.   That was on page 15; now showing you 16.

09:26  1   A.   Okay.

09:27  2   Q.   There is a second call.   Do you see that?

09:27  3   A.   Yes.

09:27  4   Q.   It spills on from 15 to 16?

09:27  5   A.   Yes.

09:27  6   Q.   What is the time of the call?

09:27  7   A.   7:09 p.m. UTC minus four.

09:27  8   Q.   Is there a duration listed?

09:27  9   A.   No.   And the call type is a missed call.

09:27  10  Q.   Taking you back to Government's Exhibit 15 C 2.   Taking you

09:28  11  to page 27.   Here at the bottom do you see the name and display

09:28  12  name?

09:28  13  A.   Yes.

09:28  14  Q.   Page 28; do you see the TEL and WhatsApp ID?

09:28  15  A.   Yes.

09:28  16  Q.   Based upon your training and experience as a digital

09:28  17  forensic analyst, are you familiar with different country codes

09:28  18  and area codes?

09:28  19  A.   Yes.

09:28  20  Q.   What country does this go back to?

09:28  21  A.   The country code would be the first three digits and that

09:28  22  is Senegal 221.

09:28  23  Q.   Going back to Government's Exhibit 7 B.   We are going to

09:28  24  scroll to page 127 and 126.   The date here is what?

09:29  25  A.   April 7, 2022.

09:29   1   Q.   Starting on page 126, focusing on lines 19 through 20.   Who

09:30   2   is the speaker here?

09:30   3   A.   Mr. Fahie.

09:30   4   Q.   Focusing on lines 6 and 7.   What is the country that is

09:30   5   signified here?

09:30   6   A.   Senegal.

09:30   7   Q.   Who is the speaker?

09:30   8   A.   Mr. Fahie.

09:30   9   Q.   Government's Exhibit 15 C 13.   This is an 11 page document.

09:31   10   What are we looking at here?

09:31   11   A.   Messages from the device between Baye Cisse and Mr. Fahie.

09:31   12   Q.   There is a series from July of 2021.   What is the date

09:31   13   here?

09:31   14   A.   June 29, 2021.

09:31   15   Q.   And starting at chat four, what is the date here?

09:31   16   A.   April 1st, 2022.

09:31   17   Q.   The last date here on page 11?

09:31   18   A.   April 23, 2022.

09:31   19   Q.   Are these all the chats with the phone Baye Cisse from

09:31   20   April 1st to June 28, 2022?

09:31   21   A.   Yes.

09:31   22   Q.   So the last communication was on the 23rd of April?

09:32   23   A.   Yes.

09:32   24   Q.   And just three chats from June of 2021?

09:32   25   A.   Yes.

09:32  1  Q.  Government's Exhibit 15 C 13 focusing on chat two.  What is

09:32  2  the chat number here?

09:32  3  A.  Nine.

09:32  4  Q.  Opening up the chat folder of Government's Exhibit 15 C 13.

09:32  5  Did you have a chance to run the location of the address of the

09:33  6  hotel?

09:33  7  A.  Yes.

09:33  8  Q.  Where was it located?

09:33  9  A.  In Saint Martin.

09:33  10          MR. McLAUGHLIN:  At this time we would move to admit

09:33  11  Government's Exhibit 24C.

09:33  12          MS. DELGADO:  No objection.

09:33  13          THE COURT:  It will be admitted.

09:33  14          MR. McLAUGHLIN:  Permission to publish.

09:33  15          THE COURT:  Yes.

09:33  16  Q.  Do you recognize here the location of the hotel?

09:33  17  A.  Yes.

09:33  18  Q.  If you could circle it on the screen?

09:33  19  A.  (WITNESS INDICATES ON SCREEN)

09:33  20  Q.  If we bounce out to 24 B where is that located if you could

09:33  21  mark that on the screen?

09:33  22  A.  (WITNESS INDICATES ON SCREEN)

09:33  23  Q.  Is that on the Dutch or French side?

09:33  24  A.  Dutch side.

09:34  25  Q.  Going back to 15 C 13.

09:34   1       We will start with chat four on page one.  What is the date

09:34   2   again?

09:34   3   A.   April 1st, 2022.

09:34   4   Q.   Continuing to publish. What are these; entry six and seven?

09:34   5   A.   These are calls made within the WhatsApp application.

09:35   6   Q.   Focusing on number seven where it says 21 S, what does that

09:35   7   signify?

09:35   8   A.   The duration of the call; 21 seconds.

09:35   9   Q.   Green and gray what does that signify?

09:35   10  A.   Green signifies the outgoing call from the physical device

09:35   11  and gray indicates an incoming call to the device.

09:35   12  Q.   Focusing on page two, chat number four.  What is the date

09:35   13  and time?

09:35   14  A.   April 1st, 2022, 4:49 p.m.

09:35   15  Q.   The name listed here?

09:35   16  A.   Roberto Quintero.

09:36   17  Q.   Government's Exhibit 6 B.  The date here?

09:36   18  A.   April 1st, 2022.

09:36   19  Q.   If we scroll down.  Do you recognize the name Roberto

09:36   20  Quintero?

09:36   21  A.   Yes.

09:36   22  Q.   Going back to Government's Exhibit 15 C 13.  Continuing to

09:37   23  publish.  I will take you now back to Government's Exhibit 12

09:37   24  B. Here now at page 20.  For the record the date as listed

09:37   25  here, what is that?

09:37   1   A.   April 27, 2022.

09:38   2   Q.   We are now on page 19 going on 20.   I will scroll through

09:38   3   the transcript.   Publishing page 21.   Focusing on lines 3 and

09:38   4   8.   Who is the speaker here?

09:38   5   A.   Mr. Fahie.

09:38   6   Q.   Scrolling to page 25.   We are on page 26.   Focusing on 16

09:39   7   and 17.   Who is the speaker here?

09:39   8   A.   Mr. Fahie.

09:39   9   Q.   What is the month after April?

09:39   10  A.   May.

09:39   11  Q.   Continuing to publish.   We are on page 27.   Focusing on 18

09:40   12  and 19.   Who is the speaker here?

09:40   13  A.   Mr. Fahie.

09:40   14  Q.   Going to page 28 of Government's Exhibit 12 B.   Now we are

09:41   15  on page 28 going into 29.   Going to page 30.   Now at page 31.

09:41   16  Now on page 32.   Now on 33.   Focusing on line 16 and 21.   Who

09:42   17  is the speaker here?

09:42   18  A.   Mr. Fahie.

09:42   19  Q.   We are now on 34 going to 35.   Focusing on line 17.   What

09:42   20  is the amount referenced here?

09:43   21  A.   $133,000.

09:43   22  Q.   Lines 20 and 22; who is the speaker here?

09:43   23  A.   Mr. Fahie.

09:43   24  Q.   Lines 12 through 14; who is the speaker here?

09:43   25  A.   Mr. Fahie.

09:43  1    Q.  If we go back to 15 C 13, chat six, what is the date and
09:44  2    time here?
09:44  3    A.  April 5th, 2022, 6:55 a.m.
09:44  4    Q.  Do you see where it says OPUS?
09:44  5    A.  Yes.
09:44  6    Q.  What does that refer to?
09:44  7    A.  OPUS is a certain audio file.
09:44  8    Q.  What is the chat number?
09:44  9    A.  27.
09:44  10   Q.  Again this is green.  What does it signify?
09:44  11   A.  Outgoing message from that device.
09:44  12   Q.  Chat 27.  Do you recognize the file beginning with PTT and
09:44  13   ending in the numbers 0025?
09:44  14   A.  Yes.
09:44  15   Q.  What does PTT stand for?
09:44  16   A.  Push to talk.
09:44  17   Q.  What is push to talk?
09:44  18   A.  It is a recording.  Back in the old Nextel days with the
09:45  19   cell phones.  Like a walkie talkie but with messages.  It is a
09:45  20   recording.
09:45  21   Q.  How do you create a push to talk?
09:45  22   A.  By clicking on the message within WhatsApp to make a push
09:45  23   to talk.
09:45  24   Q.  Now publishing the push to talk ending in 0025.
09:45  25            AUDIOTAPE PLAYED FOR THE RECORD?

09:46   1   Q.   Going back to 15 C.   Going to page four.   The date and time

09:47   2   of what we just listened to?

09:47   3   A.   April 5, 2022, 6:55 a.m.

09:47   4   Q.   Page 4 at the top.   What type of file is this that I have

09:47   5   highlighted?

09:47   6   A.   An audio file.

09:47   7   Q.   The date and time?

09:47   8   A.   April 5th, 2022, 11:48 a.m.

09:47   9   Q.   And the chat number?

09:47   10  A.   28.

09:47   11  Q.   Publishing chat number 28.

09:47   12              AUDIOTAPE PLAYED FOR THE RECORD

09:48   13  Q.   Going back to Government's Exhibit 15 C 13.   Continuing to

09:48   14  publish.   We see here entry two -- which is a call -- what is

09:48   15  the length of the call?

09:48   16  A.   Three minutes and 44 seconds.

09:48   17  Q.   How soon after is the call from the push to talk?

09:48   18  A.   A couple seconds after.

09:48   19  Q.   Continuing to publish; Government's 7 B.   What is the date

09:49   20  here?

09:49   21  A.   April 7, 2022.

09:49   22  Q.   What is the date and time here?

09:49   23  A.   April 8, 2022, 8:22 a.m.

09:49   24  Q.   Continuing to publish page four of Government's Exhibit 15

09:49   25  C 13.   What is the length of this call?

09:49   1   A.   One minute and 47 seconds.

09:50   2   Q.   Going to page five, entry number one.   What is the date and

09:50   3   time here?

09:50   4   A.   April 9, 2022, 6:32 p.m.

09:50   5   Q.   And the chat number?

09:50   6   A.   34.

09:50   7   Q.   Publishing chat 34.

09:50   8                AUDIOTAPE PLAYED FOR THE RECORD

09:51   9   Q.   Taking you back now to Government's Exhibit 15 C 13.

09:52  10   Approximately ten minutes later another OPUS file.   What is the

09:52  11   chat number here?

09:52  12   A.   35.

09:52  13                MR. McLAUGHLIN:   Publishing 35.

09:52  14                AUDIOTAPE PLAYED FOR THE RECORD.

09:52  15   Q.   The length of this call?

09:52  16   A.   Five minutes and 27 seconds.

09:52  17   Q.   And what type of call?

09:52  18   A.   An outgoing call.

09:52  19   Q.   And for the record I am showing entry four on page 5 of 15

09:53  20   C 13.   Continuing to publish page five.   We are now on page

09:53  21   six.   We see here entry number two.   The date and time here?

09:53  22   A.   April 10, 2022, 1:20 p.m.

09:53  23   Q.   And the chat number?

09:53  24   A.   41.

09:53  25

09:53   1          MR. McLAUGHLIN:   Now publishing chat number 41.

09:53   2          AUDIOTAPE PLAYED FOR THE RECORD

09:54   3   Q.   Going back to 15 C 13, page six.   Chat entry number three.

09:54   4   What is the date here?

09:54   5   A.   April 10th, 2022, 2:01 p.m.

09:54   6   Q.   Approximately 40 minutes later?

09:55   7   A.   Yes.

09:55   8   Q.   Publishing entries three, four and five.   And the date and

09:55   9   time of entry seven?

09:55   10  A.   April 10th, 2022, 2:14 p.m.

09:55   11  Q.   Publishing page seven, entry two, the date and time here?

09:56   12  A.   April 10th, 2022, 2:23 p.m.

09:56   13  Q.   The chat number?

09:56   14  A.   48.

09:56   15  Q.   Publishing chat 48.

09:56   16          AUDIOTAPE PLAYED FOR THE RECORD

09:57   17  Q.   Let's go back to page six.   How many names are listed here?

09:57   18  A.   Three.

09:57   19  Q.   Going to entry four.   Is this a call?

09:57   20  A.   Yes.

09:57   21  Q.   What type of call?

09:57   22  A.   An outgoing call.

09:57   23  Q.   And the duration?

09:57   24  A.   Seven minutes and 23 seconds.

09:57   25  Q.   The date and time?

09:57  1   A.  April 10th, 2022, 2:23 p.m.

09:57  2   Q.  Still on page seven of Government's Exhibit 15 C 13.  Going

09:58  3   to page eight.  Going to page nine.  Focusing on entry number

09:58  4   four.  What type of message is this?

09:58  5   A.  Outgoing.

09:58  6   Q.  The chat number?

09:58  7   A.  64.

09:58  8   Q.  Now publishing chat 64.  Is this the same hotel we saw

09:59  9   earlier?

09:59  10  A.  Yes.

09:59  11  Q.  What side of Saint Martin is this on?

09:59  12  A.  The southwest.

09:59  13  Q.  What country controls that?

09:59  14  A.  The Netherlands.

09:59  15  Q.  If we go back to Government's Exhibit 15 C 13.  The date

09:59  16  and time of this?

09:59  17  A.  April 13, 2022, 10:42 p.m.

10:00  18  Q.  Going back to Government's Exhibit 20 C 4.  Publishing page

10:00  19  101.  What is the date and time?

10:00  20  A.  April 12, 2022, 4:22 p.m.  UTC minus four.

10:00  21  Q.  Do you see the Mexican number and the BVI number?

10:00  22  A.  Yes.

10:00  23  Q.  Did you run those two numbers in Government's 59?

10:00  24  A.  Yes.

10:00  25  Q.  What was the result?

10:00  1   A.   I got no results, no hits back.

10:00  2   Q.   No messages or calls?

10:00  3   A.   No.

10:01  4   Q.   We go down here.  What is the date and time of this

10:01  5   message?

10:01  6   A.   April 12, 2022, 4:49 p.m. UTC minus four.

10:01  7   Q.   Taking you back to Government's Exhibit 15 C 6.  Showing

10:01  8   you page 18.  Focusing on entry number seven.  What is the date

10:01  9   and time here?

10:01  10  A.   April 13, 2022, 8:43 a.m.

10:02  11  Q.   If we go to 15 C 13.  This is approximately how soon after?

10:02  12  A.   Two hours.

10:02  13  Q.   Taking you to page ten.  Focusing on entry number four.

10:03  14  What is the date and time here?

10:03  15  A.   April 17, 2022; 7:54 p.m.

10:03  16  Q.   The chat number?

10:03  17  A.   71.

10:03  18          MR. McLAUGHLIN:  Publishing 71.

10:03  19          AUDIOTAPE PLAYED FOR THE RECORD

10:04  20  Q.   Chat six.  The date and time?

10:04  21  A.   April 23, 2022, 4:09 p.m.

10:04  22  Q.   Is that the same hotel on the Dutch side of Saint Martin?

10:04  23  A.   Yes.

10:04  24  Q.   Taking you back to Government's Exhibit 15 C 2.  Page 29.

10:05  25  What is the name here?

10:05   1    A.   Wade Smith.

10:05   2    Q.   And the last four?

10:05   3    A.   9047.

10:05   4    Q.   If we go to page 45.   We see here -- what is the name under

10:05   5    the display name?

10:05   6    A.   The letter W.

10:05   7    Q.   The last four again?

10:05   8    A.   9047.

10:06   9    Q.   Taking you back to Government's Exhibit 11 B.   Focusing on

10:06  10    lines 8 through 12.   Do you recognize the name Wade Smith from

10:06  11    the transcript?

10:06  12    A.   Yes.

10:06  13    Q.   Taking you to 12 B, page 50.   Focusing on lines 17 through

10:07  14    18.   Who is the speaker here?

10:07  15    A.   Mr. Fahie.

10:07  16    Q.   Publishing page 51.   Publishing page 52.   And the speaker

10:08  17    here?

10:08  18    A.   Mr. Fahie.

10:08  19    Q.   Did you run -- going back to Government's Exhibit 15 C 1 --

10:08  20    the last four of the phone number is what?

10:08  21    A.   9047.

10:08  22    Q.   That was 15 C 2 for the record.   Now we are going to 15 C

10:08  23    1.   You see here entries 10 and 11?

10:09  24    A.   Yes.

10:09  25    Q.   What are the times of these calls?

10:09  1    A.   7:13 a.m. UTC minus four.

10:09  2    Q.   The date?

10:09  3    A.   April 8, 2022.

10:09  4    Q.   Entry 15.   The date and time?

10:09  5    A.   April 8, 2022, 8:14 a.m. UTC minus four.

10:09  6    Q.   The earlier two we looked at -- what does rejected mean?

10:09  7    A.   When the -- somebody calls you and then you choose not to

10:09  8    answer the caller by clicking the red button or rejecting it.

10:10  9    Q.   And fifteen is what type of call?

10:10  10   A.   It is a missed call.

10:10  11   Q.   We are on page 12.   The date and time of this call?

10:10  12   A.   April 8, 2022, 8:21 a.m. UTC minus four.

10:10  13   Q.   After this call who is the next person called?

10:10  14   A.   Baye Cisse.

10:10  15   Q.   We are on page 12 of 15 C 1.   The date and time of this

10:10  16   call?

10:10  17   A.   April 8, 2022, 8:38 a.m. UTC minus four.

10:11  18   Q.   And this has a call duration of what?

10:11  19   A.   Ten minutes and 46 seconds.

10:11  20   Q.   And the last two are on what date?

10:11  21   A.   April 27, 2022.

10:11  22   Q.   And we are on page 13 of 15 C 1, entry 11.   The duration of

10:11  23   that call?

10:11  24   A.   12 minutes and 49 seconds.

10:11  25   Q.   The time?

10:11  1    A.   1:02 p.m. UTC minus four.

10:11  2    Q.   Taking you to page 36, Government's Exhibit 15 C 2.   What

10:12  3    is the name listed here?

10:12  4    A.   Alvin Tattoo Hodge D 1.

10:12  5    Q.   Page 37, 38, 39 and page 40.   Directing your attention to

10:13  6    Government's Exhibit 12 B.   Going to page 108 of the

10:13  7    transcript.   Focusing on lines 20 through 23.   Who is the

10:13  8    speaker here?

10:13  9    A.   Mr. Fahie.

10:13  10   Q.   Do you recognize the name Tattoo?

10:13  11   A.   Yes.

10:13  12   Q.   Taking you back to Government's Exhibit 15 C 2, page 41.

10:14  13   What is the name here?

10:14  14   A.   Charmaine Marissa Mercer, Premier's office.

10:14  15   Q.   Government's Exhibit 15 C 7.   How many pages is this

10:14  16   document?

10:14  17   A.   Two.

10:14  18   Q.   Focusing on the bottom.   What type of message is this?

10:14  19   A.   An outgoing message from WhatsApp.

10:14  20   Q.   And the date and time?

10:14  21   A.   April 28, 2022, 12:13 a.m. UTC minus four.

10:15  22          THE COURT:   Would this be a good time to break?

10:16  23          MR. McLAUGHLIN:   Yes, Your Honor.   We are almost close

10:16  24   to the end.

10:16  25

18

| | | |
|---|---|---|
| 10:16 | 1 | THE COURT:  All right.  Ladies and gentlemen of the |
| 10:16 | 2 | jury, we will take our morning break at this time.  And we may |
| 10:16 | 3 | take another break because I am waiting for a call. |
| 10:16 | 4 | Just wanted to give you a heads up. |
| 10:17 | 5 | COURT SECURITY OFFICER:  All rise, please. |
| 10:17 | 6 | RECESS TAKEN |
| 10:17 | 7 | THE COURT:  Bring in the jury, please. |
| 10:17 | 8 | COURT SECURITY OFFICER:  All rise. |
| 10:33 | 9 | THE COURT:  Everyone may be seated. |
| 10:34 | 10 | You may continue, Mr. McLaughlin. |
| 10:34 | 11 | MR. McLAUGHLIN:  Thank you, Your Honor. |
| 10:34 | 12 | Q.  All right. Going back to 15 C 13.  I want to make sure for |
| 10:34 | 13 | clarification purposes for the jury.  On page one this exhibit |
| 10:34 | 14 | is -- three items from January 29th, 2021 -- then everything is |
| 10:34 | 15 | for June 29, 2021 and then everything from April 1, 2022? |
| 10:34 | 16 | A.  Correct. |
| 10:34 | 17 | Q.  Thank you.  We left off on Government's Exhibit 15 C 7.  Do |
| 10:35 | 18 | you recognize the name Eunice? |
| 10:35 | 19 | A.  Yes. |
| 10:35 | 20 | Q.  Taking you back to Government's Exhibit 15 C 2.  Taking you |
| 10:35 | 21 | to page 52.  What is the name here? |
| 10:35 | 22 | A.  Eunice Crawford. |
| 10:35 | 23 | Q.  Going to Government 15 C 14.  The date here? |
| 10:36 | 24 | A.  April 13, 2022, 10:38 p.m. UTC minus four. |
| 10:36 | 25 | Q.  The direction? |

10:36  1    A.  Outgoing.

10:36  2    Q.  The data here?

10:36  3    A.  The photo.

10:36  4    Q.  Is that the hotel on the Dutch side of Saint Martin?

10:36  5    A.  Yes.

10:36  6    Q.  The same one provided to the device to Baye Cisse?

10:37  7    A.  Correct.

10:37  8    Q.  Going back to Government's Exhibit 15 C 7.  Publishing page

10:37  9    one.  You see here on entry nine there is an attachment?

10:37  10   A.  Yes.

10:37  11   Q.  15 C 7.  Publishing now the attachment.  The number here?

10:38  12   A.  28.

10:38  13   Q.  Going back to Government's Exhibit 15 C 7, page two, entry

10:38  14   two.  What type of message is this?

10:38  15   A.  A WhatsApp outgoing message.

10:39  16   Q.  The date and time?

10:39  17   A.  April 28, 2022, 12:14 a.m. UTC minus four.

10:39  18   Q.  These are all of the WhatsApp messages between these two

10:39  19   numbers starting on the 28th until the defendant was arrested?

10:39  20   A.  Yes.

10:39  21   Q.  Going back to 15 C 2, starting page 64.  What is the last

10:40  22   four of this number?

10:40  23   A.  9970.

10:40  24   Q.  And did you have a chance to run that number through the

10:40  25   call log?

| 10:40 | 1 | A.   For the 9970 I don't recall running that number. |
| 10:40 | 2 | Q.   If we run it now through the call log what are the results? |
| 10:40 | 3 | A.   No results. |
| 10:41 | 4 | Q.   Page 65.   What is the name here? |
| 10:41 | 5 | A.   Governor John Rankin. |
| 10:41 | 6 | Q.   The last four of this number? |
| 10:41 | 7 | A.   9975. |
| 10:41 | 8 | Q.   And if we run the last four in Government's 15 C 1 what is |
| 10:41 | 9 | the result? |
| 10:41 | 10 | A.   No matches found. |
| 10:41 | 11 | Q.   Taking you to page 93.   What is the name for this contact? |
| 10:42 | 12 | A.   Commissioner of Police Mark Collins. |
| 10:42 | 13 | Q.   And the last four? |
| 10:42 | 14 | A.   9334. |
| 10:42 | 15 | Q.   If we run the last four within 15 C 1 what are the results? |
| 10:42 | 16 | A.   No matches were found. |
| 10:42 | 17 | Q.   Page 97 of Government's Exhibit 15 C 2.   What is the name |
| 10:43 | 18 | of this contact? |
| 10:43 | 19 | A.   Inspector of Police. |
| 10:43 | 20 | Q.   The last four? |
| 10:43 | 21 | A.   9410. |
| 10:43 | 22 | Q.   If we run that through 15 C 1 what is the result? |
| 10:43 | 23 | A.   No matches were found. |
| 10:43 | 24 | Q.   Going back to 15 C 2, page 101.   What is the name of this |
| 10:43 | 25 | entry? |

10:43  1   A.   Inspector of Police Peters.

10:43  2   Q.   The last four?

10:43  3   A.   9441.

10:43  4   Q.   If we go back to 15 C one and run that number, what is the

10:44  5   result?

10:44  6   A.   No matches were found.

10:44  7   Q.   Going back to 15 C 2, page 102.   What is the name here on

10:44  8   page 102 and 103?

10:44  9   A.   Jeffers Police.

10:44  10   Q.   If we go down here -- still on page 103 -- what is the

10:44  11   second entry on 103?

10:44  12   A.   Officer Christine Robinson.   Last four of the phone number

10:45  13   is 1686.

10:45  14   Q.   If we run 1686 what is the result?

10:45  15   A.   No matches were found.

10:45  16   Q.   If we run Jeffers Police 6972 what is the result?

10:45  17   A.   No matches were found.

10:45  18   Q.   Taking you back to 15 C 2, page 104.   What is the name

10:45  19   here?

10:45  20   A.   Police officer.

10:45  21   Q.   And the last four?

10:45  22   A.   5830.

10:46  23   Q.   What is this contact name and display name?

10:46  24   A.   Police Officer Marley.

10:46  25   Q.   Is it the same phone number?

| | | |
|---|---|---|
| 10:46 | 1 | A.   5830. |
| 10:46 | 2 | Q.   If we run that number through 15 C 1 what is the result? |
| 10:46 | 3 | A.   No matches were found. |
| 10:46 | 4 | Q.   Page 10 of 15 C 2, pages 110 and 111, what is the name |
| 10:47 | 5 | there? |
| 10:47 | 6 | A.   Police Shepperd D 1. |
| 10:47 | 7 | Q.   What are the last four? |
| 10:47 | 8 | A.   6138. |
| 10:47 | 9 | Q.   And if we run that number through 15 C 1 what is the |
| 10:47 | 10 | result? |
| 10:47 | 11 | A.   No matches were found. |
| 10:47 | 12 | MR. McLAUGHLIN: I am publishing now Government's |
| 10:47 | 13 | Exhibit 37, which is the stipulation of the parties, focusing |
| 10:47 | 14 | on paragraph three and now publishing paragraph four. |
| 10:48 | 15 | I have no further questions. |
| 10:48 | 16 | THE COURT:  Thank you. |
| 10:48 | 17 | Cross examination, Ms. Delgado. |
| 10:48 | 18 | MS. DELGADO: Thank you. |
| 10:48 | 19 | Q.   Good morning, my name is Joyce Delgado.  I represent the |
| 10:49 | 20 | defendant Andrew Fahie. |
| 10:49 | 21 | I have a few questions for you. |
| 10:49 | 22 | A.   Okay. |
| 10:49 | 23 | Q.   Who asked you to perform the extractions on the defendant's |
| 10:49 | 24 | phone, the Samsung Note 10? |
| 10:49 | 25 | A.   A supervisory agent from CBP. |

10:49  1            MS. DELGADO: Your Honor, at this time the defense

10:49  2    would like to move in three exhibits with no objection from the

10:49  3    Government.

10:49  4            THE COURT:  All right.

10:49  5            MS. DELGADO:  Defendant's 1, 2 and 4.

10:50  6            MR. McLAUGHLIN:  So the Court is aware and the jury is

10:50  7    aware; we stipulate that these photos were taken from the

10:50  8    phone.

10:50  9            THE COURT:  Thank you, counsel.

10:50 10            They are admitted and you may publish.

10:50 11            MS. DELGADO: Thank you, Your Honor.

10:51 12    Q.   Showing you what is marked as Defendant's Exhibit 1; it is

10:51 13    a redacted photograph of the confidential source.  Can you

10:51 14    confirm this photograph was extracted from the defendant's

10:51 15    phone as Government's Exhibit 15 A?

10:51 16    A.   By looking at the photograph I cannot confirm it but I saw

10:51 17    it from the actual extraction so, yes, it came from that

10:51 18    device.

10:51 19    Q.   Thank you.  Publishing Defendant's Exhibit 2.  This is

10:52 20    Defendant's Exhibit 2, which is a second photograph that was

10:52 21    extracted from the defendant's phone at Government's Exhibit 15

10:52 22    A; is that correct?

10:52 23    A.   It is hard for me to confirm something without having the

10:52 24    data -- the source from where the picture came from -- the only

10:52 25    thing that I can tell you is that, yes, I saw this picture.

10:52  1      But for me to confirm that this is the actual picture that

10:52  2  was on the extraction is kind of hard for me to tell you that

10:52  3  without looking at the source of where the picture came from.

10:52  4  Q.  You have seen the photographs before in the extraction

10:52  5  process?

10:52  6  A.  Yes, yes.

10:52  7  Q.  Thank you.  Finally I'm showing you what's been marked as

10:53  8  Defendant's Exhibit 4.  They are excerpts of text messages

10:53  9  between the defendant and Mr. Baye Cisse; WhatsApp messages.

10:53 10      Can you confirm that these text messages or the WhatsApp

10:53 11  messages were also extracted from the defendant's phone at

10:53 12  Government's 15 A?

10:53 13  A.  So once again, it is hard for me to actually tell you

10:53 14  something by looking at a piece of paper.  It looks like the

10:53 15  actual report that I created from the extraction.

10:54 16      But for me to tell you for sure -- I would have to have the

10:54 17  data and have to verify it myself, but it is hard to do it with

10:54 18  a piece of paper.

10:54 19          MR. McLAUGHLIN:  We will stipulate that it did, in

10:54 20  fact, come from 15 A.

10:54 21          THE COURT:  Thank you, Mr. McLaughlin.

10:54 22  Q.  If you turn to the second page.  It is kind of hard to

10:54 23  read.  Do you see chat number one at the top with a list of

10:54 24  names?

10:54 25  A.  Yes.

10:54  1   Q.  Can you tell me the date and time of that chat?

10:54  2   A.  May 17th, 2021, 4:49 p.m.

10:54  3   Q.  That is an outgoing WhatsApp message?

10:54  4   A.  Correct.

10:55  5   Q.  From the defendant to Mr. Baye Cisse?

10:55  6   A.  Yes.

10:55  7   Q.  Do you see the names listed in the outgoing WhatsApp

10:55  8   messages?

10:55  9   A.  Yes.

10     Q.  Quite a few -- we don't need to list them all -- but a

11     number of names there?

12     A.  Yes.

13     Q.  There are also some dates and times listed in conjunction

14     with those names -- which the jury can see there -- is that

15     correct?

16     A.  Correct.

10:56  17  Q.  Drawing your attention to chat number three; can you tell

10:56  18  us the date and time for that chat?

10:56  19  A.  May 17th, 2021.  The time is 4:53 p.m.

10:56  20  Q.  That is an outgoing WhatsApp messages from the defendant to

10:56  21  Baye Cisse?

10:56  22  A.  Correct.

10:56  23  Q.  All right. And the names are similarly listed in chat

10:56  24  number three?

10:56  25  A.  Yes.

10:57 1      MS. DELGADO: Your Honor, at this time I would like to

10:57 2 note a stipulation between the parties regarding the identities

10:57 3 of the individuals.

10:57 4      THE COURT:  Is there a signed stipulation?

10:57 5      MS. DELGADO: Yes.

10:57 6      THE COURT:  You may proceed.

10:57 7      MS. DELGADO:  The stipulation is as follows:  Mr. Gary

10:57 8 Robert Hickinbottom was the sole Commissioner with respect to

10:57 9 the Commission of Inquiry report.

10:57 10      That Mr. Bilal Mahmad Rawat, Mrs. Rhea Harrikissoon

10:57 11 and Mr. Andrew Ian James King were all attorneys working on the

10:57 12 Commission of Inquiry report.

10:57 13      That Mr. Steven Clive Chandler was the secretary and

10:57 14 that Mrs. Julienna Tasaddiq was the Assistant Secretary.  And

10:58 15 that all of these individuals worked on or participated in the

10:58 16 United Kingdom Commission of Inquiry report.

10:58 17      And with that I have no further questions.

10:58 18      THE COURT:  Thank you, Ms. Delgado.

10:58 19      Mr. McLaughlin, redirect.

10:58 20      MR. McLAUGHLIN:  No redirect.

10:58 21      THE COURT:  Ladies and gentlemen, let's take a quick

10:58 22 five minute recess so that I can take the call that I told you

10:58 23 about earlier.

10:59 24      COURT SECURITY OFFICER:  All rise

11:07 25                          JURY EXCUSED

| | | |
|---|---|---|
| 11:07 | 1 | THE COURT:  If you would bring the jury back. |
| 11:07 | 2 | COURT SECURITY OFFICER:  Yes, Your Honor. |
| 11:07 | 3 | All rise for the jury. |
| 11:07 | 4 | THE COURT:  Everyone may be seated. |
| 11:07 | 5 | If you would, Mr. Gerarde, call your next witness. |
| 11:07 | 6 | MR. GERARDE:  The United States calls Miss Oleanvine |
| 11:07 | 7 | Maynard. |
| 11:07 | 8 | WITNESS SWORN |
| 11:08 | 9 | MR. GERARDE:  May I proceed, Your Honor. |
| 11:08 | 10 | THE COURT:  You may. |
| 11:08 | 11 | Q.  Good morning, Ms. Maynard. |
| 11:08 | 12 | A.  Good morning, counsel. |
| 11:08 | 13 | Q.  If you would please introduce yourself for the members of |
| 11:08 | 14 | the jury. |
| 11:07 | 15 | A.  My name is Oleanvine Pickering Maynard. |
| 11:08 | 16 | Q.  All right. And if you would tell the ladies and gentlemen |
| 11:08 | 17 | where you were living in March and April of 2022. |
| 11:08 | 18 | A.  Tortola; British Virgin Islands. |
| 11:08 | 19 | Q.  How long have you lived on Tortola in the British Virgin |
| 11:08 | 20 | Islands? |
| 11:08 | 21 | A.  I have lived there mostly all of my life. |
| 11:08 | 22 | Q.  All right. |
| 11:08 | 23 | A.  I was born in 1962 in the British Virgin Islands. |
| 11:08 | 24 | Q.  Do you know an individual named Andrew Alturo Fahie? |
| 11:08 | 25 | A.  Yes, sir. |

```
11:08   1   Q.   How long have you known him?
11:09   2   A.   I have known him over ten years.
11:09   3   Q.   Is that ten years from today's date or from 2022?
11:09   4   A.   Ten years from 2022.
11:09   5   Q.   Do you recognize Mr. Fahie in the courtroom today?
11:09   6   A.   Yes.
11:09   7        MS. VAN VILET:  We stipulate to it being Mr. Fahie.
11:09   8        THE COURT:  All right.
11:09   9   Q.   Is that Mr. Fahie pictured in Government's Exhibit 27?
11:09  10   A.   Yes, sir.
11:09  11   Q.   How did you meet Mr. Andrew Fahie?
11:09  12   A.   I met Mr. Fahie outside of my "portfolio" as the Managing
11:10  13   Director.  Before we had been on the same political party and
11:10  14   he was also -- had standing as a teacher back in the British
11:10  15   Virgin Islands -- and so I have known him as far back as then.
11:10  16   Q.   You knew him as a teacher, and as a part of your political
11:10  17   party, and the Premier of the British Virgin Islands?
11:10  18   A.   Yes.
11:10  19   Q.   What was the political party that you were a part of with
11:10  20   Mr. Fahie?
11:10  21   A.   The Virgin Islands Party.
11:10  22   Q.   Approximately when was the defendant elected as the Premier
11:10  23   of the British Virgin Islands?
11:10  24   A.   I cannot remember the year exactly -- it could have been
11:10  25   about six years ago -- we had a full four years.
```

11:10 1      I don't remember the year exactly.

11:10 2   Q.   What jobs have you held in the British Virgin Islands?

11:11 3   A.   I have held numerous jobs in the British Virgin Islands --

11:11 4   in the Public Service -- before I became the Managing Director

11:11 5   of the BVI Ports Authority.   I held such positions as the Labor

11:11 6   Commissioner of the British Virgin Islands assigned to the

11:11 7   Clerk of the House of Assembly.

11:11 8   Q.   When were you the Clerk of the House of Assembly?

11:12 9   A.   This morning I cannot give you an exact date of when they

11:12 10  were.

11:12 11  Q.   Approximately when by year?

11:12 12  A.   It has been such a long time ago.   The Managing Director

11:12 13  would be in 2021 -- I do not want to give you wrong dates -- I

11:12 14  cannot say approximately which year it was.

11:13 15  Q.   Ms. Maynard, with the understanding that your recollection

11:13 16  is approximate, approximately what year were you the Labor

11:13 17  Commissioner?

11:13 18  A.   I would say 1999.

11:13 19  Q.   And approximately how long were you the Labor Commissioner?

11:13 20  A.   It would have been about three years or so; I will use the

11:13 21  word approximately.

11:13 22  Q.   Approximately when were you the Clerk of the House of

11:13 23  Assembly?

11:13 24  A.   Just before I became the Commissioner of Labor I was the

11:13 25  Clerk of the House of Assembly.

11:13  1    Q.  So again back in the 90's.

11:13  2    A.  Yes.

11:14  3    Q.  From approximately 2001 when you stopped being the Labor

11:14  4  Commissioner up until you became the Managing Director of the

11:14  5  Ports, what was your employment?

11:14  6    A.  I had retired from the Public Service.

11:14  7    Q.  In 2022 did you have any other businesses in addition to

11:14  8  being the Managing Director of the British Virgin Islands Ports

11:14  9  Authority?

11:14  10    A.  I did a private business -- a cleaning service -- I had a

11:14  11  family cleaning service named Triple K Cleaning.

11:14  12    Q.  What about construction?

11:14  13    A.  I had a construction license as well.

11:15  14    Q.  Were you receiving income from the construction business

11:15  15  and the cleaning service in 2022?

11:15  16    A.  I was receiving income from the cleaning service.  The

11:15  17  construction was not up and running.

11:15  18    Q.  As Managing Director of the Ports Authority were you paid a

11:15  19  salary?

11:15  20    A.  Yes.

11:15  21    Q.  What was that?

11:15  22    A.  $120,000.

11:15  23    Q.  Approximately how much were you making from Triple K

11:15  24  Cleaning?

11:15  25

11:15  1    A.  After paying my employees -- it would depend on the amount

11:15  2    of work I would receive -- I would get a monthly income say of

11:15  3    about $3,000 or so after I paid my bills.

11:15  4    Q.  Let's talk about the ports in the British Virgin Islands.

11:16  5    Showing you what is admitted as Government's Exhibit 23 A.

11:16  6     Do you recognize this map?

11:16  7    A.  Yes.

11:16  8    Q.  If you would tell the jury what is depicted on this map?

11:16  9    A.  It is a map from the British Virgin Islands with the main

11:16  10   island, which is Tortola, and then we have the sister island.

11:16  11   Q.  If you could circle Tortola for the jury.

11:16  12   A.  (WITNESS INDICATES ON SCREEN)

11:16  13   Q.  Can you circle the whole island?

11:16  14   A.  (WITNESS INDICATES ON SCREEN)

11:17  15   Q.  Is that Tortola?

11:17  16   A.  These are islands including Tortola.

11:17  17   Q.  If you could show the jury where the port is in Tortola?

11:17  18   A.  It is in the Road Town area.

11:17  19   Q.  If you could circle it for the jury?

11:17  20   A.  (WITNESS INDICATES ON SCREEN)

11:17  21   Q.  What's the name of the port in Road Town in Tortola?

11:17  22   A.  British Virgin Islands Ports Authority is the official

11:18  23   name.

11:18  24   Q.  As the Managing Director of the British Virgin Islands

11:18  25   Ports Authority what were your duties and responsibilities?

11:18  1   A.  I had the responsibility of all the ports in the territory.

11:18  2   Q.  Were you responsible for paying salaries to other employees

11:18  3   at the ports?

11:18  4   A.  Yes, sir.

11:18  5   Q.  Did you have any involvement in scheduling the movement of

11:18  6   ships coming and leaving the island?

11:18  7   A.  Not directly.

11:18  8              COUNSEL AND WITNESS SPEAKING SIMULTANEOUSLY.

11:18  9              THE COURT REPORTER:  Judge.

11:18 10              THE COURT:  One at a time, please, so that Ms. Sanders

11:18 11   can make her record.

11:19 12              THE WITNESS:  My apologies.

11:19 13   Q.  Who was your supervisor when you were the Managing Director

11:19 14   of the ports?

11:19 15   A.  I reported directly to the board.

11:19 16   Q.  To the board of what?

11:19 17   A.  The board of directors.

11:19 18   Q.  Did the ports in the British Virgin Islands fall under the

11:19 19   British Virgin Islands Government or the UK Government?

11:19 20   A.  That is a statutory body.  It is a statutory body -- which

11:19 21   the chairman of the board would have overseen everything -- but

11:19 22   within that the BVI Ports Authority fell under the Premier's

11:19 23   office as one of his portfolios.

11:20 24   Q.  You said the Ports Authority fell underneath the Premier's

11:20 25   office?

A.   Yes.

Q.   Would that essentially mean you would answer to the defendant, the Premier?

A.   I answered to the chairman of the board.  If there was a problem he would act as a liaison with the Premier.

Q.   So indirectly you answered to the Premier?

A.   Yes.

Q.   What are the other divisions within the ports?

A.   We have the Public Commission Department.  We had the Finance Department, HR or Human Resources Department.

Q.   How does the BVI Ports Authority interact with Customs?

A.   That fell under the operations part of the BVI Ports Authority.  They would work with them in terms of managing the vessels that came into the territory.

     Customs would be responsible for the searching of the vessels.  At the ports we would assign the different docking part for the vessels to dock in when they came to the ports.

Q.   Did Customs also fall underneath the Premier's office?

A.   Yes.

Q.   What authority do Customs officials in the BVI have to detain or arrest someone?

A.   They are a law enforcement agency on their own.

Q.   When a ship comes into the ports in the British Virgin Islands can you explain what Customs would do?

A.   Sure.

11:22  1    Customs is responsible for insuring the vessel when it

11:22  2    comes in -- that whatever is on the vessel they are legally

11:22  3    entitled to come into the British Virgin Islands with it -- so

11:22  4    they would conduct a search on the vessel.

11:22  5    Q.  Is the search that Customs would need to do on the vessel

11:22  6    different depending on whether the vessel is coming to port at

11:23  7    a dock or staying offshore anchored?

11:23  8    A.  The search would be the same whether you are on the dock or

11:23  9    you are on the sea.  Customs would go out on the vessel if it

11:23  10   is anchored out there.

11:23  11   Q.  Are you familiar with a man named Wade Smith?

11:23  12   A.  Yes.  He was the comptroller of Customs in the British

11:23  13   Virgin Islands.

11:23  14   Q.  Is that the person in charge of Customs?

11:23  15   A.  Yes, sir.

11:23  16   Q.  Do you recognize the man in Government's Exhibit 33?

11:23  17   A.  Yes, sir.

11:24  18        MR. GERARDE:  The Government moves for the admission

11:24  19   of Government's Exhibit 33 without objection.

11:24  20        THE COURT:  It is admitted without objection.

11:24  21   Q.  Who is the man in Government's Exhibit 33?

11:24  22   A.  That is Wade Smith.

11:24  23   Q.  Please, if you would, explain for the jury what a shipping

11:24  24   agent's job is?

11:24  25   A.  Sure.

11:24   1       A shipping agent within the British Virgin Islands they

11:24   2  are like a broker for the ships coming into the British Virgin

11:24   3  Islands.  They would accept all of the documentation from that

11:24   4  vessel.

11:24   5       That would include the captain, all who are involved, the

11:24   6  goods that they are carrying, the medical certification, the

11:24   7  passport and anything else that is needed to be admitted into

11:25   8  the British Virgin Islands when the vessel docked.

11:25   9  Q.  At what point does the shipping agent go out to the vessel

11:25  10  to get these documents?

11:25  11  A.  If the boat is not coming directly to the dock the agent

11:25  12  would go to the vessel and collect whatever information is

11:25  13  needed to get it processed.

11:25  14  Q.  Is a shipping agent's role essentially as a broker between

11:25  15  the incoming vessel and the port?

11:25  16  A.  Also Customs and Immigration.  All of those documents they

11:25  17  would handle for the vessel.

11:26  18  Q.  In April of 2022 did there come a time you were arrested

11:26  19  along with your son Kadeem Maynard and the defendant?

11:26  20  A.  Yes, sir.

11:26  21  Q.  What were you arrested for?

11:26  22  A.  I was arrested for conspiracy of drug charges and money

11:26  23  laundering.

11:26  24  Q.  Why were you arrested?

11:26  25

11:26  1   A.   I was arrested based upon -- from a situation that occurred

11:26  2   within the British Virgin Islands.

11:26  3   Q.   When you were arrested were you in Miami?

11:26  4   A.   Yes, sir.

11:27  5   Q.   After being charged did you choose to plead guilty?

11:27  6   A.   Yes, sir.

11:27  7   Q.   Do you know approximately when you pled guilty?

11:27  8   A.   April -- approximately last year June.

11:27  9   Q.   What Judge were you in front of?

11:27 10   A.   Judge Williams.

11:27 11   Q.   To what charges did you plead guilty?

11:27 12   A.   Conspiracy to drug charges.

11:27 13          THE COURT:   Is this in evidence yet?

11:27 14          MR. GERARDE:   The Government moves for the admission

11:27 15   of Government's Exhibit 34 without objection.

11:27 16          THE COURT:   It is admitted.

11:27 17   Q.   Ms. Maynard, why did you plead guilty?

11:27 18   A.   I accepted responsibility for what part I played in this

11:27 19   drug conspiracy charge.

11:27 20   Q.   So you are in fact guilty of the charge?

11:27 21   A.   I engaged in conversation concerning the conspiracy

11:28 22   charges, yes.

11:28 23   Q.   Showing you what's been admitted as Exhibit 34.   Do you

11:28 24   recognize this document?

11:28 25   A.   Yes, sir.

11:28  1  Q.  Is your signature as well as your attorney's on the last

11:28  2  page of that document?

11:28  3  A.  Yes, sir.

11:28  4  Q.  Showing you page two of the plea agreement.  Can you tell

11:28  5  the jury what your maximum sentence is in this case?

11:28  6  A.  Life in prison.

11:28  7  Q.  Have you been sentenced yet?

11:28  8  A.  No, sir.

11:28  9  Q.  As a part of your plea agreement did you agree to cooperate

11:29  10  with the Government?

11:29  11  A.  Yes, sir.

11:29  12  Q.  As a part of your cooperation are you required to testify?

11:29  13  A.  Yes, sir.

11:29  14  Q.  As a part of your plea agreement are you required to

11:29  15  testify truthfully?

11:29  16  A.  Yes, sir.

11:29  17  Q.  Do you also understand that you are under oath and if you

11:29  18  were to testify falsely you could be prosecuted for perjury?

11:29  19  A.  Yes, sir.

11:29  20  Q.  By allowing you to cooperate has the United States

11:29  21  Attorney's Office promised you or guaranteed you anything?

11:29  22  A.  No, sir.

11:29  23  Q.  Is it your hope that the Government will recommend that the

11:29  24  Judge impose a lower sentence than she otherwise would have?

11:29  25  A.  Yes, sir.

11:29    1    Q.  Are you aware that the United States Attorney's Office is

11:30    2    not under any obligation to make that recommendation?

11:30    3    A.  Yes, sir.

11:30    4    Q.  Even if the United States Attorney's Office were to make

11:30    5    that recommendation are you aware that the Judge is the only

11:30    6    person that can decide your sentence?

11:30    7    A.  Yes, sir.

11:30    8    Q.  Do you understand that even if the Government makes a

11:30    9    recommendation the Judge may disregard that recommendation and

11:30   10    not give you a reduction at all?

11:30   11    A.  I fully understand that, sir.

11:30   12    Q.  Let's talk about this case and how you first met Roberto

11:30   13    Quintero.  How did you first meet him?

11:30   14    A.  One day I received a call from a gentleman that I knew and

11:31   15    the gentleman said he wanted to meet with me at my office and I

11:31   16    agreed to it.

11:31   17        When he came to meet with me he said to me that he had an

11:31   18    uncle that wanted to do business within the British Virgin

11:31   19    Islands; and he wanted to know more about the ports and its

11:31   20    operation in terms of getting vessels to pass through the

11:31   21    British Virgin Islands.

11:31   22        It was not an unusual request that morning.  So he asked if

11:31   23    I can meet with him and two other persons in the evening to see

11:31   24    what his uncle wanted to do.  I agreed to it.  I met with them

11:31   25    in the evening.

11:31   1          And he said that his uncle was -- he was interested

11:32   2   in doing investments within the British Virgin Islands -- and

11:32   3   so one of the things he wanted to do was to bring vessels into

11:32   4   the British Virgin Islands.

11:32   5      And as the Managing Director of the ports he wanted to know

11:32   6   how the operations would be in terms of allowing the boats to

11:32   7   come into the territory; and if it could remain there a few

11:32   8   days and move on to wherever the destination was.

11:32   9   Q.  All right. Were any of the individuals you met with Roberto

11:32   10  Quintero?

11:32   11  A.  No, sir.  They were three guys that lived in the British

11:32   12  Virgin Islands.

11:32   13          MR. GERARDE:  Your Honor, the Government moves for the

11:33   14  admission of Government's Exhibit 31 without objection.

11:33   15          THE COURT:  It will be admitted.

11:33   16  Q.  I'm showing you what's been admitted as Government's

11:33   17  Exhibit 31.  Was the individual pictured in Exhibit 31 one of

11:33   18  the men that you met with to talk about their "quote" uncle?

11:33   19  A.  I do not recognize that face.

11:33   20  Q.  You're not sure?

11:33   21  A.  No, sir.  It was in the evening and I do not see too good

11:33   22  in the evening.  I was not familiar with the face.

11:33   23  Q.  Let's talk about the three people.  How many of them did

11:33   24  you know before you met with them?

11:33   25  A.  One of them I know quite well.

11:33  1    Q.  What was his name?

11:33  2    A.  I knew him by the name of Harney (phonetic).  He operated a

11:33  3    beauty salon within the British Virgin Islands.  I used to go

11:33  4    there to get my hair done.  He was the one that reached out to

11:33  5    me to set up the meeting.

11:33  6    Q.  What about the other two people that were with him; had you

11:34  7    met them before?

11:34  8    A.  I had seen one of them before because they also own a

11:34  9    business within the British Virgin Islands; but I did not know

11:34  10   his name.  I only went because of the one gentleman whose name

11:34  11   was Harney.

11:34  12   Q.  So you meet with these three Arab men.  Did that lead to a

11:34  13   meeting with Roberto Quintero?

11:34  14   A.  Yes, sir.  After we had the meeting and I agreed to give

11:34  15   them information on the operation of the port, he said he would

11:34  16   set up a meeting for the gentleman to come to the British

11:34  17   Virgin Islands to meet with me.

11:34  18   Q.  Your friend Harney, did he set up the meeting for you to

11:34  19   meet with Roberto Quintero or was that through your son Kadeem?

11:35  20   A.  They went away to get in touch with Robert Quintero after

11:35  21   we left the meeting.  I did not hear anything from them for

11:35  22   quite a while.

11:35  23       And then my son came to me and said, you never know what

11:35  24   happened, I went to my place of business -- which he owned a

11:35  25   club -- he said that these two gentlemen were waiting for him

11:35  1   and one of them was Robert Quintero.

11:35  2   Q.  Now I just pulled up Government's Exhibit 29.   Whose

11:35  3   picture is this?

11:35  4   A.   That is my son Kadeem Maynard.

11:35  5   Q.   What is his middle name?

11:35  6   A.   Stephan.

11:35  7   Q.   What is his nickname?

11:35  8   A.   Blako.

11:35  9   Q.   And what did Kadeem say to you about the two men that

11:36  10  approached him in the night club?

11:36  11  A.   He said that the gentleman said he would like to get in

11:36  12  touch with me to do some business with them.

11:36  13  Q.   So, shortly after Kadeem met Roberto Quintero did you have

11:36  14  an opportunity to talk to and meet with Roberto Quintero?

11:36  15  A.   Yes, sir.  Mr. Quintero asked if I could meet with him

11:36  16  outside of the British Virgin Islands.   I agreed to it and we

11:36  17  met.

11:36  18  Q.   Prior to meeting him for lunch did you have a phone call

11:36  19  with him along with Kadeem?

11:37  20  A.   We spoke over the phone in order to set up a meeting.

11:37  21  Q.   Showing you what is admitted as Government's Exhibit 1 B.

11:37  22  What is the date on the first page?

11:37  23  A.   March 20, 2022.

11:38  24  Q.   And what does it say under that date?

11:38  25  A.   Phone call.

11:38  1  Q.  And how long was that?

11:38  2  A.  One minute and 35 seconds.

11:38  3  Q.  And who was on that phone call?

11:38  4  A.  Myself, Kadeem Maynard and Robert Quintero.

11:38  5  Q.  And during that call did you decide to meet for lunch that

11:38  6  day?

11:38  7  A.  Yes, sir.

11:38  8  Q.  If you would on Government's Exhibit 23 A.  Circle where

11:38  9  you met Mr. Quintero for lunch.

11:38  10  A.  I am only seeing St. John on the map.

11:38  11  Q.  Where is Saint Thomas in relation to St. John?

11:39  12  A.  It is close to there.

11:39  13  Q.  Is this St. John here?

11:39  14  A.  Yes.

11:39  15  Q.  Where did you travel from to meet him for lunch?

11:39  16  A.  I traveled from Road Town.

11:39  17  Q.  How did you get there?

11:39  18  A.  I took a ferry to Saint Thomas and the travel time was

11:39  19  about one hour.

11:39  20  Q.  What is the date at the top here of Government's Exhibit 2

11:40  21  B?

11:40  22  A.  March 20, 2022.

11:40  23  Q.  What is the approximate length of the recordings that was

11:40  24  made of the meeting?

11:40  25

A.   One is approximately two minutes and the other one is
53 minutes.

Q.   Who were the participants at the meeting?

A.   Myself, Kadeem Maynard and Roberto Quintero.

Q.   Did this lunch happen at the Green House Cafe?

A.   Yes.

Q.   Are you aware of a recording that goes along with that
transcript?

A.   Yes, sir.

Q.   Have you reviewed the recording as well as the 191 page
transcript?

A.   Yes, sir.

Q.   I will not play this entire meeting for you but there are
parts of the transcript that I will refer to.

     Let's go to page 34, line ten -- Let's go to page 33, line
six -- do you see where Roberto Quintero says so when we refer
to drugs we just say number three?

     Okay; so we don't want to say that name anymore.

A.   Yes, sir.

Q.   As you spoke with Roberto what did you understand the word
number three to mean?

A.   Cocaine; drugs.

Q.   And when Roberto says all this, number three never test
positive, never, never, never, what did you understand him to
mean when he said it would not test positive?

A.   That if the drugs were tested they would not test positive
I guess for cocaine.

Q.   Let's go to page 35, lines 14 and 15.  You say but you want
it to be done legally so nobody will snoop around.  What did
you mean by that?

A.   I was referring to the vessel.  He was talking about coming
into the territory because he said he did not want the vessel
to come directly into the port itself.

Q.   Let's go to page 39 at line one.  That starts with Roberto
on the bottom of page 38 and then to page 39, line one.

     Roberto says, what about this person in Customs?

     And then you say back to him, there's my good friend the
Comptroller, they are very good.  Who were you referring to
your good friend the Comptroller?

A.   That was Wade Smith.

Q.   Page 43, line 20.  There you say the Premier and I, we get
along very well.

A.   Yes, sir.

Q.   Then page 44 at line two, you say the Premier and myself
are very good friends.  Do you see that?

A.   Yes, sir.

Q.   Who are you referring to?

A.   I was referring to Mr. Andrew Fahie who was the then
Premier.

11:44  1    Q.  Let's go to page 49, lines 5 through 8.  Do you see where

11:44  2    you say; but I keep saying to him you cannot go back to the

11:44  3    next election and you don't do some type of project.  Show the

11:44  4    people that your party is working for you.  When you refer to

11:45  5    him who are you referring to?

11:45  6    A.  Mr. Andrew Fahie.

11:45  7    Q.  Why did you say to him it is important that the Government

11:45  8    show the people that the party is working?

11:45  9    A.  In any political party once you have won you have to keep

11:45  10   up the work that you are doing -- for him it would be the

11:45  11   territory -- to show that he's working on behalf of the people

11:45  12   in the British Virgin Islands.  Sometimes that amounts to doing

11:45  13   projects within the territory.

11:45  14   Q.  Going now to page 57, lines 22 and 23.  You say at the

11:45  15   bottom; I have a cleaning and I have a construction and some

11:45  16   other businesses.  Are those the businesses that you referred

11:45  17   to earlier today?

11:45  18   A.  Yes, sir.

11:46  19   Q.  Going to page 64 line 23.  Roberto says why we couldn't do

11:46  20   the meeting with my friend the "Arabs" and now I want to see

11:46  21   your son and now I got you.

11:46  22       This is something, this is something.  So when Roberto

11:46  23   refers to the Arabs who did you understand him to be referring

11:46  24   to?

11:46  25   A.  The three Arab guys that referred me to him.

11:47  1    Q.  Going to page 71, lines 15 through 17.  You say; I know the

11:47  2    type of person that he is so I know he will take the

11:47  3    opportunity.  Who are you referring to there?

11:47  4    A.  Mr. Andrew Fahie.

11:47  5    Q.  When you say you know he will take the opportunity, take

11:47  6    the opportunity in reference to what?

11:47  7    A.  A new investment within the territory.  We were looking for

11:47  8    investors within the territory.

11:48  9    Q.  Did you understand that to be Roberto Quintero and his

11:48  10   proposition?

11:48  11   A.  Yes, sir.

11:48  12   Q.  Page 76, line 5.  Do you see where Roberto says but you

11:48  13   don't consume, right?  And then at 14 Kadeem says; no, no, no.

11:48  14   And you at 17 say; I break his neck.  Do you see that?

11:48  15   A.  Yes, sir.

11:48  16   Q.  What did you understand Roberto to be referring to when he

11:48  17   said consume?

11:48  18   A.  Consume drugs.  He was asking him if he consumed drugs.

11:48  19   Q.  Going to page 81 at lines 4 through 7.  You say once we

11:48  20   discuss it that's it, we are not going to discuss it with

11:48  21   anyone, not speak to anyone about it.

11:48  22       Confidentiality.  Everything you tell us is in confidence.

11:49  23   My question is what were you telling Roberto would be kept in

11:49  24   confidence?

11:49  25

A.   The discussion we were having during lunch in terms of his

doing business in the British Virgin Islands.

Q.   Why was it important not to repeat it?

A.   Roberto at the time when I met him said the business he

wanted to do he wanted to do in the British Virgin Islands.

And that because he was -- he was a little bit apprehensive --

and so whatever he did he wanted to be in confidence between us

as a family.

        And so I guaranteed him that I would keep it in

confidence; whatever business we were going to partake of.

Q.   In reference to that business was Roberto bringing up

cocaine?

A.   Yes, sir.

Q.   Staying on page 81 going down to lines 15 and 22.  You say

I will talk to him before.  I will tell him just one and one.

Who are you referring to when you say him, you will talk to him

before?

A.   Mr. Andrew Fahie.

Q.   What do you mean when you say I will just tell him one and

one?

A.   I was going to tell him -- I was going to have a discussion

with him concerning the proposal Mr. Quintero had mentioned to

me during the lunch that we had.

Q.   That proposal was to bring drugs through the British Virgin

Islands?

**11:50** 1    A.   On the vessel via the British Virgin Islands.

**11:50** 2    Q.   Let's go to page 89, lines 10 through 15.  Do you see where

**11:51** 3    you say; I will get the license so when you are ready to come

**11:51** 4    in we would do all of the Customs and Immigration and

**11:51** 5    everything for you, come and collect your passports, do all the

**11:51** 6    running around and then get it back to you while you out at sea

**11:51** 7    and you will remain there.   What do you mean when you say we

**11:51** 8    will do the running around?

**11:51** 9    A.   I had proposed to Mr. Quintero that he needed a shipping

**11:51** 10   agent in order to be able -- to assist him in getting his

**11:51** 11   documentation work done for when the vessel come into the

**11:51** 12   territory.

**11:51** 13       One of the proposals is I would have gotten the license

**11:51** 14   under Kadeem's name as the agent and we would do all of the

**11:52** 15   paperwork within the agency for him.

**11:52** 16       So when he passes with the vessel we will be the one doing

**11:52** 17   all of the Immigration and Customs work for him while they

**11:52** 18   remain onboard.

**11:52** 19   Q.   Would that help facilitate his bringing the drugs into the

**11:52** 20   country?

**11:52** 21   A.   It would; but that is also a normal process that a person

**11:52** 22   would undertake if they come into the Virgin Islands.

**11:52** 23   Q.   Let's go to page 97 at lines five and six.   On page 96

**11:53** 24   Roberto starts speaking and continues through to 97.

**11:53** 25

11:53 1    Do you see where he says; you have my phone number, it is

11:53 2  just with you?  And then Kadeem says, yes.  Did you have

11:53 3  Roberto's phone number throughout March of 2022 and April of

11:53 4  2022?

11:53 5  A.  No, sir.

11:53 6  Q.  Page 106, lines two through five.  Do you see at the top

11:53 7  where Roberto says for each thousand number three we get 20

11:54 8  percent of garbage, that garbage is something that is what is

11:54 9  leftovers.

11:54 10    We can wrap it up, put it -- send it over there and you

11:54 11  seize it and then Roberto says it's going to be wrapped up like

11:54 12  a normal kilo.  What did you understand Roberto to be referring

11:54 13  to that would be wrapped up like a normal kilo?

11:54 14  A.  He was referring to the drugs; the cocaine.

11:54 15  Q.  Page 126, line 11.  What did you mean when you said to

11:54 16  Roberto I like you; my spirit take you?

11:54 17  A.  It was an easy conversation speaking to him.  So I said to

11:55 18  him I like you; my spirit take you.

11:55 19  Q.  Did you feel threatened by Roberto in any way?

11:55 20  A.  No, sir.

11:55 21  Q.  Turning to page 131, line 22.  You say; and there are two

11:55 22  things I wanted to accomplish.  One is to pay off my house that

11:55 23  I have in Tortola.

11:55 24    And then continuing on page 132, when I retire I want to go

11:55 25  back to Miami to live.

11:55  1      In both areas I want to be rent free.  What debt did you
11:55  2  have on your house in Tortola?
11:55  3  A.   I had a mortgage on my house in Tortola.
11:55  4  Q.   Did you have any other outstanding loans on the house?
11:56  5  A.   I owed someone $100,000 on the house.
11:56  6  Q.   Was the person you owed $100,000 related to Mr. Fahie?
11:56  7  A.   Yes, sir.
11:56  8  Q.   What was that relationship?
11:56  9  A.   First cousin.
11:56  10 Q.   When did Mr. Fahie's first cousin give you this $100,000
11:56  11 loan?
11:56  12 A.   Approximately a year and a half prior to my being arrested.
11:56  13 Q.   Had you paid back any of this $100,000 loan?
11:56  14 A.   No, sir.
11:57  15 Q.   Going to page 154, lines 8, 14 and 20.  Do you see at line
11:57  16 8, you say the right price you could get him and then 14 you
11:57  17 say both him and the Premier.
11:57  18      Line 20, both him and the Premier with the correct
11:57  19 money.  What do you mean when you say with the right price you
11:57  20 could get him?
11:57  21 A.   I was referring to the two persons that we wanted to assist
11:57  22 us with getting the vessels into the territory safely.  I said
11:57  23 with the right price -- anyone with the right price you know
11:57  24 they would agree to do something.
11:57  25 Q.   And who were those two people?

11:57  1    A.   Those two persons at the time I was referring to was Mr.

11:58  2    Wade Smith and Mr. Andrew Fahie.

11:58  3    Q.   Turning to page 165 beginning at line six.  Do you see

11:58  4    where Roberto said, hey, can you open your bag I have a present

11:58  5    for you.

11:58  6         And then you say, okay, God bless you; God bless you.  And

11:58  7    then Mr. Quintero said thank you.  This is just a little

11:58  8    present.  It is just $10,000 okay.  It is a little present for

11:58  9    you; and you say thank you.

11:58  10        Can you tell the jury what happened here?

11:58  11   A.   At that point during lunch he said -- as you just read to

11:58  12   me -- I must give something to you.  I asked what it was, and

11:58  13   he said it was just a little gift, and it was $10,000.

11:58  14        I said thank you because I was caught off guard.  I did not

11:59  15   know what else to do so I said thank you.

11:59  16   Q.   And did you keep this money?

11:59  17   A.   Yes, sir.

11:59  18   Q.   What did you do with it?

11:59  19   A.   I put it in a drawer for a while.  And sometimes people

11:59  20   would ask me to assist them, and I would help them with little

11:59  21   bills and things, and so eventually the money was spent.

11:59  22   Q.   And was it your understanding you were being paid $10,000

11:59  23   because Roberto expected something from you?

11:59  24           MS. VAN VLIET:  Your Honor, at this point I will

11:59  25   object to the leading.

11:59  1        THE COURT:  Yes. I have given you some latitude, Mr.
11:59  2  Gerarde but you need to be a little more direct in your
11:59  3  questioning.
12:00  4        So if you would rephrase the question.
12:00  5  Q.  What did Roberto expect you to do with the $10,000?
12:00  6  A.  He said it was a gift so I guess I could do anything I
12:00  7  wanted to.
12:00  8  Q.  What was the reason Roberto was talking to you at that
12:00  9  lunch?
12:00  10 A.  He was talking about doing business with me about doing the
12:00  11 work with these vessels.
12:00  12 Q.  And what was this work?
12:00  13 A.  To transfer the cocaine on the vessels.
12:00  14 Q.  Turning to page 170, do you see at line 10 where Roberto
12:00  15 says welcome to the Sinaloa Cartel.  I know this will be a good
12:00  16 relationship for us.  Can you explain for the jury what
12:00  17 happened during this time?
12:00  18 A.  He made the statement and he shook my hand.  At that time I
12:01  19 was not so familiar with what this Cartel business -- whatever
12:01  20 the name -- I was not so much into what it's all about.  I just
12:01  21 went along with it.
12:01  22 Q.  Where did you and Kadeem go after this lunch?
12:01  23 A.  After the lunch I called the ferry and went back to the
12:01  24 British Virgin Islands.
12:01  25



12:01  1   Q.   When did you speak with the Premier about Roberto's

12:02  2   proposal?

12:02  3   A.   That would have been after the lunch.   I am not sure if it

12:02  4   was one or two days after that, but I spoke with him after the

12:02  5   lunch.

12:02  6   Q.   Showing you what is admitted as Government's Exhibit 18

12:02  7   C 2.   Page one.   Whose name is right there?

12:03  8   A.   Oleanvine Maynard.

12:03  9   Q.   And what does it say at the beginning of the line?

12:03  10  A.   From 1-284-547-2427.

12:03  11  Q.   Do you recognize the number?

12:03  12  A.   That was the phone I was using at the time.

12:03  13  Q.   The line below.   Whose name is that?

12:03  14  A.   Andrew Fahie.

12:03  15  Q.   What does the first word of the line say?

12:03  16  A.   To.

12:03  17  Q.   Can you read the date at the bottom of the message chat?

12:03  18  A.   3/22/2022.

12:03  19  Q.   Can you read the message you sent to the Premier?

12:04  20  A.   Good morning, a gentle reminder concerning our meeting

12:04  21  today.

12:04  22  Q.   Can you read the Premier's response?

12:04  23  A.   Come now.

12:04  24  Q.   What did you say to him?

12:04  25  A.   On my way.

12:04   1   Q.   At this time did you meet with the Premier?

12:04   2   A.   Yes, I did meet with the Premier.

12:04   3   Q.   Where did the meeting take place?

12:04   4   A.   At his office.

12:04   5   Q.   Where is the Premier's office?

12:04   6   A.   It is located in the central area of Road Town.

12:05   7   Q.   And where was your office located in relation to the

12:05   8   Premier's office?

12:05   9   A.   It was not far; it was about a five minute drive based on

12:05   10   the traffic.

12:05   11   Q.   How often on a daily basis would you run into the Premier?

12:05   12   A.   We did not see each other on a regular basis unless we had

12:05   13   a scheduled meeting.

12:05   14   Q.   So when you met with him that day, what did you say about

12:05   15   Mr. Quintero?

12:05   16   A.   I told him that I met with a potential investor over the

12:05   17   weekend and he was interested in doing business within the

12:05   18   British Virgin Islands.   I briefly mentioned to him that one of

12:05   19   the things he wanted to do was to bring a vessel to travel via

12:06   20   the waters of the British Virgin Islands.

12:06   21       I said to him that whatever was on the boat would not

12:06   22   remain in the BVI.   It would just be passing through.   I asked

12:06   23   for his assistance.   I said the gentleman would like to meet

12:06   24   with him to discuss further details because it was just a

12:06   25   briefing I was giving him.

12:06  1    Q.  What did you tell the Premier about the $10,000 that

12:06  2    Roberto gave you?

12:06  3    A.  I am not sure I told him the exact amount.  I mentioned

12:06  4    that he gave me a present and that this gentleman had money

12:06  5    that he want to invest within the British Virgin Islands.  And

12:06  6    whatever else he wanted to do -- he would assist him with it.

12:07  7    Q.  How did the Premier react when you told him that this

12:07  8    gentleman had money and that he gave you money?

12:07  9    A.  He listened to what I said and he agreed to meet with

12:07  10   Roberto based on what I said to him that day.

12:07  11   Q.  How much if any money did the Premier ask you to ask

12:07  12   Roberto to give him?

12:07  13   A.  Initially when we spoke I think it was for $83,000 if I am

12:07  14   not mistaken.  He said he needed some assistance with clearing

12:07  15   some bills for the Virgin Islands party that they had incurred

12:08  16   from the Premier election.

12:08  17   Q.  At what point did that amount increase to $500,000?

12:08  18   A.  I don't know how many days after that that he said that he

12:08  19   had to increase the amount of the monies to assist him with a

12:08  20   bill that he wanted to pay.  I think there was someone on Saint

12:08  21   Martin that he had wanted to transport some money for him on

12:08  22   his behalf.

12:08  23   Q.  What did the Premier say about having party expenses he had

12:08  24   to pay off?

12:08  25   A.  He wanted to clear them off and start it on a good slate.

Q.  Were you aware of how much those party expenses were?

A.  No, sir.

Q.  When you were speaking with the Premier what did you discuss with him about the money you owed to his cousin?

A.  At that time Roberto had promised to give me some money -- I think it was $200,000 -- out of that I wanted to clear the bill that I owed his cousin from out of that.

    And then he said the remainder -- he said we could have shared the remainder of what was left of the $200,000.

Q.  Based upon the discussion who was going to take care of the loan back to his cousin, you or Mr. Fahie?

A.  Mr. Fahie said that he would take care of everything for me.

Q.  Were there any code words you used to discuss Mr. Quintero with Mr. Fahie?

A.  We used the word RTW.

Q.  Whose suggestion was that?

A.  Mr. Fahie's.

Q.  What does RTW stand for?

A.  Road Town Wholesale.  It is located within the British Virgin Islands.  I was doing some business with them, and also Mr. Fahie was involved with that particular transaction, so it was easier to use RTW as the code word.

Q.  So, there was a separate dispute ongoing with RTW?

A.  Yes, sir.

12:11  1    Q.   And what was the nature of the dispute?

12:11  2    A.   RTW had accumulated some storage fees on the Ports

12:11  3    Authority dock and so I had added some charges on it; and so

12:11  4    they had complained to the Premier about it.

12:11  5    Q.   After the March 22nd meeting with the Premier, did you

12:11  6    discuss with Kadeem about how the meeting went?

12:12  7    A.   Yes, sir.

12:12  8    Q.   Showing you what is admitted as Government's Exhibit 20

12:12  9    C 4.   Pages 18 and 19.   If you could read what Kadeem sent to

12:12  10   Roberto at 3/22, 5:09 p.m.

12:12  11   A.   Meeting is completed and successful.

12:12  12   Q.   Can you read the next message that Kadeem sent to Roberto?

12:13  13   A.   "Head Coach" want to play with the team this season.

12:13  14   Q.   Who does Head Coach refer to?

12:13  15   A.   Head Coach was the name given to Mr. Andrew Fahie.

12:13  16   Q.   Who came up with that name?

12:13  17   A.   I think it was Roberto who came up with all the names.

12:13  18   Q.   Showing you what is admitted as Government's Exhibit 3 B.

12:13  19   Can you would tell the jury the date?

12:14  20   A.   March 22, 2022.

12:14  21   Q.   And what is the type?

12:14  22   A.   Phone call.

12:14  23   Q.   Approximately how long is this phone call?

12:14  24   A.   18 minutes.

12:14  25   Q.   Who are the participants?

A.   Kadeem Maynard, Oleanvine Maynard and Roberto Quintero.

Q.   Can you review this transcript as well as the corresponding recording?

A.   Yes, sir.

Q.   And are they accurate to the best of your knowledge?

A.   Yes, sir.

Q.   Let's turn now to page five, lines 5 through 7.  You say, yeah, the boss -- I was by the boss for about two hours today and we had a good conversation and he is quite interested.  Who were you referring to when you said the boss?

A.   Mr. Andrew Fahie.

Q.   Line 19 on page five.  He said we don't need Wade.  Who are you referring to when you say he?

A.   Mr. Andrew Fahie.

Q.   Page seven, lines 19 and 20.  You say he run Customs to the big -- our big boss runs Customs.  What do you mean when you say our big boss runs Customs?

A.   I was referring to Mr. Andrew Fahie being the boss of the Customs Department.

Q.   Turning to the bottom of page 8 and the top of page 9, line 22.  You said; he said I'm suppose to get -- come from under him so I'm going to get the licenses by next week.

     I dropped them off today.  He said by next week and he had asked what your name was.  It's only fair, he said, he wanted -- and asked me what's your name.

12:16   1   I couldn't tell what your name was.  Who was asking for

12:16   2   Roberto's name?

12:16   3   A.   Mr. Andrew Fahie.

12:16   4   Q.   Page twelve, lines 13 and 14.  You say; he's going to need

12:17   5   some money too, to get them on his side.  Who is the he you are

12:17   6   referring to?

12:17   7   A.   Mr. Andrew Fahie.

12:17   8   Q.   And then the top of page 13, line five, you continue to

12:17   9   tell -- you could do it in denominations of 100 and if it is to

12:17   10  come via the airport you trust me, I know the man, it ain't

12:17   11  going to be a setup.  What did you mean by that?

12:17   12  A.   I was referring to the money that Mr. Quintero had asked --

12:17   13  that we asked Mr. Quintero for -- and I was saying to him that

12:17   14  Mr. Fahie said to do it in big denominations of $100.

12:17   15      I assured him that it was not a setup in terms of his being

12:17   16  arrested or anything for bringing the money into the territory.

12:17   17  Q.   Why did you say that?

12:18   18  A.   That nobody will set him up to be arrested or be caught

12:18   19  with the money because he was concerned with his safety.

12:18   20  Q.   Who was?

12:18   21  A.   Roberto Quintero was concerned with his safety bringing

12:18   22  this money into the territory.

12:18   23  Q.   Turning to page 15 at line five.  You say; so he was

12:18   24  wondering, he said before month end.  I ain't know when month

12:18   25  end is.

12:18  1        If it is you could have come up with $500,000 so he could

12:18  2   start paying.   He will give Wade and some other people under

12:18  3   him.   Who is the he you are referring to?

12:18  4   A.   Mr. Andrew Fahie.

12:19  5             THE COURT:   I think this might be a good time to break

12:19  6   for lunch.

12:19  7             Mr. GERARDE:   Yes, Judge.

12:19  8             THE COURT:   We are going to break for lunch, ladies

12:19  9   and gentlemen.   Do not talk about the case.   Why don't you all

12:19  10  be back at 1:30 to resume.

12:19  11            COURT SECURITY OFFICER:   All rise, please.

12:20  12                      JURY EXCUSED.

12:20  13            THE COURT:   I don't know, Mr. Gerarde, if you want to

12:20  14  tell the jury why Ms. Maynard remains seated when they come in

12:20  15  and out; it is up to you.

12:20  16            I will see everyone back here at 1:30.

12:20  17                  RECESS TAKEN

01:29  18            THE COURT:   Bring in the jury, please.

01:29  19            COURT SECURITY OFFICER:   All rise, please.

01:29  20            THE COURT:   Everyone may be seated.

01:31  21            You may resume, Mr. Gerarde.

01:31  22            Mr. GERARDE:   Thank you, Judge.

01:31  23  Q.   So, Ms. Maynard we left off before lunch talking about a

01:31  24  phone call that you had with Roberto after you met with the

01:32  25  Premier on March 22nd.

01:32  1      We will get back to that in a moment.  After you had the

01:32  2  lunch on March 20th with Roberto and Kadeem and you learn of

01:32  3  Roberto's intentions to move cocaine through the British Virgin

01:32  4  Islands why did you feel comfortable bringing this to the

01:32  5  Premier?

01:32  6  A.  It was not so much a part of just bringing it to the

01:32  7  Premier.  I was more or less interested in the investment part

01:32  8  of it.  Because Roberto had mentioned that he wanted to invest

01:32  9  in other parts of the British Virgin Islands.

01:32  10      So, it was not just the shipping it was other ventures that

01:32  11  he had proposed at the time.

01:32  12  Q.  All right. What concern did he have -- if any concern at

01:33  13  all -- that you would bring it to the Premier and he would get

01:33  14  you in trouble for it?

01:33  15  A.  One of the things that they were mentioned prior -- nothing

01:33  16  was coming from off the boat and it was just passing through --

01:33  17  so I was a little more comfortable with it.

01:33  18  Q.  When you say nothing coming off the boat?

01:33  19  A.  No cargo or anything was going to remain in the British

01:33  20  Virgin Islands.  It was just a shipment that they were going to

01:33  21  use the British Virgin Islands for at that point.

01:33  22  Q.  So you rationalized that the drugs were going through the

01:33  23  Island, not on the Island?

01:33  24  A.  (No response)

01:33  25

Q.  So had the Premier wanted to remove you from bringing this

to him what could he have done?

A.  If at that point if he was not in favor of what I brought

to him he could have called the chairman of the board and said

this is what Ms. Maynard said; and I would like her to be

removed from being the manager of the Ports Authority and it

could have been done via a board meeting.

Q.  Let's go back to the phone call on March 22nd with Roberto

and with Kadeem, Government's Exhibit 3 B.  Let's go to page 15

of 3 B.  We are at page 15.

    Referring you to lines five through 9.  You say; so he was

wondering he said before month end.  I ain't know what month

end is.  If it was -- you could have come up with 500,000 so he

could start paying -- he will get Wade and some other people

under him.  My question is who gave you this information?

A.  Mr. Fahie gave me this information.

Q.  Why are you telling Roberto this information?

A.  That is what Mr. Fahie had asked me to relate to him in

terms of getting the 500,000 from the boat to give to Mr. Fahie

so he can begin to pay whoever he needs to pay for the shipment

to pass through the BVI.

Q.  On page 25 of Government's Exhibit 3 B.  Referring you to

lines 7 through 9.  You said this conversation he and I having

without -- nobody else must know about it -- we are going to

agree with it.

01:37  1    You go on to say; I know my leader.  He like money so he

01:37  2  game for it.  But he want to know too that it ain't a set up on

01:37  3  your part either.  So I tell him that is legit.

01:37  4    Why did you say that to Roberto?

01:37  5  A.   The information we were sharing was confidential.  At one

01:37  6  point Roberto had said I must not let the Arabs know I was in

01:37  7  contact and it must remain confidential among us.

01:37  8  Q.   Lines 17 and 18 you said so I tell him your legit.  Who is

01:37  9  the him?

01:37  10  A.   I am speaking about Mr. Fahie.

01:37  11  Q.   Why did you say this to Roberto?

01:37  12  A.   I wanted to assure him that he would not get into any

01:38  13  problems with Mr. Fahie in carrying out this transaction.

01:38  14  Q.   I'm referring you to page 30 of Government's Exhibit 3 B,

01:38  15  line 22.  You said to Roberto, he wanted to move, you know.

01:38  16  Who is the he that you are referring to?

01:38  17  A.   I was referring to Mr. Fahie at that point.

01:38  18  Q.   Why were you telling Roberto that Mr. Fahie wanted to move?

01:39  19  A.   I think we are talking about the trip coming up in Miami.

01:39  20  I'm not sure why I said that.  Perhaps as we go along I may be

01:39  21  able to clarify that statement.

01:39  22  Q.   When you spoke with Mr. Fahie about Roberto did he convey

01:39  23  any urgency with meeting with Roberto?

01:39  24        MS. VAN VLIET:  Objection; leading.

01:39  25        THE COURT:  Overruled.

01:39  1       THE WITNESS:  Mr. Fahie wanted to meet with Roberto as

01:39  2   well after we had the conversation and I told him what it was

01:39  3   all about.

01:40  4   Q.  Referring you to page 36 at lines 4 through 9.  Do you see

01:40  5   lines four and five Roberto says what about April, April 7th?

01:40  6   It is a Thursday.  I think so, yes, it is a Thursday.

01:40  7       And then you said back Thursday, yeah, yeah that is good.

01:40  8       What did you mean when you said that is good?

01:40  9   A.  Thursday would be a good date for us to set the meeting

01:40 10   for.

01:40 11   Q.  Who would be at the meeting?

01:40 12   A.  Roberto, Mr. Fahie and myself.

01:40 13   Q.  Why would Thursday be good?

01:40 14   A.  Thursday was one of the days that Mr. Fahie was not

01:40 15   committed to any specific meetings.

01:41 16   Q.  Showing you Government's Exhibit 18 C 2, page three of the

01:41 17   exhibit.  What is the date of the highlighted message?

01:42 18   A.  Three; 23; 2022.

01:42 19   Q.  What is the time?

01:42 20   A.  8:37.

01:42 21   Q.  Can you read what you sent to Mr. Fahie?

01:42 22   A.  Good morning.  All is well on my end.  The meeting with RTW

01:42 23   is scheduled for April 7th.  I hope you will be able to attend.

01:42 24   The outstanding account will be closed at this time.  Further

01:42 25   details to follow after confirmation.

01:42  1        We can meet for further clarification.

01:42  2   Q.  When you said the meeting with RTW, who were you referring

01:43  3   to?

01:43  4   A.  I was referring to the meeting with Roberto.

01:43  5   Q.  Going to the top of page four.  Can you read Mr. Fahie's

01:43  6   response?

01:43  7   A.  Duly noted.

01:43  8   Q.  When was that sent?

01:43  9   A.  3/23/2022 at 3:19.

01:43  10  Q.  At the bottom of page four at Government's 18 C 2, can you

01:43  11  read the message that Mr. Fahie sent to you on March 24th at

01:43  12  9:00 p.m.?

01:43  13  A.  24th of April from St. Thomas to Miami on American, first

01:44  14  class, make sure it gets me the time to catch the ferry in

01:44  15  order to catch American Airlines.

01:44  16  Q.  Can you read the message at the top of page five?

01:44  17  A.  Return 5th May 2022 from Miami to St. Thomas first class on

01:44  18  the first flight out from Miami to St. Thomas.  Make sure it

01:44  19  reaches with enough time to catch the ferry back to Tortola.

01:44  20  Q.  What was the Premier asking you to do?

01:44  21  A.  I was making travel arrangements for Mr. Fahie to go to

01:45  22  Miami and come back to Tortola.

01:45  23  Q.  Why were you making Mr. Fahie's flight arrangements?

01:45  24  A.  Mr. Fahie was going to be participating in the Sea Trade

01:45  25  Conference with travel under the BVI Ports Authority.

01:45  1      So we were the ones making the travel arrangements.

01:45  2  Q.  What is the Sea Trade Conference?

01:45  3  A.  It a conference where everyone that is in the Marine

01:45  4  Industry, the ports, meet on an annual basis here in Miami to

01:45  5  discuss anything pertaining to the Sea Trade.

01:45  6  Q.  As the Managing Director of the Ports were you also

01:45  7  traveling to Miami for Sea Trade at this time?

01:45  8  A.  I was not scheduled to travel to the Sea Trade that year.

01:45  9  Q.  Why not?

01:45 10  A.  I was not scheduled to go.  I personally did not want to go

01:46 11  because I had just gotten out of the hospital so I did not want

01:46 12  to travel as yet.

01:46 13  Q.  Turning to page seven of Government's Exhibit 18 C 2, if

01:46 14  you would read the message that Mr. Fahie sent to you.

01:46 15  A.  I need to know my flight number and dates from Saint Thomas

01:46 16  ASAP that I gave you so that my wife can book her ticket

01:46 17  presently on the same flight because they are filling up.

01:46 18  Q.  What was your understanding of whether Mr. Fahie's wife was

01:46 19  traveling with him to Miami?

01:46 20  A.  She was traveling with him privately so she was taking care

01:47 21  of her own travel arrangements so she just wanted to be on the

01:47 22  same flight with him.

01:47 23  Q.  Let's turn to Government's 4 A and B. What is the date

01:47 24  here?

01:47 25  A.  March 29th, 2022.

01:47  1   Q.   What is written underneath the date?

01:47  2   A.   Phone call.

01:47  3   Q.   What is the duration of the call?

01:47  4   A.   13 minutes.

01:47  5   Q.   Who are the listed participants?

01:47  6   A.   Kadeem Stephan Maynard, Oleanvine Pickering Maynard ...

01:47  7          THE COURT REPORTER: Please keep your voice up.

01:47  8          THE COURT:  Yes.  My court reporter has to be able to

01:48  9   hear you so she can make an accurate record.

01:48  10  Q.   Turning now to page nine, lines eight and nine.  Do you see

01:48  11  where you say, yes, I was saying the game is still on for the

01:48  12  date you mentioned?

01:48  13  A.   The meeting was still scheduled for the date mentioned.

01:48  14  Q.   What did you mean when you said the game is still on?

01:48  15  A.   The meeting was still on that was scheduled.

01:48  16  Q.   Turning to page 18, line ten.  You say okay.  I will let

01:49  17  you know ahead of time.  Who were you speaking to?

01:49  18  A.   Roberto Quintero.

01:49  19  Q.   What were you telling him you were going to let him know

01:49  20  ahead of time?

01:49  21  A.   Can you repeat the question.

01:49  22  Q.   At this time on March 29th did you know where the meeting

01:49  23  was going to be held with Mr. Fahie?

01:49  24  A.   No, sir.

01:49  25

01:49   1   Q.   Who was responsible for choosing the meeting location?

01:49   2   A.   Who was responsible for that?

01:49   3   Q.   Yes.

01:49   4   A.   Mr. Fahie chose the meeting location.

01:50   5   Q.   Page 19, lines 13 through 15.   Roberto says; I did not tell

01:50   6   him about the -- the misunderstanding with my friends with the

01:50   7   beard, you know.

01:50   8        Who did you understand Roberto to be referring to when he

01:50   9   said my friends with the beard?

01:50   10  A.   The Arabs.

01:51   11  Q.   Page 23 of Government's Exhibit 18 C 3.   Can you read the

01:51   12  message you sent to Kadeem on March 29th at 12:59 p.m.?

01:51   13  A.   Wade will call you soon.

01:51   14  Q.   What was the purpose of sending this message to Kadeem?

01:51   15  A.   We had applied for a shipping agent license; and in order

01:52   16  to complete the transaction he needed to do a course with the

01:52   17  Customs Department in order to qualify to get the trade

01:52   18  license.

01:52   19       So they were looking for Kadeem to invite him to do the

01:52   20  training on that Saturday.   He did not have a phone number so

01:52   21  Wade sent a note and asked for Kadeem's number.

01:52   22       So I gave it to him and sent a message to tell him that

01:52   23  Wade would call him soon.   It was in regard to the shipping

01:52   24  agent license.   He needed to take a class at the Customs

01:52   25  Department.

01:52   1   Q.   Why were you seeking to get Kadeem a shipping agent

01:52   2   license?

01:52   3   A.   Kadeem would have been the person that would have run that

01:52   4   part of the business.   It was not just this particular boat so

01:52   5   he would have been the one managing that particular business.

01:53   6   Q.   Who else would have been involved in this particular

01:53   7   business besides you and Kadeem?

01:53   8   A.   He would have other staff members to work along with him in

01:53   9   this particular business.

01:53   10   Q.   Was it your understanding Kadeem would be the shipping

01:53   11   agent for Roberto's boats?

01:53   12   A.   As well, yes.

01:53   13   Q.   Showing you Government's Exhibit 18 C 2 at page nine of the

01:53   14   exhibit.   Can you read what Mr. Fahie sent to you via text on

01:53   15   March 30th at 4:01 a.m.?

01:53   16   A.   Please send RTW company person name 911 for the meeting in

01:54   17   April.   I know you are busy and may have...

01:54   18        (INAUDIBLE FOR THE RECORD)

01:54   19        ... but I need the information today.   Thanks.

01:54   20   Q.   What was your understanding of who Mr. Fahie was referring

01:54   21   to when he said RTW?

01:54   22   A.   He was referring to Roberto Quintero.

01:54   23   Q.   Turning now to page 11 of the exhibit.   Can you read what

01:54   24   you sent back to Mr. Fahie four hours later at 8 a.m.?

01:54   25   A.   RTW general manager Roberto Quintero at 3:30...

01:55  1      (INAUDIBLE FOR THE RECORD)

01:55  2  Q.  What did Mr. Fahie say back to you?

01:55  3  A.  This is the one for the meeting in April.

01:55  4  Q.  When did he send that message?

01:55  5  A.  3/30/2022 at 8:15.

01:55  6  Q.  What did you say back to Mr. Fahie?

01:55  7  A.  Yes, I need to meet with you to finalize details at your

01:55  8  convenience.

01:55  9  Q.  What details were you referring to?

01:55  10  A.  The upcoming meeting that we were trying to schedule in

01:55  11  April.

01:55  12  Q.  As of March 30th were you aware of where the meeting would

01:55  13  be held?

01:55  14  A.  No, sir.  I did not know where the meeting would be held

01:56  15  until I reached the place on April 7th.

01:56  16  Q.  We will talk about that in a moment.  Let's look at

01:56  17  Government's Exhibit 15 C 8.  Can you read the outgoing message

01:56  18  on February 14th of 2022?

01:56  19  A.  Reference name, number, e-mail position at work and the

01:57  20  address...

01:57  21  Q.  Continuing to the next page.

01:57  22  A.  Need this information from you ASAP...

01:57  23      All of that I must read?

01:57  24  Q.  Yes, please.

01:57  25

01:57  1   A.  Needs this information from you ASAP; as she put you down

01:57  2   as one of her references to get into grad school at Penn State;

01:57  3   911.

01:57  4   Q.  If you would read the incoming message sent back to Mr.

01:57  5   Fahie on that same day?

01:57  6   A.  The text says, Bevis Sylvester Vice President, Delta

01:58  7   Petroleum.

01:58  8   Q.  Who is Bevis Sylvester?

01:58  9   A.  A friend of Mr. Fahie's.

01:58  10  Q.  Do you know Bevis Sylvester?

01:58  11  A.  Yes, sir.

01:58  12  Q.  Does Bevis Sylvester have any siblings?

01:58  13  A.  Yes, sir.

01:58  14  Q.  What are the siblings names?

01:58  15  A.  I do not know all of his siblings names.  I know one is

01:58  16  Roxanne Sylvester.

01:58  17  Q.  How well do you know Roxanne Sylvester?

01:58  18  A.  Roxanne was a good friend of mine.

01:58  19  Q.  Directing you to page three of Exhibit 15 C A.  Can you

01:58  20  read what Mr. Fahie sent to Bevis Sylvester on 3/31 at 3:24 in

01:59  21  the morning?

01:59  22  A.  Check this man name Roberto Quintero.  Man that said he

01:59  23  wants to invest in the country and also wants to help -- and do

01:59  24  business with her -- he is coming to the country for a meeting

01:59  25  on April 7th.

01:59  1     This is important so report back 911.  Make sure he isn't a

01:59  2  back door...

01:59  3          THE COURT REPORTER:  I didn't understand that answer.

01:59  4          THE COURT:  Again, Ms. Maynard, keep your voice up and

01:59  5  speak right into the microphone.

01:59  6  Q.  Do you see your name in this message?

01:59  7  A.  Yes, sir.

01:59  8  Q.  What is the date of the meeting with Roberto and Mr. Fahie?

01:59  9  A.  April 7th.

01:59 10  Q.  Is that date in Mr. Fahie's message to Bevis Sylvester?

02:00 11  A.  Yes, it is.

02:00 12  Q.  What did Bevis say back to the Premier?

02:00 13  A.  To meet the Premier of the BVI the following is required.

02:00 14  Full name, picture, biography, business profile, disclose any

02:00 15  criminal record, reason for meeting, proposed date of meeting.

02:00 16  Q.  Going back to 18 C 2, page 14.  What message did Mr. Fahie

02:01 17  send to you at 7:30 in the morning on March 31st?

02:01 18  A.  Good day and God blessings be upon you and your family.  To

02:01 19  meet the Premier of the BVI there is set criteria.  The

02:01 20  following is required:

02:01 21      Full name, picture, biography, business profile, disclose

02:01 22  any criminal record, reason for meeting, approved date,

02:01 23  proposed length of meeting.

02:01 24      Have him produce this information 911.  The requested

02:01 25  meeting will be at my office at 9:00 a.m. sharp on seven April.

1    I await your response with the above information.

2   Q.  How does this information compare to the message that Bevis

3   sent to the defendant?

4   A.  It is similar to what he sent.

5   Q.  You said Bevis was the Premier's friend.  Does he have any

6   position in the Government?

7   A.  He was also on the board of the BVI Ports Authority.

8   Q.  Do you know how long the Premier and Bevis had known each

9   other?

10   A.  It is my understanding it was a relationship that dated

11   back to childhood.

12   Q.  What about the Premier and Roxanne?

13   A.  They are all good family friends to my understanding.

14   Q.  Going down to page 15.  If you could read what you wrote to

15   Mr. Fahie at 8:24 a.m. on March 31st?

16   A.  Good morning.  Can we meet in the RTW matter around noon?

17   Q.  When you said RTW who are you referring to?

18   A.  Roberto Quintero.

19   Q.  Why are you asking to meet with the Premier about Roberto

20   on this date?

21   A.  It's been a long time but I guess it was to discuss the

22   upcoming meeting with him.

23   Q.  What did you do with the list of requirements that Mr.

24   Fahie sent to you?

25

02:03  1   A.   Those requirements I had passed on to Kadeem and he sent

02:03  2   them to Roberto.

02:03  3   Q.   How did Roberto react to getting that list of requirements?

02:04  4   A.   Roberto was upset because he wanted to know what had

02:04  5   changed from previously.

02:04  6   Q.   Based on your discussions with Mr. Fahie had anything

02:04  7   changed?

02:04  8   A.   Nothing had changed.  He just wanted him to provide the

02:04  9   additional information before the meeting date.

02:04  10  Q.   Government's Exhibit 18 C 3, page 31.  What did you send to

02:04  11  Kadeem at 9:30 in the morning?

02:04  12  A.   Going to the boss around noon.

02:04  13  Q.   What date was that?

02:04  14  A.   3/31/2022 at 9:30.

02:05  15  Q.   Going back to 18 C 2.  After you asked the defendant if you

02:05  16  could meet around noon, what did the defendant say back to you?

02:05  17  A.   Yes.

02:05  18  Q.   What time did he send the message?

02:05  19  A.   3/31/2022 at 9:28.

02:05  20  Q.   Did you meet with the Premier that day?

02:05  21  A.   Yes, sir.

02:05  22  Q.   When you spoke to him what, if anything, was said about

02:05  23  cancelling the date?

02:05  24  A.   Nothing was said about cancelling the meeting.

02:06  25

02:06   1   Q.   What, if anything, was said about thinking Roberto was

02:06   2   setting him up?

02:06   3   A.   He said he wanted the information to ensure that nobody was

02:06   4   sent to spy on him or anything like that.   The meeting was

02:06   5   still continuing.

02:06   6   Q.   Did you speak with Roberto later that day; March 31st?

02:06   7   A.   I did not have his number, but a call was placed to Roberto

02:06   8   for Mr. Fahie to speak with him to -- in order to allay his

02:06   9   fears.

02:06   10  Q.   Turning your attention to Government's Exhibit 5 B.   What

02:07   11  is the date there?

02:07   12  A.   March 31, 2022.

02:07   13  Q.   What is written below that?

02:07   14  A.   Phone call.

02:07   15  Q.   Approximately how long was that call?

02:07   16  A.   28 minutes.

02:07   17  Q.   Who are the listed participants?

02:07   18  A.   Kadeem Maynard, Oleanvine Maynard and Roberto Quintero.

02:07   19  Q.   Have you reviewed the transcript in this case and its

02:07   20  corresponding recording?

02:07   21  A.   Yes, sir.

02:07   22  Q.   To the best of your knowledge is the transcript a fair and

02:07   23  accurate reflection of the recording?

02:07   24  A.   Yes, sir.

02:07   25  Q.   Who are the listed participants?

76

02:07   1   A.   Kadeem Maynard, Oleanvine Maynard and Roberto Quintero.

02:07   2   Q.   Is the Premier's name listed on the front?

02:08   3   A.   No, sir.

02:08   4   Q.   Page ten, line 12 to 13.  You say he is a straightforward

02:08   5   person; do you see that?

02:08   6   A.   Yes, sir.

02:08   7   Q.   Who are you referring to?

02:08   8   A.   Mr. Fahie.

02:08   9   Q.   Why did you say he's a straightforward person?

02:08   10  A.   Knowing Mr. Fahie if he is going to do something he will do

02:08   11  it; if not he will tell you.  I know him to be that type of

02:08   12  person.  He expresses his mind.

02:09   13  Q.   Turning to page 11, lines 9 through 18.  Do you see where

02:09   14  Roberto says; I am just trying to do good business -- so let me

02:09   15  ask you -- did you tell him everything that we discussed.

02:09   16       And he is -- if you told him that he is asking for this

02:09   17  that is not normal.  I think -- you know what, right now I

02:09   18  think he wants me -- he wants me to arrest me, that's what I

02:09   19  think.

02:09   20       And then you reply no, no, no, he's not that type of

02:09   21  person.

02:09   22       My question to you is what, if anything, did the Premier

02:09   23  say to you to give you an impression that he wanted to arrest

02:09   24  Roberto?

02:09   25

02:09  1   A.  He never said anything to me about arresting Roberto during

02:09  2   our discussions.

02:10  3   Q.  Let's go to page 40, line 14.  Do you see where Kadeem says

02:10  4   he knows; he knows?

02:10  5       And that's what put him in -- let's be careful, you know,

02:10  6   he is willing, he is ready, he agreed.

02:10  7       Even he called us -- that message came at four this

02:10  8   morning -- what message was Kadeem referring to, to your

02:10  9   understanding?

02:10  10  A.  It was a message I think concerning the requirements that

02:10  11  Mr. Fahie was looking for from Roberto.

02:10  12  Q.  When Kadeem said he is willing, he is ready, he agreed, is

02:11  13  that accurate?

02:11  14          MS. VAN VLIET:  I object to the leading.

02:11  15          THE COURT:  Rephase the question if you would.

02:11  16  Q.  What was your understanding of Mr. Fahie's willingness,

02:11  17  readiness and agreement to meet with Roberto?

02:11  18  A.  At no point in time did he say he was going to pull out of

02:11  19  the meeting -- he was always interested in having the meeting

02:11  20  on April 2nd -- nor did he say anything about having second

02:11  21  thoughts about a meeting.

02:11  22  Q.  Government's Exhibit 18 C 2 your messages with the Premier

02:12  23  at page 18.  What is the date and time of the message at the

02:12  24  top of the page?

02:12  25  A.  April 1st, 2022 at 8:03 in the morning.

02:12 1   Q.  Can you read the message you sent to the Premier?

02:12 2   A.  Good morning.  God's blessing be upon you.  If you are not

02:12 3   busy this afternoon I would like to update you on the

02:12 4   happenings both on the Anegada and the RTW.  I need to place a

02:12 5   call to the manager for him to briefly explain the proposal.

02:13 6   The conversation will be brief but necessary.

02:13 7   Q.  You said; on my way to Anegada.

02:13 8   A.  Yes.

02:13 9   Q.  What is Anegada?

02:13 10  A.  Anegada is an island located in the British Virgin Islands.

02:13 11  Q.  Was that related to anything involving Roberto and the

02:13 12  Premier?

02:13 13  A.  No, sir; that was business.

02:13 14  Q.  You said I would like to update you on the happenings in

02:13 15  Anegada and RTW.  Then you go on to say; I need to place a call

02:13 16  to the manager for him to briefly explain his proposal.  Who

02:13 17  are you referring to when you say RTW and the manager?

02:13 18  A.  RTW was Roberto Quintero.

02:13 19  Q.  What were you trying to convey investigation to Mr. Fahie?

02:13 20  A.  I wanted him to speak with Roberto for him to explain to

02:14 21  him how he felt about the information he received from him.

02:14 22  Q.  What did Mr. Fahie say back on April 1st at 8:34 a.m.?

02:14 23  A.  I need information from RTW that I was to get yesterday

02:14 24  afternoon.  I need it 911.

02:14 25  Q.  What information was he referring to?

02:14  1    A.  His full name, his pictures and all of those things that

02:14  2    was contained on the list that I sent to Roberto.

02:14  3    Q.  When he said I need it 911, what did you understand that to

02:15  4    mean?

02:15  5    A.  He needs it urgently.

02:15  6    Q.  Why do you think that Roberto was unwilling to provide his

02:15  7    name, his photo, things of that nature?

02:15  8                MS. VAN VLIET:  Objection; speculation.

02:15  9                THE COURT:  Sustained.

02:15  10   Q.  Did Roberto provide his photo and other background

02:15  11   information the Premier was asking for?

02:15  12   A.  No, sir.

02:15  13   Q.  Going to page 19.  If you could read the first two messages

02:15  14   you send to the Premier on April 1st at 8:58 a.m.?

02:16  15   A.  With all due respect, sir, as the nature of this meeting

02:16  16   was informal in nature and position of persons participating,

02:16  17   my personal information is crucial for my safety.  I am coming

02:16  18   to your country which is already a risk.

02:16  19       Now this message; is everything okay over there?

02:16  20       And I said; is this message from the manager Roberto

02:16  21   Quintero.

02:16  22   Q.  What did the Premier say back to you?

02:16  23   A.  Noted; but I still have to research who I am dealing with.

02:16  24                THE COURT:  I think we need a post lunch restroom

02:16  25   break.

02:16  1    We will take a break for about ten minutes or so.

02:16  2    Don't talk about the case and we will be back.

02:16  3    COURT SECURITY OFFICER:  All rise, please.

02:16  4    RECESS TAKEN

02:35  5    THE COURT:  You may continue.

02:35  6    Q.  Before the break we discussed a text message from Roberto

02:35  7    that you sent to the Premier.  Let's look at what the Premier

02:35  8    wrote back.  Can you read that?

02:35  9    A.  Noted; but I still have to research who I am dealing with.

02:35  10   Q.  What was the next message?

02:35  11   A.  It is me, the information coming to, and that's

02:35  12   confidential.

02:35  13   Q.  What did you say back to the Premier?

02:36  14   A.  That is the reason for the phone call this afternoon.

02:36  15   Q.  At 9:00 a.m. what did the Premier ask?

02:36  16   A.  We are calling them?

02:36  17   Q.  What did you say?

02:36  18   A.  When I reach by.

02:36  19   Q.  What was the Premier's response?

02:36  20   A.  Not clear.  We are calling them when you reach by me.

02:36  21   Q.  What did you say to that?

02:36  22   A.  Yes, sir.

02:36  23   Q.  April 1st at 9:18 p.m. what time did the Premier suggest

02:36  24   this phone call would be?

02:37  25   A.  3:30 sharp.

81

02:37 1   Q.   What did you say to the Premier at 3:35 on April 1st?

02:37 2   A.   Downstairs.

02:37 3   Q.   What did the Premier say to you?

02:37 4   A.   Coming now.

02:37 5   Q.   Showing you what is admitted as Government's Exhibit 6 B.

02:37 6   We will be referring to Government's Exhibit 6 A.  What is the

02:37 7   date there?

02:37 8   A.   April 1, 2022.

02:37 9   Q.   What is written underneath that?

02:37 10  A.   Phone call.

02:38 11  Q.   What is the duration?

02:38 12  A.   15 minutes.

02:38 13  Q.   Who are the participants?

02:38 14  A.   Andrew Alturo Fahie, Kadeem Stephan Maynard, Oleanvine

02:38 15  Pickering Maynard and Roberto Quintero.

02:38 16  Q.   How was this call connected?

02:38 17  A.   It was a 3-way call.  Kadeem dialed the number and called

02:38 18  the number I was at and I was in Mr. Fahie's office and we all

02:38 19  connected to Roberto Quintero.

02:38 20  Q.   Was anyone else with you and Mr. Fahie?

02:38 21  A.   Just me and him in his office.

02:38 22  Q.   Was this in the office he worked in?

02:38 23  A.   Yes.

02:39 24  Q.   The Government will publish Government's Exhibit 6 A.

02:39 25

02:39  1      You have in front of you two binders.  Can you take out the

02:39  2  larger of the binder.  I will ask the jury to do the same.

02:39  3  Please turn to transcript 6 B.

02:40  4      Are you there?

02:40  5  A.  Okay.

02:40  6  Q.  Let me know when you are ready.

02:40  7  A.  I am ready.

02:40  8  Q.  Please turn to page two.  The Government will begin

02:41  9  publishing Exhibit 6 A.

02:41 10          AUDIOTAPE PLAYED FOR THE RECORD

02:45 11  Q.  Going to page eight, lines 13 through 15.  When Mr. Fahie

02:46 12  said it took 20 years to get there and he did not want to leave

02:46 13  in 20 minutes what did you understand that to be?

02:46 14  A.  It took him 20 years to become Premier of the British

02:46 15  Virgin Islands and he did not want to lose it in 20 minutes.

02:46 16  Q.  And just before that he says; just how you want to be

02:46 17  cautious, I myself want to make sure that you're cautious and

02:46 18  I'm cautious.  Why did the Premier need to be cautious?

02:47 19          MS. VAN VLIET:  Objection.

02:47 20          THE COURT:  How did you understand that statement?

02:47 21  Q.  What did you understand the Premier to be talking about

02:47 22  when he said I need to be cautious?

02:47 23  A.  He wanted to be sure he was not getting into any illegal

02:47 24  problems with the gentlemen.  So he wanted to be cautious.

02:47 25

02:47  1  Q.  Leading up to this, what had you told the Premier about

02:47  2  what Roberto wanted to bring through the Island?

02:47  3  A.  He had a general idea of what Mr. Roberto was bringing

02:47  4  through the island but it was going to be explained to him

02:47  5  fully on April the 7th.

02:47  6  Q.  Was it normal for the Premier to ask for a half million

02:48  7  dollars?

02:48  8  A.  Not to my knowledge he should not be

02:49  9          AUDIOTAPE PLAYED FOR THE RECORD

02:53  10  Q.  Stopping at page 15, line one.  Going back to page 14 at

02:53  11  line 3.  Who did you understand Mr. Fahie to be referring to as

02:53  12  his friend?

02:53  13  A.  That would have been me.

02:53  14  Q.  Down at the bottom of page 14, lines 18 and 19.  Roberto

02:54  15  says my friend told me that we will be better after five.  Who

02:54  16  did you understand Roberto to be referring to as his friend?

02:54  17  A.  He would be referring to myself.

02:54  18          AUDIOTAPE PLAYED FOR THE RECORD

02:55  19  Q.  Who chose the time for the meeting on the 7th?

02:55  20  A.  Mr. Fahie did.

02:55  21  Q.  What time was that?

02:55  22  A.  7 p.m.

02:55  23          Mr. GERARDE:  We will continue to publish.

02:56  24          AUDIOTAPE PLAYED FOR THE RECORD

03:00  25

Q.   Let me go back to page 20, line 23.  At the bottom the
Premier says I want to secure you and I want to secure me.
What did you understand that to mean?
A.   He wanted to insure that nothing will go wrong on his part
and also on the other guy part.
Q.   Going to lines five and six of the same page.  Mr. Fahie
says; but I don't see it -- be a restaurant -- because it will
still be an issue.  What's your understanding of why a
restaurant would be an issue?
A.   It was too much of a public place and security might be a
problem.
Q.   Where did the meeting take place on April 7th?
A.   Someone's residence.
Q.   Going to page 22 at lines 17 and 18.  The Premier says; I
will arrange everything.  I will have everything arranged.
What was your understanding of who was setting up this meeting?
A.   Mr. Fahie will be setting up the place for the meeting.
Q.   You said a private residence; is that right?
A.   Yes.
Q.   Who owned the residence?
A.   To the best of my knowledge it belonged to Bevis Sylvester.
Q.   After the phone call what did the Premier say to you after
you guys hung up the phone?
A.   It's been a long time since the conversation so I would not
be able to repeat word for word.

85

03:02    1      But we agreed that the meeting would go on for April 7th

03:02    2   and the arrangements would be done by him.

03:02    3   Q.   How would you describe Mr. Fahie's perceived comfort level

03:02    4   with Roberto after the phone call?

03:02    5   A.   I believe he felt good about the conversation he had with

03:02    6   him to proceed with the meeting on April 7th.   He never said to

03:02    7   me I don't think we should go through with this.   It was left

03:02    8   that the meeting would take place on April 7th.

03:03    9   Q.   What was your comfort level?   Did you ever say to the

03:03   10   Premier you did not want to go forward with it?

03:03   11   A.   I never said anything like that to him.

03:03   12   Q.   Showing you what is admitted as Government's Exhibit 15 C 1

03:03   13   which is the call log from Mr. Fahie's phone.   I am on page

03:03   14   seven of the exhibit.   I will direct you to some of the people

03:03   15   listed on the call log.   Did you see the name Maya Chinnery?

03:03   16   A.   Yes.

03:03   17   Q.   Do you know who Maya Chinnery is?

03:03   18   A.   No, sir.

03:03   19   Q.   What is the call type there?

03:04   20   A.   It is a missed call.

03:04   21   Q.   Who made the call?

03:04   22   A.   The call came from Andrew Fahie.

03:04   23   Q.   What was the date and time?

03:04   24   A.   April 1st, 2022, at 2:35.

03:04   25

03:04  1  Q.  Directing you to item 6 on page 7.  Can you read the name

03:04  2  underlined?

03:04  3  A.  Brian.

03:04  4  Q.  Referring you to Government's Exhibit 15 C.  What is the

03:04  5  name there?

03:04  6  A.  Chucky Hodge.

03:05  7  Q.  Do you know Chucky Hodge?

03:05  8  A.  Yes, sir.

03:05  9  Q.  Who is Chucky Hodge?

03:05  10  A.  A business man that operates one of the ferries on the

03:05  11  island.

03:05  12  Q.  Do you know him to be associated with law enforcement on

03:05  13  the island?

03:05  14  A.  Not to my knowledge.

03:05  15  Q.  Let's go down to item seven.  What is the letter there?

03:05  16  A.  Q.

03:05  17  Q.  Referring you to Government's Exhibit 15 C 2.  What is the

03:05  18  name there?

03:05  19  A.  Aldrea Maduro.

03:06  20  Q.  Do you know who that is?

03:06  21  A.  That is his sister; but she passed.

03:06  22  Q.  Page eight of Government's Exhibit 15 C 1.  Item three.

03:06  23  What is the letter that is underlined?

03:06  24  A.  R.

03:06  25

03:07   1    Q.   Referring you to Government's Exhibit 15 C 2.   Can you read

03:07   2    the name associated with R?

03:07   3    A.   Roy Garaway.

03:07   4    Q.   Who is Roy Garaway?

03:07   5    A.   I know Mr. Garaway to be a contractor on the island.

03:07   6    Q.   What is his relationship with Mr. Fahie?

03:07   7    A.   I know them to be good friends.   It is my understanding

03:07   8    that's his building contractor.

03:07   9    Q.   What kind of call did he make to Mr. Garaway?

03:08   10   A.   Missed.

03:08   11   Q.   What is the date and time?

03:08   12   A.   April 1st, 2022, at 4:58.

03:08   13   Q.   Going to line four.   Who did Mr. Fahie call at this time?

03:08   14   A.   Vincent Wheatley.

03:08   15   Q.   What was the date and time?

03:08   16   A.   4/1/2022 at 5.

03:08   17   Q.   Missed call?

03:08   18   A.   Yes.

03:08   19   Q.   Who is Vincent Wheatley?

03:08   20   A.   He was one of the Ministers of Government in his

03:08   21   administration.

03:08   22   Q.   What was his position?

03:09   23   A.   The Minister For Natural Resources and Labor.

03:09   24   Q.   Going to item five.   Whose call was this made?

03:09   25   A.   R.

```
03:09   1    Q.   Roy Garaway?

03:09   2    A.   Yes.

03:09   3    Q.   What was the date and time?

03:09   4    A.   4/1/2022 at 5:02.

03:09   5    Q.   What was the duration of the call?

03:09   6    A.   Two seconds.

03:09   7    Q.   Two seconds or two minutes?

03:09   8    A.   Two minutes; Sorry.

03:09   9    Q.   Item seven, page eight.  Who did Mr. Fahie call?

03:09   10   A.   Sheila.

03:10   11   Q.   What is Mr. Fahie's wife's name?

03:10   12   A.   Sheila.

03:10   13   Q.   What is the date and time?

03:10   14   A.   4/1/2022 at 5:04.

03:10   15   Q.   The name on item two on page nine?

03:10   16   A.   Looks like Tamesha.

03:10   17   Q.   Directing you to Government's 15 C 2, Page 117.  Can you

03:10   18   read the name highlighted?

03:10   19   A.   Tamesha Smith.

03:11   20   Q.   Do you know Tamesha Smith?

03:11   21   A.   No, sir.  I do not recognize the name.

03:11   22   Q.   Going to item six on page nine of Government's Exhibit 15 C

03:11   23   1.  Who is Iris Fahie?

03:11   24   A.   That is Mr. Fahie's mom.

03:11   25   Q.   What is the date and time?
```

03:11  1    A.   4/1/2022 at 7:14.

03:11  2    Q.   What was the duration of that call?

03:11  3    A.   Eight minutes.

03:11  4    Q.   Item seven.  Do you recognize the name C Malone?

03:12  5    A.   Yes.

03:12  6    Q.   Who was that?

03:12  7    A.   The Minister of Health.

03:12  8    Q.   What time did Mr. Fahie call Minister Malone?

03:12  9    A.   7:33.

03:12  10   Q.   What was the duration of that call?

03:12  11   A.   14 minutes.

03:12  12   Q.   Item eight on page nine.  Do you know a person named London

03:12  13   Hamlet?

03:12  14   A.   No, sir.

03:12  15   Q.   Down to item nine.  Do you know an individual named Hamlet

03:12  16   Berta?

03:12  17   A.   No, sir.

03:12  18   Q.   10 and 11.  Do you know an individual named Michael Jack?

03:12  19   A.   Yes, sir.

03:12  20   Q.   Who is Michael Jack?

03:12  21   A.   I know him to be a young man that does videos.  He's a

03:13  22   videographer.

03:13  23   Q.   Do you know him to be associated with law enforcement or

03:13  24   Government?

03:13  25   A.   Not to my knowledge.

03:13    1    Q.   I am showing you Government's Exhibit 18 C 2, page 32.   If

03:14    2    you could read the message you sent to the Premier on April 5th

03:14    3    at 12:29 p.m.

03:14    4    A.   On the second the last flight leaves at twelve noon or the

03:14    5    third.   The first flight is at 10:00 a.m. from Miami to St.

03:14    6    Martin.   What is your preference?

03:14    7    Q.   What did the Premier say?

03:14    8    A.   The third to St. Martin.

03:14    9    Q.   Your response?

03:14   10    A.   Noted.

03:14   11    Q.   What did he say to you at 12:53 p.m.?

03:14   12    A.   Leave the 5th May from St. Martin directly to Tortola.

03:14   13    Q.   What did you say to that?

03:14   14    A.   That part is okay.

03:15   15    Q.   I am opening the attachment you sent on April 5 at 4:13

03:15   16    p.m.   Page 34 of Government's Exhibit 18 C 2.   What was Mr.

03:15   17    Fahie asking you to do through the series of text messages?

03:15   18    A.   To make the travel arrangements for him to come to Miami

03:15   19    and return to Tortola via St. Martin.

03:15   20    Q.   When did the defendant ask you to add in a trip to St.

03:15   21    Martin?

03:15   22    A.   I had done the first set of reservations and sent them to

03:15   23    him and he called at some point to ask if I could make some

03:16   24    amendments to it so he could go into St. Martin on that

03:16   25    particular day before coming home.

03:16 1       He was attending his godson's graduation on St. Martin I

03:16 2   think he told me.

03:16 3   Q.  Can you circle the date the Premier was going from Miami to

03:16 4   St. Thomas?

03:16 5   A.  (WITNESS INDICATES ON SCREEN)

03:16 6   Q.  What date was that?

03:16 7   A.  Sunday, April 24th.

03:16 8   Q.  What day was the Premier scheduled to travel from Miami to

03:17 9   St. Martin?

03:17 10  A.  Tuesday, 3rd of April.

03:17 11  Q.  What month?

03:17 12  A.  Sorry, Tuesday the 3rd of May.

03:17 13  Q.  When would he return to Tortola from St. Martin?

03:17 14  A.  Thursday, 5th of May.

03:17 15  Q.  Who was paying for the trip to St. Martin for the Premier?

03:17 16  A.  I think it all was included in the ticket price that the

03:17 17  BVI Ports Authority was paying for.

03:17 18  Q.  What was the reason the Premier was going to Miami on the

03:17 19  24th of April?

03:17 20  A.  To attend the Sea Trade meeting in Miami.

03:18 21  Q.  Going back to Government's Exhibit 18 C 2 on page 34.  What

03:18 22  did you send to the Premier on April 5th at 4:33 p.m.?

03:18 23  A.  Good afternoon.  I hope that you have considered a meeting

03:18 24  for meeting the GM of RTW.  I will need information ASAP

03:18 25  please.

03:18  1    Q.   Who was the GM of RTW?

03:18  2    A.   Roberto Quintero.

03:18  3    Q.   And when you say the meeting what are you referring to?

03:19  4    A.   The meeting on April the 7th.

03:19  5    Q.   As of April 5th were you aware of where this meeting would

03:19  6    be?

03:19  7    A.   No, sir.

03:19  8    Q.   What did the Premier write back to you?

03:19  9    A.   Yes, I do.

03:19  10   Q.   The next message?

03:19  11   A.   Call me to get the details and to be given details.

03:19  12   Q.   Going down to page 37 of Government's Exhibit 18 C 2.   What

03:19  13   did the Premier send to you on April 6th at 9:49 p.m.?

03:19  14   A.   Everything set for the meeting tomorrow.

03:19  15   Q.   What did you understand the meeting tomorrow to refer to?

03:19  16   A.   The April 7th meeting.

03:20  17   Q.   And what did you say back?

03:20  18   A.   On schedule.   I just need to know what is the closest

03:20  19   meeting spot as we don't want a long drive; please.

03:20  20   Q.   And what was the date and time of that message?

03:20  21   A.   That was on April 6th at 11:52.

03:20  22   Q.   At that point did you know where the meeting was going to

03:20  23   take place?

03:20  24   A.   No, sir.

03:20  25

03:20  1   Q.  Can you read the message you wrote to the Premier at 11:53

03:20  2   p.m.?

03:20  3   A.  The only request is that we conduct the meeting with no

03:20  4   delays and security in place.  Most important please this

03:20  5   question is key...

03:20  6       (INAUDIBLE READING)

03:20  7   Q.  And your next message?

03:20  8   A.  This is his request, referring to Roberto Quintero.

03:20  9   Q.  Going now to Government Exhibit 18 C 2, page 39.  What

03:21  10  message did you send to the Premier at 8:27 a.m. on April 7th?

03:21  11  A.  Good morning.  I need to have an idea of the vicinity of

03:21  12  the function so I can pick up the cake.

03:21  13  Q.  What were you referring to when you said pick up the cake?

03:21  14  A.  Picking up Mr. Quintero for the meeting on April 7th.

03:21  15  Q.  What is the date of the next message you sent to the

03:21  16  Premier?

03:21  17  A.  April 8, 2022 at 12:09.  Checking to make sure all is well.

03:21  18  Q.  Showing you what is admitted as Government's Exhibit 23 B.

03:22  19  Sticking with 18 C 2 for a moment.  Why were you forwarding

03:22  20  messages from Roberto to the Premier?

03:22  21  A.  Mr. Fahie did not have his direct number, neither did I.

03:22  22  They were forwarded from Kadeem's phone to me and I forwarded

03:22  23  them to Mr. Fahie.

03:22  24  Q.  Why did you think it was important for Mr. Fahie to know

03:22  25  that Roberto was asking for discretion?

03:22  1    A.   Most of my job was relaying the information so when I got

03:22  2    the information I would relay it how I got it.

03:22  3    Q.   Showing you what is admitted as Government's Exhibit 23 B.

03:22  4    Do you recognize that?

03:22  5    A.   It is a map of Tortola.

03:23  6    Q.   Can you tell the jury where you met Roberto prior to the

03:23  7    April 7th meeting?

03:23  8    A.   We were in Road Town which is here.

03:23  9    Q.   Where was the house where the meeting ultimately took

03:23  10   place?

03:23  11   A.   It was in Parham Town east end on a hill on the airport

03:24  12   side.

03:24  13   Q.   Could you circle that?

03:24  14   A.   That would be somewhere around here.

03:24  15             (WITNESS INDICATES ON SCREEN)

03:24  16   Q.   You met Roberto in Road Town.  Where did you meet him?

03:24  17   A.   At Maria's Restaurant in Road Town.

03:24  18   Q.   How did you get from Maria's Restaurant in Road Town over

03:24  19   to a house in Parham Town?

03:24  20   A.   We drove in a vehicle.  In the vehicle was Mr. Fahie,

03:24  21   myself and the driver and we drove from ...

03:24  22      (INAUDIBLE FOR THE RECORD)

03:24  23      ... to Maria's Restaurant in Road Town.

03:24  24   Q.   Who was with you at Maria's Restaurant?

03:24  25   A.   Roberto Quintero and myself was at Maria's Restaurant.

03:24  1       We waited until the driver came to pick us up.

03:25  2   Q.   Who was the driver?

03:25  3   A.   The name slip me at the moment but Mr. Fahie sent the

03:25  4   driver to pick us up.

03:25  5   Q.   When the driver came to pick you up who else was in the

03:25  6   car?

03:25  7   A.   When we got to the vehicle I saw that Mr. Fahie was in the

03:25  8   front of the vehicle when we got inside of it.

03:25  9   Q.   At the time you got in the vehicle at Maria's Restaurant

03:25  10  did you know where the meeting was going to take place?

03:25  11  A.   No, sir.

03:25  12  Q.   If you would turn to 7 B in the binder in front of you; and

03:25  13  I would ask the jury to do the same.  Are you there?

03:26  14  A.   Yes.

03:26  15  Q.   What is the date on page one?

03:26  16  A.   The date is April 7th, 2022.

03:26  17  Q.   What is written below the date?

03:26  18  A.   Meeting.

03:26  19  Q.   What is listed as the location of the meeting?

03:26  20  A.   British Virgin Islands.

03:26  21  Q.   Who are the participants, the first four listed there?

03:26  22  A.   Andrew Alturo Fahie, Oleanvine Pickering Maynard and Kadeem

03:27  23  Stephan Maynard, Roberto Quintero.

03:27  24  Q.   Have you reviewed this transcript and the corresponding

03:27  25  recording, Government's Exhibit 7 A?

03:27  1    A.   I have.

03:27  2    Q.   Is it a fair and accurate transcription of the recording?

03:27  3    A.   Yes, it is.

03:27  4         Mr. GERARDE:   At this time the Government will begin

03:27  5    publishing Exhibit 7 A.   I will start this at a minute 20 and

03:28  6    20 seconds.

03:28  7              AUDIOTAPE PLAYED FOR THE RECORD

03:37  8    Q.   We are stopping at page 17 and line 15.   Do you see at

03:37  9    lines six and seven Roberto says he asked for 500 so around do

03:37  10   you think he will be fine to start, let's say, 200,000?

03:37  11       And you say to start with that.

03:37  12       What did you understand five and 200,000 to pertain to?

03:37  13   A.   The $500,000 was for Mr. Fahie and he was only given

03:37  14   200,000.

03:37  15   Q.   Who asked you to request that amount from Roberto?

03:37  16   A.   Mr. Fahie.   He asked for the $500,000.   The $200,000 was

03:37  17   going to be given to me to help start up the business in the

03:38  18   British Virgin Islands.

03:38  19   Q.   What business are you referring to?

03:38  20   A.   At that time he was talking about buying property in the

03:38  21   BVI.

03:38  22   Q.   Who was talking about buying property?

03:38  23   A.   Roberto Quintero.

03:38  24         THE COURT:   Let's take another short break, ladies and

03:38  25   gentlemen.

03:38  1          Get some coffee and some treats and I will see you

03:38  2    back in a few minutes.

03:39  3                          JURY EXCUSED

03:39  4          THE COURT:  Ms. Maynard, if you would speak into the

03:39  5    microphone.  Sometimes when you're explaining you kind of trail

03:39  6    off as if you're talking to yourself, so you need to speak up

03:39  7    and speak into the microphone.

03:41  8          THE WITNESS:  Yes, Your Honor.

03:41  9                          RECESS TAKEN

03:49  10         THE COURT:  Bring in the jury, please.

03:49  11         COURT SECURITY OFFICER:  All rise.

03:51  12         THE COURT:  Everyone may be seated.

03:51  13         You may continue, Mr. Gerarde.

03:51  14         MR. GERARDE:  Thank you, Judge.

03:51  15         Continuing to publish Exhibit 7 A at 29 minutes and 2

03:51  16   seconds, page 17 of Exhibit 70.

03:51  17         AUDIOTAPE PLAYED FOR THE RECORD.

03:51  18         MR. GERARDE: Skipping forward to 34 minutes and 15

03:54  19   seconds.

03:54  20         AUDIOTAPE PLAYED FOR THE RECORD

03:56  21   Q.  Stopping at 36 minutes and five seconds, page 26.  What

03:56  22   just happened here with you and Roberto?

03:56  23   A.  We just entered the vehicle with the driver.  When we got

03:56  24   in Mr. Fahie was inside.

03:56  25

03:56  1    Q.  So when Roberto said, oh, my God this is full of surprises,

03:56  2    how's everything; what was your understanding of who he was

03:56  3    referring to?

03:56  4    A.  Mr. Fahie.

03:56  5    Q.  And what time of day was it when Roberto left Maria's

03:57  6    Restaurant and got in the vehicle?

03:57  7    A.  It was evening by then.  It was dark.  It was around seven

03:57  8    I think.

03:57  9          MR. GERARDE:  We will resume with the recording.

03:57  10          AUDIOTAPE PLAYED FOR THE RECORD

03:58  11   Q.  Stopping at 37 minutes and five seconds.  How long did it

03:58  12   take roughly to get to the house where the meeting was?

03:58  13   A.  I would say it took us about 25 minutes or so.  To me it

03:58  14   was a long drive.

03:58  15   Q.  Fast forwarding recording to 59 minutes and 35 seconds

03:58  16   which is page 45 of the transcript 7 B.  Throughout this drive

03:58  17   did you know where you were going?

03:58  18   A.  No, sir.

03:58  19   Q.  At any point did you stop and ask where you were going?

03:58  20   A.  No, sir; because I trusted the people I was with.

03:59  21          AUDIOTAPE PLAYED FOR THE RECORD

04:01  22   Q.  Stopping the recording at one hour and two minutes in, page

04:01  23   49.  How many bedrooms did Mr. Fahie say his house had?

04:01  24   A.  Seven or eight bedrooms.  I think it's around seven.

04:02  25   Q.  Can you describe how big to the jury -- big, small?

04:02  1    A.  It was a very big house we went to.  We were on the first

04:02  2    floor.  We sat in the living room area.  There was also the

04:02  3    kitchen -- was in that particular space also.

04:02  4    Q.  Who else was at the house besides Mr. Fahie's driver, Mr.

04:02  5    Fahie himself, yourself and Roberto?

04:02  6    A.  No one else was in the house that I know of during the

04:02  7    meeting.

04:02  8            MR. GERARDE:  Continuing to publish.

04:02  9            AUDIOTAPE PLAYED FOR THE RECORD

04:05  10   Q.  Who was asked to wait outside?

04:05  11   A.  The Premier asked me to wait outside -- no, that was the

04:05  12   the driver at the time.  He asked the driver to wait outside

04:05  13   until we were finished with the meeting.

04:05  14            AUDIOTAPE PLAYED FOR THE RECORD

04:11  15   Q.  Page 57 approximately line 14.  Referring you to Page 57,

04:11  16   lines 10 through 12.

04:11  17       Do you see where Roberto says; but we want to start like a

04:11  18   test run for like 3000 or so 3000 pieces?

04:11  19       Based upon your understanding what was Roberto referring to

04:11  20   when he said 3000 pieces?

04:11  21   A.  The drugs that were going to be onboard the vessel.

04:11  22   Q.  And what was your understanding about Roberto saying

04:11  23   whether any of these 3000 pieces would be going on the island?

04:11  24   A.  None of it would remain on the island.

04:11  25

04:11  1    Q.  What was your understanding about whether a drug test of

04:12  2    these pieces would yield a positive result?

04:12  3    A.  They will not test positive.

04:15  4            AUDIOTAPE PLAYED FOR THE RECORD

04:15  5    Q.  Page 60, line ten.  The Premier says the market is too

04:15  6    cheap.  What did you understand that to mean?

04:15  7    A.  That the market in selling the cocaine in the British

04:15  8    Virgin Islands he said it's too cheap.

04:16  9            MR. GERARDE:  Continuing to publish.

04:16  10           AUDIOTAPE PLAYED FOR THE RECORD

04:22  11   Q.  Stopping the recording at one hour 19 minute 37 seconds,

04:22  12   page 66, lines 13 and 14 of Exhibit 7 B.

04:22  13       So, Ms. Maynard, the Premier just said he can play; but

04:22  14   remember he has a lot of people with him.  What did you

04:22  15   understand him to mean there?

04:22  16   A.  He was referring to the Comptroller of Customs and I guess

04:22  17   the people with him would be any person that he needed to send

04:22  18   within the Customs Department just to assist with anything.

04:22  19   Q.  Can you name the Comptroller of Customs?

04:23  20   A.  Wade Smith.

04:23  21           MR. GERARDE:  Continuing to publish Exhibit 7 A, one

04:23  22   hour 19 minutes 37 seconds, page 66 of 7 B.

04:23  23           AUDIOTAPE PLAYED FOR THE RECORD

04:25  24   Q.  Stopping the recording at one hour 21 minutes 55 seconds.

04:25  25   Page 71, lines eight and nine.

04:25  1    The Premier just said so, so 26,000 and then you have --

04:25  2  let me, let me calculate this to be sure.  What was the Premier

04:25  3  doing at the time?

04:25  4  A.  He was using an electronic device to calculate the figures.

04:26  5            MR. GERARDE:  Continuing to publish.

04:26  6            AUDIOTAPE PLAYED FOR THE RECORD

04:29  7  Q.  Stopping the recording at one hour 25 minutes and 32

04:29  8  seconds.  That's at the bottom of page 75 of 7 B.

04:29  9    Roberto said; the number he was thinking about "quote"

04:29  10  before I came here 10 percent and 2 percent more 12 percent

04:29  11  total, 10 percent for your -- for you and the other two percent

04:29  12  to pay around.  What was your understanding of what the Premier

04:30  13  was going to be paid percentage wise?

04:30  14  A.  In total it would have been 12 percent.  10 percent would

04:30  15  have been for him and 2 percent would have been to pay to the

04:30  16  persons he needed help from to get the transactions done.

04:30  17            MR. GERARDE:  Continuing to publish.

04:30  18            AUDIOTAPE PLAYED FOR THE RECORD

04:34  19            MR. GERARDE:  Stopping at one hour 29 minutes and 16

04:34  20  seconds, page 80 of the transcript.

04:34  21  Q.  Were you aware that Mr. Fahie was going to ask Roberto if

04:34  22  he was an undercover officer?

04:34  23  A.  No, sir.

04:34  24            MR. GERARDE:  Continuing to publish.

04:34  25            AUDIOTAPE PLAYED FOR THE RECORD

04:36  1    MR. GERARDE:   Stopping the recording at one hour 31

04:36  2    minutes and 5 seconds.

04:36  3    Q.   Do you see at the top of page 83 at lines three and four

04:36  4    where the Premier says because what you see with me is what you

04:36  5    get.   That is why the British don't like me because I tell them

04:36  6    when I agree and don't.

04:36  7        What did you understand him to mean?

04:36  8    A.   My understanding is what he tell you is his word, what you

04:36  9    get from him if he tells you something.

04:36  10   Q.   At this point did you understand whether the Premier had

04:36  11   any ulterior motive?

04:37  12   A.   No.

04:37  13        MR. GERARDE:   Continuing to publish.

04:37  14        AUDIOTAPE PLAYED FOR THE RECORD

04:38  15   Q.   Page 85 line 22 Mr. Fahie says; the money.   What money did

04:38  16   you understand Mr. Fahie to be referring to?

04:38  17   A.   The monies that were previously being discussed with the

04:38  18   percentage that would be derived from the transaction.

04:38  19   Q.   Cocaine transactions?

04:38  20   A.   Yes, sir.   Cocaine transactions.

04:38  21        MR. GERARDE:   Continuing to publish.

04:38  22        AUDIOTAPE PLAYED FOR THE RECORD

04:41  23   Q.   Page 89 of the transcript, an hour 35 minutes and 25

04:41  24   seconds; page 88 line 16 through 18.   Mr. Fahie says you

04:42  25   answered it perfectly.

04:42  1    What did you understand him to mean?

04:42  2  A.  He was referring to the question of if Roberto was an

04:42  3  undercover cop.

04:42  4  Q.  Is it your impression that he was satisfied with Roberto's

04:42  5  answer?

04:42  6  A.  Yes, sir; based on his comment.

04:42  7  Q.  After that did the meeting continue or did it stop there?

04:42  8  A.  The meeting continued.

04:42  9         MR. GERARDE:  Continuing to publish one our 35 minutes

04:42  10  and 25 seconds.

04:42  11         AUDIOTAPE PLAYED FOR THE RECORD.

05:00  12  Q.  If you would turn to page 109 of the transcript.  I will

05:00  13  resume publishing 7 A at 1 hour 54 minutes and 12 seconds.

05:00  14         AUDIOTAPE PLAYED FOR THE RECORD

05:04  15  Q.  What happened at this point?

05:04  16  A.  At this point Roberto Quintero gave Mr. Fahie a gift of

05:04  17  $20,000.

05:04  18  Q.  Where did Mr. Fahie put the cash?

05:05  19  A.  He put it in the briefcase that he had by the chair.

05:05  20  Q.  Did you stay for the rest of the meeting?

05:05  21  A.  At one point I was outside the room but in the same

05:05  22  building.  I went to the bathroom.  That was the only time I

05:05  23  was not there.

05:05  24  Q.  At any point did you see if Mr. Fahie gave the money back

05:05  25  to Roberto?

05:05  1    A.  I never saw that exchange.

05:05  2    Q.  Do you have any reason to believe Mr. Fahie gave the money

05:05  3    back from this night?

05:05  4    A.  I don't know.  I did not see him give it back so I assume

05:05  5    that he still has it.

05:05  6         MR. GERARDE:  Continuing to publish.

05:05  7         AUDIOTAPE PLAYED FOR THE RECORD

05:09  8    Q.  At this time where did you go?

05:09  9    A.  I excused myself to go to the bathroom.

05:09  10        MR. GERARDE:  For the record 2 hours 2 minutes 13

05:09  11   seconds in.  Resume publishing.

05:09  12        AUDIOTAPE PLAYED FOR THE RECORD

05:30  13   Q.  Let's stop there.  Referring you to the bottom of page 155.

05:31  14   Do you see where Mr. Fahie says but you are going to have it in

05:31  15   hundred dollar bills and Roberto says, yes, hundred dollar

05:31  16   bills.

05:31  17       Like I told you before, and like I was saying, you wasn't

05:31  18   here so 500 for him and I have $200,000 for you.  It is going

05:31  19   to be $700,000 just to start the work on things.

05:31  20       What was the purpose for you and Mr. Fahie to meet with

05:31  21   Roberto in Miami the end of April?

05:31  22   A.  At the end of April we were going to meet with Roberto to

05:31  23   finalize the things that we discussed and also to get the --

05:31  24   finalize the arrangements to get the money, the $700,000, via

05:31  25   his private plane to the British Virgin Islands.

05:31  1   Q.   From Miami?

05:31  2   A.   From Miami, yes.

05:31  3          MR. GERARDE:   Continuing to publish.

05:31  4          AUDIOTAPE PLAYED FOR THE RECORD

05:46  5   Q.   Stopping at 2 hours 36 minutes and 56 seconds.  The Premier

05:46  6   says well listen to me here -- something unintelligible -- you

05:46  7   should come up on -- at least on the 25th -- and leave with

05:46  8   Roxanne on the 28th.

05:46  9          Who did you understand the Premier to be referring to when

05:46  10  he said Roxanne?

05:46  11  A.   Roxanne Sylvester.

05:46  12  Q.   When you came to Miami on April 27th what day were you

05:46  13  scheduled to leave?

05:46  14  A.   We were going to leave on the 28th.

05:46  15  Q.   Who was going to be on the plane with you when you left

05:46  16  Miami?

05:46  17  A.   Roxanne and I would have been on the flight with Roberto

05:46  18  Quintero.

05:46  19          THE COURT:   All right. Ladies and gentlemen, I think

05:46  20  this is a good time to break for the evening, and so I am going

05:47  21  to excuse you fifteen minutes early with the following

05:47  22  instruction:

05:47  23          Do not talk about the case with anyone, not your

05:47  24  spouse or friend, online or in person.  Do not talk about the

05:47  25  case or look up anything about the case.

05:47    1          Don't even think about the case.  Go home, have a good

05:47    2    dinner and rest.  One of your number has an appointment in the

05:47    3    morning; and so we will start at 9:30 instead of nine.

05:48    4          All right. I know that traffic is already building, so

05:48    5    get home safe, and I will see you back tomorrow at 9:30.

05:48    6          COURT SECURITY OFFICER:  All rise.

05:49    7                          JURY EXCUSED

05:49    8          THE COURT:  All right. I am going to ask to have the

05:50    9    parties here at nine so we can at least have some discussion

05:50   10    about the substantive instructions.

05:51   11          MS. VAN VLIET:  Sounds good, Judge. Mr. Gerarde and I

05:51   12    spoke this morning, he was going to finish going through the

05:51   13    substantive instructions, send them to me, and I will read them

05:51   14    tonight so that I am ready tomorrow morning.

        15          THE COURT:  I appreciate that, counsel.  That should

        16    make it easier for us to deal with in the morning.

        17          All right.  Everyone get out of here; I understand

        18    traffic is getting worse by the minute.

        19                        COURT IN RECESS

        20

        21

        22

        23

        24

        25

- - -

**C E R T I F I C A T E**

I hereby certify that the foregoing is an accurate transcription of proceedings in the above-entitled matter.

/S/PATRICIA SANDERS

_____                              _____

DATE FILED                              PATRICIA SANDERS, RPR

## $

**$10,000** [5] - 51:8, 51:13, 51:22, 52:5, 55:1
**$100** [1] - 59:14
**$100,000** [4] - 50:5, 50:6, 50:10, 50:13
**$120,000** [1] - 30:22
**$133,000** [1] - 8:21
**$20,000** [1] - 103:17
**$200,000** [4] - 56:6, 56:9, 96:16, 104:18
**$3,000** [1] - 31:3
**$500,000** [1] - 55:17, 60:1, 96:13, 96:16
**$700,000** [2] - 104:19, 104:24
**$83,000** [1] - 55:13

## /

**/S/PATRICIA** [1] - 107:7

## 0

**0025** [2] - 9:13, 9:24

## 1

**1** [21] - 3:20, 15:19, 15:23, 16:15, 16:22, 17:4, 18:15, 20:8, 20:15, 20:22, 22:2, 22:6, 22:9, 23:5, 23:12, 41:21, 81:8, 85:12, 86:22, 88:23, 103:13
**1-284-547-2427** [1] - 53:10
**10** [12] - 2:24, 11:22, 15:23, 22:4, 22:24, 48:2, 52:14, 89:18, 99:16, 100:10, 101:11, 101:14
**100** [1] - 59:9
**101** [2] - 13:19, 20:24
**102** [2] - 21:7, 21:8
**103** [3] - 21:8, 21:10, 21:11
**104** [1] - 21:18
**106** [1] - 49:6
**108** [1] - 17:6
**109** [1] - 103:12
**10:00** [1] - 90:5
**10:38** [1] - 18:24
**10:42** [1] - 13:17
**10th** [4] - 12:5, 12:10, 12:12, 13:1

**11** [9] - 5:9, 5:17, 15:9, 15:23, 16:22, 49:15, 69:23, 76:13, 89:18
**11-3** [1] - 1:17
**110** [1] - 22:4
**111** [1] - 22:4
**117** [1] - 88:17
**11:48** [1] - 10:8
**11:52** [1] - 92:21
**11:53** [1] - 93:1
**12** [18] - 3:12, 3:14, 7:23, 8:14, 8:24, 13:20, 14:6, 15:10, 15:13, 16:11, 16:15, 16:24, 17:6, 76:4, 99:16, 101:10, 101:14, 103:13
**126** [3] - 4:24, 5:1, 49:15
**127** [1] - 4:24
**12:09** [1] - 93:17
**12:13** [1] - 17:21
**12:14** [1] - 19:17
**12:29** [1] - 90:3
**12:53** [1] - 90:11
**12:59** [1] - 68:12
**13** [27] - 5:9, 6:1, 6:4, 6:25, 7:22, 9:1, 10:13, 10:25, 11:9, 11:20, 12:3, 13:2, 13:15, 13:17, 14:10, 14:11, 16:22, 18:12, 18:24, 59:4, 59:8, 67:4, 68:5, 76:4, 82:11, 100:12, 104:10
**131** [1] - 49:21
**132** [1] - 49:24
**14** [15] - 3:15, 8:24, 18:23, 44:3, 46:13, 50:15, 50:16, 59:4, 72:16, 77:3, 83:10, 83:14, 89:11, 99:15, 100:12
**14th** [1] - 70:18
**15** [79] - 2:19, 2:24, 3:17, 3:20, 3:25, 4:4, 4:10, 5:9, 6:1, 6:4, 6:25, 7:22, 9:1, 10:1, 10:13, 10:24, 11:9, 11:19, 12:3, 13:2, 13:15, 14:7, 14:11, 14:24, 15:19, 15:22, 16:4, 16:15, 16:22, 17:2, 17:12, 17:15, 18:12, 18:17, 18:20, 18:23, 19:8, 19:11, 19:13, 19:21, 20:8, 20:15, 20:17, 20:22, 20:24, 21:4, 21:7,

21:18, 22:2, 22:4, 22:9, 23:15, 23:21, 24:12, 24:20, 44:3, 46:1, 47:14, 48:2, 59:23, 62:9, 62:10, 68:5, 70:17, 71:19, 73:14, 81:12, 82:11, 83:10, 85:12, 86:4, 86:17, 86:22, 87:1, 88:17, 88:22, 96:8, 97:18
**154** [1] - 50:15
**155** [1] - 104:13
**16** [6] - 3:25, 4:4, 8:6, 8:16, 101:19, 102:24
**165** [1] - 51:3
**1686** [2] - 21:13, 21:14
**17** [11] - 3:15, 8:7, 8:19, 14:15, 15:13, 46:1, 46:14, 63:8, 84:14, 96:8, 97:16
**170** [1] - 52:14
**17th** [2] - 25:2, 25:19
**18** [28] - 8:11, 14:8, 15:14, 53:6, 57:9, 57:24, 63:8, 64:16, 65:10, 66:13, 67:16, 68:11, 69:13, 72:16, 74:10, 74:15, 76:13, 77:22, 77:23, 83:14, 84:14, 90:1, 90:16, 91:21, 92:12, 93:9, 93:19, 102:24
**19** [12] - 3:1, 5:1, 8:2, 8:12, 57:9, 58:12, 58:15, 68:5, 79:13, 83:14, 100:11, 100:22
**190** [1] - 3:9
**191** [1] - 43:10
**1962** [1] - 27:23
**1999** [1] - 29:18
**1:02** [1] - 17:1
**1:20** [1] - 11:22
**1:30** [2] - 60:10, 60:16
**1st** [12] - 5:16, 5:20, 7:3, 7:14, 7:18, 77:25, 78:22, 79:14, 80:23, 81:1, 85:24, 87:12

## 2

**2** [41] - 2:19, 3:17, 4:10, 14:24, 15:22, 17:2, 17:12, 18:20, 19:21, 20:17, 20:24, 21:7, 21:18, 22:4, 23:5, 23:19, 23:20, 42:20, 53:7, 64:16,

65:10, 66:13, 69:13, 72:16, 74:15, 77:22, 86:17, 87:1, 88:17, 90:1, 90:16, 91:21, 92:12, 93:9, 93:19, 97:15, 101:10, 101:15, 104:10, 105:5
**2-6-2024** [1] - 1:9
**20** [21] - 5:1, 7:24, 8:2, 8:22, 13:18, 17:7, 41:23, 42:22, 44:16, 49:7, 50:15, 50:18, 57:8, 58:15, 82:12, 82:13, 82:14, 82:15, 84:1, 96:5, 96:6
**200,000** [3] - 96:10, 96:12, 96:14
**2001** [1] - 30:3
**2021** [8] - 5:12, 5:14, 5:24, 18:14, 18:15, 25:2, 25:19, 29:13
**2022** [60] - 3:5, 3:8, 3:13, 3:22, 4:25, 5:16, 5:18, 5:20, 7:3, 7:14, 7:18, 8:1, 9:3, 10:3, 10:8, 10:21, 10:23, 11:4, 11:22, 12:5, 12:10, 12:12, 13:1, 13:17, 13:20, 14:6, 14:10, 14:15, 14:21, 16:3, 16:5, 16:12, 16:17, 16:21, 17:21, 18:15, 18:24, 19:17, 27:17, 28:3, 28:4, 30:7, 30:15, 35:18, 41:23, 42:22, 49:3, 49:4, 57:20, 64:18, 65:17, 66:25, 70:18, 75:12, 77:25, 81:8, 85:24, 87:12, 93:17, 95:16
**20th** [1] - 61:2
**21** [5] - 7:6, 7:8, 8:3, 8:16, 100:24
**22** [9] - 8:22, 45:14, 47:14, 49:21, 57:20, 58:21, 63:15, 84:14, 102:15
**22-CR-2019-KMW** [1] - 1:3
**221** [1] - 4:22
**22nd** [3] - 57:5, 60:25, 62:8
**23** [13] - 5:18, 12:24, 14:21, 17:7, 31:5, 42:8, 45:14, 45:19, 64:18, 68:11, 84:1, 93:18, 94:3
**23rd** [1] - 5:22

65:10, 66:13, 69:13, 72:16, 74:15, 77:22, 86:17, 87:1, 88:17, 90:1, 90:16, 91:21, 92:12, 93:9, 93:19, 97:15, 101:10, 101:15, 104:10, 105:5
**24** [1] - 6:20
**24C** [1] - 6:11
**24th** [4] - 65:11, 65:13, 91:7, 91:19
**25** [6] - 8:6, 62:22, 98:13, 101:7, 102:23, 103:10
**25th** [1] - 105:7
**26** [3] - 3:5, 8:6, 97:21
**26,000** [1] - 101:1
**27** [10] - 3:13, 3:22, 4:11, 8:1, 8:11, 9:9, 9:12, 11:16, 16:21, 28:9
**27th** [1] - 105:12
**28** [10] - 4:14, 5:20, 8:14, 8:15, 10:10, 10:11, 17:21, 19:12, 19:17, 75:16
**28th** [3] - 19:19, 105:8, 105:14
**29** [7] - 5:14, 8:15, 14:24, 18:15, 41:2, 97:15, 101:19
**29th** [4] - 18:14, 66:25, 67:22, 68:12
**2:01** [1] - 12:5
**2:14** [1] - 12:10
**2:23** [2] - 12:12, 13:1
**2:35** [1] - 85:24
**2nd** [1] - 77:20

## 3

**3** [9] - 8:3, 57:18, 62:9, 62:10, 62:22, 63:14, 68:11, 74:10, 83:11
**3-way** [1] - 81:17
**3/22** [1] - 57:10
**3/22/2022** [1] - 53:18
**3/23/2022** [1] - 65:9
**3/30/2022** [1] - 70:5
**3/31** [1] - 71:20
**3/31/2022** [2] - 74:14, 74:19
**30** [2] - 8:15, 63:14
**3000** [4] - 99:18, 99:20, 99:23
**305.523.5528** [1] - 1:18
**30th** [2] - 69:15, 70:12
**31** [7] - 8:15, 39:14, 39:17, 74:10, 75:12, 102:1
**31st** [3] - 72:17, 73:15, 75:6
**32** [3] - 8:16, 90:1, 101:7
**33** [5] - 8:16, 34:16, 34:19, 34:21, 43:15

**33128** [1] - 1:18
**34** [9] - 8:19, 11:6, 11:7, 36:15, 36:23, 43:15, 90:16, 91:21, 97:18
**35** [8] - 8:19, 11:12, 11:13, 42:2, 44:3, 98:15, 102:23, 103:9
**36** [4] - 17:2, 64:4, 97:21, 105:5
**37** [6] - 17:5, 22:13, 92:12, 98:11, 100:11, 100:22
**38** [2] - 17:5, 44:10
**39** [4] - 17:5, 44:9, 44:10, 93:9
**3:11** [1] - 3:5
**3:19** [1] - 65:9
**3:24** [1] - 71:20
**3:30** [1] - 80:25
**3:30..** [1] - 69:25
**3:35** [1] - 81:1
**3rd** [2] - 91:10, 91:12

---

## 4

**4** [8] - 10:4, 13:18, 23:5, 24:8, 46:19, 57:9, 64:4, 66:23
**4/1/2022** [4] - 87:16, 88:4, 88:14, 89:1
**40** [3] - 12:6, 17:5, 77:3
**400** [1] - 1:17
**41** [3] - 11:24, 12:1, 17:12
**43** [1] - 44:16
**44** [2] - 10:16, 44:19
**45** [2] - 15:4, 98:16
**46** [1] - 16:19
**47** [1] - 11:1
**48** [2] - 12:14, 12:15
**49** [3] - 16:24, 45:1, 98:23
**4:01** [1] - 69:15
**4:09** [1] - 14:21
**4:13** [1] - 90:15
**4:22** [1] - 13:20
**4:33** [1] - 91:22
**4:49** [3] - 7:14, 14:6, 25:2
**4:53** [1] - 25:19
**4:58** [1] - 87:12

---

## 5

**5** [9] - 10:3, 11:19, 45:1, 46:12, 58:7, 75:10, 87:16, 90:15, 102:2

**50** [1] - 15:13
**500** [2] - 96:9, 104:18
**500,000** [2] - 62:13, 62:19
**51** [1] - 15:16
**52** [2] - 15:16, 18:21
**53** [1] - 43:2
**54** [1] - 103:13
**55** [1] - 100:24
**56** [1] - 105:5
**57** [3] - 45:14, 99:15
**5830** [2] - 21:22, 22:1
**59** [2] - 13:23, 98:15
**5:02** [1] - 88:4
**5:04** [1] - 88:14
**5:09** [1] - 57:10
**5th** [8] - 9:3, 10:8, 65:17, 90:2, 90:12, 91:14, 91:22, 92:5

---

## 6

**6** [16] - 5:4, 7:17, 14:7, 81:5, 81:6, 81:24, 82:3, 82:9, 86:1
**60** [1] - 100:5
**6138** [1] - 22:8
**64** [4] - 13:7, 13:8, 19:21, 45:19
**65** [1] - 20:4
**66** [2] - 100:12, 100:22
**6972** [1] - 21:16
**6:32** [1] - 11:4
**6:55** [2] - 9:3, 10:3
**6th** [2] - 92:13, 92:21

---

## 7

**7** [27] - 3:6, 3:8, 4:23, 4:25, 5:4, 10:19, 10:21, 17:15, 18:17, 19:8, 19:11, 19:13, 46:19, 58:7, 62:23, 83:22, 86:1, 95:12, 95:25, 96:5, 97:15, 98:16, 100:12, 100:21, 100:22, 101:8, 103:13
**70** [1] - 97:16
**71** [4] - 14:17, 14:18, 46:1, 100:25
**75** [1] - 101:8
**76** [1] - 46:12
**78** [1] - 3:14
**7:06** [1] - 3:22
**7:09** [1] - 4:17
**7:13** [1] - 16:1
**7:14** [1] - 89:1
**7:30** [1] - 72:17
**7:33** [1] - 89:9

**7:54** [1] - 14:15
**7th** [17] - 64:5, 64:23, 70:15, 71:25, 72:9, 83:5, 83:19, 84:12, 85:1, 85:6, 85:8, 92:4, 92:16, 93:10, 93:14, 94:7, 95:16

---

## 8

**8** [15] - 3:9, 8:4, 10:23, 15:10, 16:3, 16:5, 16:12, 16:17, 45:1, 50:15, 50:16, 58:20, 69:24, 70:17, 93:17
**80** [1] - 101:20
**81** [2] - 46:19, 47:14
**83** [1] - 102:3
**85** [1] - 102:15
**88** [1] - 102:24
**89** [2] - 48:2, 102:23
**8:03** [1] - 77:25
**8:14** [1] - 16:5
**8:15** [1] - 70:5
**8:21** [1] - 16:12
**8:22** [1] - 10:23
**8:24** [1] - 73:15
**8:27** [1] - 93:10
**8:34** [1] - 78:22
**8:37** [1] - 64:20
**8:38** [1] - 16:17
**8:43** [1] - 14:10
**8:58** [1] - 79:14

---

## 9

**9** [6] - 11:4, 58:20, 62:11, 62:23, 64:4, 76:13
**90's** [1] - 30:1
**9047** [3] - 15:3, 15:8, 15:21
**911** [6] - 69:16, 71:3, 72:1, 72:24, 78:24, 79:3
**93** [1] - 20:11
**9334** [1] - 20:14
**9410** [1] - 20:21
**9441** [1] - 21:3
**96** [1] - 48:23
**97** [3] - 20:17, 48:23, 48:24
**9709** [3] - 2:23, 3:19, 3:20
**9970** [2] - 19:23, 20:1
**9975** [1] - 20:7
**9:00** [3] - 65:12, 72:25, 80:15
**9:18** [1] - 80:23
**9:28** [1] - 74:19

**9:30** [4] - 74:11, 74:14, 106:3, 106:5
**9:49** [1] - 92:13

---

## A

**a.m** [20] - 9:3, 10:3, 10:8, 10:23, 14:10, 16:1, 16:5, 16:12, 16:17, 17:21, 19:17, 69:15, 69:24, 72:25, 73:15, 78:22, 79:14, 80:15, 90:5, 93:10
**A.U.S.A** [2] - 1:12, 1:13
**able** [5] - 48:10, 63:21, 64:23, 67:8, 84:25
**above-entitled** [1] - 107:5
**accept** [1] - 35:3
**accepted** [1] - 36:18
**accomplish** [1] - 49:22
**account** [1] - 64:24
**accumulated** [1] - 57:2
**accurate** [6] - 58:5, 67:9, 75:23, 77:13, 96:2, 107:4
**act** [1] - 33:5
**actual** [3] - 23:17, 24:1, 24:15
**Adams** [1] - 2:14
**add** [1] - 90:20
**added** [1] - 57:3
**addition** [1] - 30:7
**additional** [1] - 74:9
**address** [1] - 6:5
**address..** [1] - 70:20
**administration** [1] - 87:21
**admission** [3] - 34:18, 36:14, 39:14
**admit** [1] - 6:10
**admitted** [17] - 6:13, 23:10, 31:5, 34:20, 35:7, 36:16, 36:23, 39:15, 39:16, 41:21, 53:6, 57:8, 57:18, 81:5, 85:12, 93:18, 94:3
**afternoon** [4] - 78:3, 78:24, 80:14, 91:23
**agency** [2] - 33:22, 48:15
**Agent** [1] - 2:14
**agent** [10] - 22:25, 35:1, 35:9, 35:11, 48:10, 48:14, 68:15, 68:24, 69:1, 69:11

**agent's** [2] - 34:24, 35:14
**ago** [2] - 28:25, 29:12
**agree** [4] - 37:9, 50:24, 62:25, 102:6
**agreed** [8] - 38:16, 38:24, 40:14, 41:16, 55:9, 77:6, 77:12, 85:1
**agreement** [4] - 37:4, 37:9, 37:14, 77:17
**ahead** [4] - 3:9, 3:14, 67:17, 67:20
**ain't** [4] - 59:10, 59:24, 62:12, 63:2
**Airlines** [1] - 65:15
**airport** [2] - 59:10, 94:11
**Aldrea** [1] - 86:19
**alert** [1] - 2:5
**allay** [1] - 75:8
**allowing** [2] - 37:20, 39:6
**almost** [1] - 17:23
**Alturo** [3] - 27:24, 81:14, 95:22
**ALTURO** [1] - 1:6
**Alvin** [1] - 17:4
**amendments** [1] - 90:24
**AMERICA** [1] - 1:4
**American** [2] - 65:13, 65:15
**amount** [6] - 8:20, 31:1, 55:3, 55:17, 55:19, 96:15
**amounts** [1] - 45:12
**analyst** [1] - 4:17
**anchored** [2] - 34:7, 34:10
**AND** [1] - 32:8
**Andrew** [20] - 22:20, 26:11, 27:24, 28:11, 44:23, 45:6, 46:4, 47:18, 51:2, 53:14, 57:15, 58:11, 58:14, 58:18, 59:3, 59:7, 60:4, 81:14, 85:22, 95:22
**ANDREW** [1] - 1:6
**Anegada** [5] - 78:4, 78:7, 78:9, 78:10, 78:15
**annual** [1] - 66:4
**answer** [4] - 16:8, 33:2, 72:3, 103:5
**answered** [3] - 33:4, 33:6, 102:25
**apologies** [1] - 32:12
**aPPEARANCES** [1] -

1:11
**application** [1] - 7:5
**applied** [1] - 68:15
**appointment** [1] -
106:2
**appreciate** [1] -
106:15
**apprehensive** [1] -
47:6
**approached** [1] -
41:10
**approved** [1] - 72:22
**approximate** [2] -
29:16, 42:23
**April** [88] - 3:5, 3:8,
3:13, 3:22, 4:25,
5:16, 5:18, 5:20,
5:22, 7:3, 7:14, 7:18,
8:1, 8:9, 9:3, 10:3,
10:8, 10:21, 10:23,
11:4, 11:22, 12:5,
12:10, 12:12, 13:1,
13:17, 13:20, 14:6,
14:10, 14:15, 14:21,
16:3, 16:5, 16:12,
16:17, 16:21, 17:21,
18:15, 18:24, 19:17,
27:17, 35:18, 36:8,
49:3, 64:5, 64:23,
65:13, 69:17, 70:3,
70:11, 70:15, 71:25,
72:9, 72:25, 77:20,
77:25, 78:22, 79:14,
80:23, 81:1, 81:8,
83:5, 84:12, 85:1,
85:6, 85:8, 85:24,
87:12, 90:2, 90:15,
91:7, 91:10, 91:19,
91:22, 92:4, 92:5,
92:13, 92:16, 92:21,
93:10, 93:14, 93:17,
94:7, 95:16, 104:21,
104:22, 105:12
**Arab** [2] - 40:12, 45:25
**Arabs** [4] - 45:20,
45:23, 63:6, 68:10
**area** [4] - 4:18, 31:18,
54:6, 99:2
**areas** [1] - 50:1
**arrange** [1] - 84:15
**arranged** [1] - 84:15
**arrangements** [7] -
65:21, 65:23, 66:1,
66:21, 85:2, 90:18,
104:24
**arrest** [3] - 33:21,
76:18, 76:23
**arrested** [10] - 19:19,
35:18, 35:21, 35:22,
35:24, 36:1, 36:3,

50:12, 59:16, 59:18
**arresting** [1] - 77:1
**ASAP** [3] - 66:16,
71:1, 91:24
**ASAP..** [1] - 70:22
**Assembly** [4] - 29:7,
29:8, 29:23, 29:25
**assign** [1] - 33:16
**assigned** [1] - 29:6
**assist** [6] - 48:10,
50:21, 51:20, 55:6,
55:19, 100:18
**assistance** [2] - 54:23,
55:14
**Assistant** [1] - 26:14
**associated** [3] -
86:12, 87:2, 89:23
**assume** [1] - 104:4
**assure** [1] - 63:12
**assured** [1] - 59:15
**attachment** [3] - 19:9,
19:11, 90:15
**attend** [2] - 64:23,
91:20
**attending** [1] - 91:1
**attention** [4] - 3:6,
17:5, 25:17, 75:10
**attorney's** [1] - 37:1
**Attorney's** [3] - 37:21,
38:1, 38:4
**attorneys** [1] - 26:11
**audio** [2] - 9:7, 10:6
**AUDIOTAPE** [31] -
9:25, 10:12, 11:8,
11:14, 12:2, 12:16,
14:19, 82:10, 83:9,
83:18, 83:24, 96:7,
97:17, 97:20, 98:10,
98:21, 99:9, 99:14,
100:4, 100:10,
100:23, 101:6,
101:18, 101:25,
102:14, 102:22,
103:11, 103:14,
104:7, 104:12, 105:4
**authority** [1] - 33:20
**Authority** [14] - 29:5,
30:9, 30:18, 31:22,
31:25, 32:22, 32:24,
33:11, 33:13, 57:3,
62:6, 65:25, 73:7,
91:17
**Avenue** [1] - 1:17
**await** [1] - 73:1
**aware** [9] - 23:6, 23:7,
38:1, 38:5, 43:7,
56:1, 70:12, 92:5,
101:21

### B

**background** [1] -
79:10
**bag** [1] - 51:4
**Based** [1] - 99:19
**based** [7] - 4:16, 36:1,
54:9, 55:10, 56:10,
74:6, 103:6
**basis** [3] - 54:11,
54:12, 66:4
**bathroom** [2] -
103:22, 104:9
**Baye** [7] - 5:11, 5:19,
16:14, 19:6, 24:9,
25:5, 25:21
**beard** [2] - 68:7, 68:9
**beauty** [1] - 40:3
**became** [3] - 29:4,
29:24, 30:4
**become** [1] - 82:14
**bedrooms** [2] - 98:23,
98:24
**begin** [3] - 62:20,
82:8, 96:4
**beginning** [3] - 9:12,
51:3, 53:9
**behalf** [2] - 45:11,
55:22
**belonged** [1] - 84:21
**below** [3] - 53:13,
75:13, 95:17
**Berta** [1] - 89:16
**best** [3] - 58:5, 75:22,
84:21
**better** [1] - 83:15
**between** [6] - 5:11,
19:18, 24:9, 26:2,
35:14, 47:7
**Bevis** [11] - 71:6, 71:8,
71:10, 71:12, 71:20,
72:10, 72:12, 73:2,
73:5, 73:8, 84:21
**big** [7] - 58:16, 58:17,
59:14, 98:25, 99:1
**Bilal** [1] - 26:10
**bill** [2] - 55:20, 56:7
**bills** [5] - 31:3, 51:21,
55:15, 104:15,
104:16
**binder** [2] - 82:2,
95:12
**binders** [1] - 82:1
**biography** [2] - 72:14,
72:21
**bit** [1] - 47:6
**Blako** [1] - 41:8
**bless** [1] - 51:6
**blessing** [1] - 78:2
**blessings** [1] - 72:18

**board** [8] - 32:15,
32:16, 32:17, 32:21,
33:4, 62:4, 62:7,
73:7
**boat** [6] - 35:11,
54:21, 61:16, 61:18,
62:19, 69:4
**boats** [2] - 39:6, 69:11
**body** [1] - 32:20
**book** [1] - 66:16
**born** [1] - 27:23
**boss** [7] - 58:8, 58:10,
58:16, 58:17, 58:18,
74:12
**bottom** [11] - 4:11,
17:18, 44:10, 45:15,
53:17, 58:20, 65:10,
83:14, 84:1, 101:8,
104:13
**bounce** [1] - 6:20
**break** [13] - 2:6, 2:13,
17:22, 18:2, 18:3,
46:14, 60:5, 60:8,
79:25, 80:1, 80:6,
96:24, 105:20
**Brian** [1] - 86:3
**brief** [1] - 78:6
**briefcase** [1] - 103:19
**briefing** [1] - 54:25
**briefly** [3] - 54:18,
78:5, 78:16
**bring** [10] - 2:9, 18:7,
27:1, 39:3, 47:24,
54:19, 60:18, 61:13,
83:2, 97:10
**bringing** [8] - 47:11,
48:19, 59:16, 59:21,
61:4, 61:6, 62:1,
83:3
**British** [53] - 27:18,
27:19, 27:23, 28:14,
28:17, 28:23, 29:2,
29:3, 29:6, 30:8,
31:4, 31:9, 31:22,
31:24, 32:18, 32:19,
33:23, 34:3, 34:12,
35:1, 35:2, 35:8,
36:2, 38:18, 38:21,
39:2, 39:4, 39:11,
40:3, 40:9, 40:16,
41:16, 45:12, 47:2,
47:5, 47:24, 48:1,
52:24, 54:18, 54:20,
55:5, 56:20, 61:3,
61:9, 61:19, 61:21,
78:10, 82:14, 95:20,
96:18, 100:7, 102:5,
104:25
**broker** [2] - 35:2,
35:14

**brought** [1] - 62:3
**building** [3] - 87:8,
103:22, 106:4
**business** [26] - 30:10,
30:14, 38:18, 40:9,
40:24, 41:12, 47:2,
47:4, 47:10, 47:11,
52:10, 52:19, 54:17,
56:21, 69:4, 69:5,
69:7, 69:9, 71:24,
72:14, 72:21, 76:14,
78:13, 86:10, 96:17,
96:19
**businesses** [3] - 30:7,
45:16
**busy** [2] - 69:17, 78:3
**button** [1] - 16:8
**buying** [2] - 96:20,
96:22
**BVI** [14] - 13:21, 29:5,
32:22, 33:11, 33:12,
33:20, 54:22, 62:21,
65:25, 72:13, 72:19,
73:7, 91:17, 96:21
**BY** [1] - 1:16

### C

**Cafe** [1] - 43:5
**cake** [2] - 93:12, 93:13
**calculate** [2] - 101:2,
101:4
**caller** [1] - 16:8
**cancelling** [2] - 74:23,
74:24
**cannot** [5] - 23:16,
28:24, 29:9, 29:14,
45:2
**captain** [1] - 35:5
**car** [1] - 95:6
**care** [3] - 56:10, 56:12,
66:20
**careful** [1] - 77:5
**cargo** [1] - 61:19
**carrying** [2] - 35:6,
63:13
**Cartel** [2] - 52:15,
52:19
**case** [10] - 1:3, 37:5,
38:12, 60:9, 75:19,
80:2, 105:23,
105:25, 106:1
**cash** [1] - 103:18
**catch** [3] - 65:14,
65:15, 65:19
**caught** [2] - 51:14,
59:18
**cautious** [6] - 82:17,
82:18, 82:22, 82:24
**CBP** [1] - 22:25

**cell** [1] - 9:19
**central** [1] - 54:6
**certain** [1] - 9:7
**certification** [1] - 35:6
**certify** [1] - 107:4
**chair** [1] - 103:19
**chairman** [3] - 32:21, 33:4, 62:4
**chance** [2] - 6:5, 19:24
**Chandler** [1] - 26:13
**changed** [3] - 74:5, 74:7, 74:8
**charge** [3] - 34:14, 36:19, 36:20
**charged** [1] - 36:5
**charges** [5] - 35:22, 36:11, 36:12, 36:22, 57:3
**Charmaine** [1] - 17:14
**chat** [30] - 3:2, 5:15, 6:1, 6:2, 6:4, 7:1, 7:12, 9:1, 9:8, 9:12, 10:9, 10:11, 11:5, 11:7, 11:11, 11:23, 12:1, 12:3, 12:13, 12:15, 13:6, 13:8, 14:16, 14:20, 24:23, 25:1, 25:17, 25:18, 25:23, 53:17
**chats** [2] - 5:19, 5:24
**cheap** [2] - 100:6, 100:8
**check** [1] - 71:22
**checking** [1] - 93:17
**childhood** [1] - 73:11
**Chinnery** [2] - 85:15, 85:17
**choose** [2] - 16:7, 36:5
**choosing** [1] - 68:1
**chose** [2] - 68:4, 83:19
**Christine** [1] - 21:12
**Chucky** [3] - 86:6, 86:7, 86:9
**circle** [7] - 6:18, 31:11, 31:13, 31:19, 42:8, 91:3, 94:13
**Cisse** [7] - 5:11, 5:19, 16:14, 19:6, 24:9, 25:5, 25:21
**clarification** [2] - 18:13, 65:1
**clarify** [1] - 63:21
**class** [3] - 65:14, 65:17, 68:24
**cleaning** [5] - 30:10, 30:11, 30:15, 30:16, 45:15
**Cleaning** [1] - 30:11, 30:24

**clear** [3] - 55:25, 56:6, 80:20
**clearing** [1] - 55:14
**Clerk** [4] - 29:7, 29:8, 29:22, 29:25
**clicking** [2] - 9:22, 16:8
**Clive** [1] - 26:13
**close** [2] - 17:23, 42:12
**closed** [1] - 64:24
**closest** [1] - 92:18
**club** [2] - 40:25, 41:10
**Coach** [3] - 57:13, 57:14, 57:15
**cocaine** [9] - 43:22, 44:2, 47:12, 49:14, 52:13, 61:3, 100:7, 102:19, 102:20
**code** [3] - 4:21, 56:14, 56:23
**codes** [2] - 4:17, 4:18
**coffee** [1] - 97:1
**collect** [2] - 35:12, 48:5
**Collins** [1] - 20:12
**comfort** [2] - 85:3, 85:9
**comfortable** [2] - 61:4, 61:17
**coming** [14] - 2:4, 32:6, 34:6, 35:2, 35:11, 44:6, 61:16, 61:18, 63:19, 71:24, 79:17, 80:11, 81:4, 90:25
**comment** [1] - 103:6
**Commission** [4] - 26:9, 26:12, 26:16, 33:9
**commissioner** [1] - 20:12
**Commissioner** [6] - 26:8, 29:6, 29:17, 29:19, 29:24, 30:4
**committed** [1] - 64:15
**communication** [1] - 5:22
**company** [1] - 69:16
**compare** [1] - 73:2
**complained** [1] - 57:4
**complete** [1] - 68:16
**completed** [1] - 57:11
**comptroller** [1] - 34:12
**Comptroller** [4] - 44:13, 44:14, 100:16, 100:19
**concern** [2] - 61:12
**concerned** [2] - 59:19,

59:21
**concerning** [4] - 36:21, 47:22, 53:20, 77:10
**conduct** [2] - 34:4, 93:3
**Conference** [2] - 65:25, 66:2
**conference** [1] - 66:3
**confidence** [4] - 46:22, 46:24, 47:7, 47:10
**confidential** [4] - 23:13, 63:5, 63:7, 80:12
**confidentiality** [1] - 46:22
**confirm** [5] - 23:14, 23:16, 23:23, 24:1, 24:10
**confirmation** [1] - 64:25
**conjunction** [1] - 25:13
**connected** [2] - 81:16, 81:19
**considered** [1] - 91:23
**conspiracy** [4] - 35:22, 36:12, 36:19, 36:21
**construction** [5] - 30:12, 30:13, 30:14, 30:17, 45:15
**consume** [3] - 46:13, 46:17, 46:18
**consumed** [1] - 46:18
**contact** [5] - 2:19, 20:11, 20:18, 21:23, 63:7
**contained** [1] - 79:2
**continue** [7] - 2:14, 18:10, 59:8, 80:5, 83:23, 97:13, 103:7
**continued** [1] - 103:8
**continues** [1] - 48:24
**continuing** [21] - 7:4, 7:22, 8:11, 10:13, 10:19, 10:24, 11:20, 49:24, 70:21, 75:5, 97:15, 99:8, 100:9, 100:21, 101:5, 101:17, 101:24, 102:13, 102:21, 103:9, 104:6
**Continuing** [1] - 105:3
**contractor** [2] - 87:5, 87:8
**controls** [1] - 13:13
**convenience** [1] - 70:8

**conversation** [8] - 36:21, 49:17, 58:9, 62:23, 64:2, 78:6, 84:24, 85:5
**convey** [2] - 63:22, 78:19
**cooperate** [2] - 37:9, 37:20
**cooperation** [1] - 37:12
**cop** [1] - 103:3
**correct** [8] - 18:16, 19:7, 23:22, 25:4, 25:15, 25:16, 25:22, 50:18
**corresponding** [3] - 58:2, 75:20, 95:24
**cortes** [1] - 2:4
**Cortes** [2] - 2:16, 2:18
**cortes'** [1] - 2:13
**counsel** [3] - 23:9, 27:12, 106:15
**COUNSEL** [1] - 32:8
**country** [9] - 4:17, 4:20, 4:21, 5:4, 13:13, 48:20, 71:23, 71:24, 79:18
**couple** [1] - 10:18
**course** [1] - 68:16
**COURT** [64] - 1:1, 1:10, 2:1, 2:6, 2:9, 2:10, 2:11, 6:13, 6:15, 17:22, 18:1, 18:5, 18:7, 18:8, 18:9, 22:16, 23:4, 23:9, 24:21, 26:4, 26:6, 26:18, 26:21, 26:24, 27:1, 27:2, 27:4, 27:10, 28:8, 32:9, 32:10, 34:20, 36:13, 36:16, 39:15, 52:1, 60:5, 60:8, 60:11, 60:13, 60:18, 60:19, 60:20, 63:25, 67:7, 67:8, 72:3, 72:4, 77:15, 79:9, 79:24, 80:3, 80:5, 82:20, 96:24, 97:4, 97:10, 97:11, 97:12, 105:19, 106:6, 106:8, 106:15, 106:19
**court** [1] - 67:8
**Court** [2] - 1:17, 23:6
**courtroom** [1] - 28:5
**cousin** [5] - 50:9, 50:10, 56:4, 56:7, 56:11
**Crawford** [1] - 18:22
**create** [1] - 9:21

**created** [1] - 24:15
**criminal** [2] - 72:15, 72:22
**criteria** [1] - 72:19
**cross** [1] - 22:17
**crucial** [1] - 79:17
**Customs** [23] - 33:11, 33:15, 33:18, 33:20, 33:24, 34:1, 34:5, 34:9, 34:12, 34:14, 35:16, 44:11, 48:4, 48:17, 58:15, 58:16, 58:17, 58:19, 68:17, 68:24, 100:16, 100:18, 100:19

## D

**daily** [1] - 54:11
**dark** [1] - 98:7
**data** [3] - 19:2, 23:24, 24:17
**date** [76] - 3:4, 3:7, 3:12, 3:21, 4:24, 5:12, 5:15, 5:17, 7:1, 7:12, 7:17, 7:24, 9:1, 10:1, 10:7, 10:19, 10:22, 11:2, 11:21, 12:4, 12:8, 12:11, 12:25, 13:15, 13:19, 14:4, 14:8, 14:14, 14:20, 16:2, 16:4, 16:11, 16:15, 16:20, 17:20, 18:23, 19:16, 25:1, 25:18, 28:3, 29:9, 41:22, 41:24, 42:20, 53:17, 57:19, 64:9, 64:17, 66:23, 67:1, 67:12, 67:13, 72:8, 72:10, 72:15, 72:22, 73:20, 74:9, 74:13, 74:23, 75:11, 77:23, 81:7, 85:3, 87:11, 87:15, 88:3, 88:13, 88:25, 91:3, 91:6, 92:20, 93:15, 95:15, 95:16, 95:17
**DATE** [1] - 107:9
**dated** [1] - 73:10
**dates** [3] - 25:13, 29:13, 66:15
**days** [5] - 9:18, 39:8, 53:4, 55:18, 64:14
**deal** [1] - 106:16
**dealing** [2] - 79:23, 80:9
**debt** [1] - 50:1
**decide** [2] - 38:6, 42:5
**defendant** [12] - 19:19, 22:20, 24:9,

25:5, 25:20, 28:22, 33:3, 35:19, 73:3, 74:15, 74:16, 90:20
**DEFENDANT** [1] - 1:14
**defendant's** [5] - 22:23, 23:5, 23:14, 23:21, 24:11
**Defendant's** [4] - 23:12, 23:19, 23:20, 24:8
**defense** [1] - 23:1
**delays** [1] - 93:4
**Delgado** [2] - 1:15, 22:19
**DELGADO** [8] - 6:12, 22:18, 23:1, 23:5, 23:11, 26:1, 26:5, 26:7
**delgado** [2] - 22:17, 26:18
**Delta** [1] - 71:6
**denominations** [2] - 59:9, 59:14
**Department** [7] - 33:9, 33:10, 58:19, 68:17, 68:25, 100:18
**depicted** [1] - 31:8
**derived** [1] - 102:18
**describe** [2] - 85:3, 98:25
**destination** [1] - 39:8
**details** [6] - 54:24, 64:25, 70:7, 70:9, 92:11
**detain** [1] - 33:21
**device** [7] - 5:11, 7:10, 7:11, 9:11, 19:6, 23:18, 101:4
**dialed** [1] - 81:17
**different** [3] - 4:17, 33:16, 34:6
**digital** [1] - 4:16
**digits** [1] - 4:21
**dinner** [1] - 106:2
**direct** [3] - 52:2, 85:14, 93:21
**directing** [3] - 71:19, 86:1, 88:17
**Directing** [1] - 17:5
**direction** [1] - 18:25
**directly** [5] - 32:7, 32:15, 35:11, 44:8, 90:12
**Director** [10] - 28:13, 29:4, 29:12, 30:4, 30:8, 30:18, 31:24, 32:13, 39:5, 66:6
**directors** [1] - 32:17
**disclose** [2] - 72:14,

72:21
**discretion** [1] - 93:25
**discuss** [8] - 46:20, 54:24, 56:4, 56:14, 57:6, 66:5, 73:21
**discussed** [4] - 76:15, 80:6, 102:17, 104:23
**discussion** [4] - 47:1, 47:21, 56:10, 106:9
**discussions** [2] - 74:6, 77:2
**display** [3] - 4:11, 15:5, 21:23
**dispute** [2] - 56:24, 57:1
**disregard** [1] - 38:9
**DISTRICT** [3] - 1:1, 1:2, 1:10
**DIVISION** [1] - 1:2
**divisions** [1] - 33:8
**dock** [5] - 33:17, 34:7, 34:8, 35:11, 57:3
**docked** [1] - 35:8
**docking** [1] - 33:16
**document** [4] - 5:9, 17:16, 36:24, 37:2
**documentation** [2] - 35:3, 48:11
**documents** [2] - 35:10, 35:16
**dollar** [2] - 104:15
**dollars** [1] - 83:7
**done** [8] - 40:4, 44:4, 48:11, 62:2, 62:7, 85:2, 90:22, 101:16
**door** [1] - 2:5
**door..** [1] - 72:2
**Dorrie** [2] - 2:19, 3:18
**down** [10] - 7:19, 14:4, 21:10, 47:14, 71:1, 73:14, 83:14, 86:15, 89:15, 92:12
**downstairs** [1] - 81:2
**drawer** [1] - 51:19
**drawing** [1] - 25:17
**drive** [4] - 54:9, 92:19, 98:14, 98:16
**driver** [9] - 94:21, 95:1, 95:2, 95:4, 95:5, 97:23, 99:4, 99:12
**dropped** [1] - 58:23
**drove** [2] - 94:20, 94:21
**drug** [4] - 35:22, 36:12, 36:19, 100:1
**drugs** [10] - 43:17, 43:22, 44:1, 46:18, 47:24, 48:19, 49:14, 61:22, 99:21

**due** [1] - 79:15
**duly** [1] - 65:7
**duration** [11] - 3:23, 4:8, 7:8, 12:23, 16:18, 16:22, 67:3, 81:11, 88:5, 89:2, 89:10
**during** [7] - 42:5, 47:1, 47:23, 51:11, 52:17, 77:1, 99:6
**Dutch** [3] - 6:23, 14:22, 19:4
**dutch** [1] - 6:24
**duties** [1] - 31:25

**E**

**e-mail** [1] - 70:19
**early** [1] - 105:21
**easier** [2] - 56:23, 106:16
**east** [1] - 94:11
**easy** [1] - 49:17
**eight** [9] - 13:3, 67:10, 82:11, 86:22, 88:9, 89:3, 89:12, 98:24, 100:25
**either** [1] - 63:3
**elected** [1] - 28:22
**election** [2] - 45:3, 55:16
**electronic** [1] - 101:4
**employees** [2] - 31:1, 32:2
**employment** [1] - 30:5
**end** [9] - 17:24, 59:24, 59:25, 62:12, 62:13, 64:22, 94:11, 104:21, 104:22
**ending** [2] - 9:13, 9:24
**enforcement** [3] - 33:22, 86:12, 89:23
**engaged** [1] - 36:21
**ensure** [1] - 75:3
**enter** [1] - 3:20
**entered** [1] - 97:23
**entire** [1] - 43:13
**entitled** [2] - 34:3, 107:5
**entries** [2] - 12:8, 15:23
**entry** [18] - 7:4, 10:14, 11:2, 11:19, 11:21, 12:3, 12:9, 12:11, 12:19, 13:3, 14:8, 14:13, 16:4, 16:22, 19:9, 19:13, 20:25, 21:11
**ESQ** [2] - 1:14, 1:15
**essentially** [2] - 33:2,

35:14
**Eunice** [2] - 18:18, 18:22
**evening** [7] - 2:12, 38:23, 38:25, 39:21, 39:22, 98:7, 105:20
**eventually** [1] - 51:21
**evidence** [4] - 37:13
**exact** [2] - 29:9, 55:3
**exactly** [2] - 28:24, 29:1
**examination** [1] - 22:17
**excerpts** [1] - 24:8
**exchange** [1] - 104:1
**excuse** [1] - 105:21
**excused** [1] - 104:9
**EXCUSED** [4] - 26:25, 60:12, 97:3, 106:7
**exhibit** [5] - 18:13, 64:17, 69:14, 69:23, 85:14
**Exhibit** [93] - 2:24, 3:6, 3:14, 3:17, 3:20, 4:10, 4:23, 5:9, 6:1, 6:4, 6:11, 7:17, 7:22, 7:23, 8:14, 10:13, 10:24, 11:9, 13:2, 13:15, 13:18, 14:7, 14:24, 15:9, 15:19, 17:2, 17:6, 17:12, 17:15, 18:17, 18:20, 19:8, 19:13, 20:17, 22:13, 23:12, 23:15, 23:19, 23:20, 23:21, 24:8, 28:9, 31:5, 34:16, 34:19, 34:21, 36:15, 36:23, 39:14, 39:17, 41:2, 41:21, 42:8, 42:20, 53:6, 57:8, 57:18, 62:9, 62:22, 63:14, 64:16, 66:13, 68:11, 69:13, 70:17, 71:19, 74:10, 75:10, 77:22, 81:5, 81:6, 81:24, 82:9, 85:12, 86:4, 86:17, 86:22, 87:1, 88:22, 90:1, 90:16, 91:21, 92:12, 93:9, 93:18, 94:3, 95:25, 96:5, 97:15, 97:16, 100:12, 100:21
**exhibits** [1] - 23:2
**expect** [1] - 52:5
**expected** [1] - 51:23
**expenses** [2] - 55:23, 56:1
**experience** [1] - 4:16
**explain** [6] - 33:24,

34:23, 52:16, 78:5, 78:16, 78:20
**explained** [1] - 83:4
**explaining** [1] - 97:5
**expresses** [1] - 76:12
**extracted** [2] - 23:14, 23:21, 24:11
**extraction** [3] - 23:17, 24:2, 24:4, 24:15
**extractions** [1] - 22:23

**F**

**face** [2] - 39:19, 39:22
**facilitate** [1] - 48:19
**fact** [2] - 24:20, 36:20
**FAHIE** [1] - 1:6
**Fahie** [114] - 3:11, 3:16, 5:3, 5:8, 5:11, 8:5, 8:8, 8:13, 8:18, 8:23, 8:25, 15:15, 15:18, 17:9, 22:20, 27:24, 28:5, 28:7, 28:9, 28:11, 28:12, 28:20, 44:23, 45:6, 46:4, 47:18, 50:6, 51:2, 53:14, 56:11, 56:12, 56:15, 56:22, 57:15, 58:11, 58:14, 58:18, 59:3, 59:7, 59:14, 60:4, 62:16, 62:18, 62:19, 63:10, 63:13, 63:17, 63:18, 63:22, 64:1, 64:12, 64:14, 64:21, 65:11, 65:21, 65:24, 66:14, 67:23, 68:4, 69:14, 69:20, 69:24, 70:2, 70:6, 71:5, 71:20, 72:8, 72:16, 73:15, 73:24, 74:6, 75:8, 76:8, 76:10, 77:11, 78:19, 78:22, 81:14, 81:20, 82:11, 83:11, 83:20, 84:6, 84:17, 85:22, 87:6, 87:13, 88:9, 88:23, 89:8, 90:17, 93:21, 93:23, 93:24, 94:20, 95:3, 95:7, 95:22, 96:13, 96:16, 97:24, 98:4, 98:23, 99:5, 101:21, 102:15, 102:16, 102:24, 103:16, 103:18, 103:24, 104:2, 104:14, 104:20
**Fahie's** [14] - 50:10, 56:18, 65:5, 65:23, 66:18, 71:9, 72:10,

77:16, 81:18, 85:3, 85:13, 88:11, 88:24, 99:4
**fair** [3] - 58:24, 75:22, 96:2
**fall** [2] - 32:18, 33:18
**falsely** [1] - 37:18
**familiar** [4] - 4:17, 34:11, 39:22, 52:19
**family** [4] - 30:11, 47:8, 72:18, 73:13
**far** [2] - 28:15, 54:9
**fast** [1] - 98:15
**favor** [1] - 62:3
**fears** [1] - 75:9
**February** [1] - 70:18
**fees** [1] - 57:2
**fell** [3] - 32:22, 32:24, 33:12
**felt** [2] - 78:21, 85:5
**ferries** [1] - 86:10
**ferry** [4] - 42:18, 52:23, 65:14, 65:19
**few** [4] - 22:21, 25:10, 39:7, 97:2
**fifteen** [2] - 16:9, 105:21
**figures** [1] - 101:4
**file** [5] - 9:7, 9:12, 10:4, 10:6, 11:10
**FILED** [1] - 107:9
**filling** [1] - 66:17
**finalize** [3] - 70:7, 104:23, 104:24
**finally** [1] - 24:7
**Finance** [1] - 33:10
**fine** [1] - 96:10
**finish** [1] - 106:12
**finished** [1] - 99:13
**first** [15] - 4:21, 38:12, 38:13, 41:22, 50:9, 50:10, 53:15, 65:13, 65:17, 65:18, 79:13, 90:5, 90:22, 95:21, 99:1
**five** [21] - 11:2, 11:16, 11:20, 12:8, 26:22, 48:23, 49:6, 54:9, 58:7, 58:12, 59:8, 59:23, 62:11, 64:5, 65:16, 83:15, 84:6, 87:24, 96:12, 97:21, 98:11
**FL** [1] - 1:18
**flight** [8] - 65:18, 65:23, 66:15, 66:17, 66:22, 90:4, 90:5, 105:17
**floor** [1] - 99:2
**FLORIDA** [1] - 1:2

focusing [21] - 3:2, 3:9, 3:15, 5:1, 5:4, 6:1, 7:6, 7:12, 8:3, 8:6, 8:11, 8:16, 8:19, 13:3, 14:8, 14:13, 15:9, 15:13, 17:7, 17:18, 22:13
**folder** [1] - 6:4
**follow** [1] - 64:25
**following** [3] - 72:13, 72:20, 105:21
**follows** [1] - 26:7
**FOR** [36] - 1:12, 1:14, 9:25, 10:12, 11:8, 11:14, 12:2, 12:16, 14:19, 69:18, 70:1, 82:10, 83:9, 83:18, 83:24, 94:22, 96:7, 97:17, 97:20, 98:10, 98:21, 99:9, 99:14, 100:4, 100:10, 100:23, 101:6, 101:18, 101:25, 102:14, 102:22, 103:11, 103:14, 104:7, 104:12, 105:4
**foregoing** [1] - 107:4
**forensic** [1] - 4:17
**forward** [2] - 85:10, 97:18
**forwarded** [1] - 93:22
**forwarding** [2] - 93:19, 98:15
**four** [47] - 2:22, 3:17, 3:22, 4:7, 5:15, 7:1, 7:12, 10:1, 10:24, 11:19, 12:8, 12:19, 13:4, 13:20, 14:6, 14:13, 15:2, 15:7, 15:20, 16:1, 16:5, 16:12, 16:17, 17:1, 17:21, 18:24, 19:17, 19:22, 20:6, 20:8, 20:13, 20:15, 20:20, 21:2, 21:12, 21:21, 22:7, 22:14, 28:25, 64:5, 65:5, 65:10, 69:24, 77:7, 87:13, 95:21, 102:3
**free** [1] - 50:1
**French** [1] - 6:23
**friend** [11] - 40:18, 44:12, 44:14, 45:20, 71:9, 71:18, 73:5, 83:12, 83:15, 83:16, 105:24
**friends** [5] - 44:20, 68:6, 68:9, 73:13, 87:7
**front** [5] - 36:9, 76:2,

82:1, 95:8, 95:12
**full** [5] - 28:25, 72:14, 72:21, 79:1, 98:1
**fully** [2] - 38:11, 83:5
**function** [1] - 93:12

## G

**game** [3] - 63:2, 67:11, 67:14
**Garaway** [5] - 87:3, 87:4, 87:5, 87:9, 88:1
**garbage** [2] - 49:8
**Gary** [1] - 26:7
**general** [2] - 69:25, 83:3
**gentle** [1] - 53:20
**gentleman** [8] - 38:14, 38:15, 40:10, 40:16, 41:11, 54:23, 55:4, 55:8
**gentlemen** [9] - 2:11, 18:1, 26:21, 27:16, 40:25, 60:9, 82:24, 96:25, 105:19
**Gerarde** [7] - 1:12, 27:5, 52:2, 60:13, 60:21, 97:13, 106:11
**GERARDE** [28] - 2:3, 2:8, 27:6, 27:9, 34:18, 36:14, 39:13, 60:7, 60:22, 83:23, 96:4, 97:14, 97:18, 98:9, 99:8, 100:9, 100:21, 101:5, 101:17, 101:19, 101:24, 102:1, 102:13, 102:21, 103:9, 104:6, 104:10, 105:3
**gift** [3] - 51:13, 52:6, 103:16
**given** [5] - 52:1, 57:15, 92:11, 96:13, 96:17
**GM** [2] - 91:24, 92:1
**God** [4] - 51:6, 72:18, 98:1
**god's** [1] - 78:2
**godson's** [1] - 91:1
**goods** [1] - 35:6
**Government** [18] - 18:23, 23:3, 32:19, 34:18, 36:14, 37:10, 37:23, 38:8, 39:13, 45:7, 73:6, 81:24, 82:8, 87:20, 89:24, 93:9, 96:4
**Government's** [86] - 2:24, 3:6, 3:14, 3:17,

3:20, 4:10, 4:23, 5:9, 6:1, 6:4, 6:11, 7:17, 7:22, 7:23, 8:14, 10:13, 10:19, 10:24, 11:9, 13:2, 13:15, 13:18, 13:23, 14:7, 14:24, 15:9, 15:19, 17:2, 17:6, 17:12, 17:15, 18:17, 18:20, 19:8, 19:13, 20:8, 20:17, 22:12, 23:15, 23:21, 24:12, 28:9, 31:5, 34:16, 34:19, 34:21, 36:15, 39:14, 39:16, 41:2, 41:21, 42:8, 42:20, 53:6, 57:8, 57:18, 62:9, 62:22, 63:14, 64:16, 65:10, 66:13, 66:23, 68:11, 69:13, 70:17, 74:10, 75:10, 77:22, 81:5, 81:6, 81:24, 85:12, 86:4, 86:17, 86:22, 87:1, 88:17, 88:22, 90:1, 90:16, 91:21, 92:12, 93:18, 94:3, 95:25
**governor** [1] - 20:5
**grad** [1] - 71:2
**graduation** [1] - 91:1
**gray** [2] - 7:9, 7:11
**Green** [1] - 43:5
**green** [3] - 7:9, 7:10, 9:10
**guaranteed** [2] - 37:21, 47:9
**guard** [1] - 51:14
**guess** [4] - 44:2, 52:6, 73:21, 100:16
**guilty** [5] - 36:5, 36:7, 36:11, 36:17, 36:20
**guy** [1] - 84:5
**guys** [3] - 39:11, 45:25, 84:23

## H

**hair** [1] - 40:4
**half** [2] - 50:12, 83:6
**Hamlet** [2] - 89:13, 89:15
**hand** [1] - 52:18
**handle** [1] - 35:17
**happenings** [2] - 78:4, 78:14
**hard** [5] - 23:23, 24:2, 24:13, 24:17, 24:22
**Harney** [3] - 40:2, 40:11, 40:18
**Harrikissoon** [1] -

26:10
**have..** [1] - 69:17
**head** [1] - 57:13
**Head** [2] - 57:14, 57:15
**heads** [1] - 18:4
**Health** [1] - 89:7
**hear** [2] - 40:21, 67:9
**held** [6] - 29:2, 29:3, 29:5, 67:23, 70:13, 70:14
**HELD** [1] - 1:9
**help** [5] - 48:19, 51:20, 71:23, 96:17, 101:16
**hereby** [1] - 107:4
**Hickinbottom** [1] - 26:8
**highlighted** [3] - 10:5, 64:17, 88:18
**hill** [1] - 94:11
**himself** [1] - 99:5
**hits** [1] - 14:1
**Hodge** [4] - 17:4, 86:6, 86:7, 86:9
**home** [3] - 90:25, 106:1, 106:5
**Honor** [13] - 2:3, 2:8, 2:17, 17:23, 18:11, 23:1, 23:11, 26:1, 27:2, 27:9, 39:13, 51:24, 97:8
**HONORABLE** [1] - 1:9
**hope** [4] - 2:12, 37:23, 64:23, 91:23
**hospital** [1] - 66:11
**hotel** [5] - 6:6, 6:16, 13:8, 14:22, 19:4
**hour** [10] - 42:19, 98:22, 100:11, 100:22, 100:24, 101:7, 101:19, 102:1, 102:23, 103:13
**hours** [5] - 14:12, 58:8, 69:24, 104:10, 105:5
**House** [5] - 29:7, 29:8, 29:22, 29:25, 43:5
**house** [12] - 49:22, 50:2, 50:3, 50:4, 50:5, 94:9, 94:19, 98:12, 98:23, 99:1, 99:4, 99:6
**HR** [1] - 33:10
**Human** [1] - 33:10
**hundred** [2] - 104:15
**hung** [1] - 84:23

## I

**Ian** [1] - 26:11
**ID** [1] - 4:14
**idea** [2] - 83:3, 93:11
**identities** [1] - 26:2
**illegal** [1] - 82:23
**Immigration** [3] - 35:16, 48:4, 48:17
**important** [5] - 45:7, 47:3, 72:1, 93:4, 93:24
**impose** [1] - 37:24
**impression** [2] - 76:23, 103:4
**IN** [1] - 106:19
**INAUDIBLE** [4] - 69:18, 70:1, 93:6, 94:22
**include** [1] - 35:5
**included** [1] - 91:16
**including** [1] - 31:16
**income** [3] - 30:14, 30:16, 31:2
**incoming** [3] - 7:11, 35:15, 71:4
**increase** [2] - 55:17, 55:19
**incurred** [1] - 55:15
**INDICATES** [7] - 6:19, 6:22, 31:12, 31:14, 31:20, 91:5, 94:15
**indicates** [1] - 7:11
**indirectly** [1] - 33:6
**individual** [4] - 27:24, 39:17, 89:15, 89:18
**individuals** [3] - 26:3, 26:15, 39:9
**Industry** [1] - 66:4
**informal** [1] - 79:16
**information** [23] - 35:12, 40:15, 62:15, 62:16, 62:17, 63:5, 69:19, 70:22, 71:1, 72:24, 73:1, 73:2, 74:9, 75:3, 78:21, 78:23, 78:25, 79:11, 79:17, 80:11, 91:24, 94:1, 94:2
**Inquiry** [3] - 26:9, 26:12, 26:16
**inside** [2] - 95:8, 97:24
**inspector** [1] - 20:19
**Inspector** [1] - 21:1
**instead** [1] - 106:3
**instruction** [1] - 105:22
**instructions** [2] - 106:10, 106:13
**insure** [1] - 84:4
**insuring** [1] - 34:1
**intentions** [1] - 61:3
**interact** [1] - 33:11
**interested** [5] - 39:1, 54:17, 58:9, 61:7, 77:19
**introduce** [1] - 27:13
**invest** [3] - 55:5, 61:8, 71:23
**investigation** [1] - 78:19
**investment** [2] - 46:7, 61:7
**investments** [1] - 39:2
**investor** [1] - 54:16
**investors** [1] - 46:8
**invite** [1] - 68:19
**involved** [3] - 35:5, 56:22, 69:6
**involvement** [1] - 32:5
**involving** [1] - 78:11
**Iris** [1] - 88:23
**island** [11] - 31:10, 31:13, 32:6, 78:10, 83:4, 86:11, 86:13, 87:5, 99:23, 99:24
**Island** [3] - 61:23, 83:2
**Islands** [55] - 27:18, 27:20, 27:23, 28:15, 28:17, 28:21, 28:23, 29:2, 29:3, 29:6, 30:8, 31:4, 31:9, 31:22, 31:24, 32:18, 32:19, 33:24, 34:3, 34:13, 35:1, 35:3, 35:8, 36:2, 38:19, 38:21, 39:2, 39:4, 39:12, 40:3, 40:9, 40:17, 41:16, 45:12, 47:2, 47:5, 47:25, 48:1, 48:22, 52:24, 54:18, 54:20, 55:5, 55:15, 56:21, 61:4, 61:9, 61:20, 61:21, 78:10, 82:15, 95:20, 96:18, 100:8, 104:25
**islands** [1] - 31:16
**issue** [2] - 84:8, 84:9
**item** [10] - 86:1, 86:15, 86:22, 87:24, 88:9, 88:15, 88:22, 89:4, 89:12, 89:15
**items** [1] - 18:14
**itself** [1] - 44:8

## J

**Jack** [2] - 89:18, 89:20
**James** [1] - 26:11
**January** [1] - 18:14

**Jeffers** [2] - 21:9, 21:16
**job** [2] - 34:24, 94:1
**jobs** [2] - 29:2, 29:3
**John** [4] - 20:5, 42:10, 42:11, 42:13
**Joyce** [2] - 1:15, 22:19
**judge** [1] - 32:9
**JUDGE** [1] - 1:10
**Judge** [9] - 36:9, 36:10, 37:24, 38:5, 38:9, 60:7, 60:22, 97:14, 106:11
**Julienna** [1] - 26:14
**July** [1] - 5:12
**June** [5] - 5:14, 5:20, 5:24, 18:15, 36:8
**jury** [26] - 2:9, 2:10, 18:2, 18:7, 18:13, 23:6, 25:14, 27:1, 27:3, 27:14, 31:8, 31:11, 31:17, 31:19, 34:23, 37:5, 51:10, 52:16, 57:19, 60:14, 60:18, 82:2, 94:6, 95:13, 97:10, 98:25
**JURY** [4] - 26:25, 60:12, 97:3, 106:7

## K

**Kadeem** [35] - 35:19, 40:19, 41:4, 41:9, 41:13, 41:19, 42:4, 43:4, 46:13, 49:2, 52:22, 57:6, 57:9, 57:12, 58:1, 61:2, 62:9, 67:6, 68:12, 68:14, 68:19, 69:1, 69:3, 69:7, 69:10, 74:1, 74:11, 75:18, 76:1, 77:3, 77:8, 77:12, 81:14, 81:17, 95:22
**Kadeem's** [3] - 48:14, 68:21, 93:22
**KATHLEEN** [1] - 1:9
**keep** [6] - 45:2, 45:9, 47:9, 51:16, 67:7, 72:4
**kept** [1] - 46:23
**Kevin** [1] - 1:12
**key..** [1] - 93:5
**kilo** [2] - 49:12, 49:13
**kind** [4] - 24:2, 24:22, 87:9, 97:5
**King** [1] - 26:11
**Kingdom** [1] - 26:16
**kitchen** [1] - 99:3
**knowing** [1] - 76:10

**knowledge** [6] - 58:5, 75:22, 83:8, 84:21, 86:14, 89:25
**known** [4] - 28:1, 28:2, 28:15, 73:8
**knows** [2] - 77:4

## L

**Labor** [6] - 29:5, 29:16, 29:19, 29:24, 30:3, 87:23
**ladies** [7] - 2:11, 18:1, 26:21, 27:16, 60:8, 96:24, 105:19
**larger** [1] - 82:2
**last** [21] - 2:22, 3:17, 5:17, 5:22, 15:2, 15:7, 15:20, 16:20, 19:21, 20:6, 20:8, 20:13, 20:15, 20:20, 21:2, 21:12, 21:21, 22:7, 36:8, 37:1, 90:4
**latitude** [1] - 52:1
**laundering** [1] - 35:23
**law** [3] - 33:22, 86:12, 89:23
**lead** [1] - 40:12
**leader** [1] - 63:1
**leading** [4] - 51:25, 63:24, 77:14, 83:1
**learn** [1] - 61:2
**least** [2] - 105:7, 106:9
**leave** [5] - 82:12, 90:12, 105:7, 105:13, 105:14
**leaves** [1] - 90:4
**leaving** [1] - 32:6
**left** [8] - 2:18, 18:17, 40:21, 56:9, 60:23, 85:7, 98:5, 105:15
**leftovers** [1] - 49:9
**legally** [2] - 34:2, 44:4
**legit** [2] - 63:3, 63:8
**length** [5] - 10:15, 10:25, 11:15, 42:23, 72:23
**less** [1] - 61:7
**letter** [3] - 15:6, 86:15, 86:23
**level** [2] - 85:3, 85:9
**liaison** [1] - 33:5
**license** [7] - 30:13, 48:3, 48:13, 68:15, 68:18, 68:24, 69:2
**licenses** [1] - 58:22
**life** [2] - 27:21, 37:6
**line** [36] - 8:16, 8:19, 43:15, 44:9, 44:10,

44:16, 44:19, 45:19, 46:12, 49:15, 49:21, 50:15, 50:18, 51:3, 52:14, 53:9, 53:13, 53:15, 58:12, 58:20, 59:8, 59:23, 63:15, 67:16, 76:4, 77:3, 83:10, 83:11, 84:1, 87:13, 96:8, 99:15, 100:5, 102:15, 102:24
**lines** [40] - 3:9, 3:15, 5:1, 5:4, 8:3, 8:22, 8:24, 15:10, 15:13, 17:7, 44:3, 45:1, 45:14, 46:1, 46:19, 47:14, 48:2, 48:23, 49:6, 50:15, 58:7, 58:15, 59:4, 62:11, 62:23, 63:8, 64:4, 64:5, 67:10, 68:5, 76:13, 82:11, 83:14, 84:6, 84:14, 96:9, 99:16, 100:12, 100:25, 102:3
**list** [5] - 24:23, 25:10, 73:23, 74:3, 79:2
**listed** [15] - 4:8, 7:15, 7:24, 12:17, 17:3, 25:7, 25:13, 25:23, 67:5, 75:17, 75:25, 76:2, 85:15, 95:19, 95:21
**listen** [1] - 105:6
**listened** [2] - 10:2, 55:9
**live** [1] - 49:25
**lived** [3] - 27:19, 27:21, 39:11
**living** [2] - 27:17, 99:2
**loan** [3] - 50:11, 50:13, 56:11
**loans** [1] - 50:4
**located** [6] - 6:8, 6:20, 54:6, 54:7, 56:20, 78:10
**location** [5] - 6:5, 6:16, 68:1, 68:4, 95:19
**log** [4] - 19:25, 20:2, 85:13, 85:15
**London** [1] - 89:12
**look** [3] - 70:16, 80:7, 105:25
**looked** [1] - 16:6
**looking** [7] - 5:10, 23:16, 24:3, 24:14, 46:7, 68:19, 77:11
**looks** [2] - 24:14, 88:16

**lose** [1] - 82:15
**lower** [1] - 37:24
**lunch** [18] - 41:18, 42:5, 42:9, 42:15, 43:5, 47:1, 47:23, 51:11, 52:9, 52:22, 52:23, 53:3, 53:5, 60:6, 60:8, 60:23, 61:2, 79:24

**M**

**Maduro** [1] - 86:19
**Mahmad** [1] - 26:10
**mail** [1] - 70:19
**main** [1] - 31:9
**Malone** [2] - 89:4, 89:8
**man** [8] - 34:11, 34:16, 34:21, 59:10, 71:22, 86:10, 89:21
**manager** [6] - 62:6, 69:25, 78:5, 78:16, 78:17, 79:20
**managing** [2] - 33:13, 69:5
**Managing** [10] - 28:12, 29:4, 29:12, 30:4, 30:8, 30:18, 31:24, 32:13, 39:5, 66:6
**map** [5] - 31:6, 31:8, 31:9, 42:10, 94:5
**March** [19] - 27:17, 41:23, 42:22, 49:3, 57:5, 57:20, 60:25, 61:2, 62:8, 65:11, 66:25, 67:22, 68:12, 69:15, 70:12, 72:17, 73:15, 75:6, 75:12
**Maria's** [7] - 94:17, 94:18, 94:23, 94:24, 94:25, 95:9, 98:5
**Marine** [1] - 66:3
**Marissa** [1] - 17:14
**mark** [1] - 6:21
**Mark** [1] - 20:12
**marked** [2] - 23:12, 24:7
**market** [2] - 100:5, 100:7
**Marley** [1] - 21:24
**Martin** [15] - 6:9, 13:11, 14:22, 19:4, 55:21, 90:6, 90:8, 90:12, 90:19, 90:21, 90:24, 91:1, 91:9, 91:13, 91:15
**matches** [8] - 20:10, 20:16, 20:23, 21:6, 21:15, 21:17, 22:3, 22:11

**matter** [2] - 73:16, 107:5
**maximum** [1] - 37:5
**Maya** [2] - 85:15, 85:17
**Maynard** [27] - 2:4, 27:7, 27:15, 29:15, 35:19, 36:17, 41:4, 42:4, 43:4, 53:8, 58:1, 60:14, 60:23, 62:5, 67:6, 75:18, 76:1, 81:14, 81:15, 95:22, 95:23, 97:4, 100:13
**maynard** [3] - 2:7, 27:11, 72:4
**mcLaughlin** [1] - 24:21
**McLaughlin** [15] - 1:13, 2:17, 6:10, 6:14, 11:13, 12:1, 14:18, 17:23, 18:10, 18:11, 22:12, 23:6, 24:19, 26:19, 26:20
**mean** [19] - 16:6, 33:2, 43:21, 43:25, 44:5, 47:19, 48:7, 49:15, 50:19, 58:16, 59:11, 64:8, 67:14, 79:4, 84:3, 100:6, 100:15, 102:7, 103:1
**medical** [1] - 35:6
**meet** [30] - 28:11, 38:13, 38:15, 38:17, 38:23, 40:12, 40:17, 40:19, 41:14, 41:15, 42:5, 42:15, 54:1, 54:2, 54:23, 55:9, 64:1, 65:1, 66:4, 70:7, 72:13, 72:19, 73:16, 73:19, 74:16, 74:20, 77:17, 94:16, 104:20, 104:22
**meeting** [82] - 3:8, 40:5, 40:13, 40:14, 40:16, 40:18, 40:21, 41:18, 41:20, 42:24, 43:3, 43:13, 45:20, 53:20, 54:3, 54:13, 57:5, 57:6, 57:11, 62:7, 63:23, 64:9, 64:11, 64:22, 65:2, 65:4, 67:13, 67:15, 67:22, 68:1, 68:4, 69:16, 70:3, 70:10, 70:12, 70:14, 71:24, 72:8, 72:15, 72:22, 72:23, 72:25, 73:22, 74:9, 74:24, 75:4, 77:19, 77:21, 79:15,

83:19, 84:12, 84:16, 84:17, 85:1, 85:6, 85:8, 91:20, 91:23, 91:24, 92:3, 92:4, 92:5, 92:14, 92:15, 92:16, 92:19, 92:22, 93:3, 93:14, 94:7, 94:9, 95:10, 95:18, 95:19, 98:12, 99:7, 99:13, 103:7, 103:8, 103:20
**meetings** [1] - 64:15
**members** [2] - 27:13, 69:8
**men** [3] - 39:18, 40:12, 41:9
**mentioned** [7] - 47:22, 54:18, 55:3, 61:8, 61:15, 67:12, 67:13
**Mercer** [1] - 17:14
**message** [43] - 9:11, 9:22, 13:4, 14:5, 17:18, 17:19, 19:14, 19:15, 25:3, 53:17, 53:19, 57:12, 64:17, 65:11, 65:16, 66:14, 68:12, 68:14, 68:22, 70:4, 70:17, 71:4, 72:6, 72:10, 72:16, 73:2, 74:18, 77:7, 77:8, 77:10, 77:23, 78:1, 79:19, 79:20, 80:6, 80:10, 90:2, 92:10, 92:20, 93:1, 93:7, 93:10, 93:15
**messages** [15] - 2:25, 5:11, 9:19, 14:2, 19:18, 24:8, 24:9, 24:10, 24:11, 25:8, 25:20, 77:22, 79:13, 90:17, 93:20
**met** [16] - 28:12, 38:12, 38:24, 39:9, 39:18, 39:24, 40:7, 41:13, 41:17, 42:9, 47:4, 54:14, 54:16, 60:24, 94:6, 94:16
**Mexican** [1] - 13:21
**mIAMI** [1] - 1:2
**Miami** [23] - 1:17, 1:18, 36:3, 49:25, 63:19, 65:13, 65:17, 65:18, 65:22, 66:4, 66:7, 66:19, 90:5, 90:18, 91:3, 91:8, 91:18, 91:20, 104:21, 105:1, 105:2, 105:12, 105:16
**Michael** [2] - 89:18,

89:20
**microphone** [3] - 72:5, 97:5, 97:7
**middle** [1] - 41:5
**might** [2] - 60:5, 84:10
**million** [1] - 83:6
**mind** [1] - 76:12
**mine** [1] - 71:18
**Minister** [3] - 87:23, 89:7, 89:8
**Ministers** [1] - 87:20
**minus** [12] - 3:22, 4:7, 13:20, 14:6, 16:1, 16:5, 16:12, 16:17, 17:1, 17:21, 18:24, 19:17
**minute** [7] - 11:1, 26:22, 42:2, 54:9, 96:5, 100:11, 106:18
**minutes** [40] - 3:24, 10:16, 11:10, 11:16, 12:6, 12:24, 16:19, 16:24, 43:1, 43:2, 57:24, 67:4, 75:16, 80:1, 81:12, 82:13, 82:15, 88:7, 88:8, 89:3, 89:11, 97:2, 97:15, 97:18, 97:21, 98:11, 98:13, 98:15, 98:22, 100:22, 100:24, 101:7, 101:19, 102:2, 102:23, 103:9, 103:13, 104:10, 105:5, 105:21
**Miss** [1] - 27:6
**missed** [5] - 4:9, 16:10, 85:20, 87:10, 87:17
**mistaken** [1] - 55:14
**misunderstanding** [1] - 68:6
**Molyneaux** [2] - 2:19, 3:18
**mom** [1] - 88:24
**moment** [4] - 61:1, 70:16, 93:19, 95:3
**money** [22] - 35:22, 50:19, 51:16, 51:21, 55:4, 55:8, 55:11, 55:21, 56:4, 56:5, 59:5, 59:12, 59:16, 59:19, 59:22, 63:1, 102:15, 103:24, 104:2, 104:24
**monies** [2] - 55:19, 102:17
**month** [6] - 8:9, 59:24, 62:12, 91:11
**monthly** [1] - 31:2

**morning** [21] - 2:11, 18:2, 22:19, 27:11, 27:12, 29:9, 38:22, 53:20, 64:22, 71:21, 72:17, 73:16, 74:11, 77:8, 77:25, 78:2, 93:11, 106:3, 106:12, 106:14, 106:16
**mortgage** [1] - 50:3
**most** [2] - 93:4, 94:1
**mostly** [1] - 27:21
**motive** [1] - 102:11
**move** [6] - 6:10, 23:2, 39:8, 61:3, 63:15, 63:18
**movement** [1] - 32:5
**moves** [3] - 34:18, 36:14, 39:13
**MR** [36] - 2:3, 2:8, 2:17, 6:10, 6:14, 11:13, 12:1, 14:18, 17:23, 18:11, 22:12, 23:6, 24:19, 26:20, 27:6, 27:9, 34:18, 36:14, 39:13, 97:14, 97:18, 98:9, 99:8, 100:9, 100:21, 101:5, 101:17, 101:19, 101:24, 102:1, 102:13, 102:21, 103:9, 104:6, 104:10, 105:3
**MS** [15] - 6:12, 22:18, 23:1, 23:5, 23:11, 26:1, 26:5, 26:7, 28:7, 51:24, 63:24, 77:14, 79:8, 82:19, 106:11
**must** [5] - 51:12, 62:24, 63:6, 63:7, 70:23

**N**

**name** [64] - 2:19, 4:11, 4:12, 7:15, 7:19, 14:25, 15:4, 15:5, 15:10, 17:3, 17:10, 17:13, 18:18, 18:21, 20:4, 20:11, 20:17, 20:24, 21:7, 21:18, 21:23, 22:4, 22:19, 27:15, 31:21, 31:23, 40:1, 40:2, 40:10, 41:5, 43:18, 48:14, 52:20, 53:7, 53:13, 57:15, 57:16, 58:24, 58:25, 59:1, 59:2, 69:16, 70:19, 71:22,

9

72:6, 72:14, 72:21, 76:2, 79:1, 79:7, 85:15, 86:1, 86:5, 86:18, 87:2, 88:11, 88:15, 88:18, 88:21, 89:4, 95:3, 100:19

**named** [6] - 27:24, 30:11, 34:11, 89:12, 89:15, 89:18

**names** [9] - 12:17, 24:24, 25:7, 25:11, 25:14, 25:23, 57:17, 71:14, 71:15

**Natural** [1] - 87:23

**nature** [4] - 57:1, 79:7, 79:15, 79:16

**necessary** [1] - 78:6

**neck** [1] - 46:14

**need** [21] - 25:10, 34:5, 52:2, 58:12, 59:4, 66:15, 69:19, 70:7, 70:22, 78:4, 78:15, 78:23, 78:24, 79:3, 79:24, 82:18, 82:22, 91:24, 92:18, 93:11, 97:6

**needed** [8] - 35:7, 35:13, 48:9, 55:14, 68:16, 68:24, 100:17, 101:16

**needs** [3] - 62:20, 71:1, 79:5

**Netherlands** [1] - 13:14

**never** [9] - 40:23, 43:23, 43:24, 77:1, 85:6, 85:11, 104:1

**new** [1] - 46:7

**next** [11] - 16:13, 27:5, 45:3, 57:12, 58:22, 58:23, 70:21, 80:10, 92:10, 93:7, 93:15

**Nextel** [1] - 9:18

**nickname** [1] - 41:7

**night** [2] - 41:10, 104:3

**nine** [13] - 6:3, 13:3, 19:9, 67:10, 69:13, 88:15, 88:22, 89:12, 89:15, 100:25, 106:3, 106:9

**nobody** [4] - 44:4, 59:18, 62:24, 75:3

**none** [1] - 99:24

**noon** [4] - 73:16, 74:12, 74:16, 90:4

**normal** [5] - 48:21, 49:12, 49:13, 76:17, 83:6

**North** [1] - 1:17

**Note** [1] - 22:24

**note** [2] - 26:2, 68:21

**noted** [4] - 65:7, 79:23, 80:9, 90:10

**nothing** [5] - 61:15, 61:18, 74:8, 74:24, 84:4

**Number** [1] - 1:3

**number** [56] - 2:22, 3:2, 3:18, 6:2, 7:6, 7:12, 9:8, 10:9, 10:11, 11:2, 11:5, 11:11, 11:21, 11:23, 12:1, 12:3, 12:13, 13:3, 13:6, 13:21, 14:8, 14:13, 14:16, 15:20, 19:11, 19:22, 19:24, 20:1, 20:6, 21:4, 21:12, 21:25, 22:2, 22:9, 24:23, 25:11, 25:17, 25:24, 43:17, 43:21, 43:23, 49:1, 49:3, 49:7, 53:11, 66:15, 68:20, 68:21, 70:19, 75:7, 81:7, 81:18, 93:21, 101:9, 106:2

**numbers** [3] - 9:13, 13:23, 19:19

**numerous** [1] - 29:3

### O

**oath** [1] - 37:17

**object** [2] - 51:25, 77:14

**objection** [9] - 6:12, 23:2, 34:19, 34:20, 36:15, 39:14, 63:24, 79:8, 82:19

**obligation** [1] - 38:2

**occurred** [1] - 36:1

**OF** [2] - 1:2, 1:4

**office** [13] - 17:14, 32:23, 32:25, 33:18, 38:15, 54:4, 54:5, 54:7, 54:8, 72:25, 81:18, 81:21, 81:22

**Office** [3] - 37:21, 38:1, 38:4

**officer** [3] - 21:12, 21:20, 101:22

**OFFICER** [10] - 2:10, 18:5, 18:8, 26:24, 27:2, 60:11, 60:19, 80:3, 97:11, 106:6

**Officer** [1] - 21:24

**official** [1] - 31:22

**officials** [1] - 33:20

**offshore** [1] - 34:7

**often** [1] - 54:11

**old** [1] - 9:18

**Oleanvine** [9] - 27:6, 27:15, 53:8, 58:1, 67:6, 75:18, 76:1, 81:14, 95:22

**ON** [7] - 6:19, 6:22, 31:12, 31:14, 31:20, 91:5, 94:15

**onboard** [2] - 48:18, 99:21

**once** [3] - 24:13, 45:9, 46:19

**one** [56] - 7:1, 11:1, 11:2, 18:13, 19:6, 19:9, 21:4, 24:23, 32:10, 32:23, 38:14, 39:3, 39:17, 39:25, 40:4, 40:8, 40:10, 41:1, 42:2, 42:19, 43:1, 44:9, 44:10, 47:15, 47:19, 47:20, 48:13, 48:16, 49:22, 53:4, 53:7, 54:18, 61:15, 63:5, 64:14, 69:5, 70:3, 71:2, 71:15, 83:10, 86:10, 87:20, 95:15, 98:22, 99:6, 100:11, 100:21, 100:24, 101:7, 101:19, 102:1, 103:9, 103:12, 106:2

**ones** [1] - 66:1

**ongoing** [1] - 56:24

**online** [1] - 105:24

**open** [1] - 51:4

**opening** [2] - 6:4, 90:15

**operated** [1] - 40:2

**operates** [1] - 86:10

**operation** [2] - 38:20, 40:15

**operations** [2] - 33:12, 39:6

**opportunity** [4] - 41:14, 46:3, 46:5, 46:6

**OPUS** [3] - 9:4, 9:7, 11:10

**order** [6] - 41:20, 48:10, 65:15, 68:15, 68:17, 75:8

**otherwise** [1] - 37:24

**outgoing** [12] - 7:10, 9:11, 11:18, 12:22, 13:5, 17:19, 19:1, 19:15, 25:3, 25:7, 25:20, 70:17

**outside** [6] - 28:12,

41:16, 99:10, 99:11, 99:12, 103:21

**outstanding** [2] - 50:4, 64:24

**overruled** [1] - 63:25

**overseen** [1] - 32:21

**owed** [4] - 50:5, 50:6, 56:4, 56:7

**own** [3] - 33:22, 40:8, 66:21

**owned** [2] - 40:24, 84:20

### P

**p.m** [30] - 3:5, 3:22, 4:7, 7:14, 11:4, 11:22, 12:5, 12:10, 12:12, 13:1, 13:17, 13:20, 14:6, 14:15, 14:21, 17:1, 18:24, 25:2, 25:19, 57:10, 65:12, 68:12, 80:23, 83:22, 90:3, 90:11, 90:16, 91:22, 92:13, 93:2

**pages** [3] - 17:15, 22:4, 57:9

**paid** [5] - 30:18, 31:3, 50:13, 51:22, 101:13

**paper** [2] - 24:14, 24:18

**paperwork** [1] - 48:15

**paragraph** [2] - 22:14

**Parham** [2] - 94:11, 94:19

**part** [15] - 28:16, 28:19, 33:12, 33:17, 36:18, 37:9, 37:12, 37:14, 61:6, 61:7, 63:3, 69:4, 84:4, 84:5, 90:14

**partake** [1] - 47:10

**participants** [7] - 43:3, 57:25, 67:5, 75:17, 75:25, 81:13, 95:21

**participated** [1] - 26:15

**participating** [2] - 65:24, 79:16

**particular** [7] - 56:22, 69:4, 69:5, 69:6, 69:9, 90:25, 99:3

**parties** [3] - 22:13, 26:2, 106:9

**parts** [2] - 43:14, 61:9

**party** [9] - 28:13, 28:17, 28:19, 45:4, 45:8, 45:9, 55:15, 55:23, 56:1

**Party** [1] - 28:21

**pass** [2] - 38:20, 62:21

**passed** [2] - 74:1, 86:21

64:4, 64:16, 65:5, 65:10, 65:16, 66:13, 67:10, 67:16, 68:5, 68:11, 69:13, 69:23, 70:21, 71:19, 72:16, 73:14, 74:10, 76:4, 76:13, 77:3, 77:23, 77:24, 79:13, 82:8, 82:11, 83:10, 83:14, 84:1, 84:6, 84:14, 85:13, 86:1, 86:22, 88:9, 88:15, 88:22, 89:12, 90:11, 91:21, 92:12, 93:9, 95:15, 96:8, 97:16, 97:21, 98:16, 98:22, 99:15, 100:5, 100:12, 100:22, 100:25, 101:8, 101:20, 102:3, 102:15, 102:23, 102:24, 103:12, 104:13

**pages** [3] - 17:15, 22:4, 57:9

**Page** [3] - 88:17, 90:16, 99:15

**page** [170] - 3:1, 3:9, 3:14, 3:25, 4:11, 4:14, 4:24, 5:1, 5:9, 5:17, 7:1, 7:12, 7:24, 8:2, 8:3, 8:6, 8:11, 8:14, 8:15, 8:16, 10:1, 10:4, 10:24, 11:2, 11:19, 11:20, 12:3, 12:11, 12:17, 13:2, 13:3, 13:18, 14:8, 14:13, 14:24, 15:4, 15:13, 15:16, 16:11, 16:15, 16:22, 17:2, 17:5, 17:6, 17:12, 18:13, 18:21, 19:8, 19:13, 19:21, 20:4, 20:11, 20:17, 20:24, 21:7, 21:8, 21:10, 21:18, 22:4, 24:22, 37:2, 37:4, 41:22, 43:10, 43:15, 44:3, 44:9, 44:10, 44:16, 44:19, 45:1, 45:14, 45:19, 46:1, 46:12, 46:19, 47:14, 48:2, 48:23, 49:6, 49:15, 49:21, 49:24, 50:15, 51:3, 52:14, 53:7, 58:7, 58:12, 58:15, 58:20, 59:4, 59:8, 59:23, 62:9, 62:10, 62:22, 63:14,

**passes** [1] - 48:16
**passing** [2] - 54:22, 61:16
**passport** [1] - 35:7
**passports** [1] - 48:5
**PATRICIA** [2] - 1:16, 107:9
**patricia_sanders@ flsd.uscourts.gov** [1] - 1:19
**pay** [7] - 49:22, 55:20, 55:24, 62:20, 101:12, 101:15
**paying** [6] - 31:1, 32:2, 60:2, 62:14, 91:15, 91:17
**Penn** [1] - 71:2
**people** [13] - 39:23, 40:6, 45:4, 45:8, 45:11, 50:25, 51:19, 60:2, 62:14, 85:14, 98:20, 100:14, 100:17
**perceived** [1] - 85:3
**percent** [9] - 49:8, 101:10, 101:11, 101:14, 101:15
**percentage** [2] - 101:13, 102:18
**perfectly** [1] - 102:25
**perform** [1] - 22:23
**perhaps** [1] - 63:20
**perjury** [1] - 37:18
**permission** [1] - 6:14
**person** [16] - 16:13, 34:14, 38:6, 44:11, 46:2, 48:21, 50:6, 69:3, 69:16, 76:5, 76:9, 76:12, 76:21, 89:12, 100:17, 105:24
**personal** [1] - 79:17
**personally** [1] - 66:10
**persons** [5] - 38:23, 50:21, 51:1, 79:16, 101:16
**pertain** [1] - 96:12
**pertaining** [1] - 66:5
**Peters** [1] - 21:1
**Petroleum** [1] - 71:7
**phone** [31] - 5:19, 15:20, 21:12, 21:25, 22:24, 23:8, 23:15, 23:21, 24:11, 41:18, 41:20, 41:25, 42:3, 49:1, 49:3, 53:12, 57:22, 57:23, 60:24, 62:8, 67:2, 68:20, 75:14, 80:14, 80:24, 81:10, 84:22, 84:23,

**85:4, 85:13, 93:22
**phones** [1] - 9:19
**phonetic)** [1] - 40:2
**photo** [3] - 19:3, 79:7, 79:10
**photograph** [4] - 23:13, 23:14, 23:16, 23:20
**photographs** [1] - 24:4
**photos** [1] - 23:7
**physical** [1] - 7:10
**pick** [5] - 93:12, 93:13, 95:1, 95:4, 95:5
**Pickering** [4] - 27:15, 67:6, 81:15, 95:22
**picking** [1] - 93:14
**picture** [7] - 23:24, 23:25, 24:1, 24:3, 41:3, 72:14, 72:21
**pictured** [2] - 28:9, 39:17
**pictures** [1] - 79:1
**piece** [2] - 24:14, 24:18
**pieces** [4] - 99:18, 99:20, 99:23, 100:2
**place** [13] - 40:24, 54:3, 70:15, 78:4, 78:15, 84:10, 84:12, 84:17, 85:8, 92:23, 93:4, 94:10, 95:10
**placed** [2] - 75:7
**plane** [2] - 104:25, 105:15
**play** [3] - 43:13, 57:13, 100:13
**played** [1] - 36:18
**PLAYED** [31] - 9:25, 10:12, 11:8, 11:14, 12:2, 12:16, 14:19, 82:10, 83:9, 83:18, 83:24, 96:7, 97:17, 97:20, 98:10, 98:21, 99:9, 99:14, 100:4, 100:10, 100:23, 101:6, 101:18, 101:25, 102:14, 102:22, 103:11, 103:14, 104:7, 104:12, 105:4
**plea** [3] - 37:4, 37:9, 37:14
**plead** [3] - 36:5, 36:11, 36:17
**pleasant** [1] - 2:12
**pled** [1] - 36:7
**pleasant** [17] - 35:9, 51:11, 51:24, 55:17, 61:21, 62:3, 63:6,

**point** 63:17, 77:18, 90:23, 92:22, 98:19, 102:10, 103:15, 103:16, 103:21, 103:24
**police** [3] - 21:20, 21:24, 22:6
**Police** [5] - 20:12, 20:19, 21:1, 21:9, 21:16
**political** [4] - 28:13, 28:16, 28:19, 45:9
**port** [6] - 31:17, 31:21, 34:6, 35:15, 40:15, 44:8
**portfolio** [1] - 28:12
**portfolios** [1] - 32:23
**ports** [12] - 31:4, 32:1, 32:3, 32:14, 32:18, 33:8, 33:16, 33:17, 33:23, 38:19, 39:5, 66:4
**Ports** [16] - 29:5, 30:5, 30:8, 30:18, 31:22, 31:25, 32:22, 32:24, 33:11, 33:12, 57:2, 62:6, 65:25, 66:6, 73:7, 91:17
**position** [4] - 70:19, 73:6, 79:16, 87:22
**positions** [1] - 29:5
**positive** [5] - 43:24, 43:25, 44:1, 100:2, 100:3
**post** [1] - 79:24
**potential** [1] - 54:16
**preference** [1] - 90:6
**Premier** [82] - 28:17, 28:22, 33:3, 33:5, 33:6, 44:16, 44:19, 44:24, 50:17, 50:18, 53:1, 53:19, 54:1, 54:2, 54:11, 55:1, 55:7, 55:11, 55:16, 55:23, 56:3, 57:4, 57:5, 60:25, 61:5, 61:7, 61:13, 62:1, 65:20, 72:12, 72:13, 72:19, 73:8, 73:12, 73:19, 74:20, 76:22, 77:22, 78:1, 78:12, 79:11, 79:14, 79:22, 80:7, 80:13, 80:15, 80:23, 81:1, 81:3, 82:14, 82:18, 82:21, 83:1, 83:6, 84:2, 84:14, 84:22, 85:10, 90:2, 90:7, 91:3, 91:8, 91:15, 91:18, 91:22, 92:8, 92:13,

**93:1, 93:10, 93:16, 93:20, 99:11, 100:5, 100:13, 101:1, 101:2, 101:12, 102:4, 102:10, 105:5, 105:9
**Premier's** [10] - 17:14, 32:22, 32:24, 33:18, 53:22, 54:5, 54:8, 73:5, 76:2, 80:19
**present** [4] - 51:4, 51:8, 55:4
**presently** [1] - 66:17
**President** [1] - 71:6
**previously** [2] - 74:5, 102:17
**price** [5] - 50:16, 50:19, 50:23, 91:16
**prison** [1] - 37:6
**private** [3] - 30:10, 84:18, 104:25
**privately** [1] - 66:20
**problem** [2] - 33:5, 84:11
**problems** [2] - 63:13, 82:24
**proceed** [4] - 2:16, 26:6, 27:9, 85:6
**PROCEEDINGS** [1] - 1:9
**proceedings** [1] - 107:5
**process** [2] - 24:5, 48:21
**processed** [1] - 35:13
**produce** [1] - 72:24
**profile** [2] - 72:14, 72:21
**project** [1] - 45:3
**projects** [1] - 45:13
**promised** [2] - 37:21, 56:5
**property** [2] - 96:20, 96:22
**proposal** [5] - 47:22, 47:24, 53:2, 78:5, 78:16
**proposals** [1] - 48:13
**proposed** [4] - 48:9, 61:11, 72:15, 72:23
**proposition** [1] - 46:10
**prosecuted** [1] - 37:18
**provide** [3] - 74:8, 79:6, 79:10
**provided** [1] - 19:6
**PTT** [2] - 9:12, 9:15
**Public** [3] - 29:4, 30:6, 33:9
**public** [1] - 84:10

**publish** [23] - 6:14, 7:4, 7:23, 8:11, 10:14, 10:19, 10:24, 11:20, 23:10, 81:24, 83:23, 97:15, 99:8, 100:9, 100:21, 101:5, 101:17, 101:24, 102:13, 102:21, 103:9, 104:6, 105:3
**publishing** [24] - 2:25, 8:3, 9:24, 10:11, 11:7, 11:13, 12:1, 12:8, 12:11, 12:15, 13:8, 13:18, 14:18, 15:16, 19:8, 19:11, 22:12, 22:14, 23:19, 82:9, 96:5, 103:13, 104:11
**pull** [1] - 77:18
**pulled** [1] - 41:2
**purpose** [2] - 68:14, 104:20
**purposes** [1] - 18:13
**push** [6] - 9:16, 9:17, 9:21, 9:22, 9:24, 10:17
**put** [6] - 49:10, 51:19, 71:1, 77:5, 103:18, 103:19

# Q

**qualify** [1] - 68:17
**questioning** [1] - 52:3
**questions** [3] - 22:15, 22:21, 26:17
**quick** [1] - 26:21
**quickly** [1] - 3:1
**Quintero** [44] - 7:16, 7:20, 38:13, 39:10, 40:13, 40:19, 40:20, 41:1, 41:13, 41:14, 41:15, 42:4, 42:9, 43:4, 43:16, 46:9, 47:22, 48:9, 51:7, 54:15, 56:14, 58:1, 59:12, 59:13, 59:21, 67:18, 69:22, 69:25, 71:22, 73:18, 75:18, 76:1, 78:18, 79:21, 81:15, 81:19, 92:2, 93:8, 93:14, 94:25, 95:23, 96:23, 103:16, 105:18
**quite** [4] - 25:10, 39:25, 40:22, 58:9
**quote** [2] - 39:18, 101:9

## R

**Rankin** [1] - 20:5
**rationalized** [1] - 61:22
**Rawat** [1] - 26:10
**reach** [2] - 80:18, 80:20
**reached** [2] - 40:4, 70:15
**reaches** [1] - 65:19
**react** [2] - 55:7, 74:3
**read** [29] - 24:23, 51:11, 53:17, 53:19, 53:22, 57:9, 57:12, 64:21, 65:5, 65:11, 65:16, 66:14, 68:11, 69:14, 69:23, 70:17, 70:23, 71:4, 71:20, 73:14, 78:1, 79:13, 80:8, 86:1, 87:1, 88:18, 90:2, 93:1, 106:13
**readiness** [1] - 77:17
**READING** [1] - 93:6
**ready** [7] - 2:2, 48:3, 77:6, 77:12, 82:6, 82:7, 106:14
**reason** [6] - 52:8, 72:15, 72:22, 80:14, 91:18, 104:2
**receive** [1] - 31:2
**received** [2] - 38:14, 78:21
**receiving** [2] - 30:14, 30:16
**recess** [1] - 26:22
**RECESS** [5] - 18:6, 60:17, 80:4, 97:9, 106:19
**recognize** [15] - 6:16, 7:19, 9:12, 15:10, 17:10, 18:18, 28:5, 31:6, 34:16, 36:24, 39:19, 53:11, 88:21, 89:4, 94:4
**recollection** [1] - 29:15
**recommend** [1] - 37:23
**recommendation** [4] - 38:2, 38:5, 38:9
**record** [8] - 7:24, 11:19, 15:22, 32:11, 67:9, 72:15, 72:22, 104:10
**RECORD** [34] - 9:25, 10:12, 11:8, 11:14, 12:2, 12:16, 14:19, 69:18, 70:1, 82:10,

83:9, 83:18, 83:24, 94:22, 96:7, 97:17, 97:20, 98:10, 98:21, 99:9, 99:14, 100:4, 100:10, 100:23, 101:6, 101:18, 101:25, 102:14, 102:22, 103:11, 103:14, 104:7, 104:12, 105:4
**recording** [16] - 9:18, 9:20, 43:7, 43:10, 58:3, 75:20, 75:23, 95:25, 96:2, 98:9, 98:15, 98:22, 100:11, 100:24, 101:7, 102:1
**recordings** [1] - 42:23
**red** [1] - 16:8
**redacted** [1] - 23:13
**redirect** [2] - 26:19, 26:20
**reduction** [1] - 38:10
**refer** [6] - 9:6, 43:14, 43:16, 45:4, 57:14, 92:15
**reference** [3] - 46:6, 47:11, 70:19
**referenced** [1] - 8:20
**references** [1] - 71:2
**referred** [2] - 45:16, 45:25
**referring** [55] - 44:6, 44:13, 44:22, 44:23, 45:5, 45:23, 46:3, 46:16, 47:16, 49:12, 49:14, 50:21, 51:1, 58:10, 58:13, 58:18, 59:6, 59:12, 60:3, 62:11, 62:22, 63:14, 63:16, 63:17, 64:4, 65:2, 65:4, 68:8, 69:20, 69:22, 70:9, 73:17, 76:7, 77:8, 78:17, 78:25, 81:6, 83:11, 83:16, 83:17, 86:4, 86:17, 87:1, 92:3, 93:8, 93:13, 96:19, 98:3, 99:15, 99:19, 100:16, 102:16, 103:2, 104:13, 105:9
**refers** [1] - 45:23
**reflection** [1] - 75:23
**regard** [1] - 68:23
**regarding** [1] - 26:2
**regular** [1] - 54:12
**rejected** [1] - 16:6
**rejecting** [1] - 16:8
**relate** [1] - 62:18

**related** [2] - 50:6, 78:11
**relation** [2] - 42:11, 54:7
**relationship** [4] - 50:8, 52:16, 73:10, 87:6
**relay** [1] - 94:2
**relaying** [1] - 94:1
**remain** [7] - 39:7, 48:7, 48:18, 54:22, 61:19, 63:7, 99:24
**remainder** [2] - 56:8, 56:9
**remains** [1] - 60:14
**remember** [3] - 28:24, 29:1, 100:14
**reminder** [1] - 53:20
**remove** [1] - 62:1
**removed** [1] - 62:6
**rent** [1] - 50:1
**repeat** [3] - 47:3, 67:21, 84:25
**rephase** [1] - 77:15
**rephrase** [1] - 52:4
**reply** [1] - 76:20
**report** [5] - 24:15, 26:9, 26:12, 26:16, 72:1
**REPORTED** [1] - 1:16
**reported** [1] - 32:15
**Reporter** [1] - 1:17
**REPORTER** [3] - 32:9, 67:7, 72:3
**reporter** [1] - 67:8
**represent** [1] - 22:19
**request** [4] - 38:22, 93:3, 93:8, 96:15
**requested** [1] - 72:24
**required** [4] - 37:12, 37:14, 72:13, 72:20
**requirements** [4] - 73:23, 74:1, 74:3, 77:10
**research** [2] - 79:23, 80:9
**reservations** [1] - 90:22
**residence** [3] - 84:13, 84:18, 84:20
**Resources** [2] - 33:10, 87:23
**respect** [2] - 26:8, 79:15
**response** [6] - 53:22, 61:24, 65:6, 73:1, 80:19, 90:9
**responsibilities** [1] - 31:25
**responsibility** [2] - 32:1, 36:18

**responsible** [5] - 32:2, 33:15, 34:1, 68:1, 68:2
**rest** [2] - 103:20, 106:2
**Restaurant** [7] - 94:17, 94:18, 94:23, 94:24, 94:25, 95:9, 98:6
**restaurant** [2] - 84:7, 84:9
**restroom** [1] - 79:24
**result** [9] - 13:25, 20:9, 20:22, 21:5, 21:14, 21:16, 22:2, 22:10, 100:2
**results** [4] - 14:1, 20:2, 20:3, 20:15
**resume** [5] - 60:10, 60:21, 98:9, 103:13, 104:11
**retire** [1] - 49:24
**retired** [1] - 30:6
**return** [3] - 65:17, 90:19, 91:13
**review** [1] - 58:2
**reviewed** [3] - 43:10, 75:19, 95:24
**Rhea** [1] - 26:10
**rise** [10] - 2:10, 18:5, 18:8, 26:24, 27:3, 60:11, 60:19, 80:3, 97:11, 106:6
**risk** [1] - 79:18
**Road** [10] - 31:18, 31:21, 42:16, 54:6, 56:20, 94:8, 94:16, 94:17, 94:18, 94:23
**Robert** [4] - 26:8, 40:20, 41:1, 42:4
**Roberto** [122] - 7:16, 7:19, 38:12, 39:9, 40:13, 40:19, 41:13, 41:14, 43:4, 43:16, 43:20, 43:23, 44:9, 44:11, 45:19, 45:22, 46:9, 46:12, 46:16, 46:23, 47:4, 47:11, 48:24, 49:7, 49:11, 49:12, 49:16, 49:19, 51:4, 51:23, 52:5, 52:8, 52:14, 55:2, 55:10, 55:12, 56:5, 57:10, 57:12, 57:17, 58:1, 59:21, 60:24, 61:2, 61:8, 62:8, 62:17, 63:4, 63:6, 63:11, 63:15, 63:18, 63:22, 63:23, 64:1, 64:5, 64:12, 65:4, 67:18, 68:5, 68:8,

69:22, 69:25, 71:22, 72:8, 73:18, 73:19, 74:2, 74:3, 74:4, 75:1, 75:6, 75:7, 75:18, 76:1, 76:14, 76:24, 77:1, 77:11, 77:17, 78:11, 78:18, 78:20, 79:2, 79:6, 79:10, 79:20, 80:6, 81:15, 81:19, 83:2, 83:3, 83:14, 83:16, 85:4, 92:2, 93:8, 93:20, 93:25, 94:6, 94:16, 94:25, 95:23, 96:9, 96:15, 96:23, 97:22, 98:1, 98:5, 99:5, 99:17, 99:19, 99:22, 101:9, 101:21, 103:2, 103:16, 103:25, 104:15, 104:21, 104:22, 105:17
**Roberto's** [6] - 49:3, 53:1, 59:2, 61:3, 69:11, 103:4
**Robinson** [1] - 21:12
**role** [1] - 35:14
**room** [2] - 99:2, 103:21
**roughly** [1] - 98:12
**Roxanne** [8] - 71:16, 71:17, 71:18, 73:12, 105:8, 105:10, 105:11, 105:17
**Roy** [3] - 87:3, 87:4, 88:1
**RPR** [2] - 1:16, 107:9
**RTW** [19] - 56:16, 56:19, 56:23, 56:24, 57:2, 64:22, 65:2, 69:16, 69:21, 69:25, 73:16, 73:17, 78:4, 78:15, 78:17, 78:18, 78:23, 91:24, 92:1
**run** [17] - 6:5, 13:23, 15:19, 19:24, 20:2, 20:8, 20:15, 20:22, 21:4, 21:14, 21:16, 22:2, 22:9, 54:11, 58:15, 69:3, 99:18
**running** [4] - 20:1, 30:17, 48:6, 48:8
**runs** [2] - 58:16, 58:17

## S

**safe** [1] - 106:5
**safely** [1] - 50:22
**safety** [3] - 59:19, 59:21, 79:17

**Saint** [8] - 6:9, 13:11, 14:22, 19:4, 42:11, 42:18, 55:20, 66:15
**salaries** [1] - 32:2
**salary** [1] - 30:19
**salon** [1] - 40:3
**Samsung** [1] - 22:24
**sanders** [1] - 32:10
**SANDERS** [3] - 1:16, 107:7, 107:9
**sat** [1] - 99:2
**satisfied** [1] - 103:4
**Saturday** [1] - 68:20
**saw** [5] - 13:8, 23:16, 23:25, 95:7, 104:1
**schedule** [2] - 70:10, 92:18
**scheduled** [8] - 54:13, 64:23, 66:8, 66:10, 67:13, 67:15, 91:8, 105:13
**scheduling** [1] - 32:5
**school** [1] - 71:2
**screen** [2] - 6:18, 6:21
**SCREEN** [7] - 6:19, 6:22, 31:12, 31:14, 31:20, 91:5, 94:15
**scroll** [4] - 3:1, 4:24, 7:19, 8:2
**scrolling** [1] - 8:6
**Sea** [6] - 65:24, 66:2, 66:5, 66:7, 66:8, 91:20
**sea** [2] - 34:9, 48:6
**Sean** [1] - 1:13
**search** [3] - 34:4, 34:5, 34:8
**searching** [1] - 33:15
**season** [1] - 57:13
**seated** [6] - 2:1, 18:9, 27:4, 60:14, 60:20, 97:12
**second** [6] - 4:2, 21:11, 23:20, 24:22, 77:20, 90:4
**seconds** [28] - 7:8, 10:16, 10:18, 11:1, 11:16, 12:24, 16:19, 16:24, 42:2, 88:6, 88:7, 96:6, 97:16, 97:19, 97:21, 98:11, 98:15, 100:11, 100:22, 100:24, 101:8, 101:20, 102:2, 102:24, 103:10, 103:13, 104:11, 105:5
**secretary** [1] - 26:13
**Secretary** [1] - 26:14
**secure** [2] - 84:2

59:15
**SECURITY** [10] - 2:10, 18:5, 18:8, 26:24, 27:2, 60:11, 60:19, 80:3, 97:11, 106:6
**security** [2] - 84:10, 93:4
**see** [46] - 4:2, 4:11, 4:14, 9:4, 10:14, 11:21, 13:21, 15:4, 15:23, 19:9, 24:23, 25:7, 25:14, 38:23, 39:21, 43:16, 44:20, 45:1, 45:20, 46:12, 46:14, 48:2, 49:1, 49:6, 50:15, 51:3, 52:14, 54:12, 60:16, 64:4, 67:10, 72:6, 76:5, 76:13, 77:3, 84:7, 85:15, 96:8, 97:1, 99:17, 102:3, 102:4, 103:24, 104:4, 104:14, 106:5
**seeing** [1] - 42:10
**seeking** [1] - 69:1
**seize** [1] - 49:11
**selling** [1] - 100:7
**send** [12] - 49:10, 69:16, 70:4, 72:17, 74:10, 74:18, 79:14, 91:22, 92:13, 93:10, 100:17, 106:13
**sending** [1] - 68:14
**Senegal** [2] - 4:22, 5:6
**sent** [27] - 53:19, 57:9, 57:12, 64:21, 65:8, 65:11, 66:14, 68:12, 68:21, 68:22, 69:14, 69:24, 71:4, 71:20, 73:3, 73:4, 73:24, 74:1, 75:4, 78:1, 79:2, 80:7, 90:2, 90:15, 90:22, 93:15, 95:3
**sentence** [3] - 37:5, 37:24, 38:6
**sentenced** [1] - 37:7
**separate** [1] - 56:24
**series** [3] - 2:25, 5:12, 90:17
**service** [4] - 30:10, 30:11, 30:15, 30:16
**Service** [2] - 29:4, 30:6
**set** [11] - 2:7, 40:5, 40:16, 40:18, 41:20, 59:18, 63:2, 64:9, 72:19, 90:22, 92:14
**setting** [3] - 75:2, 84:16, 84:17
**setup** [2] - 59:11,

**seven** [18] - 7:4, 7:6, 12:9, 12:11, 12:24, 13:2, 14:8, 58:15, 66:13, 72:25, 85:14, 86:15, 88:9, 89:4, 96:9, 98:7, 98:24
**shared** [1] - 56:9
**sharing** [1] - 63:5
**sharp** [2] - 72:25, 80:25
**Sheila** [2] - 88:10, 88:12
**Shepperd** [1] - 22:6
**ship** [1] - 33:23
**shipment** [2] - 61:20, 62:20
**shipping** [10] - 34:23, 35:1, 35:9, 35:14, 48:9, 61:10, 68:15, 68:23, 69:1, 69:10
**ships** [2] - 32:6, 35:2
**shook** [1] - 52:18
**short** [1] - 96:24
**shortly** [1] - 41:13
**show** [4] - 31:17, 45:3, 45:8, 45:11
**showing** [20] - 3:25, 11:19, 14:7, 23:12, 24:7, 31:5, 36:23, 37:4, 39:16, 41:21, 53:6, 57:8, 57:18, 64:16, 69:13, 81:5, 85:12, 90:1, 93:18, 94:3
**siblings** [3] - 71:12, 71:14, 71:15
**side** [8] - 2:5, 6:23, 6:24, 13:11, 14:22, 19:4, 59:5, 94:12
**signature** [1] - 37:1
**signed** [1] - 26:4
**signified** [1] - 5:5
**signifies** [1] - 7:10
**signify** [3] - 7:7, 7:9, 9:10
**similar** [1] - 73:4
**similarly** [1] - 25:23
**SIMULTANEOUSLY** [1] - 32:8
**Sinaloa** [1] - 52:15
**sister** [2] - 31:10, 86:21
**situation** [1] - 36:1
**six** [14] - 3:2, 7:4, 9:1, 11:21, 12:3, 12:17, 14:20, 28:25, 43:16, 48:23, 51:3, 84:6, 88:22, 96:9
**skip** [2] - 3:9, 3:14

**skipping** [1] - 97:18
**slate** [1] - 55:25
**slip** [1] - 95:3
**small** [1] - 98:25
**Smith** [9] - 15:1, 15:10, 34:11, 34:22, 44:15, 51:2, 88:19, 88:20, 100:20
**snoop** [1] - 44:4
**sole** [1] - 26:8
**someone** [3] - 33:21, 50:5, 55:20
**sometimes** [3] - 45:12, 51:19, 97:5
**somewhere** [1] - 94:14
**son** [5] - 35:19, 40:19, 40:23, 41:4, 45:21
**soon** [4] - 10:17, 14:11, 68:13, 68:23
**Sorry** [1] - 88:8
**sorry** [1] - 91:12
**sounds** [1] - 106:11
**source** [3] - 23:13, 23:24, 24:3
**sOUTHERN** [1] - 1:2
**southwest** [1] - 13:12
**space** [1] - 99:3
**speaker** [13] - 3:10, 3:15, 5:2, 5:7, 8:4, 8:7, 8:12, 8:17, 8:22, 8:24, 15:14, 15:16, 17:8
**SPEAKING** [1] - 32:8
**speaking** [5] - 48:24, 49:17, 56:3, 63:10, 67:17
**Special** [1] - 2:13
**specific** [1] - 64:15
**speculation** [1] - 79:8
**spent** [1] - 51:21
**spills** [1] - 4:4
**spirit** [2] - 49:16, 49:18
**spot** [1] - 92:19
**spouse** [1] - 105:24
**spy** [1] - 75:4
**St** [17] - 42:10, 42:11, 42:13, 65:13, 65:17, 65:18, 90:5, 90:8, 90:12, 90:19, 90:20, 90:24, 91:1, 91:4, 91:9, 91:13, 91:15
**staff** [1] - 69:8
**stand** [3] - 2:7, 9:15, 56:19
**standing** [1] - 28:14
**start** [11] - 7:1, 55:25, 60:2, 62:14, 96:5, 96:10, 96:11, 96:17,

99:17, 104:19, 106:3
**starting** [4] - 5:1, 5:15, 19:19, 19:21
**starts** [1] - 44:9, 48:24
**State** [1] - 71:2
**statement** [3] - 52:18, 63:21, 82:20
**STATES** [4] - 1:1, 1:4, 1:10, 1:12
**States** [5] - 1:17, 27:6, 37:20, 38:1, 38:4
**statutory** [1] - 32:20
**stay** [1] - 103:20
**staying** [2] - 34:7, 47:14
**Stephan** [4] - 41:6, 67:6, 81:14, 95:23
**Steven** [1] - 26:13
**sticking** [1] - 93:19
**still** [11] - 13:2, 21:10, 67:11, 67:13, 67:14, 67:15, 75:5, 79:23, 80:9, 84:8, 104:5
**stipulate** [3] - 23:7, 24:19, 28:7
**stipulation** [4] - 22:13, 26:2, 26:4, 26:7
**stop** [3] - 98:19, 103:7, 104:13
**stopped** [1] - 30:3
**stopping** [2] - 3:1, 83:10, 96:8, 97:21, 98:11, 98:22, 100:11, 100:24, 101:7, 101:19, 102:1, 105:5
**storage** [1] - 57:2
**straightforward** [2] - 76:4, 76:9
**substantive** [2] - 106:10, 106:13
**successful** [1] - 57:11
**suggest** [1] - 80:23
**suggestion** [1] - 56:17
**Suite** [1] - 1:17
**Sunday** [1] - 91:7
**supervisor** [1] - 32:13
**supervisory** [1] - 22:25
**suppose** [1] - 58:21
**surprises** [1] - 98:1
**Sustained** [1] - 79:9
**SWORN** [1] - 27:8
**Sylvester** [10] - 71:6, 71:8, 71:10, 71:12, 71:16, 71:17, 71:20, 72:10, 84:21, 105:11

**T**

**TAKEN** [4] - 18:6, 60:17, 80:4, 97:9
**talkie** [1] - 9:19
**Tamesha** [3] - 88:16, 88:19, 88:20
**Tasaddiq** [1] - 26:14
**Tattoo** [2] - 17:4, 17:10
**teacher** [1] - 28:14, 28:16
**team** [1] - 57:13
**TEL** [1] - 4:14
**ten** [12] - 3:10, 11:10, 14:13, 16:19, 28:2, 28:3, 28:4, 43:15, 67:16, 76:4, 80:1, 100:5
**terms** [6] - 33:13, 38:20, 39:6, 47:1, 59:15, 62:19
**territory** [12] - 32:1, 33:14, 39:7, 44:7, 45:11, 45:13, 46:7, 46:8, 48:12, 50:22, 59:16, 59:22
**test** [6] - 43:23, 43:25, 44:1, 99:18, 100:1, 100:3
**tested** [1] - 44:1
**testify** [3] - 37:12, 37:15, 37:18
**testimony** [2] - 2:13, 2:15
**text** [7] - 2:25, 24:8, 24:10, 69:14, 71:6, 80:6, 90:17
**THE** [91] - 1:9, 1:12, 1:14, 2:1, 2:6, 2:9, 2:11, 6:13, 6:15, 9:25, 10:12, 11:8, 11:14, 12:2, 12:16, 14:19, 17:22, 18:1, 18:7, 18:9, 22:16, 23:4, 23:9, 24:21, 26:4, 26:6, 26:18, 26:21, 27:1, 27:4, 27:10, 28:8, 32:9, 32:10, 32:12, 34:20, 36:13, 36:16, 39:15, 52:1, 60:5, 60:8, 60:13, 60:18, 60:20, 63:25, 64:1, 67:7, 67:8, 69:18, 70:1, 72:3, 72:4, 77:15, 79:9, 79:24, 80:5, 82:10, 82:20, 83:9, 83:18, 83:24, 94:22, 96:7, 96:24, 97:4,

97:8, 97:10, 97:12, 97:17, 97:20, 98:10, 98:21, 99:9, 99:14, 100:4, 100:10, 100:23, 101:6, 101:18, 101:25, 102:14, 102:22, 103:11, 103:14, 104:7, 104:12, 105:4, 105:19, 106:8, 106:15
**Theresa** [1] - 1:14
**thinking** [2] - 75:1, 101:9
**third** [2] - 90:5, 90:8
**Thomas** [7] - 42:11, 42:18, 65:13, 65:17, 65:18, 66:15, 91:4
**thoughts** [1] - 77:21
**thousand** [1] - 49:7
**threatened** [1] - 49:19
**three** [26] - 3:24, 4:21, 5:24, 10:16, 12:3, 12:8, 12:18, 18:14, 22:14, 23:2, 25:17, 25:24, 29:20, 39:11, 39:23, 40:12, 43:17, 43:21, 43:23, 45:25, 49:7, 64:16, 64:18, 71:19, 86:22, 102:3
**throughout** [2] - 49:3, 98:16
**Thursday** [7] - 64:6, 64:7, 64:9, 64:13, 64:14, 91:14
**ticket** [2] - 66:16, 91:16
**today** [6] - 28:5, 45:17, 53:21, 58:8, 58:23, 69:19
**today's** [1] - 28:3
**tomorrow** [4] - 92:14, 92:15, 106:5, 106:14
**tonight** [1] - 106:14
**took** [6] - 2:12, 42:18, 82:12, 82:14, 94:9, 98:13
**top** [10] - 10:4, 24:23, 42:20, 49:6, 58:20, 59:8, 65:5, 65:16, 77:24, 102:3
**Tortola** [17] - 27:18, 27:19, 31:10, 31:11, 31:15, 31:16, 31:17, 31:21, 49:23, 50:2, 50:3, 65:19, 65:22, 90:12, 90:19, 91:13, 94:5
**total** [2] - 101:11, 101:14

**touch** [2] - 40:20, 41:12
**Town** [12] - 31:18, 31:21, 42:16, 54:6, 56:20, 94:8, 94:11, 94:16, 94:17, 94:18, 94:19, 94:23
**trade** [1] - 68:17
**Trade** [6] - 65:24, 66:2, 66:5, 66:7, 66:8, 91:20
**traffic** [3] - 54:10, 106:4, 106:18
**trail** [1] - 97:5
**training** [2] - 4:16, 68:20
**transaction** [4] - 56:22, 63:13, 68:16, 102:18
**transactions** [3] - 101:16, 102:19, 102:20
**transcript** [15] - 8:3, 15:11, 17:7, 43:8, 43:11, 43:14, 58:2, 75:19, 75:22, 82:3, 95:24, 98:16, 101:20, 102:23, 103:12
**transcription** [2] - 96:2, 107:5
**transfer** [1] - 52:13
**transport** [1] - 55:21
**travel** [11] - 42:15, 42:18, 54:19, 65:21, 65:25, 66:1, 66:8, 66:12, 66:21, 90:18, 91:8
**traveled** [1] - 42:16
**traveling** [3] - 66:7, 66:19, 66:20
**treats** [1] - 97:1
**TRIAL** [1] - 1:9
**trip** [3] - 63:19, 90:20, 91:15
**Triple** [2] - 30:11, 30:23
**trouble** [1] - 61:14
**trust** [1] - 59:10
**trusted** [1] - 98:20
**truthfully** [1] - 37:15
**trying** [3] - 70:10, 76:14, 78:19
**Tuesday** [2] - 91:10, 91:12
**turn** [8] - 2:14, 24:22, 58:7, 66:23, 82:3, 82:8, 95:12, 103:12
**turning** [12] - 3:6, 49:21, 51:3, 52:14,

58:20, 59:23, 66:13, 67:10, 67:16, 69:23, 75:10, 76:13
**twelve** [2] - 59:4, 90:4
**two** [37] - 6:1, 7:12, 10:14, 11:21, 12:11, 13:23, 14:12, 16:6, 16:20, 17:17, 19:13, 19:14, 19:18, 37:4, 38:23, 40:6, 40:25, 41:9, 43:1, 44:19, 49:6, 49:21, 50:21, 50:25, 51:1, 53:4, 58:8, 79:13, 82:1, 82:8, 88:6, 88:7, 88:8, 88:15, 98:22, 101:11
**type** [15] - 3:7, 4:9, 10:4, 11:17, 12:21, 13:4, 16:9, 17:18, 19:14, 45:3, 46:2, 57:21, 76:11, 76:20, 85:19

**U**

**UK** [1] - 32:19
**ulterior** [1] - 102:11
**ultimately** [1] - 94:9
**uncle** [4] - 38:18, 38:24, 39:1, 39:18
**under** [12] - 15:4, 32:18, 32:22, 33:12, 37:17, 38:2, 41:24, 48:14, 58:21, 60:2, 62:15, 65:25
**undercover** [2] - 101:22, 103:3
**underlined** [2] - 86:2, 86:23
**underneath** [4] - 32:24, 33:18, 67:1, 81:9
**undertake** [1] - 48:22
**unintelligible** [1] - 105:6
**UNITED** [3] - 1:1, 1:4, 1:12
**uNITED** [1] - 1:10
**United** [6] - 1:17, 26:16, 27:6, 37:20, 38:1, 38:4
**unless** [1] - 54:12
**unusual** [1] - 38:22
**unwilling** [1] - 79:6
**up** [41] - 2:7, 6:4, 18:4, 30:4, 30:17, 40:5, 40:16, 40:18, 41:2, 41:20, 45:10, 47:11, 49:10, 49:11, 49:13,

57:16, 57:17, 59:18, 60:1, 60:15, 62:13, 63:2, 63:19, 66:17, 67:7, 72:4, 75:2, 83:1, 84:16, 84:17, 84:23, 93:12, 93:13, 93:14, 95:1, 95:4, 95:5, 96:17, 97:6, 105:7, 105:25
**upcoming** [2] - 70:10, 73:22
**update** [2] - 78:3, 78:14
**upset** [1] - 74:4
**urgency** [1] - 63:23
**urgently** [1] - 79:5
**UTC** [12] - 3:22, 4:7, 13:20, 14:6, 16:1, 16:5, 16:12, 16:17, 17:1, 17:21, 18:24, 19:17

**V**

**VAN** [7] - 28:7, 51:24, 63:24, 77:14, 79:8, 82:19, 106:11
**Van** [1] - 1:14
**vehicle** [7] - 94:20, 95:7, 95:8, 95:9, 97:23, 98:6
**ventures** [1] - 61:10
**verify** [1] - 24:17
**vessel** [19] - 34:1, 34:2, 34:4, 34:5, 34:6, 34:9, 35:4, 35:8, 35:9, 35:12, 35:15, 35:17, 44:6, 44:7, 48:1, 48:11, 48:16, 54:19, 99:21
**vessels** [8] - 33:14, 33:16, 33:17, 38:20, 39:3, 50:22, 52:11, 52:13
**via** [4] - 48:1, 54:19, 59:10, 62:7, 69:14, 90:19, 104:24
**Vice** [1] - 71:6
**vicinity** [1] - 93:11
**videographer** [1] - 89:22
**videos** [1] - 89:21
**VILET** [1] - 28:7
**Vincent** [2] - 87:14, 87:19
**Virgin** [55] - 27:18, 27:19, 27:23, 28:15, 28:17, 28:21, 28:23, 29:2, 29:3, 29:6, 30:8, 31:4, 31:9,

31:22, 31:24, 32:18,
32:19, 33:23, 34:3,
34:13, 35:1, 35:2,
35:8, 36:2, 38:18,
38:21, 39:2, 39:4,
39:12, 40:3, 40:9,
40:17, 41:16, 45:12,
47:2, 47:5, 47:24,
48:1, 48:22, 52:24,
54:18, 54:20, 55:5,
55:15, 56:21, 61:3,
61:9, 61:20, 61:21,
78:10, 82:15, 95:20,
96:18, 100:8, 104:25
**VLIET** [6] - 51:24,
63:24, 77:14, 79:8,
82:19, 106:11
**Vliet** [1] - 1:14
**voice** [2] - 67:7, 72:4
**vs** [1] - 1:5

## W

**Wade** [13] - 15:1,
15:10, 34:11, 34:22,
44:15, 51:2, 58:12,
60:2, 62:14, 68:13,
68:21, 68:23, 100:20
**wait** [3] - 99:10, 99:11,
99:12
**waited** [1] - 95:1
**waiting** [2] - 18:3,
40:25
**walkie** [1] - 9:19
**wants** [4] - 71:23,
76:18
**waters** [1] - 54:20
**week** [2] - 58:22,
58:23
**weekend** [1] - 54:17
**welcome** [1] - 52:15
**WhatsApp** [11] - 4:14,
7:5, 9:22, 17:19,
19:15, 19:18, 24:9,
24:10, 25:3, 25:7,
25:20
**Wheatley** [2] - 87:14,
87:19
**whole** [1] - 31:13
**Wholesale** [1] - 56:20
**wife** [2] - 66:16, 66:18
**wife's** [1] - 88:11
**WILLIAMS** [1] - 1:9
**Williams** [1] - 36:10
**willing** [2] - 77:6,
77:12
**willingness** [1] - 77:16
**wise** [1] - 101:13
**witness** [3] - 2:3, 2:7,
27:5

**WITNESS** [12] - 6:19,
6:22, 27:8, 31:12,
31:14, 31:20, 32:8,
32:12, 64:1, 91:5,
94:15, 97:8
**won** [1] - 45:9
**wondering** [2] - 59:24,
62:12
**word** [8] - 29:21,
43:20, 53:15, 56:16,
56:23, 84:25, 102:8
**words** [1] - 56:14
**worse** [1] - 106:18
**wrap** [1] - 49:10
**wrapped** [2] - 49:11,
49:13
**write** [1] - 92:8
**written** [4] - 67:1,
75:13, 81:9, 95:17
**wrote** [3] - 73:14,
80:8, 93:1

## Y

**year** [8] - 28:24, 29:1,
29:11, 29:14, 29:16,
36:8, 50:12, 66:8
**years** [8] - 28:2, 28:3,
28:4, 28:25, 29:20,
82:12, 82:14
**yesterday** [2] - 2:18,
78:23
**yield** [1] - 100:2
**young** [1] - 89:21
**yourself** [3] - 27:13,
97:6, 99:5