UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NUMBER 22-CR-2019-KMW

UNITED STATES OF AMERICA

vs.

ANDREW ALTURO FAHIE

---

SENTENCING HELD 8-5-2024
BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE

---

APPEARANCES:

FOR THE UNITED STATES:       **Kevin Gerarde, A.U.S.A.**


FOR THE DEFENDANT:           Theresa M. Van Vliet, Esq.
                             **Joyce Delgado, Esq.**
                             **Richard Della Fera, Esq.**


REPORTED BY:                 PATRICIA SANDERS, RPR
                             United States Court Reporter
                             400 North Miami Avenue, Suite 11-3
                             Miami, FL  33128
                             T: 305.523.5528
                             Patricia_sanders@flsd.uscourts.gov

1

2          **THE COURTROOM DEPUTY: The** Court calls Case No.

3    22-2019-CR-WMS; United States versus Fahie.

4          Counsel, please announce your appearances for the

5    record.

6          **MR. GERARDE:**  Good afternoon, Your Honor, Kevin

7    Gerarde appearing on behalf of the Government.

8          **MS. VAN VLIET:** Good afternoon, Your Honor, Theresa

9    Van Vliet, Joyce Delgado; along with Richard Della Fera

10   appearing on behalf of Defendant Fahie who is present in

11   court.

12          **PROBATION OFFICER:** Good afternoon; Stephanie Galvez

13   with U.S. Probation.

14          **THE COURT:  Good afternoon, everyone.**

15          We are here today for sentencing in Mr. Fahie's

16   case.  I received objections from Mr. Fahie and a motion for

17   downward variance. The Government then filed their

18   objections, and Mr. Fahie replied and responded.

19          I have also received from Mr. Fahie letters of

20   support filed by his attorneys.

21          I will start by inquiring of you, Ms. Van Vliet,

22   have you reviewed the Presentence Investigation Report and

23   the addendum with Mr. Fahie.

24          **MS. VAN VLIET:**  Both myself and Mr. Della Fera have

25   reviewed the original and amended PSI Report with Mr. Fahie.

1      **THE COURT:**  I believe some of the factual matters

2    have been resolved, some remain to be addressed; and then I

3    will talk about the guideline issues as a whole.  I know the

4    parties have kind of cross-competing objections; but let's

5    start with the factual matters.

6           All right. Let's start with the reference to the

7    Lebanese organization; has that been taken care of?

8           **MS. VAN VLIET:**  No, ma'am.

9           **THE COURT:  So, Mr. Gerarde,** do we need paragraph

10   six at all?

11          **MR. GERARDE:**  Judge, I'm just looking at paragraph

12   six as a whole -- I have no objection with removing the

13   references to the Lebanese group -- I'm just seeing if there

14   is anything else in paragraph six that should remain in.

15          **THE COURT:  All right.**

16          **MR. GERARDE:**  Judge, I just read through the

17   entirety of paragraph six and I agree with the Court that

18   it's not necessary.

19          **THE COURT:**  All right, I will sustain Mr. Fahie's

20   objection to paragraph six.

21          My apologies for the extra work, Ms. Galvez, but you

22   will need to renumber the paragraphs.

23          **PROBATION OFFICER:**  Yes, Your Honor.

24          **THE COURT:**  What is the next factual matter that

25   remains unresolved?

1      **MS. VAN VLIET:**  I don't think there are any other

2  factual matters.

3      **THE COURT:**  The side deal was addressed in the

4  addendum; where it clearly identified it as something that

5  Kadeem Maynard was involved in and Mr. Fahie was not.

6      **MS. VAN VLIET:**  Mr. Gerarde and I talked about this

7  before the Court took the bench.  I think the only remaining

8  objection is as to role.

9      Mr. Faye is asking the Court to award him a minor

10  role and the Government is asking that the Court give him an

11  upward enhancement for leadership position.

12      **MR. GERARDE:**  That is correct, Judge.

13      **THE COURT:**  All right. I will hear from you now,

14  Ms. Van Vliet.

15      **MS. VAN VLIET:**  And, Your Honor, I apologize because

16  I actually am raising the importation argument.  I recognize

17  that the Court ruled on it in a different area -- but I am

18  raising it here -- because if the Court rules in our favor it

19  would change the guideline computation.

20      **THE COURT:**  All right.

21      MS. VAN VLIET:  And I have to, you know, take the

22  evidence as it was found by the jury at this point -- and

23  there was discussion about the money coming from the sale of

24  narcotics -- so I do not think that it would be simple money

25  laundering.

1          If it was however -- it would be down in the 20's in

2    the guidelines...

3          THE COURT REPORTER:  Counsel, please speak into the

4    microphone.

5          MS. VAN VLIET:  You know what, I will come to the

6    podium -- makes it easier -- just let me grab my stuff.

7          THE COURT:  Very old school of you.

8          MS. VAN VLIET:  Is that better, Ms. Sanders?

9          THE COURT REPORTER: Yes, thank you.

10         **THE COURT:  I had assumed, perhaps incorrectly, that**

11   **this was something that would be further developed in a 3553**

12   **context; as to the uniqueness of the case.**

13        **If you are addressing this in terms of a guideline**

14   **computation, then I would ask you to walk me through what it**

15   **is you are asking me to do.**

16        **MS. VAN VLIET:**  Certainly, Judge.  And I think it

17   applies in both categories -- both in terms of the 3553

18   context -- as well as the guideline computation.

19         Let me put this on the record, Your Honor, in terms

20   of our position -- because at this time we are reasserting

21   all of our previous objections and motions -- which would

22   include the motion for judgement of acquittal, as well as for

23   mistrial.

24         Which obviously involved the incident with the two

25   jurors in terms of their verdicts in this case.

 1                THE COURT:  All right.

 2                MS. VAN VLIET:  That said, Judge, I would first like

 3      to discuss the way the Government charged the drug conspiracy

 4      in this case -- the U.S. drug conspiracy -- I am not talking

 5      about the references to the Virgin Islands drug laws.

 6                So here they charged a Title 21, 963 conspiracy,

 7      which is a conspiracy to import into the United States from a

 8      place outside thereof a mixture or substance containing a

 9      detectable amount of cocaine.

10                That's a violation of Sub-Chapter 2 of Title 21.

11                And Sub-Chapter 1 of Title 21 makes it illegal to

12      manufacture, distribute, possess with intent to distribute.

13      And a conspiracy corresponding to that would be a violation

14      of 846; as the Court well knows.

15                The Court may recall, during closing arguments the

16      Government argued, well, it can be importation if it was in

17      international waters.

18                Well, no, it cannot be under Title 21 unless the

19      Government establishes Title 21; that it has jurisdiction.

20      Unlike Title 46, which is the Maritime Drug Law Enforcement

21      Act.

22                All of us who are a little "longer" in the tooth --

23      speaking only for myself -- remember the days of the boat

24      cases in the 80's; where you had all of these Title 46

25      offenses.

1          Where, for example, you could have a "stateless"

2    vessel; or whatever.

3          But that's not what they charged here.  That's not

4    what the evidence was.  The only evidence in this case is

5    that there was some "stuff" coming into the Virgin Islands

6    which would either not test positive for cocaine, or if it

7    did, would be seized in the British Virgin Islands -- and

8    therefore not imported -- the "garbage" that the CI talked

9    about.

10          Next, it would go to Puerto Rico to be processed, to

11    be extracted, meaning turned into a mixture or substance

12    containing a detectable amount of cocaine.

13          So that happens in the United States.

14          The Government may well have enough evidence or have

15    had evidence to support a conspiracy under 846 to manufacture

16    cocaine in the Virgin Islands, to possess with intent to

17    distribute; or to, in fact, distribute it when it got to

18    Miami.

19          But to import from outside the United States into

20    the United States -- they did not have -- so they mischarged

21    it; quite frankly.

22          And, yes, we waited until after jeopardy to raise

23    it; but the fact remains if that is the case, then the Title

24    21 guidelines do not apply here.

25

1          Just as if the Court granted a minor role, then the

2     Title 21 guidelines would not apply.  Because when the minor

3     role is accounted for in the base offense level, and then it

4     gets basically double-counted -- which is permitted under the

5     drug guidelines -- not under the money laundering guidelines.

6          THE COURT:  Okay.

7          MS. VAN VLIET:   So, then what happens is the drug

8     guidelines would fall down to a 32.  So, the money laundering

9     guideline is actually higher -- which in candor would require

10    the Court to look at the money laundering guidelines as the

11    advisory ones.

12         Let me be clear, at this point we are not attacking

13    the jury's verdict; I am merely pointing out the purely legal

14    infirmity with it.

15         As the Court knows, there will be an appeal in this

16    case -- Mr. Della Fera is going to lead that up -- and so at

17    this point we are accepting the evidence in the light most

18    favorable to the Government.

19         However, in that light, the only possible Federal

20    drug conspiracy in the United States that could be charged is

21    Title -- Sub Chapter 2 -- 846 conspiracy.

22         Either manufacture -- based on the extraction of the

23    cocaine in Puerto Rico -- possession with the intent to

24    distribute in Puerto Rico; or distribution when it goes from

25    Puerto Rico to "allegedly" Miami.

1    **THE COURT:  All right.** In terms of this proceeding,

2    and based on that argument, the only avenue I believe you are

3    arguing that is relevant to the guideline is that -- I need

4    to go to level 34 for money laundering, not level 38 for the

5    importation, the 963 offense.

6    **MS. VAN VLIET:**  Correct; or you could get to the

7    same place in terms of a level 34 if you were to give a minor

8    role.

9    THE COURT:  All right.

10   **MS. VAN VLIET:**  Mr. Della Fera is going to argue in

11   more detail some of the 3553 factors -- because that becomes

12   important in particular when it comes to sentencing disparity

13   issues -- for example, between Ms. Maynard and Mr. Fahie.

14   **THE COURT:  Thank you, Ms. Van Vliet.**

15   Let me hear from the Government.

16   **MR. GERARDE:  Thank you, Your Honor. The first thing**

17   **that I would like to say is that I believe for purposes of**

18   **today's sentencing, the Court should focus on the offenses of**

19   **conviction.**

20   **In Count 1, the defendant was convicted of Title 21;**

21   **Section 963 conspiracy.**

22   **If I could direct the Court to Appendix A, that**

23   **charge, 21 U.S.C. Section 963 requires applying 2D1.1 which**

24   **is the drug guideline.**

25

1          **So I think the argument made by Ms. Van Vliet is**

2  **better saved for appeal; and if the Appellate Court were to**

3  **vacate the conviction on Count 1 then perhaps we would be**

4  **back here in a different scenario for sentencing purposes.**

5          **As it stands right now, today, the defendant was**

6  **convicted of Count 1 -- which the Count 1 offense was Title**

7  **21 Section 963.**

8          **THE COURT:**  Just out of curiosity; since this was,

9  in fact, a DEA case why were there these discussions about

10  the new magic cocaine that was undetectable until they added

11  the special sauce; and in all places, Puerto Rico?

12          Why even add that into the mix so to speak?

13          **MR. GERARDE:  Your Honor,** I wasn't a part of that

14  decision.

15          **THE COURT:**  Was anybody a part of at that decision?

16          **MR. GERARDE:**  Judge, I think the point was that the

17  defendant -- who was a public official -- was himself willing

18  to allow these types of narcotics to pass through Tortola if

19  the risk of the drugs being identified was minimized.

20          And the defendant was convicted of conspiracy -- not

21  not of the actual importation.

22          THE COURT:  Right.

23          MR. GERARDE: Which the conspiracy requires knowledge

24  of the plan and a willingness to join it; and so that is what

25  he did.

1         It was told to the defendant, in no uncertain terms,

2   that this was cocaine, and that the cocaine was going to move

3   from a place outside the United States to a place inside the

4   United States.  So that is sufficient for the jury's verdict

5   in this case.

6         **THE COURT:**  Yes.  But I was curious as to why, in

7   fact, our confidential source spun this particular tale.  I

8   understand the idea of no detection -- and I think it was

9   referred to at some point during trial as "magic cocaine".

10        But then this idea that it would somehow be made

11  viable in Puerto Rico, of all places, sort of set us all

12  aback.

13        I understand, Mr. Gerarde, you are successor counsel

14  and had no participation in the early days of the case; so I

15  understand you really don't have an answer to that question.

16        That said, Ms. Van Vliet, I think Mr. Gerarde is

17  correct in that the jury found your client guilty of having

18  "conspired".

19        Obviously in this case -- as in other cases -- there

20  never was any cocaine.  There was no cocaine seen or tested,

21  and there was no cocaine seized.  Yet we are starting at this

22  level because of the discussion of future shipments in the

23  hundreds of kilos; none of which were ever realized.

24        Which is why I said at the outset that I thought the

25  objection was more in the nature of 3553 consideration.

1       And so based on the jury's verdict I believe that

2  Probation has, in fact, made the appropriate calculation.

3       And so I am going to deny Mr. Fahie's objection on

4  that basis.

5       **MS. VAN VLIET:**   Understood, Judge.

6       As to the role issue, we set forth our objections to

7  the Government's proposition that Mr. Fahie be considered a

8  leader/organizer.

9       Not only is it not factually supported in terms of

10  the number of people who supposedly were recruited in and

11  managed by Mr. Fahie, it also ignores Ms. Maynard's role and

12  her son Kadeem Maynard's role before Mr. Fahie ever comes on

13  the scene.

14       So, Judge, in our original objection and motion for

15  downward departure -- again, accepting the jury's verdict at

16  this point -- it is clear from everything that was going on

17  in terms of all of the discussions amongst the Maynard's and

18  the CS, it is clear they were dealing with the machinations

19  of the CS.

20       They were dealing with this CS and DEA scripted plan

21  to bring in this mixture and substance even after Mr. Fahie

22  was no longer the Premier.

23       To suggest that he was somehow a leader/organizer of

24  this grand scheme that was supposed to go on into "eternity"

25  does not square with what the discussions were on the tapes.

1        At the initial meeting of April 7, Mr. Fahie clearly

2   does not yet know this is even about cocaine -- Ms. Maynard

3   was clear about that not only on the stand but in the case,

4   period, that is when he is first told about it.

5        And so what he is told at this meeting is about a --

6   about this completed plan by the CS -- and so Mr. Fahie did

7   not organize a single thing.

8        The Court sat through all of those tapes -- as did

9   we all -- and the CS was far and away the most loquacious of

10  anyone on these tapes.  And he recounted this plan from the

11  very beginning; even before Mr. Fahie was on tape.

12       This was a fully developed plan, both in terms of

13  the payment of money as well-- and the Court may recall the

14  CS indicated during that first meeting that he would have

15  given Mr. Fahie a little bit more if he had asked for it.

16       And so, Your Honor, the CS was presenting this *"fait*

17  *accompli"* at that meeting.

18       The Government's evidence suggests that Mr. Fahie

19  agreed to some kind of a scheme -- albeit perhaps not the one

20  that we agree was evidenced -- but at no point throughout the

21  totality of the tapes that we listened to during our trial

22  was Mr. Fahie's role shown to be managerial.

23       We discussed in detail in our brief the individuals

24  that the Government suggested Mr. Fahie had recruited.

25

1             And, in fact, some of those Ms. Maynard initially

2      had said that she would contact -- including Wade Smith --

3      for example.

4             Not to mention the fact that there was no evidence

5      at all that Wade Smith was contacted about anything having to

6      do with anything that this case is about.

7             The fact that there was a mere telephone call on a

8      particular day, you know, is not evidence of anything at all.

9      There is no evidence of anything other than the fact that the

10     Premier of a country placed a phone call to an agency head.

11            And so for the reasons that we stated, Judge, not

12     only in our response to the Government's motion for upward

13     departure, but also for the additional reasons we set forth

14     in our original objections and our motion for a downward

15     departure, we believe that Mr. Fahie is deserving of a minor

16     role.

17            Given his role in this case, Judge, and his having

18     absolutely no knowledge of additional conspiracies involving

19     Ms. Maynard and the CS we believe that he should be awarded a

20     minor role.

21            **THE COURT:**  Thank you, Ms. Van Vliet.

22            All right, Mr. Gerarde.

23        **MR. GERARDE:**  Thank you, Judge.  I am not going to

24     rehash the filing -- so my argument to the Court today is the

25     same that I have previously filed.

1          However, I think that it is important to acknowledge

2     to the Court that the Government realizes that this was a

3     "sting" operation in that no cocaine actually ever moved.

4          And so that does present a little bit of an issue

5     when you are considering whether or not to apply a leadership

6     enhancement.

7          Because at the end of the day, Mr. Fahie was given

8     $20,000 in cash, he thought he was going to pick up another

9     half million, but the drugs never moved and he actually never

10    paid any of the bribe.

11         Admittedly that is a weak point in the Government's

12    argument.  But the factors in 3B1.1 that the Government is

13    focusing on -- and that I think are more important -- are the

14    nature of defendant's participation in the scheme, his right

15    to a larger share of the proceeds, and his decision-making

16    authority.

17         As to the nature of the defendant's participation,

18    Your Honor, it was direct. He directly met with the informant

19    and discussed the scheme.  He did not rely on Ms. Maynard or

20    rely on Kadeem Maynard to communicate to him how this was

21    going to go down.

22         He met directly with the informant; and he actually

23    excused Ms. Maynard during the portion of the meeting when

24    the scheme was being discussed.

25

```
 1              In addition to that -- and I do not think this is
 2    disputed by the defense -- the defendant claimed a right to a
 3    larger share of the proceeds.
 4              He stood to gain twelve percent of the drug proceeds
 5    while Olivine Maynard stood to gain five percent; and Kadeem
 6    Maynard would receive zero percent.
 7              Finally, the defendant exercised decision-making
 8    authority.  And I acknowledge that for the majority of the
 9    recordings and meetings, it was law enforcement presenting
10    the plan to Mr. Fahie, it was the informant talking, and it
11    was the undercover officer adding additional details.
12              But at the end of the day, Judge, the defendant had
13    to agree with all of this, and he did agree, and he adopted
14    what the plan was going to be.
15              So that is an example of him, you know, exercising
16    the authority to make the decision and allow the importation
17    scheme to proceed.
18              With that said, the Government rests its argument.
19              **THE COURT:**  Ms. Van Vliet.
20              **MS. VAN VLIET:**  We do not agree that he claimed a
21    larger share.  He was awarded a larger share; but he didn't
22    claim it.
23              He had no idea -- and the CS was trying to keep it
24    separate as to who was getting paid what -- again, showing
25    the informant's control.
```

1          **MR. GERARDE:  Your Honor**, I apologize, I did not

2    mean to misstate -- I have no issue with what Ms. Van Vliet

3    just said.

4          **THE COURT:  All right.** The Court is going to deny

5    both requests for adjustment.  I believe Probation got it

6    exactly right.

7          The Government in its filing argued the defendant's

8    degree of control and authority cannot be overstated, that he

9    was the Premier of the BVI.

10         However, I think that the Government is conflating

11   Mr. Fahie's position with the actions that he took in this

12   particular conspiracy.

13         Although I expect the Government is going to argue

14   that Mr. Fahie abused that position; Probation has, however,

15   awarded a two-level enhancement for abuse of trust.

16         As to Mr. Fahie's argument that he should receive a

17   minor role; as Probation has appropriately found, the fact

18   that Mr. Fahie was getting the 12 percent -- not how he was

19   going to get it but the fact he was going to get it -- is one

20   disqualifying factor under the factors to be considered for

21   minor role.

22         Also, the defendant was not merely a conduit once he

23   became aware of the scheme.  And I think Probation concludes

24   correctly that Mr. Fahie played an equal role in the jointly

25   undertaken activity.

1      So the Court is going to deny the request both for

2  role reduction and role enhancement by both parties.

3      With that, do we have any remaining guideline issues

4  that have not been addressed?

5      **MS. VAN VLIET:**  There are none outstanding, Judge,

6  by the defense.

7      **THE COURT:**  Mr. Gerarde, on behalf of the United

8  States.

9      **MR. GERARDE:**  Nothing further, Judge.

10     **THE COURT:**  With the edits that we have discussed

11  this afternoon, the elimination of paragraph six, the Court

12  adopts in its entirety the Presentence Investigation Report,

13  as well as the addendum, which finds a total offense level

14  38, a criminal history category one and an advisory guideline

15  range of 235 to 293 months.

16     With that I will hear from whoever it is who will be

17  presenting the 3553 factors on behalf of Mr. Fahie.

18     **MS. VAN VLIET:**  We have split it up, Your Honor, but

19  Mr. Della Fera is going to go first.

20     **MR. DELLA FERA:**  Good afternoon, Your Honor.

21     **THE COURT:**  Good afternoon, Mr. Della Fera; good to

22  see you.

23     **MR. DELLA FERA:**  Your Honor, just before I begin; I

24  wanted to point out that in the courtroom are Mr. Fahie's

25  family; his wife and two daughters.

1          As the letters that we have submitted to Your Honor

2     indicate, Mr. Fahie does have long standing ties with the

3     community in the British Virgin Islands where he has devoted

4     his professional life to teaching in school, to mentoring

5     young people, inspiring them to achieve their goals and in

6     helping a number of them come to the United States to further

7     their education.

8          In the letter of the Fahie family it talks about

9     his dedication in that regard, putting the community's needs

10    above his own, as well as all of the things that he has done

11    selflessly.

12         Where he has put even his own time and his own

13    financial resources into bettering the community and the

14    people of his island.

15         We heard from Duncan Williams -- who was the Chief

16    Inspector of the Police at the time of his retirement -- he

17    wrote a very glowing letter on behalf of Mr. Fahie indicating

18    Mr. Fahie's commitment to the community, his commitment to

19    his constituency, as well as his involvement in the church

20    where he was a lead musician playing piano.

21         He was also involved in athletics, sports, softball

22    and basketball, highly involved in those activities on the

23    island.

24         Mr. Fahie served as the Education Minister in the

25    Virgin Islands in 2006 and 2007.

```
 1              One of the people that he inspired and helped was
 2      Dr. Prebuli( phonetic). I found her letter very poignant and
 3      very moving.
 4              She said that Mr. Fahie had personally met with her
 5      at a youth symposium and encouraged her to continue with her
 6      education; and at that time he was the Minister of Education.
 7              He told her; young lady, your future is bright and I
 8      know you will make a mark in this world.  And so what does
 9      she do?  She goes on to medical school; and now she is a
10      practicing physician.  She attributes that directly to
11      Mr. Fahie.
12              And I am confident that there are hundreds of people
13      in the Virgin Islands who have had the same experience based
14      on what we know about his involvement in the community.
15              He also helped athletes and other members of the
16      community come to the United States to be able to participate
17      in athletics and move on in that regard.
18              There is also Judge Roslyn Coulson (phonetic) who
19      resides in Delaware.  She talks about Mr. Fahie's leadership
20      and generosity in transforming the lives of young athletes.
21              She continues; many of whom come from underprivileged
22      backgrounds.  Has a genuine concern for them and their well
23      being and for their academic achievement.
24              She is the foster mom to the children that Mr. Fahie
25      sent from the Virgin Islands to her in Delaware.
```

1    One of those foster children also wrote a letter

2  explaining that he would not be where he is today without Mr.

3  Fahie's assistance.

4    He has an MBA -- and holds two Masters Degrees -- in

5  pursuing a career in the healthcare market.  And, again, he

6  attributes his success to Mr. Fahie's help and assistance.

7    And so while we look at the nature of the offense,

8  of course, we also look at the character and the history of

9  the defendant.

10    And so I do think that these letters, and some of

11  the other things that have been set out in the PSI about

12  Mr. Fahie's background, they really speak to his character

13  apart from the offense.

14    As to the nature of the offense -- Ms. Van Vliet has

15  spoken to that -- and for purposes of where we are here today

16  at sentencing we do accept the jury's verdict.

17    With that said, Your Honor, it is certainly our

18  intention to appeal this matter.  And we will be filing our

19  appeal based on the totality of the record, and everything

20  that has occurred in the case.

21    In terms of the nature of the offense here and the

22  evidence that was presented to the jury during trial-- as the

23  the Court pointed out and as the Government has agreed-- this

24  cocaine never existed.

25

 1          This offense was really, I believe, the construct of

 2   this confidential source whose integrity has been found to be

 3   somewhat questionable -- and I will leave it at that -- but I

 4   do I think that it is pretty telling when the Court asked the

 5   Government whose idea was it to create this very fantastical

 6   scheme.

 7          And I appreciate Mr. Gerarde was not involved in the

 8   case from the very beginning, but I do think the inability to

 9   answer that question stems from the fact that this was the

10   confidential source's own construct without any sort of real

11   guidance.

12          So we are dealing with this "fantasy" that which was

13   constructed by a confidential source who it appears was not

14   very well supervised.

15          I do believe that is something that the Court can

16   determine in considering a variance; because the confidential

17   source was in a position to make up any amount of cocaine he

18   chose to.

19          So we have a level of 38 as a result of what the

20   confidential source determined he was going to present in

21   this, again, fantastical scheme.

22          And so I do believe that is a basis that the Court

23   can consider in terms of a variance.

24          Another one of the 3553 factors that I believe is

25   important here is to -- making sure there is not unwarranted

 1   disparity among defendants, particularly co-defendants, that

 2   have similar backgrounds and have been convicted of similar

 3   conduct.

 4         Mr. Kadeem Maynard received a sentence of 57 months.

 5   He received a minor role reduction.  From my understanding of

 6   the facts, and my reading of the PSI, it indicates that he

 7   was pretty much the genesis of this entire operation and the

 8   first contact with the confidential source.

 9         **THE COURT:**  He may have been the genesis, but I do

10   not think that Mr. Maynard has the intellectual heft to do

11   anything other than what he was told.

12         He is not someone to whom you would assign anything

13   of "moment" to be implemented; and so that is why I believe

14   he got that minor role.

15         **MR. DELLA FERA:**  I will of course accept the Court's

16   observation.  I never met the man, I have never spoken to

17   him, and I have never seen him conduct himself in public so I

18   do not know anything about his background.

19         **THE COURT:**  I think the most powerful attribute that

20   he had is that he had a mother who was trying her mightiest

21   to keep him housed and employed.

22         But other than that, I don't really think he had any

23   agency that would translate into anything other than the

24   sentence he was given.

25

1          **MR. DELLA FERA:** I will accept Your Honor's

2    observation in that manner and move on.

3          As to Ms. Maynard, she received a sentence of 112

4    months, which my understanding is that did not include a Rule

5    35 for her cooperation.  I understand the Government is

6    holding back on filing the Rule 35 until a later date, after

7    this sentencing.

8          With that said, I think it is reasonable to expect

9    that the Government is going to be recommending a percentage

10   reduction -- perhaps the one third or maybe more -- and so if

11   the Court were to grant that Ms. Maynard would receive far

12   less than 112 months.

13         One thing that I had neglected to mention to Your

14   Honor earlier is Mr. Fahie while he has been at FDC has been

15   mentoring other inmates.

16         He has been coordinating assisting Spanish speakers,

17   learning English and English speakers learning Spanish.

18         He has been teaching guitar, teaching music classes.

19   He has been helping inmates that are trying to attain their

20   GED; he is assisting them in their studies.

21         He is also participating in church as well as the

22   various counseling programs that are available.

23         I think that it would probably not be a surprise to

24   know that, Your Honor, given what we know about how he has

25   spent his life in his community; helping people that are less

 1    fortunate than him. So even in a situation where he is

 2    incarcerated and is limited in his ability to help people, he

 3    is helping them in whatever ways that he can, and he is doing

 4    so willingly.

 5         No one has asked him to do it;  and he hasn't done

 6    it based on any expectation of any sort of reward.  He is

 7    doing it because that is the kind of person that he is; when

 8    he sees someone who needs help he offers help.

 9         And so I didn't want to leave that unmentioned.

10         As the report also indicates, Your Honor, he has an

11    86-year-old mother.  He was heavily involved in her care.  He

12    was also helping other seniors and school children.  That was

13    part of his community service in the British Virgin Islands.

14         So, Judge, given everything that I have said about

15    his background, given what we know about the nature of the

16    offense and the evidence that was presented to the jury

17    regarding the nonexistence of any controlled substance, the

18    other sentences that have been imposed in this case, we would

19    respectfully ask the Court to consider a sentence at the

20    minimum mandatory of 120 months.

21         Thank you, Your Honor.  And Ms. Van Vliet does have

22    some additional comments she would like to add.

23         **MS. VAN VLIET:**  Judge, there are just a couple of

24    other things that I wanted to sum up in terms of the 3553

25    presentation.

 1              I have already talked about the importation issue

 2    and how that plays into the nature of the offense -- and this

 3    construct by the CI and perhaps the two agents in the case --

 4    and so I will not belabor that.

 5              While the Court has denied both the defense and the

 6    Government's respective role motions -- so that Mr. Fahie and

 7    Ms. Maynard are equal level participants -- Ms. Maynard has

 8    been sentenced to 112 months without any time off for her

 9    cooperation.

10              Granted, Your Honor, she did receive points off for

11    acceptance of responsibility, three points, and that is one

12    of the reasons Probation suggested that a downward variance

13    not be granted for Mr. Fahie because he has not accepted

14    responsibility.

15              Mr. Fahie exercised his right to go to trial, as he

16    is entitled to do, and so saying that he has not accepted

17    responsibility kind of sounds like a trial tax to me; which

18    is something I know this Court would not sanction.

19              For all of the reasons that we have talked about

20    here today, as well as the fact that this case has had -- to

21    put it kindly -- some very unusual twists we would be asking

22    for as close to Ms. Maynard's sentence as possible.

23              I know that the Court has to sentence Mr. Fahie to,

24    at the very least, 120 months; that is just the reality. But,

25    again, based on the totality of this case, we would ask Your

1    Honor to sentence Mr. Fahie to the 120 months. One last

2    thing, Judge -- because I know that this is going to come

3    up -- Mr. Fahie obviously will be appealing and so we have

4    advised him that he should not make a statement here today.

5            And so I wanted the Court to know why he will not be

6    making a statement; it was based on both mine and Mr. Della

7    Fera's advice.

8            **THE COURT:**  Let me say, Ms. Van Vliet, that I fully

9    expected that would be the case; and so there is no need to

10   explain.  I will, however, at the appropriate time offer

11   Mr. Fahie the opportunity to speak should he so choose.

12           MS. VAN VLIET: Thank you, Your Honor.

13           THE COURT:  Mr. Gerarde, on behalf of the United

14   States.

15           **MR. GERARDE:**  Judge, the United States is asking for

16   a sentence at the low end of the guideline range; which is a

17   sentence of 235 months.

18           We believe that a low end sentence will reflect the

19   severity of the offense, as well as promote respect for the

20   law.

21           Regarding the severity of the offense, as well as

22   the circumstances of the offense, while it is true that law

23   enforcement directed this reverse sting that should not be

24   the focus for this Court.

25

1          What should be the focus for this Court is that the

2     defendant, being fully aware of what the plan was, agreed to

3     it and was going to pursue it with these individuals who he

4     believed -- he thought that this informant was a member of

5     the Sinaloa Cartel.

6          At the time of this event, the defendant was the

7     elected Premier of the British Virgin Islands, and he met

8     with someone who he believed to be a member of the Sinaloa

9     Cartel.

10         Someone who told this defendant he wanted to move

11    not hundreds but thousands of kilograms of cocaine through

12    the British Virgin Islands on route to the United States.

13    And the defendant knowing that agreed to go along with it.

14         What he basically did is he took the British Virgin

15    Islands and sold the island and himself to the Sinaloa

16    Cartel.

17         The Government believes that is an extremely severe

18    offense and that a guideline sentence at the bottom of the

19    guidelines will appropriately reflect the severity of that

20    offense.

21         The second point, promoting respect for the law and

22    also deterring others, a guideline sentence communicates to

23    others who may be contemplating committing similar crimes

24    that may not affect their country or where they are from but

25    may affect the United States -- it communicates to them that

1  these crimes will not be taken lightly and that they should

2  reconsider whether they wish to participate in importing

3  cocaine into the United States.

4       And the last point I want to focus on is what the

5  defense has been calling unwarranted sentencing disparity.

6  In the Government's view, granting a variance in the amount

7  that the defense has requested would, in fact, create a

8  sentencing disparity.

9       Kadeem Maynard did not receive a variance in his

10 case.  He was sentenced at the low end of the guideline range

11 to 57 months.

12      He is not similarly situated to this defendant here.

13 Kadeem Maynard pled guilty, which reduced his offense level

14 by three, and he was granted a minor role reduction for his

15 role in this offense.

16      He was eligible for safety valve because he admitted

17 his involvement in the case -- and was found eligible for the

18 zero point offender reduction -- which then brought it down

19 to a level 25 and a guideline range of 57 to 71 months.

20      And at his sentencing, Your Honor, then sentenced

21 him to the low end of 57 months.

22      Turning to Olivine Maynard.  She also pled guilty

23 and accepted responsibility.  Her offense level of 38 was

24 reduced by three to 35.

25

1          She admitted her involvement in the offense and was

2     eligible for safety valve, which reduced the offense level by

3     another two, and was also found eligible as a zero point

4     offender, for a further two-level reduction.

5          And she received a two-level increase for abuse of

6     her -- position of public trust -- and so her total offense

7     level was 33 resulting in a guideline range of 135 to 168

8     months.

9          At her sentencing, the Court granted a variance in

10    the amount of 23 months down to a sentence of 112 months; and

11    so she was granted about a 17 percent reduction based on the

12    3553(a) factors Your Honor found were applicable.

13         **THE COURT:**  Was that, Mr. Gerarde, due to her

14    health?  Wasn't health one of the factors that I took into

15    account?

16         **MR. GERARDE:**  I believe that Your Honor took that

17    into account.

18         THE COURT:  Thank you.  I do remember there were

19    some discussions about her health as well as some of her

20    other personal circumstances.

21         MR. GERARDE: So, Your Honor, the Government does not

22    believe this defendant is similarly situated to either Kadeem

23    or Ms. Maynard; and so sentencing him at the low end of his

24    guidelines, the 235 months, the would not result in unwanted

25    sentencing disparity.

1          And so if the Court is inclined to grant any sort of

2   variance, the Government believes it should be no more than

3   the 17 percent -- which is the degree of percentage that Ms.

4   Maynard was given -- that he should receive no more that a 17

5   percent reduction off the low end of his sentence.

6          Thank you, Judge.

7          **THE COURT:**  Any additional arguments on behalf

8   Mr. Fahie?

9          **MS. VAN VLIET:  No, Your Honor; thank you.**

10          **THE COURT:** Mr. Fahie, you have had the benefit of

11   excellent lawyers throughout your case, and so I know they

12   have told you what we happen here today and that at some

13   point I would turn to you and ask if you wish to address the

14   Court.

15          And so, Mr. Fahie, if you have anything at all you

16   would like to say now is your opportunity.

17          **THE DEFENDANT:**  Your Honor, as my lawyer has stated,

18   because of the appeal it would be in my best interest not to

19   make a statement.

20          **THE COURT:**  I understand, Mr. Fahie.

21          The Court has considered the statements of all of

22   the parties, as well as the Presentence Investigation Report,

23   which contains the advisory guidelines and the statutory

24   factors set forth in U.S.C. 3553(a).

25

1          It is the finding of the Court that Mr. Fahie is not

2   able to pay a fine and so I will not impose a fine.

3          As to the 3553(a) factors, I will start with the

4   seriousness of the offense.  As everyone acknowledged, this

5   was a sting, it was a construct, because the cocaine never

6   existed.

7          However, during the days of conversations with this

8   confidential source, as well as with the undercover, what was

9   purportedly going to happen in this "construct" was quite

10  real.

11         The confidential source clearly identified himself

12  as a representative of the Sinaloa Cartel.  I don't believe

13  anyone of Mr. Fahie's educational or political background

14  could misunderstand what that meant for him or for the BVI.

15         And when a Government Official uses his or her own

16  position to personally profit by this type of activity, it is

17  indeed a violation of public trust.

18         It undermines public safety; and is the ultimate

19  betrayal of a Government official to their own citizens in

20  terms of their lives and their community.

21         And so the idea that the Maynard's and Mr. Fahie

22  were going to take the BVI from being a renowned tourist

23  destination to a hub for narco-trafficking is beyond the

24  definition of a serious offense.

25

1          Against that, however, I must weigh Mr. Fahie's

2     background and personal characteristics.  While I do not wish

3     to speak for Mr. Gerarde, I do think the Government's silence

4     on this suggests that they do not question what Mr. Fahie has

5     done throughout his life, as outlined in the letters that I

6     received, and as his counsel pointed out in terms of his

7     volunteering to help others over at FDC.

8          And so it is inexplicable how Mr. Fahie lost his way

9     and became involved in this sort of scheme.

10          Again, this scheme was unusual -- as everyone here

11     has acknowledged at some point -- where you have this very

12     loquacious confidential source who was at times essentially

13     unsupervised.

14          There was the discussion of unwarranted disparity by

15     defense -- that Mr. Fahie and Ms. Maynard were essentially at

16     the same level -- and the Court rejects that argument.

17          Ms. Maynard operated at the direction of Mr. Fahie,

18     who was her supervisor, and who influenced her behavior from

19     a position of strength.

20          And also her son influenced her because of his

21     "weakness".

22          In any event, I do not believe that Ms. Maynard's

23     involvement was the same or equal to Mr. Fahie's.  One marker

24     being the difference in financial recompense both were to be

25     given over time in this "fictional" Cartel enterprise.

1        So, in assessing all of those factors, as well as

2   taking into account the guidelines and the 3553 factors, I do

3   not believe a guideline sentence is appropriate.

4        The idea that the amount of cocaine -- that did not

5   really even exist -- is controlling here is problematic; and

6   so that factors into my decision as well.

7        If indeed this scheme of "magic" cocaine going to

8   Puerto Rico and becoming cocaine defeats the importation,

9   then the money laundering guideline would be at a level 34,

10  and so we are somewhere between 121 and 188 months.

11       And so that is where the Court is looking and that

12  is what is guiding the Court's decision as to a variance.

13       Accordingly, it is the judgment of the Court that

14  the defendant, Andrew Alturo Fahie is committed to the Bureau

15  of Prisons to be imprisoned for 135 months.

16       This term consists of 135 months as to each of

17  Counts 1 through 3 and 60 months as to Count 4; all such

18  terms to run concurrently.

19       Upon release from imprisonment, Mr. Fahie shall be

20  placed on supervision for a term of five years.

21       This term consists of five years as to Count 1 and

22  three years to each of Counts 2 through 4; all terms to run

23  concurrently.

24       Within 72 hours of his release from the Bureau of

25  Prisons, Mr. Fahie shall report to the Probation Office in

1    the District where he is released. While on supervision he

2    must comply with all of the mandatory conditions of

3    supervised release, as outlined by the Presentence

4    Investigation Report, and shall also comply with the

5    following special conditions:

6           Mr. Fahie shall cooperate with Immigration for

7    removal proceedings. It is further ordered that Mr. Fahie

8    shall pay immediately to the United States a special

9    assessment of $100 as to each of Counts 1 through 4; for a

10   total of $400.

11          Total sentence 135 months imprisonment, five years

12   of supervision and a $400 special assessment.

13          I will also note that my variance takes into account

14   the fact that Mr. Fahie is not a citizen, therefore, any gain

15   time or any other benefits that U.S. citizens receive will

16   not be afforded to him while he is incarcerated.

17          Forfeiture of Mr. Fahie's right, title and interest

18   in whatever properties involved in this case are ordered.

19          And, Mr. Gerarde, if you would send me a final order

20   I will sign it.

21          MR. GERARDE:  Yes, Your Honor.

22          THE COURT:  Now that sentence has been imposed, does

23   Mr. Fahie or his counsel object to the findings of fact or to

24   the manner in which sentence was pronounced?

25

1          **MS. VAN VLIET:**  Nothing further, Your Honor, thank

2     you.

3          **THE COURT:  All right.** Mr. Fahie, you have the right

4     to appeal the sentence and conviction.  Any notice must be

5     filed within 14 days of entry of judgment.

6          If you are unable to pay the cost, the cost will be

7     set aside and you will have a lawyer appointed to represent

8     you.

9          THE DEFENDANT:  Yes, Your Honor.

10          THE COURT:   Ms. Van Vliet, does Mr. Fahie wish to

11     be designated somewhere in Florida?

12          MS. VAN VLIET:  Yes, Your Honor.

13          THE COURT:  Good luck to you, Mr. Fahie.

14          We are adjourned.

15                         SENTENCING CONCLUDED

- - -

C E R T I F I C A T E

    I hereby certify that the foregoing is an accurate transcription of proceedings in the above-entitled matter.


                                       /S/PATRICIA SANDERS

_____                           _____

DATE FILED                        PATRICIA SANDERS, RPR

## $

**$100** [1] - 35:9
**$20,000** [1] - 15:8
**$400** [2] - 35:10, 35:12

## /

**/S/PATRICIA** [1] - 37:7

## 1

**1** [8] - 6:11, 9:20, 10:3, 10:6, 34:17, 34:21, 35:9
**11-3** [1] - 1:17
**112** [4] - 24:3, 24:12, 26:8, 30:10
**12** [1] - 17:18
**120** [3] - 25:20, 26:24, 27:1
**121** [1] - 34:10
**135** [4] - 30:7, 34:15, 34:16, 35:11
**14** [1] - 36:5
**168** [1] - 30:7
**17** [3] - 30:11, 31:3, 31:4
**188** [1] - 34:10

## 2

**2** [3] - 6:10, 8:21, 34:22
**20's** [1] - 5:1
**2006** [1] - 19:25
**2007** [1] - 19:25
**21** [10] - 6:6, 6:10, 6:11, 6:18, 6:19, 7:24, 8:2, 9:20, 9:23, 10:7
**22-2019-CR-WMS** [1] - 2:3
**22-CR-2019-KMW** [1] - 1:2
**23** [1] - 30:10
**235** [3] - 18:15, 27:17, 30:24
**25** [1] - 29:19
**293** [1] - 18:15
**2D1.1** [1] - 9:23

## 3

**3** [1] - 34:17
**305.523.5528** [1] - 1:18
**32** [1] - 8:8
**33** [1] - 30:7
**33128** [1] - 1:17

## 34

**34** [3] - 9:4, 9:7, 34:9
**35** [3] - 24:5, 24:6, 29:24
**3553** [8] - 5:11, 5:17, 9:11, 11:25, 18:17, 22:24, 25:24, 34:2
**3553(a** [2] - 30:12, 32:3
**3553(a)** [1] - 31:24
**38** [3] - 9:4, 18:14, 22:19, 29:23
**3B1.1** [1] - 15:12

## 4

**4** [3] - 34:17, 34:22, 35:9
**400** [1] - 1:17
**46** [2] - 6:20, 6:24

## 5

**57** [4] - 23:4, 29:11, 29:19, 29:21

## 6

**60** [1] - 34:17

## 7

**7** [1] - 13:1
**71** [1] - 29:19
**72** [1] - 34:24

## 8

**8-5-2024** [1] - 1:8
**80's** [1] - 6:24
**846** [3] - 6:14, 7:15, 8:21
**86-year-old** [1] - 25:11

## 9

**963** [5] - 6:6, 9:5, 9:21, 9:23, 10:7

## A

**A.U.S.A** [1] - 1:11
**aback** [1] - 11:12
**ability** [1] - 25:2
**able** [2] - 20:16, 32:2
**above-entitled** [1] - 37:5
**absolutely** [1] - 14:18
**abuse** [2] - 17:15, 30:5
**abused** [1] - 17:14
**academic** [1] - 20:23
**accept** [3] - 21:16, 23:15, 24:1
**acceptance** [1] - 26:11
**accepted** [3] - 26:13, 26:16, 29:23
**accepting** [2] - 8:17, 12:15
**accompli** [1] - 13:17
**Accordingly** [1] - 34:13
**account** [4] - 30:15, 30:17, 34:2, 35:13
**accounted** [1] - 8:3
**accurate** [1] - 37:4
**achieve** [1] - 19:5
**achievement** [1] - 20:23
**acknowledge** [2] - 15:1, 16:8
**acknowledged** [2] - 32:4, 33:11
**acquittal** [1] - 5:22
**Act** [1] - 6:21
**actions** [1] - 17:11
**activities** [1] - 19:22
**activity** [2] - 17:25, 32:16
**actual** [1] - 10:21
**add** [2] - 10:12, 25:22
**added** [1] - 10:10
**addendum** [3] - 2:23, 4:4, 18:13
**adding** [1] - 16:11
**addition** [1] - 16:1
**additional** [5] - 14:13, 14:18, 16:11, 25:22, 31:7
**address** [1] - 31:13
**addressed** [3] - 3:2, 4:3, 18:4
**addressing** [1] - 5:13
**adjourned** [1] - 36:14
**adjustment** [1] - 17:5
**admitted** [2] - 29:16, 30:1
**admittedly** [1] - 15:11
**adopted** [1] - 16:13
**adopts** [1] - 18:12
**advice** [1] - 27:7
**advised** [1] - 27:4
**advisory** [3] - 8:11, 18:14, 31:23
**affect** [2] - 28:24, 28:25
**afforded** [1] - 35:16
**afternoon** [7] - 2:6, 2:8, 2:12, 2:14, 18:11, 18:20, 18:21
**agency** [2] - 14:10,

23:23
**agents** [1] - 26:3
**agree** [5] - 3:17, 13:20, 16:13, 16:20
**agreed** [4] - 13:19, 21:23, 28:2, 28:13
**albeit** [1] - 13:19
**allegedly** [1] - 8:25
**allow** [2] - 10:18, 16:16
**ALTURO** [1] - 1:6
**Alturo** [1] - 34:14
**amended** [1] - 2:25
**AMERICA** [1] - 1:3
**amount** [6] - 6:9, 7:12, 22:17, 29:6, 30:10, 34:4
**ANDREW** [1] - 1:6
**Andrew** [1] - 34:14
**announce** [1] - 2:4
**answer** [3] - 11:15, 22:9
**apart** [1] - 21:13
**apologies** [1] - 3:21
**apologize** [2] - 4:15, 17:1
**appeal** [6] - 8:15, 10:2, 21:18, 21:19, 31:18, 36:4
**appealing** [1] - 27:3
**appearances** [2] - 1:10, 2:4
**appearing** [2] - 2:7, 2:10
**Appellate** [1] - 10:2
**Appendix** [1] - 9:22
**applicable** [2] - 30:12
**applies** [1] - 5:17
**apply** [3] - 7:24, 8:2, 15:5
**applying** [1] - 9:23
**appointed** [1] - 36:7
**appreciate** [1] - 22:7
**appropriate** [3] - 12:2, 27:10, 34:3
**appropriately** [2] - 17:17, 28:19
**April** [1] - 13:1
**area** [1] - 4:17
**argue** [2] - 9:10, 17:13
**argued** [2] - 6:16, 17:7
**arguing** [1] - 9:3
**argument** [8] - 4:16, 9:2, 10:1, 14:24, 15:12, 16:18, 17:16, 33:16
**arguments** [2] - 6:15, 31:7
**aside** [1] - 36:7

**assessing** [1] - 34:1
**assessment** [2] - 35:9, 35:12
**assign** [1] - 23:12
**assistance** [2] - 21:3, 21:6
**assisting** [2] - 24:16, 24:20
**assumed** [1] - 5:10
**athletes** [2] - 20:15, 20:20
**athletics** [2] - 19:21, 20:17
**attacking** [1] - 8:12
**attain** [1] - 24:19
**attorneys** [1] - 2:20
**attribute** [1] - 23:19
**attributes** [2] - 20:10, 21:6
**authority** [4] - 15:16, 16:8, 16:16, 17:8
**available** [1] - 24:22
**Avenue** [1] - 1:17
**avenue** [1] - 9:2
**award** [1] - 4:9
**awarded** [3] - 14:19, 16:21, 17:15
**aware** [2] - 17:23, 28:2

## B

**background** [5] - 21:12, 23:18, 25:15, 32:13, 33:2
**backgrounds** [2] - 20:22, 23:2
**base** [1] - 8:3
**based** [9] - 8:22, 9:2, 12:1, 20:13, 21:19, 25:6, 26:25, 27:6, 30:11
**basically** [1] - 19:22
**basis** [2] - 12:4, 22:22
**basketball** [1] - 19:22
**became** [2] - 17:23, 33:9
**becomes** [1] - 9:11
**becoming** [1] - 34:8
**begin** [1] - 18:23
**beginning** [2] - 13:11, 22:8
**behalf** [7] - 2:7, 2:10, 18:7, 18:17, 19:17, 27:13, 31:7
**behavior** [1] - 33:18
**belabor** [1] - 26:4
**believes** [2] - 28:17, 31:2
**bench** [1] - 4:7
**benefit** [1] - 31:10
**benefits** [1] - 35:15

best [1] - 31:18
betrayal [1] - 32:19
better [2] - 5:8, 10:2
bettering [1] - 19:13
between [2] - 9:13, 34:10
beyond [1] - 32:23
bit [2] - 13:15, 15:4
boat [1] - 6:23
bottom [1] - 28:18
bribe [1] - 15:10
brief [1] - 13:23
bright [1] - 20:7
bring [1] - 12:21
British [6] - 7:7, 19:3, 25:13, 28:7, 28:12, 28:14
brought [1] - 29:18
Bureau [2] - 34:14, 34:24
BVI [3] - 17:9, 32:14, 32:22
BY [1] - 1:16

**C**

calculation [1] - 12:2
candor [1] - 8:9
cannot [2] - 6:18, 17:8
care [2] - 3:7, 25:11
career [1] - 21:5
Cartel [5] - 28:5, 28:9, 28:16, 32:12, 33:25
case [26] - 1:2, 2:16, 5:12, 5:25, 6:4, 7:4, 7:23, 8:16, 10:9, 11:5, 11:14, 11:19, 13:3, 14:6, 14:17, 21:20, 22:8, 25:18, 26:3, 26:20, 26:25, 27:9, 29:10, 29:17, 31:11, 35:18
Case [1] - 2:2
cases [2] - 6:24, 11:19
cash [1] - 15:8
categories [1] - 5:17
category [1] - 18:14
certainly [2] - 5:16, 21:17
certify [1] - 37:4
change [1] - 4:19
Chapter [3] - 6:10, 6:11, 8:21
character [2] - 21:8, 21:12
characteristics [1] - 33:2
charge [1] - 9:23
charged [4] - 6:3, 6:6, 7:3, 8:20

Chief [1] - 19:15
children [3] - 20:24, 21:1, 25:12
choose [1] - 27:11
chose [1] - 22:18
church [2] - 19:19, 24:21
CI [2] - 7:8, 26:3
circumstances [2] - 27:22, 30:20
citizen [1] - 35:14
citizens [2] - 32:19, 35:15
claim [1] - 16:22
claimed [2] - 16:2, 16:20
classes [1] - 24:18
clear [4] - 8:12, 12:16, 12:18, 13:3
clearly [3] - 4:4, 13:1, 32:11
client [1] - 11:17
close [1] - 26:22
closing [1] - 6:15
co [1] - 23:1
co-defendants [1] - 23:1
cocaine [21] - 6:9, 7:6, 7:12, 7:16, 8:23, 10:10, 11:2, 11:20, 11:21, 13:2, 15:3, 21:24, 22:17, 28:11, 29:3, 32:5, 34:4, 34:7, 34:8
cocaine" [1] - 11:9
coming [2] - 4:23, 7:5
comments [1] - 25:22
commitment [2] - 19:18
committed [1] - 34:14
committing [1] - 28:23
communicate [1] - 15:20
communicates [1] - 28:22, 28:25
community [8] - 19:3, 19:13, 19:18, 20:14, 20:16, 24:25, 25:13, 32:20
community's [1] - 19:9
competing [1] - 3:4
completed [1] - 13:6
comply [2] - 35:2, 35:4
computation [3] - 4:19, 5:14, 5:18
concern [1] - 20:22
CONCLUDED [1] - 36:15
concludes [1] - 17:23

concurrently [2] - 34:18, 34:23
conditions [1] - 35:2, 35:5
conduct [2] - 23:3, 23:17
conduit [1] - 17:22
confident [1] - 20:12
confidential [10] - 11:7, 22:2, 22:10, 22:13, 22:16, 22:20, 23:8, 32:8, 32:11, 33:12
conflating [1] - 17:10
consider [2] - 22:23, 25:19
consideration [1] - 11:25
considered [3] - 12:7, 17:20, 31:21
considering [2] - 15:5, 22:16
consists [2] - 34:16, 34:21
conspiracies [1] - 14:18
conspiracy [12] - 6:3, 6:4, 6:6, 6:7, 6:13, 7:15, 8:20, 8:21, 9:21, 10:20, 10:23, 17:12
conspired" [1] - 11:18
constituency [1] - 19:19
construct [5] - 22:1, 22:10, 26:3, 32:5, 32:9
constructed [1] - 22:13
contact [2] - 14:2, 23:8
contacted [1] - 14:5
containing [2] - 6:8, 7:12
contains [1] - 31:23
contemplating [1] - 28:23
context [2] - 5:12, 5:18
continue [1] - 20:5
continues [1] - 20:21
control [2] - 16:25, 17:8
controlled [1] - 25:17
controlling [1] - 34:5
conversations [1] - 32:7
convicted [4] - 9:20, 10:6, 10:20, 23:2
conviction [3] - 9:19,

10:3, 36:4
cooperate [1] - 35:6
cooperation [2] - 24:5, 26:9
coordinating [1] - 24:16
correct [2] - 4:12, 11:17
Correct [1] - 9:6
correctly [1] - 17:24
corresponding [1] - 6:13
cost [1] - 36:6
Coulson [1] - 20:18
counsel [4] - 5:3, 11:13, 33:6, 35:23
Counsel [1] - 2:4
counseling [1] - 24:22
Count [6] - 9:20, 10:3, 10:6, 34:17, 34:21
counted [1] - 8:4
country [2] - 14:10, 28:24
Counts [3] - 34:17, 34:22, 35:9
couple [1] - 25:23
course [2] - 21:8, 23:15
COURT [43] - 1:1, 1:9, 2:14, 3:1, 3:9, 3:15, 3:19, 3:24, 4:3, 4:13, 4:20, 5:3, 5:7, 5:9, 5:10, 6:1, 8:6, 9:1, 9:9, 9:14, 10:8, 10:15, 10:22, 11:6, 14:21, 16:19, 17:4, 18:7, 18:10, 18:21, 23:9, 23:19, 27:8, 27:13, 30:13, 30:18, 31:7, 31:10, 31:20, 35:22, 36:3, 36:10, 36:13
court [1] - 2:11
Court [43] - 1:16, 2:2, 3:17, 4:7, 4:9, 4:10, 4:17, 4:18, 6:14, 6:15, 8:1, 8:10, 8:15, 9:18, 9:22, 10:2, 13:8, 13:13, 14:24, 15:2, 17:4, 18:1, 18:11, 21:23, 22:4, 22:15, 22:22, 24:11, 25:19, 26:5, 26:18, 26:23, 27:5, 27:24, 28:1, 30:9, 31:1, 31:14, 31:21, 32:1, 33:16, 34:11, 34:13
Court's [2] - 23:15, 34:12
courtroom [1] - 18:24

COURTROOM [1] - 2:2
create [2] - 22:5, 29:7
crimes [2] - 28:23, 29:1
criminal [1] - 18:14
cross [1] - 3:4
cross-competing [1] - 3:4
CS [9] - 12:18, 12:19, 12:20, 13:6, 13:9, 13:14, 13:16, 14:19, 16:23
curiosity [1] - 10:8
curious [1] - 11:6

**D**

date [1] - 24:6
DATE [1] - 37:9
daughters [1] - 18:25
days [4] - 6:23, 11:14, 32:7, 36:5
DEA [2] - 10:9, 12:20
deal [1] - 4:3
dealing [3] - 12:18, 12:20, 22:12
decision [7] - 10:14, 10:15, 15:15, 16:7, 16:16, 34:6, 34:12
decision-making [2] - 15:15, 16:7
dedication [1] - 19:9
defeats [1] - 34:8
Defendant [1] - 2:10
DEFENDANT [3] - 1:13, 31:17, 36:9
defendant [17] - 9:20, 10:5, 10:17, 10:20, 11:1, 16:2, 16:7, 16:12, 17:22, 21:9, 28:2, 28:6, 28:10, 28:13, 29:12, 30:22, 34:14
defendant's [3] - 15:14, 15:17, 17:7
defendants [2] - 23:1
defense [6] - 16:2, 18:6, 26:5, 29:5, 29:7, 33:15
definition [1] - 32:24
degree [2] - 17:8, 31:3
Degrees [1] - 21:4
Delaware [2] - 20:19, 20:25
Delgado [2] - 1:14, 2:9
DELLA [4] - 18:20, 18:23, 23:15, 24:1
Della [7] - 1:14, 2:9, 2:24, 8:16, 9:10,

3

18:19, 27:6
**della** [1] - 18:21
**denied** [1] - 26:5
**deny** [3] - 12:3, 17:4,
18:1
**departure** [3] - 12:15,
14:13, 14:15
**DEPUTY** [1] - 2:2
**deserving** [1] - 14:15
**designated** [1] - 36:11
**destination** [1] - 32:23
**detail** [2] - 9:11, 13:23
**details** [1] - 16:11
**detectable** [2] - 6:9,
7:12
**detection** [1] - 11:8
**determine** [1] - 22:16
**determined** [1] - 22:20
**deterring** [1] - 28:22
**developed** [2] - 5:11,
13:12
**devoted** [1] - 19:3
**difference** [1] - 33:24
**different** [2] - 4:17,
10:4
**direct** [2] - 9:22, 15:18
**directed** [1] - 27:23
**direction** [1] - 33:17
**directly** [3] - 15:18,
15:22, 20:10
**discuss** [1] - 6:3
**discussed** [4] - 13:23,
15:19, 15:24, 18:10
**discussion** [3] - 4:23,
11:22, 33:14
**discussions** [4] -
10:9, 12:17, 12:25,
30:19
**disparity** [6] - 9:12,
23:1, 29:5, 29:8,
30:25, 33:14
**disputed** [1] - 16:2
**disqualifying** [1] -
17:20
**distribute** [5] - 6:12,
7:17, 8:24
**distribution** [1] - 8:24
**DISTRICT** [3] - 1:1,
1:1, 1:9
**District** [1] - 35:1
**DIVISION** [1] - 1:2
**done** [3] - 19:10, 25:5,
33:5
**double** [1] - 8:4
**double-counted** [1] -
8:4
**down** [5] - 5:1, 8:8,
15:21, 29:18, 30:10
**downward** [4] - 2:17,
12:15, 14:14, 26:12

**Dr** [1] - 20:2
**Drug** [1] - 6:20
**drug** [8] - 6:3, 6:4, 6:5,
8:5, 8:7, 8:20, 9:24,
16:4
**drugs** [2] - 10:19, 15:9
**due** [1] - 30:13
**Duncan** [1] - 19:15
**during** [7] - 6:15, 11:9,
13:14, 13:21, 15:23,
21:22, 32:7

## E

**early** [1] - 11:14
**easier** [1] - 5:6
**edits** [1] - 18:10
**Education** [2] - 19:24,
20:6
**education** [2] - 19:7,
20:6
**educational** [1] -
32:13
**either** [3] - 7:6, 8:22,
30:22
**elected** [1] - 28:7
**eligible** [4] - 29:16,
29:17, 30:2, 30:3
**elimination** [1] - 18:11
**employed** [1] - 23:21
**encouraged** [1] - 20:5
**end** [8] - 15:7, 16:12,
27:16, 27:18, 29:10,
29:21, 30:23, 31:5
**enforcement** [2] -
16:9, 27:23
**Enforcement** [1] -
6:20
**English** [2] - 24:17
**enhancement** [4] -
4:11, 15:6, 17:15,
18:2
**enterprise** [1] - 33:25
**entire** [1] - 23:7
**entirety** [2] - 3:17,
18:12
**entitled** [2] - 26:16,
37:5
**entry** [1] - 36:5
**equal** [3] - 17:24, 26:7,
33:23
**Esq** [3] - 1:13, 1:14,
1:14
**essentially** [2] - 33:12,
33:15
**establishes** [1] - 6:19
**eternity** [1] - 12:24
**event** [2] - 28:6, 33:22
**evidence** [12] - 4:22,
7:4, 7:14, 7:15, 8:17,

13:18, 14:4, 14:8,
14:9, 21:22, 25:16
**evidenced** [1] - 13:20
**exactly** [1] - 17:6
**example** [4] - 7:1,
9:13, 14:3, 16:15
**excellent** [1] - 31:11
**excused** [1] - 15:23
**exercised** [2] - 16:7,
26:15
**exercising** [1] - 16:15
**exist** [1] - 34:5
**existed** [2] - 21:24,
32:6
**expect** [2] - 17:13,
24:8
**expectation** [1] - 25:6
**expected** [1] - 27:9
**experience** [2] - 20:13
**explain** [1] - 27:10
**explaining** [1] - 21:2
**extra** [1] - 3:21
**extracted** [1] - 7:11
**extraction** [1] - 8:22
**extremely** [1] - 28:17

## F

**fact** [16] - 7:17, 7:23,
10:9, 11:7, 12:2,
14:1, 14:4, 14:7,
14:9, 17:17, 17:19,
22:9, 26:20, 29:7,
35:14, 35:23
**factor** [1] - 17:20
**factors** [12] - 9:11,
15:12, 17:20, 18:17,
22:24, 30:12, 30:14,
31:24, 32:3, 34:1,
34:2, 34:6
**facts** [1] - 23:6
**factual** [4] - 3:1, 3:5,
3:24, 4:2
**factually** [1] - 12:9
**FAHIE** [1] - 1:6
**Fahie** [52] - 2:3, 2:10,
2:16, 2:18, 2:19,
2:23, 2:25, 4:5, 9:13,
12:11, 12:12, 12:21,
13:1, 13:11, 13:15,
13:18, 13:24, 14:15,
15:7, 16:10, 17:14,
17:18, 17:24, 18:17,
19:2, 19:8, 19:17,
19:24, 20:4, 20:11,
20:24, 26:6, 26:13,
26:15, 27:3, 27:11,
31:8, 31:10, 31:20,
32:1, 32:21, 33:4,
33:8, 33:17, 34:14,

34:19, 34:25, 35:6,
35:7, 35:14, 35:23,
36:3
**fahie** [9] - 12:7, 13:6,
24:14, 26:23, 27:1,
31:15, 33:15, 36:10,
36:13
**fahie's** [1] - 21:3
**Fahie's** [15] - 2:15,
3:19, 12:3, 13:22,
17:11, 17:16, 18:24,
19:18, 20:19, 21:6,
21:12, 32:13, 33:1,
33:23, 35:17
**fait** [1] - 13:16
**fall** [1] - 8:8
**family** [2] - 18:25, 19:8
**fantastical** [2] - 22:5,
22:21
**fantasy** [1] - 22:12
**far** [2] - 13:9, 24:11
**favor** [1] - 4:18
**favorable** [1] - 8:18
**faye** [1] - 4:9
**FDC** [2] - 24:14, 33:7
**Federal** [1] - 8:19
**FERA** [4] - 18:20,
18:23, 23:15, 24:1
**Fera** [7] - 1:14, 2:9,
2:24, 8:16, 9:10,
18:19, 18:21
**Fera's** [1] - 27:7
**fictional** [1] - 33:25
**filed** [4] - 2:17, 2:20,
14:25, 36:5
**FILED** [1] - 37:9
**filing** [4] - 14:24, 17:7,
21:18, 24:6
**final** [1] - 35:19
**Finally** [1] - 16:7
**financial** [2] - 19:13,
33:24
**findings** [1] - 35:23
**fine** [2] - 32:2
**first** [6] - 6:2, 9:16,
13:4, 13:14, 18:19,
23:8
**five** [4] - 16:5, 34:20,
34:21, 35:11
**FL** [1] - 1:17
**Florida** [1] - 36:11
**FLORIDA** [1] - 1:1
**focus** [4] - 9:18,
27:24, 28:1, 29:4
**focusing** [1] - 15:13
**following** [1] - 35:5
**FOR** [2] - 1:11, 1:13
**foregoing** [1] - 37:4
**Forfeiture** [1] - 35:17
**forth** [3] - 12:6, 14:13,

31:24
**fortunate** [1] - 25:1
**foster** [2] - 20:24, 21:1
**frankly** [1] - 7:21
**fully** [3] - 13:12, 27:8,
28:2
**future** [2] - 11:22, 20:7

## G

**gain** [3] - 16:4, 16:5,
35:14
**Galvez** [1] - 2:12
**galvez** [1] - 3:21
**garbage** [1] - 7:8
**GED** [1] - 24:20
**generosity** [1] - 20:20
**genesis** [2] - 23:7,
23:9
**genuine** [1] - 20:22
**Gerarde** [12] - 1:11,
2:7, 4:6, 11:13,
11:16, 14:22, 18:7,
22:7, 27:13, 30:13,
33:3, 35:19
**gerarde** [1] - 3:9
**GERARDE** [15] - 2:6,
3:11, 3:16, 4:12,
9:16, 10:13, 10:16,
10:23, 14:23, 17:1,
18:9, 27:15, 30:16,
30:21, 35:21
**given** [9] - 3:15,
14:17, 15:7, 23:24,
24:24, 25:14, 25:15,
31:4, 33:25
**glowing** [1] - 19:17
**goals** [1] - 19:5
**Government** [25] -
2:7, 2:17, 4:10, 6:3,
6:16, 6:19, 7:14,
8:18, 9:15, 13:24,
15:2, 15:12, 16:18,
17:7, 17:10, 17:13,
21:23, 22:5, 24:5,
24:9, 28:17, 30:21,
31:2, 32:15, 32:19
**Government's** [7] -
12:7, 13:18, 14:12,
15:11, 26:6, 29:6,
33:3
**grab** [1] - 5:6
**grand** [1] - 12:24
**grant** [2] - 24:11, 31:1
**granted** [5] - 8:1,
26:13, 29:14, 30:9,
30:11
**Granted** [1] - 26:10
**granting** [1] - 29:6
**group** [1] - 3:13

**guidance** [1] - 22:11
**guideline** [17] - 3:3, 4:19, 5:13, 5:18, 8:9, 9:3, 9:24, 18:3, 18:14, 27:16, 28:18, 28:22, 29:10, 29:19, 30:7, 34:3, 34:9
**guidelines** [10] - 7:24, 8:2, 8:5, 8:8, 8:10, 28:19, 30:24, 31:23, 34:2
**guidelines..** [1] - 5:2
**guiding** [1] - 34:12
**guilty** [3] - 11:17, 29:13, 29:22
**guitar** [1] - 24:18

**H**

**half** [1] - 15:9
**head** [1] - 14:10
**health** [3] - 30:14, 30:19
**healthcare** [1] - 21:5
**hear** [3] - 4:13, 9:15, 18:16
**heard** [1] - 19:15
**heavily** [1] - 25:11
**heft** [1] - 23:10
**HELD** [1] - 1:8
**help** [5] - 21:6, 25:2, 25:8, 33:7
**helped** [1] - 20:1, 20:15
**helping** [5] - 19:6, 24:19, 24:25, 25:3, 25:12
**hereby** [1] - 37:4
**higher** [1] - 8:9
**highly** [1] - 19:22
**himself** [4] - 10:17, 23:17, 28:15, 32:11
**history** [2] - 18:14, 21:8
**holding** [1] - 24:6
**holds** [1] - 21:4
**Honor** [32] - 2:6, 2:8, 3:23, 4:15, 5:19, 9:16, 10:13, 13:16, 15:18, 17:1, 18:18, 18:20, 18:23, 19:1, 21:17, 24:14, 24:24, 25:10, 25:21, 26:10, 27:1, 27:12, 29:20, 30:12, 30:16, 30:21, 31:9, 31:17, 35:21, 36:1, 36:9, 36:12
**Honor's** [1] - 24:1
**HONORABLE** [1] - 1:8
**hours** [1] - 34:24

**housed** [1] - 23:21
**hub** [1] - 32:23
**hundreds** [3] - 11:23, 20:12, 28:11

**I**

**idea** [6] - 11:8, 11:10, 16:23, 22:5, 32:21, 34:4
**identified** [3] - 4:4, 10:19, 32:11
**ignores** [1] - 12:11
**illegal** [1] - 6:11
**immediately** [1] - 35:8
**Immigration** [1] - 35:6
**implemented** [1] - 23:13
**import** [2] - 6:7, 7:19
**important** [4] - 9:12, 15:1, 15:13, 22:25
**importation** [7] - 4:16, 6:16, 9:5, 10:21, 16:16, 26:1, 34:8
**imported** [1] - 7:8
**importing** [1] - 29:2
**impose** [1] - 32:2
**imposed** [2] - 25:18, 35:22
**imprisoned** [1] - 34:15
**imprisonment** [2] - 34:19, 35:11
**inability** [1] - 22:8
**incarcerated** [1] - 25:2, 35:16
**incident** [1] - 5:24
**inclined** [1] - 31:1
**include** [2] - 5:22, 24:4
**including** [1] - 14:2
**incorrectly** [1] - 5:10
**increase** [1] - 30:5
**indeed** [2] - 32:17, 34:7
**indicate** [1] - 19:2
**indicated** [1] - 13:14
**indicates** [1] - 23:6, 25:10
**indicating** [1] - 19:17
**individuals** [2] - 13:23, 28:3
**inexplicable** [1] - 33:8
**infirmity** [1] - 8:14
**influenced** [2] - 33:18, 33:20
**informant** [4] - 15:18, 15:22, 16:10, 28:4
**informant's** [1] - 16:25
**initial** [1] - 13:1
**inmates** [2] - 24:15,

24:19
**inquiring** [1] - 2:21
**inside** [1] - 11:3
**Inspector** [1] - 19:16
**inspired** [1] - 20:1
**inspiring** [1] - 19:5
**integrity** [1] - 22:2
**intellectual** [1] - 23:10
**intent** [3] - 6:12, 7:16, 8:23
**intention** [1] - 21:18
**interest** [2] - 31:18, 35:17
**international** [1] - 6:17
**Investigation** [4] - 2:22, 18:12, 31:22, 35:4
**involved** [8] - 4:5, 5:24, 19:21, 19:22, 22:7, 25:11, 33:9, 35:18
**involvement** [5] - 19:19, 20:14, 29:17, 30:1, 33:23
**involving** [1] - 14:18
**island** [3] - 19:14, 19:23, 28:15
**Islands** [12] - 6:5, 7:5, 7:7, 7:16, 19:3, 19:25, 20:13, 20:25, 25:13, 28:7, 28:12, 28:15
**issue** [4] - 12:6, 15:4, 17:2, 26:1
**issues** [3] - 3:3, 9:13, 18:3

**J**

**jeopardy** [1] - 7:22
**join** [1] - 10:24
**jointly** [1] - 17:24
**Joyce** [2] - 1:14, 2:9
**Judge** [20] - 3:11, 3:16, 4:12, 5:16, 6:2, 10:16, 12:5, 12:14, 14:11, 14:17, 14:23, 16:12, 18:5, 18:9, 20:18, 25:14, 25:23, 27:2, 27:15, 31:6
**JUDGE** [1] - 1:9
**judgement** [1] - 5:22
**judgment** [2] - 34:13, 36:5
**jurisdiction** [1] - 6:19
**jurors** [1] - 5:25
**jury** [4] - 4:22, 11:17, 21:22, 25:16
**jury's** [5] - 8:13, 11:4,

12:1, 12:15, 21:16

**K**

**Kadeem** [8] - 4:5, 12:12, 15:20, 16:5, 23:4, 29:9, 29:13, 30:22
**KATHLEEN** [1] - 1:8
**keep** [2] - 16:23, 23:21
**Kevin** [2] - 1:11, 2:6
**kilograms** [1] - 28:11
**kilos** [1] - 11:23
**kind** [4] - 3:4, 13:19, 25:7, 26:17
**kindly** [1] - 26:21
**knowing** [1] - 28:13
**knowledge** [2] - 10:23, 14:18
**knows** [2] - 6:14, 8:15

**L**

**lady** [1] - 20:7
**larger** [4] - 15:15, 16:3, 16:21
**last** [2] - 27:1, 29:4
**laundering** [6] - 4:25, 8:5, 8:8, 8:10, 9:4, 34:9
**law** [4] - 16:9, 27:20, 27:22, 28:21
**Law** [1] - 6:20
**laws** [1] - 6:5
**lawyer** [2] - 31:17, 36:7
**lawyers** [1] - 31:11
**lead** [2] - 8:16, 19:20
**leader/organizer** [2] - 12:8, 12:23
**leadership** [3] - 4:11, 15:5, 20:19
**learning** [2] - 24:17
**least** [1] - 26:24
**leave** [2] - 22:3, 25:9
**Lebanese** [2] - 3:7, 3:13
**legal** [1] - 8:13
**less** [2] - 24:12, 24:25
**letter** [4] - 19:8, 19:17, 20:2, 21:1
**letters** [2] - 2:19, 19:1, 21:10, 33:5
**level** [18] - 8:3, 9:4, 9:7, 11:22, 17:15, 18:13, 22:19, 26:7, 29:13, 29:19, 29:23, 30:2, 30:4, 30:5, 30:7, 33:16, 34:9
**life** [3] - 19:4, 24:25,

33:5
**light** [2] - 8:17, 8:19
**lightly** [1] - 29:1
**limited** [1] - 25:2
**listened** [1] - 13:21
**lives** [2] - 20:20, 32:2
**look** [3] - 8:10, 21:7, 21:8
**looking** [2] - 3:11, 34:11
**loquacious** [2] - 13:9, 33:12
**lost** [1] - 33:8
**low** [6] - 27:16, 27:18, 29:10, 29:21, 30:23, 31:5
**luck** [1] - 36:13

**M**

**ma'am** [1] - 3:8
**machinations** [1] - 12:18
**magic** [3] - 10:10, 11:9, 34:7
**majority** [1] - 16:8
**man** [1] - 23:16
**managed** [1] - 20:1
**managerial** [1] - 13:22
**mandatory** [2] - 25:20, 35:2
**manner** [2] - 34:2, 35:24
**manufacture** [3] - 6:12, 7:15, 8:22
**Maritime** [1] - 6:20
**mark** [1] - 20:8
**marker** [1] - 33:23
**market** [1] - 21:5
**Masters** [1] - 21:4
**matter** [3] - 3:24, 21:18, 37:5
**matters** [3] - 3:1, 3:5, 4:2
**Maynard** [18] - 4:5, 9:13, 13:2, 14:1, 14:19, 15:20, 16:5, 16:6, 23:4, 23:10, 24:3, 24:11, 26:7, 29:9, 29:13, 29:22, 33:17
**maynard** [5] - 15:19, 15:23, 30:23, 31:4, 33:15
**Maynard's** [5] - 12:11, 12:12, 12:17, 32:21, 33:22
**maynard's** [1] - 26:22
**MBA** [1] - 21:4
**mean** [1] - 17:2

**meaning** [1] - 7:11
**meant** [1] - 32:14
**medical** [1] - 20:9
**meeting** [5] - 13:1, 13:5, 13:14, 13:17, 15:23
**meetings** [1] - 16:9
**member** [2] - 28:4, 28:8
**members** [1] - 20:15
**mention** [2] - 14:4, 24:13
**mentoring** [2] - 19:4, 24:15
**mere** [1] - 14:7
**merely** [2] - 8:13, 17:22
**met** [5] - 15:18, 15:22, 20:4, 23:16, 28:7
**mIAMI** [1] - 1:2
**Miami** [4] - 1:17, 1:17, 7:18, 8:25
**microphone** [1] - 5:4
**mightiest** [1] - 23:20
**million** [1] - 15:9
**mine** [1] - 27:6
**minimized** [1] - 10:19
**minimum** [1] - 25:20
**Minister** [2] - 19:24, 20:6
**minor** [11] - 4:9, 8:1, 8:2, 9:7, 14:15, 14:20, 17:17, 17:21, 23:5, 23:14, 29:14
**mischarged** [1] - 7:20
**misstate** [1] - 17:2
**mistrial** [1] - 5:23
**misunderstand** [1] - 32:14
**mix** [1] - 10:12
**mixture** [3] - 6:8, 7:11, 12:21
**mom** [1] - 20:24
**moment** [1] - 23:13
**money** [8] - 4:23, 4:24, 8:5, 8:8, 8:10, 9:4, 13:13, 34:9
**months** [21] - 18:15, 23:4, 24:4, 24:12, 25:20, 26:8, 26:24, 27:1, 27:17, 29:11, 29:19, 29:21, 30:8, 30:10, 30:24, 34:10, 34:15, 34:16, 34:17, 35:11
**most** [3] - 8:17, 13:9, 23:19
**mother** [2] - 23:20, 25:11
**motion** [2] - 2:16,

5:22, 12:14, 14:12, 14:14
**motions** [2] - 5:21, 26:6
**move** [4] - 11:2, 20:17, 24:2, 28:10
**moved** [2] - 15:3, 15:9
**moving** [1] - 20:3
**MR** [19] - 2:6, 3:11, 3:16, 4:12, 9:16, 10:13, 10:16, 10:23, 14:23, 17:1, 18:9, 18:20, 18:23, 23:15, 24:1, 27:15, 30:16, 30:21, 35:21
**MS** [23] - 2:8, 2:24, 3:8, 4:1, 4:6, 4:15, 4:21, 5:5, 5:8, 5:16, 6:2, 8:7, 9:6, 9:10, 12:5, 16:20, 18:5, 18:18, 25:23, 27:12, 31:9, 36:1, 36:12
**music** [1] - 24:18
**musician** [1] - 19:20
**must** [3] - 33:1, 35:2, 36:4

**N**

**narco** [1] - 32:23
**narco-trafficking** [1] - 32:23
**narcotics** [2] - 4:24, 10:18
**nature** [8] - 11:25, 15:14, 15:17, 21:7, 21:14, 21:21, 25:15, 26:2
**necessary** [1] - 3:18
**need** [4] - 3:9, 3:22, 9:3, 27:9
**needs** [2] - 19:9, 25:8
**neglected** [1] - 24:13
**never** [8] - 11:20, 15:9, 21:24, 23:16, 23:17, 32:5
**new** [1] - 10:10
**Next** [1] - 7:10
**next** [1] - 3:24
**none** [2] - 11:23, 18:5
**nonexistence** [1] - 25:17
**North** [1] - 1:17
**note** [1] - 35:13
**Nothing** [2] - 18:9, 36:1
**notice** [1] - 36:4
**number** [2] - 12:10, 19:6
**Number** [1] - 1:2

**O**

**object** [1] - 35:23
**objection** [6] - 3:12, 3:20, 4:8, 11:25, 12:3, 12:14
**objections** [6] - 2:16, 2:18, 3:4, 5:21, 12:6, 14:14
**observation** [2] - 23:16, 24:2
**obviously** [3] - 5:24, 11:19, 27:3
**occurred** [1] - 21:20
**OF** [2] - 1:1, 1:3
**offender** [2] - 29:18, 30:4
**offense** [24] - 8:3, 9:5, 10:6, 18:13, 21:7, 21:13, 21:14, 21:21, 22:1, 25:16, 26:2, 27:19, 27:21, 27:22, 28:18, 28:20, 29:13, 29:15, 29:23, 30:1, 30:2, 30:6, 32:4, 32:24
**offenses** [2] - 6:25, 9:18
**offer** [1] - 27:10
**offers** [1] - 25:8
**Office** [1] - 34:25
**officer** [1] - 16:11
**OFFICER** [2] - 2:12, 3:23
**Official** [1] - 32:15
**official** [2] - 10:17, 32:19
**old** [1] - 5:7
**Olivine** [2] - 16:5, 29:22
**once** [1] - 17:22
**One** [5] - 20:1, 21:1, 24:13, 27:1, 33:23
**one** [8] - 13:19, 17:19, 18:14, 22:24, 24:10, 25:5, 26:11, 30:14
**ones** [1] - 8:11
**operated** [1] - 33:17
**operation** [2] - 15:3, 23:7
**opportunity** [2] - 27:11, 31:16
**order** [1] - 35:19
**ordered** [2] - 35:7, 35:18
**organization** [1] - 3:7
**organize** [1] - 13:7
**original** [3] - 2:25, 12:14, 14:14
**outlined** [2] - 33:5,

35:3
**outset** [1] - 11:24
**outside** [3] - 6:8, 7:19, 11:3
**outstanding** [1] - 18:5
**overstated** [1] - 17:8
**own** [6] - 19:10, 19:12, 22:10, 32:15, 32:19

**P**

**paid** [2] - 15:10, 16:24
**paragraph** [4] - 3:9, 3:11, 3:14, 3:17, 3:20, 18:11
**paragraphs** [1] - 3:22
**part** [3] - 10:13, 10:15, 25:13
**participants** [1] - 26:7
**participate** [2] - 20:16, 29:2
**participating** [1] - 24:21
**participation** [3] - 11:14, 15:14, 15:17
**particular** [4] - 9:12, 11:7, 14:8, 17:12
**particularly** [1] - 23:1
**parties** [3] - 3:4, 18:2, 31:22
**pass** [1] - 10:18
**PATRICIA** [2] - 1:16, 37:9
**patricia_sanders@ flsd.uscourts.gov** [1] - 1:18
**pay** [3] - 32:2, 35:8, 36:6
**payment** [1] - 13:13
**people** [7] - 12:10, 19:5, 19:14, 20:1, 20:12, 24:25, 25:2
**percent** [7] - 16:4, 16:5, 16:6, 17:18, 30:11, 31:3, 31:5
**percentage** [2] - 24:9, 31:3
**perhaps** [5] - 5:10, 10:3, 13:19, 24:10, 26:3
**period** [1] - 13:4
**permitted** [1] - 8:4
**person** [1] - 25:7
**personal** [2] - 30:20, 33:2
**personally** [2] - 20:4, 32:16
**phone** [1] - 14:10
**phonetic** [1] - 20:18
**phonetic)** [1] - 20:2

**physician** [1] - 20:10
**piano** [1] - 19:20
**pick** [1] - 15:8
**place** [4] - 6:8, 9:7, 11:3
**placed** [2] - 14:10, 34:20
**places** [2] - 10:11, 11:11
**plan** [8] - 10:24, 12:20, 13:6, 13:10, 13:12, 16:10, 16:14, 28:2
**played** [1] - 17:24
**playing** [1] - 19:20
**plays** [1] - 26:2
**pled** [2] - 29:13, 29:22
**podium** [1] - 5:6
**poignant** [1] - 20:2
**point** [15] - 4:22, 8:12, 8:17, 10:16, 11:9, 12:16, 13:20, 15:11, 18:24, 28:21, 29:4, 29:18, 30:3, 31:13, 33:11
**pointed** [2] - 21:23, 33:6
**pointing** [1] - 8:13
**points** [2] - 26:10, 26:11
**Police** [1] - 19:16
**political** [1] - 32:13
**portion** [1] - 15:23
**position** [8] - 4:11, 5:20, 17:11, 17:14, 22:17, 30:6, 32:16, 33:19
**positive** [1] - 7:6
**possess** [2] - 6:12, 7:16
**possession** [1] - 8:23
**possible** [2] - 8:19, 26:22
**powerful** [1] - 23:19
**practicing** [1] - 20:10
**Prebuli** [1] - 20:2
**Premier** [4] - 12:22, 14:10, 17:9, 28:7
**present** [2] - 2:10, 15:4, 22:20
**presentation** [1] - 25:25
**presented** [2] - 21:22, 25:16
**Presentence** [4] - 2:22, 18:12, 31:22, 35:3
**presenting** [3] - 13:16, 16:9, 18:17
**pretty** [2] - 22:4, 23:7
**previous** [1] - 5:21

**previously** [1] - 14:25
**Prisons** [2] - 34:15, 34:25
**PROBATION** [2] - 2:12, 3:23
**Probation** [8] - 2:13, 12:2, 17:5, 17:14, 17:17, 17:23, 26:12, 34:25
**problematic** [1] - 34:5
**proceed** [1] - 16:17
**proceeding** [1] - 9:1
**proceedings** [2] - 35:7, 37:5
**proceeds** [3] - 15:15, 16:3, 16:4
**processed** [1] - 7:10
**professional** [1] - 19:4
**profit** [1] - 32:16
**programs** [1] - 24:22
**promote** [1] - 27:19
**promoting** [1] - 28:21
**pronounced** [1] - 35:24
**properties** [1] - 35:18
**proposition** [1] - 12:7
**PSI** [3] - 2:25, 21:11, 23:6
**public** [5] - 10:17, 23:17, 30:6, 32:17, 32:18
**Puerto** [7] - 7:10, 8:23, 8:24, 8:25, 10:11, 11:11, 34:8
**purely** [1] - 8:13
**purportedly** [1] - 32:9
**purposes** [3] - 9:17, 10:4, 21:15
**pursue** [1] - 28:3
**pursuing** [1] - 21:5
**put** [3] - 5:19, 19:12, 26:21
**putting** [1] - 19:9

### Q

**questionable** [1] - 22:3
**quite** [2] - 7:21, 32:9

### R

**raise** [1] - 7:22
**raising** [2] - 4:16, 4:18
**range** [5] - 18:15, 27:16, 29:10, 29:19, 30:7
**read** [1] - 3:16
**reading** [1] - 23:6
**real** [2] - 22:10, 32:10

**reality** [1] - 26:24
**realized** [1] - 11:23
**realizes** [1] - 15:2
**really** [5] - 11:15, 21:12, 22:1, 23:22, 34:5
**reasonable** [1] - 24:8
**reasons** [4] - 14:11, 14:13, 26:12, 26:19
**reasserting** [1] - 5:20
**receive** [7] - 16:6, 17:16, 24:11, 26:10, 29:9, 31:4, 35:15
**received** [7] - 2:16, 2:19, 23:4, 23:5, 24:3, 30:5, 33:6
**recognize** [1] - 4:16
**recommending** [1] - 24:9
**recompense** [1] - 33:24
**reconsider** [1] - 29:2
**record** [3] - 2:5, 5:19, 21:19
**recordings** [1] - 16:9
**recounted** [1] - 13:10
**recruited** [2] - 12:10, 13:24
**reduced** [3] - 29:13, 29:24, 30:2
**reduction** [8] - 18:2, 23:5, 24:10, 29:14, 29:18, 30:4, 30:11, 31:5
**reference** [1] - 3:6
**references** [2] - 3:13, 6:5
**referred** [1] - 11:9
**reflect** [2] - 27:18, 28:19
**regard** [2] - 19:9, 20:17
**regarding** [1] - 25:17
**Regarding** [1] - 27:21
**rehash** [1] - 14:24
**rejects** [1] - 33:16
**release** [3] - 34:19, 34:24, 35:3
**released** [1] - 35:1
**relevant** [1] - 9:3
**rely** [2] - 15:19, 15:20
**remain** [2] - 3:2, 3:14
**remaining** [4] - 4:7, 18:3
**remains** [2] - 3:25, 7:23
**remember** [2] - 6:23, 30:18
**removal** [1] - 35:7
**removing** [1] - 3:12

**renowned** [1] - 32:22
**renumber** [1] - 3:22
**replied** [1] - 2:18
**report** [2] - 25:10, 34:25
**Report** [5] - 2:22, 2:25, 18:12, 31:22, 35:4
**REPORTED** [1] - 1:16
**REPORTER** [2] - 5:3, 5:9
**Reporter** [1] - 1:16
**represent** [1] - 36:7
**representative** [1] - 32:12
**request** [1] - 18:1
**requested** [1] - 29:7
**requests** [1] - 17:5
**require** [1] - 8:9
**requires** [2] - 9:23, 10:23
**resides** [1] - 20:19
**resolved** [1] - 3:2
**resources** [1] - 19:13
**respect** [2] - 27:19, 28:21
**respectfully** [1] - 25:19
**respective** [1] - 26:6
**responded** [1] - 2:18
**response** [1] - 14:12
**responsibility** [4] - 26:11, 26:14, 26:17, 29:23
**rests** [1] - 16:18
**result** [2] - 22:19, 30:24
**resulting** [1] - 30:7
**retirement** [1] - 19:16
**reverse** [1] - 27:23
**reviewed** [2] - 2:22, 2:25
**reward** [1] - 25:6
**Richard** [2] - 1:14, 2:9
**Rico** [7] - 7:10, 8:23, 8:24, 8:25, 10:11, 11:11, 34:8
**risk** [1] - 10:19
**role** [22] - 4:8, 4:10, 8:1, 8:3, 9:8, 12:6, 12:11, 12:12, 13:22, 14:16, 14:17, 14:20, 17:17, 17:21, 17:24, 18:2, 23:5, 23:14, 26:6, 29:14, 29:15
**Roslyn** [1] - 20:18
**route** [1] - 28:12
**RPR** [2] - 1:16, 37:9
**Rule** [2] - 24:4, 24:6
**ruled** [1] - 4:17

**rules** [1] - 4:18
**run** [2] - 34:18, 34:22

### S

**safety** [3] - 29:16, 30:2, 32:18
**sale** [1] - 4:23
**sanction** [1] - 26:18
**SANDERS** [3] - 1:16, 37:7, 37:9
**sanders** [1] - 5:8
**sat** [1] - 13:8
**sauce** [1] - 10:11
**saved** [1] - 10:2
**scenario** [1] - 10:4
**scene** [1] - 12:13
**scheme** [12] - 12:24, 13:19, 15:14, 15:19, 15:24, 16:17, 17:23, 22:6, 22:21, 33:9, 33:10, 34:7
**school** [4] - 5:7, 19:4, 20:9, 25:12
**scripted** [1] - 12:20
**second** [1] - 28:21
**Section** [3] - 9:21, 9:23, 10:7
**see** [1] - 18:22
**seeing** [1] - 3:13
**sees** [1] - 25:8
**seized** [2] - 7:7, 11:21
**selflessly** [1] - 19:11
**send** [1] - 35:19
**seniors** [1] - 25:12
**sent** [1] - 20:25
**sentence** [19] - 23:4, 23:24, 24:3, 25:19, 26:22, 26:23, 27:1, 27:16, 27:17, 27:18, 28:18, 28:22, 30:10, 31:5, 34:3, 35:11, 35:22, 35:24, 36:4
**sentenced** [2] - 26:8, 29:10, 29:20
**sentences** [1] - 25:18
**sentencing** [13] - 1:8, 2:15, 9:12, 9:18, 10:4, 21:16, 24:7, 29:5, 29:8, 29:20, 30:9, 30:23, 30:25
**SENTENCING** [1] - 36:15
**separate** [1] - 16:24
**serious** [1] - 32:24
**seriousness** [1] - 32:4
**served** [1] - 19:24
**service** [1] - 25:13
**set** [6] - 11:11, 12:6, 14:13, 21:11, 31:24,

36:7
**severe** [1] - 28:17
**severity** [3] - 27:19, 27:21, 28:19
**shall** [5] - 34:19, 34:25, 35:4, 35:6, 35:8
**share** [4] - 15:15, 16:3, 16:21
**shipments** [1] - 11:22
**showing** [1] - 16:24
**shown** [1] - 13:22
**side** [1] - 4:3
**sign** [1] - 35:20
**silence** [1] - 33:3
**similar** [3] - 23:2, 28:23
**similarly** [2] - 29:12, 30:22
**simple** [1] - 4:24
**Sinaloa** [4] - 28:5, 28:8, 28:15, 32:12
**single** [1] - 13:7
**situated** [2] - 29:12, 30:22
**situation** [1] - 25:1
**six** [6] - 3:10, 3:12, 3:14, 3:17, 3:20, 18:11
**Smith** [2] - 14:2, 14:5
**softball** [1] - 19:21
**sold** [1] - 28:15
**someone** [4] - 23:12, 25:8, 28:8, 28:10
**somewhat** [1] - 22:3
**somewhere** [2] - 34:10, 36:11
**son** [2] - 12:12, 33:20
**sort** [5] - 11:11, 22:10, 25:6, 31:1, 33:9
**sounds** [1] - 26:17
**source** [9] - 11:7, 22:2, 22:13, 22:17, 22:20, 23:8, 32:8, 32:11, 33:12
**source's** [1] - 22:10
**sOUTHERN** [1] - 1:1
**Spanish** [2] - 24:16, 24:17
**speakers** [2] - 24:16, 24:17
**speaking** [1] - 6:23
**special** [4] - 10:11, 35:5, 35:8, 35:12
**spent** [1] - 24:25
**split** [1] - 18:18
**spoken** [2] - 21:15, 23:16
**sports** [1] - 19:21
**spun** [1] - 11:7

square [1] - 12:25
stand [1] - 13:3
standing [1] - 19:2
stands [1] - 10:5
start [4] - 2:21, 3:5, 3:6, 32:3
starting [1] - 11:21
stateless [1] - 7:1
statement [3] - 27:4, 27:6, 31:19
statements [1] - 31:21
STATES [4] - 1:1, 1:3, 1:9, 1:11
States [18] - 1:16, 2:3, 6:7, 7:13, 7:19, 7:20, 8:20, 11:3, 11:4, 18:8, 19:6, 20:16, 27:14, 27:15, 28:12, 28:25, 29:3, 35:8
statutory [1] - 31:23
stems [1] - 22:9
Stephanie [1] - 2:12
sting [3] - 15:3, 27:23, 32:5
stood [2] - 16:4, 16:5
strength [1] - 33:19
studies [1] - 24:20
stuff [2] - 5:6, 7:5
Sub [3] - 6:10, 6:11, 8:21
Sub-Chapter [2] - 6:10, 6:11
submitted [1] - 19:1
substance [4] - 6:8, 7:11, 12:21, 25:17
success [1] - 21:6
successor [1] - 11:13
sufficient [1] - 11:4
suggest [1] - 12:23
suggested [2] - 13:24, 26:12
suggests [2] - 13:18, 33:4
Suite [1] - 1:17
sum [1] - 25:24
supervised [2] - 22:14, 35:3
supervision [3] - 34:20, 35:1, 35:12
supervisor [1] - 33:18
support [2] - 2:20, 7:15
supported [1] - 12:9
supposed [1] - 12:24
supposedly [1] - 12:10
surprise [1] - 24:23
sustain [1] - 3:19
symposium [1] - 20:5

**T**

tale [1] - 11:7
talks [2] - 19:8, 20:19
tape [1] - 13:11
tapes [4] - 12:25, 13:8, 13:10, 13:21
tax [1] - 26:17
teaching [3] - 19:4, 24:18
telephone [1] - 14:7
term [3] - 34:16, 34:20, 34:21
terms [17] - 5:13, 5:17, 5:19, 5:25, 9:1, 9:7, 11:1, 12:9, 12:17, 13:12, 21:21, 22:23, 25:24, 32:20, 33:6, 34:18, 34:22
test [1] - 7:6
tested [1] - 11:20
THE [47] - 1:8, 1:11, 1:13, 2:2, 2:14, 3:1, 3:9, 3:15, 3:19, 3:24, 4:3, 4:13, 4:20, 5:3, 5:7, 5:9, 5:10, 6:1, 8:6, 9:1, 9:9, 9:14, 10:8, 10:15, 10:22, 11:6, 14:21, 16:19, 17:4, 18:7, 18:10, 18:21, 23:9, 23:19, 27:8, 27:13, 30:13, 30:18, 31:7, 31:10, 31:17, 31:20, 35:22, 36:3, 36:9, 36:10, 36:13
therefore [2] - 7:8, 35:14
thereof [1] - 6:8
Theresa [2] - 1:13, 2:8
third [1] - 24:10
thousands [1] - 28:11
three [4] - 26:11, 29:14, 29:24, 34:22
throughout [3] - 13:20, 31:11, 33:5
ties [1] - 19:2
Title [12] - 6:6, 6:10, 6:11, 6:18, 6:19, 6:20, 6:24, 7:23, 8:2, 8:21, 9:20, 10:6
title [1] - 35:17
today [8] - 2:15, 10:5, 14:24, 21:2, 21:15, 26:20, 27:4, 31:12
today's [1] - 9:18
took [5] - 4:7, 17:11, 28:14, 30:14, 30:16
tooth [1] - 6:22
Tortola [1] - 10:18

total [4] - 18:13, 30:6, 35:10, 35:11
totality [3] - 13:21, 21:19, 26:25
tourist [1] - 32:22
trafficking [1] - 32:23
transcription [1] - 37:5
transforming [1] - 20:20
translate [1] - 23:23
trial [5] - 11:9, 13:21, 21:22, 26:15, 26:17
true [1] - 27:22
trust [3] - 17:15, 30:6, 32:17
trying [3] - 16:23, 23:20, 24:19
turn [1] - 31:13
turned [1] - 7:11
turning [1] - 29:22
twelve [1] - 16:4
twists [1] - 26:21
two [8] - 5:24, 17:15, 18:25, 21:4, 26:3, 30:3, 30:4, 30:5
two-level [2] - 17:15, 30:4, 30:5
type [1] - 32:16
types [1] - 10:18

**U**

U.S [3] - 2:13, 6:4, 35:15
U.S.C [2] - 9:23, 31:24
ultimate [1] - 32:18
unable [1] - 36:6
uncertain [1] - 11:1
under [5] - 6:18, 7:15, 8:4, 8:5, 17:20
undercover [2] - 16:11, 32:8
undermines [1] - 32:18
underprivileged [1] - 20:21
Understood [1] - 12:5
undertaken [1] - 17:25
undetectable [1] - 10:10
uniqueness [1] - 5:12
UNITED [3] - 1:1, 1:3, 1:11
uNITED [1] - 1:9
United [18] - 1:16, 2:3, 6:7, 7:13, 7:19, 7:20, 8:20, 11:3, 11:4, 18:7, 19:6, 20:16, 27:13, 27:15, 28:12,

28:25, 29:3, 35:8
unless [1] - 6:18
unlike [1] - 6:20
unmentioned [1] - 25:9
unresolved [1] - 3:25
unsupervised [1] - 33:13
unusual [2] - 26:21, 33:10
unwanted [1] - 30:24
unwarranted [3] - 22:25, 29:5, 33:14
up [6] - 8:16, 15:8, 18:18, 22:17, 25:24, 27:3
upward [2] - 4:11, 14:12
uses [1] - 32:15

**V**

vacate [1] - 10:3
valve [2] - 29:16, 30:2
Van [13] - 1:13, 2:9, 2:21, 4:14, 10:1, 11:16, 14:21, 16:19, 17:2, 21:14, 25:21, 27:8, 36:10
VAN [23] - 2:8, 2:24, 3:8, 4:1, 4:6, 4:15, 4:21, 5:5, 5:8, 5:16, 6:2, 8:7, 9:6, 9:10, 12:5, 16:20, 18:5, 18:18, 25:23, 27:12, 31:9, 36:1, 36:12
van [1] - 9:14
variance [10] - 2:17, 22:16, 22:23, 26:12, 29:6, 29:9, 30:9, 31:2, 34:12, 35:13
various [1] - 24:22
verdict [5] - 8:13, 11:4, 12:1, 12:15, 21:16
verdicts [1] - 5:25
versus [1] - 2:3
vessel [1] - 7:2
viable [1] - 11:11
view [1] - 29:6
violation [3] - 6:10, 6:13, 32:17
Virgin [12] - 6:5, 7:5, 7:7, 7:16, 19:3, 19:25, 20:13, 20:25, 25:13, 28:7, 28:12, 28:14
Vliet [14] - 1:13, 2:9, 2:21, 4:14, 9:14, 10:1, 11:16, 14:21,

16:19, 17:2, 21:14, 25:21, 27:8, 36:10
VLIET [23] - 2:8, 2:24, 3:8, 4:1, 4:6, 4:15, 4:21, 5:5, 5:8, 5:16, 6:2, 8:7, 9:6, 9:10, 12:5, 16:20, 18:5, 18:18, 25:23, 27:12, 31:9, 36:1, 36:12
volunteering [1] - 33:7
vs [1] - 1:5

**W**

Wade [2] - 14:2, 14:5
waited [1] - 7:22
walk [1] - 5:14
waters [1] - 6:17
ways [1] - 25:3
weak [1] - 15:11
weakness" [1] - 33:21
weigh [1] - 33:1
whole [2] - 3:3, 3:12
wife [1] - 18:25
Williams [1] - 19:15
WILLIAMS [1] - 1:8
willing [1] - 10:17
willingly [1] - 25:4
willingness [1] - 10:24
wish [4] - 29:2, 31:13, 33:2, 36:10
world [1] - 20:8
wrote [2] - 19:17, 21:1

**Y**

years [4] - 34:20, 34:21, 34:22, 35:11
young [3] - 19:5, 20:7, 20:20
youth [1] - 20:5

**Z**

zero [3] - 16:6, 29:18, 30:3