UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NUMBER 22-CR-20191-KMW

UNITED STATES OF AMERICA


        vs.

ANDREW ALTURO FAHIE

---

HEARING HELD 1-17-2024
BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE

---

APPEARANCES:

FOR THE UNITED STATES:     **Kevin Gerarde, A.U.S.A.**
                           **Sean McLaughlin, A.U.S.A.**


FOR THE defendant:         Theresa M. Van Vliet, ESQ.
                           **Joyce Delgado, ESQ.**


REPORTED BY:               PATRICIA SANDERS, RPR
                           United States Court Reporter
                           400 North Miami Avenue, Suite 11-3
                           Miami, FL  33128
                           T: 305.523.5528
                            Patricia_sanders@flsd.uscourts.gov.

1               THE COURTROOM DEPUTY:  The Court Calls Case No.

2   22-CR-20191; United States of America vs. Andrew Fahie.

3               Counsel, please state your appearances for the

4   record starting with the Government.

5               MR. GERARDE:  Good morning, Your Honor, Kevin

6   Gerarde and Sean McLaughlin appearing on behalf of the

7   Government.

8               THE COURT:  Good morning.

9               MS. VAN VLIET:  Good morning, Your Honor, Theresa

10  Van Vliet and Joyce Delgado on behalf of Andrew Fahie who is

11  present in the courtroom.

12              THE COURT:  Good morning.  Everyone may be seated.

13  I noticed that there's someone in the back.

14              Since this is a partially sealed proceeding I am

15  going to ask that whoever is seated in the back to step out at

16  this time.

17              MS. VAN VLIET:  Yes, of course.  For the record that

18  is Mr. Fahie's daughter who drove him in today.

19              THE COURT:  All right.  She will be able to come

20  back in once we finish this portion.

21              MS. VAN VLIET: Thank you, Your Honor.

22              (COURTROOM SEALED FOR THE RECORD)

23              THE COURT:   All right. I have received from both

24  parties their filings on the matters that I asked them to

25  expound on from our last hearing.

1

2           I don't know how you wish to proceed at this point.

3   I think everybody is kind of dancing around things that they

4   suspect or they think they might know, but I certainly don't

5   want to bring up matters which will inappropriately be

6   discussed or compromise any party.

7           So, let me hear from the Government.

8           MR. GERARDE:  Judge, at this point, we prefer to

9   keep it ex parte.

10          THE COURT:  Ms. Van Vliet.

11          MS. VAN VLIET:  Your Honor, for the record, we do

12  object to any further ex parte -- on anything but as to this

13  CS's actual identity being told to the defense by the United

14  States or anything involving any ongoing investigations; or

15  things of that nature.

16          THE COURT:  Okay.

17          MS. VAN VLIET:  Otherwise we continue to believe

18  that it's -- at this point, any ex parte is inappropriate

19  other than that area.

20          THE COURT:  I tend to agree with you, Ms. Van Vliet,

21  but I am going to give the Government an opportunity.  It is

22  likely, once we are done, I am going to try to summarize

23  without reference to any particulars in order to make this

24  record comprehensible to anyone who might subsequently review

25  it.

```
 1            MR. GERARDE:  Judge, if that's where this is likely

 2    headed, then we can just take it all at once.

 3            THE COURT:  All right.  I am summarizing now what

 4    was submitted, and so if anything in my characterization is

 5    not accurate, then I expect to be corrected.

 6            But basically what we have is this; we have a

 7    confidential informant or source who is being handled -- and

 8    there are various dates that have been discussed -- where it

 9    appears this confidential source is being handled as an asset

10    by U.S. law enforcement, particularly the DEA.

11            At some juncture, this asset testifies against

12    foreign officials in a foreign country and a Judge in that

13    country -- and I am not sure if there were findings or

14    observations because I am not wholly familiar with the

15    jurisprudence of that country -- but the Judge in an opinion

16    found a lack of truthfulness with this particular source.

17            But also acknowledges that this source had not been

18    untruthful, something of a double negative, and that perhaps

19    evidence had been manipulated in some way.

20            Subsequent to that this asset is then directed by or

21    handled by Agents Witek and Aschleman. And the DEA agent in

22    the foreign country does not make those agents aware of any of

23    this; even though according to some accounts it was highly

24    publicized and reported in the newspapers in that country.

25
```

1          This agent has asserted he never saw the opinion,

2    which kind of begs the question, how did he not know about

3    this?  Because it's hard to imagine a DEA "country" agent not

4    knowing that a DEA asset he was so profoundly involved with

5    had these findings made against him.

6          MR. GERARDE:  Judge, can I make just one point of

7    clarification?

8          THE COURT:  Okay.

9          MR. GERARDE:  This case that was -- this was a case

10   in which the CS testified in Mexico against foreign officials,

11   and so it was not a case being investigated by the DEA.  And

12   so I just wanted to clarify that for the record.

13         THE COURT:  Thank you for that clarification.

14         All right. As I understand it then, this witness at

15   the time of his or her testimony was a DEA foreign asset who

16   was then shared with the U.S. DEA -- DEA Agents Witek and

17   Aschleman -- and apparently none of this information was

18   provided to them.

19         And according to the Government, the DEA "Mexico"

20   agent never saw the opinion.  That's 2010, 2011.  And so this

21   asset, CI, is used in several cases here in the United States.

22         As far as I can tell from the affidavits that were

23   filed, the credibility of that source was never referenced;

24   and the cases never go to trial.

25

1           And from my review, which was the weekend, I do not

2    believe either the confidential source or the special agents

3    ever testified.  And if the agents did testify, it was not as

4    to the confidential source.

5           And then in 2018 in two public filings in this

6    District, counsel for the defendant in that case referenced

7    the Mexico matter, referenced the Judge's findings, referenced

8    the notoriety of the case, and identified the confidential

9    source by name.

10          At my behest, the Government looked into whether

11   that triggered any knowledge of the agents.  At first blush

12   the e-mails did not suggest that was the case.

13          But then a deeper dive revealed notes that one or

14   two of the agents spoke to the confidential informant about

15   this matter to suss it out.

16          And so based on that conversation and based on the

17   agent's understanding and impression of Mexican politics and

18   their judiciary, they did not investigate the matter any

19   further.

20          And presumably they did not endeavor to get a copy

21   of any of those findings or opinions and just continued to use

22   the CI.

23          Moreover, after talking to the CI, they did not tell

24   their chain of command or do anything else to address the

25   threat assessments, which was argued to this Court as

1   something so profound the identity of the CI could not be

2   revealed to the defense here in any way with any kind of

3   protective parameters.

4         And finally, as to the testimony in this case, the

5   Government represents that it never crossed the agent's mind

6   that this Mexican case was out there.

7         Because, one, he was unaware of the opinion, and

8   that the question had to do solely with his understanding of

9   the affidavits and the documentation in the Criminal Justice

10  System.

11        It appears that we have three DEA agents using a

12  confidential source in the U.S., as well as in foreign

13  countries, making decisions on their own about what to share,

14  not only with their colleagues, but Judges, prosecutors, and

15  defense attorneys in our Criminal Justice System.

16        I cannot overemphasize the problem, Mr. Gerarde, you

17  and Mr. McLaughlin have right now.  The fact that after all of

18  these years we are having this discussion, I think highlights

19  the depth of your problem.

20        In your pleading you are asking the Court to exclude

21  any discussion of this opinion because of the nature of the

22  proceeding, how it was handled and/or any problems with the

23  Mexican prosecution.

24        These are matters, quite frankly, that should have

25  been discussed long ago before it ever got to this Court.

```
 1              These matters should have been sussed out with the

 2    "Department" and the DEA back in 2006; and certainly when this

 3    CI's name was publicly introduced on the docket.

 4              Where here the Government said that publicly

 5    acknowledging this individual's name could lead to all manner

 6    of horrible things occurring; and yet there's the name, still

 7    on the docket, with no effort made to seal it even at this

 8    juncture.

 9              I don't know what to do with this problem, Ms. Van

10    Vliet, because if the CI is not called, and the only question

11    of the special agent is as to whether he chose a particular

12    recording device -- and that fact that he gave it to the

13    confidential informant -- I am not sure how that matter that

14    occurred in Mexico would ever become relevant.

15              Before I turn to Ms. Van Vliet for her position, let

16    me just say this, I expect the Government -- aside from this

17    case -- this matter is going to need to be brought to the

18    attention of someone outside of this Court.

19              This matter needs to be looked into.  It cannot be,

20    oh, well, it's just one of those things that happens. This

21    needs to be dealt with so that we don't have something like

22    this happen again.

23              MR. GERARDE:  Yes, Your Honor. We have already

24    spoken to our Office about this issue; so, it is going to be

25    thoroughly looked into.
```

1           And, Your Honor, before you hear from Ms. Van Vliet,

2    I wanted to proffer or preview what Agent Witek's testimony

3    would be.

4           THE COURT:   Okay.

5           MR. GERARDE:   So, his testimony is going to be

6    linked to authentication and to chain of custody.   So, there

7    is the recording from April the seventh that he would testify

8    about.

9           And there were also cell phones that were taken from

10   Ms. Maynard, Mr. Fahie and Kadeem Maynard that we are going to

11   introduce, and he would be the link in that chain of custody.

12          THE COURT:   Thank you, Mr. Gerarde.

13          MR. GERARDE:   Yes, Your Honor.

14          THE COURT:   Ms. Van Vliet.

15          MS. VAN VLIET:   Thank you, Your Honor. So, the

16   Government's motion focuses on how the questioning of the

17   agents -- we shouldn't be able to go into the whole situation

18   with the confidential informant's issues during the course of

19   the proceedings down in Mexico right.

20          The facts and circumstances of, you know, this

21   Judicial decision against the several Generals down there or

22   the high-ranking officials.

23          We were never been planning on going into those

24   specifics -- that level of specificity -- but what we do want

25   to delve into is the credibility of this CS.

1          And there is a case that we cited in our memo, the

2    United States versus Grajales case.  That is a case that deals

3    with a very similar fact pattern and obviously that -- I did

4    not have my glasses on -- that is a different case.

5          I apologize for that, Your Honor.

6          THE COURT: Yes, I need my glasses at all times.

7          MS. VAN VLIET: And, look, the Grajales case deals

8    with whether or not the credibility of a Government's witness

9    is fair game.  And I do not think any of the cases -- including

10   the cases that are cited in one of the Government's motions --

11   they do not say otherwise.

12         Because both the Eleventh Circuit, as well as the

13   United States Supreme Court, have both said that a witness'

14   credibility is fair game.

15         And the Eleventh Circuit goes further in Nebotany --

16   which was cited by the Government -- to say among the things

17   that are squarely in play for credibility, unlike what happened

18   in Nebotany, are cases involving forgery, fraud and perjury.

19         With respect to how the Government's going to spin

20   Special Agent Witek's testimony at the detention hearing -- it

21   falls within the realm of perjury -- he was given a clean shot

22   at that hearing to answer the question; and he did not.

23         And if the Government is going to present someone as a

24   witness, then the jury as the finder of fact has the right to

25   test the person and hear about the person's credibility.

1          And for purposes of the record, Your Honor, at this

2    time we would like to renew our motion to dismiss based upon

3    Governmental misconduct.

4          And I recognize that the quote out of Russell, the

5    Supreme Court case, which basically says we may one day be

6    faced with a case where Government misconduct is so outrageous

7    -- and we're not talking about in terms of entrapment -- but so

8    outrageous that the Government cannot come into a Court and

9    seek to vindicate its interest in a Judicial proceeding.

10          Now in the Padilla case -- which is a case out of

11    this District -- where the late Judge Cooke went through great

12    lengths to discuss how Russell, while often cited, is never

13    used.

14          For a variety of reasons, including Supreme Court

15    language that says, look in a case where agents -- or the

16    Government -- has mucked things up beyond measure.

17          And in those instances, just a couple of times, not

18    over a period of over a decade, in Courts around the country

19    where they'd muck things up, then they should be dealt with

20    separately; and a guilty man should not go free.

21          While we obviously are not acknowledging that Mr.

22    Fahie is guilty of anything, as a practical matter -- as we

23    noted in our pleading -- he wouldn't be going free in any

24    event.

25

1          If we are to believe the Government's evidence from its

2    foreign law experts, there are viable charges to be made in the

3    United Kingdom and in the Virgin Island.

4          So at the end of the day, Judge, and in the context

5    of our motion to dismiss, the question becomes, how many

6    misrepresentations are okay?

7          Is it once?  Is it twice?  Is it a week?  Is it ten

8    years' worth?  Does it come to fruition when they actually get

9    on the stand and lie to a Magistrate Judge?

10          How much is enough; how much?

11          When does it become so outrageous when -- when law

12    enforcement agents take into their own hands -- where they

13    misrepresent things and then actively lie?

14          THE COURT:  The problem as I see it, Ms. Van Vliet,

15    is even if I were to allow you to examine on the issue -- or to

16    test credibility -- it would be pretty circumscribed.

17          Something like, you neglected to share that this CI

18    had been -- his credibility had been seriously questioned in a

19    foreign Judicial proceeding where he testified as to foreign

20    officials -- and there you go.

21          MS. VAN VLIET:  And, Judge, that's pretty much the

22    question I was going to ask; more or less that language.

23          I did wish to raise another issue, Your Honor, that I

24    believes goes to this sort of area of inquiry.

25

1          THE COURT:  Okay.

2          MS. VAN VLIET: Apparently it had been represented to

3     the Court that there was no knowledge -- there were no tables

4     provided -- and the rest of it.

5          THE COURT:  No, no, no, no.  The language is very

6     precise.  The language was that the DEA agent in Mexico never

7     saw this opinion; that's it.  There was no representation that

8     he didn't know; that he never saw that opinion.

9          MS. VAN VLIET:  In one of the pleadings -- and Ms.

10    Delgado's looking for which one it is -- we made reference to

11    actual declassified tables on the subject that were sent to the

12    DEA and DOJ -- which I know what those addresses are from my

13    past life.

14         THE COURT:  That isn't my focus, Ms. Van Vliet, my

15    focus is this; I don't believe that people did not know. I do

16    not believe that even the agent in Mexico did not know about

17    this.

18         What I have not seen is that there was any active

19    misrepresentation made.  That anyone said this CI is blemish

20    free or that there has never been any issue with the CI.

21         What I have seen is the complaints were filed, we have

22    the CI, and the subsequent prosecution of the case did not

23    involve testimony from either the CI or the agent; which would

24    call into question their credibility.

25

1        Now, being raised Catholic, a sin of omission is still

2   a sin.  But in all the cases that I saw there were, in fact,

3   either undercovers, recordings -- it wasn't just a CI with a

4   defendant and nothing else.

5        There was no such suggestion in this or other cases --

6   except for the time when Ms. Maynard stepped out -- but then

7   the conversation Mr. Fahie had with the CI was repeated once

8   she came back; oh, we were talking about X, Y and Z.

9        There's never been an allegation in the cases I saw

10  that the CI met independently with this defendant, it wasn't

11  recorded, and X, Y and Z was said; and there you go.

12       What we have here, I believe, is Agent Witek's --

13  according to him -- representation that he didn't even connect

14  the dots; so to speak.

15       But that was nonetheless affirmatively represented to a

16  Court in this District, and so I think asking him about that

17  statement in a limited fashion is the least -- given what has

18  occurred in this case -- that is the least that can be meted

19  out.

20       MR. GERARDE:  Judge, we still think that, that's

21  unduly prejudicial under 403.  The agent's answer at the

22  detention hearing was in response to a single question that was

23  not entirely clear.

24       THE COURT:  He is, in fact, a special agent of the

25  Drug Enforcement Administration.

1     He's trained to present himself in court, to handle

2  informants, as well as his own cases, so his being unclear or

3  confused is not really plausible.

4     And so if Ms. Van Vliet asks him those limited and,

5  cabined, questions he should be able to very capably answer.

6     MR. GERARDE:  That's fine, Judge.

7     THE COURT:  All right. While I don't think this rises

8  to the level of misconduct that requires dismissal of the case,

9  or anything of that nature, I do believe some limited questions

10  about the comment in the bond hearing would be appropriate.

11     MR. GERARDE:  For the record, Your Honor, we have

12  stricken Special Agent Chad Aschleman from our witness list.

13     THE COURT:  Okay.

14     MR. GERARDE:  Which I alerted the defense to this

15  morning.  We have discussed the limited scope of Special Agent

16  Witek's testimony; and Mr. McLaughlin and I are not planning on

17  having either of them with us at counsel table during the

18  trial.

19     THE COURT:  That is probably wise.

20     MR. GERARDE:  That's all the Government has on this

21  issue; thank you.

22     THE COURT:  Ms. Van Vliet, you had filed with the

23  Court ex parte a submission in support of a request that you

24  had made.  How do you wish to handle that matter?

25

1          MS. VAN VLIET:  Judge, I spoke to the Government in

2    general terms about the issue -- the ex parte motion that I

3    filed -- and that relates to the Government's original motion

4    in limine to preclude examination of exculpatory evidence.

5          On January 8th you denied that as moot because we

6    agreed that, you know, in terms of Mr. Fahie's post-arrest

7    statements -- it's exculpatory and so that's not permissible if

8    he's not on the stand -- in the context of that motion they

9    also raised certain statements that were made by Roxanne

10   Sylvester to Ms. Maynard.

11         And so, Your Honor, that is what we were talking about

12   in terms of this ex parte filing with the Court.

13         THE COURT:  Oh, yes.

14         MS. VAN VLIET:  And at the heart of the statements was

15   this statement -- where Mr. Fahie told Roxanne that he was

16   going to call the authorities in the BVI and have the plane

17   with the "$700,000", which of course none of this was real, and

18   have the CS arrested upon arrival in Tortola.

19         And so our dilemma, Judge, as the defense is that Ms.

20   Sylvester will not come back to the United States to testify.

21   She claims that the agents in this case basically threatened

22   her with arrest if she returned; and she has categorically

23   refused to to be here.

24         And she does confirm that she made those statements to

25   Ms. Maynard and that Mr. Fahie made them to her.

1          THE COURT:  Let me ask a question -- because I want

2    to make sure I am clear -- so, Ms. Sylvester was arrested along

3    with Ms. Maynard at that time?

4          MR. GERARDE:  She was detained, Your Honor, she was

5    not arrested.

6          THE COURT:  Okay.

7          MR. GERARDE:  And then she was released.

8          THE COURT:  So they both were detained and they both

9    were sitting together such that they could exchange information

10   after they were detained; is that what occurred?

11         MR. GERARDE:  That's the way -- that's what the

12   Government believes the evidence is going to show -- and that

13   Mr. Fahie had been arrested a couple hours prior to that.

14         THE COURT:  Right.

15         MR. GERARDE:  That is why we object, Your Honor,

16   since there was no longer a conspiracy; not to mention the

17   layers of hearsay.

18         THE COURT:  What was Ms. Sylvester doing here at all?

19   What was her relationship to Mr. Fahie and/or Ms. Maynard?

20         MR. GERARDE:  She has been described by Ms. Maynard

21   as Mr. Fahie's hench-woman who goes places where he cannot go

22   and does those things that he cannot do.

23         And we believe the evidence is going to show that she

24   came to the United States at Mr. Fahie's request.

25

1          THE COURT:  Did she come with Mr. Fahie?

2          MR. GERARDE:  Correct.

3          THE COURT:  Was she staying with Mr. Fahie while she

4    was here?

5          MR. GERARDE:  No.

6          THE COURT:  So Mr. Fahie goes alone to the plane

7    where he's arrested; and then Ms. Maynard and Ms. Sylvester are

8    subsequently arrested or detained.

9          MR. GERARDE:  Yes, Your Honor.

10          THE COURT:  All right. I am not inclined to allow this

11   in, Ms. Van Vliet, because I don't think that this statement

12   qualifies in an evidentiary context to be admitted before a

13   jury.

14          MS. VAN VLIET:  Would the Court permit me to file

15   something in writing so procedurally it's been preserved.

16          THE COURT:  Yes, of course.

17          MS. VAN VLIET:  Thank you, Your Honor.

18          THE COURT:  All right. Let me take a look at my

19   checklist before we recess.  Oh, yes; I would ask if you have

20   not done so to set up some time to meet with IT to make sure

21   your computers sync and the technology works correctly.

22          Is there anything either of the parties can think of or

23   any question you have before we recess?

24          MR. GERARDE:  Judge, should we expect to present

25   testimony from 9 to 5 or 5:30?

1           THE COURT:  It all depends on the schedule of the

2    jurors.  Some jurors have childcare issues or school drop off

3    limitations.  The earliest generally would be 9:00, and the

4    latest because of Miami traffic, the latest would be 5:30 or

5    perhaps a little later depending on whether we can finish a

6    witness.

7           MR. GERARDE: Thank you, Your Honor.  That is all on

8    behalf of the United States.

9           MS. VAN VLIET: On behalf of Mr. Fahie we have nothing

10   further, Your Honor.

11          THE COURT:  All right. Absent any intervening issue, I

12   will see you here for trial -- I would ask the lawyers to be

13   here at 9:00 to get set up -- because generally speaking the

14   earliest we get our jurors up to start questioning is 9:30.

15          All right. Thank you for being available here today;

16   and we are adjourned.

17

18

19

20

21

22

23

24

25

1                        -   -   -

2                  C E R T I F I C A T E

3         I hereby certify that the foregoing is an accurate

4    transcription of proceedings in the above-entitled matter.

5

6                                    /S/PATRICIA SANDERS

7    _____            _____

8    DATE FILED            PATRICIA SANDERS, RPR

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$700,000** [1] - 16:17

## /

**/S/PATRICIA** [1] - 20:6

## 1

**1-17-2024** [1] - 1:9
**11-3** [1] - 1:18

## 2

**2006** [1] - 8:2
**2010** [1] - 5:20
**2011** [1] - 5:20
**2018** [1] - 6:5
**22-CR-20191** [1] - 2:2
**22-CR-20191-KMW** [1] - 1:3

## 3

**305.523.5528** [1] - 1:19
**33128** [1] - 1:18

## 4

**400** [1] - 1:18
**403** [1] - 14:21

## 5

**5** [1] - 18:25
**5:30** [2] - 18:25, 19:4

## 8

**8th** [1] - 16:5

## 9

**9** [1] - 18:25
**9:00** [2] - 19:3, 19:13
**9:30** [1] - 19:14

## A

**A.U.S.A** [2] - 1:13, 1:13
**able** [3] - 2:19, 9:17, 15:5
**above-entitled** [1] - 20:4
**Absent** [1] - 19:11
**according** [3] - 4:23, 5:19, 14:13
**accounts** [1] - 4:23

**accurate** [2] - 4:5, 20:3
**acknowledges** [1] - 4:17
**acknowledging** [2] - 8:5, 11:21
**active** [1] - 13:18
**actively** [1] - 12:13
**actual** [2] - 3:13, 13:11
**address** [1] - 6:24
**addresses** [1] - 13:12
**adjourned** [1] - 19:16
**Administration** [1] - 14:25
**admitted** [1] - 18:12
**affidavits** [2] - 5:22, 7:9
**affirmatively** [1] - 14:15
**Agent** [5] - 9:2, 10:20, 14:12, 15:12, 15:15
**agent** [9] - 4:21, 5:1, 5:3, 5:20, 8:11, 13:6, 13:16, 13:23, 14:24
**agent's** [3] - 6:17, 7:5, 14:21
**Agents** [2] - 4:21, 5:16
**agents** [10] - 4:22, 6:2, 6:3, 6:11, 6:14, 7:11, 9:17, 11:15, 12:12, 16:21
**ago** [1] - 7:25
**agree** [1] - 3:20
**agreed** [1] - 16:6
**alerted** [1] - 15:14
**allegation** [1] - 14:9
**allow** [2] - 12:15, 18:10
**alone** [1] - 18:6
**ALTURO** [1] - 1:6
**AMERICA** [1] - 1:4
**America** [1] - 2:2
**Andrew** [2] - 2:2, 2:10
**ANDREW** [1] - 1:6
**answer** [3] - 10:22, 14:21, 15:5
**apologize** [1] - 10:5
**appearances** [2] - 1:12, 2:3
**appearing** [1] - 2:6
**appropriate** [1] - 15:10
**April** [1] - 9:7
**area** [2] - 3:19, 12:24
**argued** [1] - 6:25
**arrest** [2] - 16:6, 16:22
**arrested** [6] - 16:18, 17:2, 17:5, 17:13, 18:7, 18:8

**arrival** [1] - 16:18
**Aschleman** [3] - 4:21, 5:17, 15:12
**aside** [1] - 8:16
**asserted** [1] - 5:1
**assessments** [1] - 6:25
**asset** [6] - 4:9, 4:11, 4:20, 5:4, 5:15, 5:21
**attention** [1] - 8:18
**attorneys** [1] - 7:15
**authentication** [1] - 9:6
**authorities** [1] - 16:16
**available** [1] - 19:15
**Avenue** [1] - 1:18
**aware** [1] - 4:22

## B

**based** [3] - 6:16, 11:2
**become** [2] - 8:14, 12:11
**becomes** [1] - 12:5
**begs** [1] - 5:2
**behalf** [4] - 2:6, 2:10, 19:8, 19:9
**behest** [1] - 6:10
**believes** [2] - 12:24, 17:12
**beyond** [1] - 11:16
**blemish** [1] - 13:19
**blush** [1] - 6:11
**bond** [1] - 15:10
**bring** [1] - 3:5
**brought** [1] - 8:17
**BVI** [1] - 16:16
**BY** [1] - 1:17

## C

**cabined** [1] - 15:5
**cannot** [5] - 7:16, 8:19, 11:8, 17:21, 17:22
**capably** [1] - 15:5
**case** [24] - 1:3, 5:9, 5:11, 6:6, 6:8, 6:12, 7:4, 7:6, 8:17, 10:1, 10:2, 10:4, 10:7, 11:5, 11:6, 11:10, 11:15, 13:22, 14:18, 15:8, 16:21
**Case** [2] - 2:1
**cases** [9] - 5:21, 5:24, 10:9, 10:10, 10:18, 14:2, 14:5, 14:9, 15:2
**categorically** [1] - 16:22

**Catholic** [1] - 14:1
**cell** [1] - 9:9
**certain** [1] - 16:9
**certainly** [2] - 3:4, 8:2
**certify** [1] - 20:3
**Chad** [1] - 15:12
**chain** [3] - 6:24, 9:6, 9:11
**characterization** [1] - 4:4
**charges** [1] - 12:2
**checklist** [1] - 18:19
**childcare** [1] - 19:2
**chose** [1] - 8:11
**CI** [13] - 5:21, 6:22, 6:23, 7:1, 8:10, 12:17, 13:19, 13:20, 13:22, 13:23, 14:3, 14:7, 14:10
**CI's** [1] - 8:3
**Circuit** [2] - 10:12, 10:15
**circumscribed** [1] - 12:16
**circumstances** [1] - 9:20
**cited** [4] - 10:1, 10:10, 10:16, 11:12
**claims** [1] - 16:21
**clarification** [2] - 5:7, 5:13
**clarify** [1] - 5:12
**clean** [1] - 10:21
**clear** [2] - 14:23, 17:2
**colleagues** [1] - 7:14
**command** [1] - 6:24
**comment** [1] - 15:10
**complaints** [1] - 13:21
**comprehensible** [1] - 3:24
**compromise** [1] - 3:6
**computers** [1] - 18:21
**confidential** [9] - 4:7, 4:9, 6:2, 6:4, 6:8, 6:14, 7:12, 8:13, 9:18
**confirm** [1] - 16:24
**confused** [1] - 15:3
**connect** [1] - 14:13
**conspiracy** [1] - 17:16
**context** [3] - 12:4, 16:8, 18:12
**continue** [1] - 3:17
**continued** [1] - 6:21
**conversation** [2] - 6:16, 14:7
**Cooke** [1] - 11:11
**copy** [1] - 6:20
**Correct** [1] - 18:2

**corrected** [1] - 4:5
**correctly** [1] - 18:21
**counsel** [2] - 6:6, 15:17
**Counsel** [1] - 2:3
**countries** [1] - 7:13
**country** [7] - 4:12, 4:13, 4:15, 4:22, 4:24, 5:3, 11:18
**couple** [2] - 11:17, 17:13
**course** [4] - 2:17, 9:18, 16:17, 18:16
**COURT** [39] - 1:1, 1:10, 2:8, 2:12, 2:19, 2:23, 3:10, 3:16, 3:20, 4:3, 5:8, 5:13, 9:4, 9:12, 9:14, 10:6, 12:14, 13:1, 13:5, 13:14, 14:24, 15:7, 15:13, 15:19, 15:22, 16:13, 17:1, 17:6, 17:8, 17:14, 17:18, 18:1, 18:3, 18:6, 18:10, 18:16, 18:18, 19:1, 19:11
**court** [1] - 15:1
**Court** [15] - 1:17, 2:1, 6:25, 7:20, 7:25, 8:18, 10:13, 11:5, 11:8, 11:14, 13:3, 14:16, 15:23, 16:12, 18:14
**courtroom** [1] - 2:11
**COURTROOM** [2] - 2:1, 2:22
**Courts** [1] - 11:18
**credibility** [9] - 5:23, 9:25, 10:8, 10:14, 10:17, 10:25, 12:16, 12:18, 13:24
**Criminal** [2] - 7:9, 7:15
**crossed** [1] - 7:5
**CS** [3] - 5:10, 9:25, 16:18
**CS's** [1] - 3:13
**custody** [2] - 9:6, 9:11

## D

**dancing** [1] - 3:3
**DATE** [1] - 20:8
**dates** [1] - 4:8
**daughter** [1] - 2:18
**DEA** [13] - 4:10, 4:21, 5:3, 5:4, 5:11, 5:15, 5:16, 5:19, 7:11, 8:2, 13:6, 13:12
**deals** [1] - 10:2, 10:7
**dealt** [2] - 8:21, 11:19

**decade** [1] - 11:18
**decision** [1] - 9:21
**decisions** [1] - 7:13
**declassified** [1] - 13:11
**deeper** [1] - 6:13
**defendant** [4] - 1:15, 6:6, 14:4, 14:10
**defense** [5] - 3:13, 7:2, 7:15, 15:14, 16:19
**Delgado** [2] - 1:15, 2:10
**Delgado's** [1] - 13:10
**delve** [1] - 9:25
**denied** [1] - 16:5
**Department** [1] - 8:2
**depth** [1] - 7:19
**DEPUTY** [1] - 2:1
**described** [1] - 17:20
**detained** [4] - 17:4, 17:8, 17:10, 18:8
**detention** [2] - 10:20, 14:22
**device** [1] - 8:12
**different** [1] - 10:4
**dilemma** [1] - 16:19
**directed** [1] - 4:20
**discuss** [1] - 11:12
**discussed** [4] - 3:6, 4:8, 7:25, 15:15
**discussion** [2] - 7:18, 7:21
**dismiss** [2] - 11:2, 12:5
**dismissal** [1] - 15:8
**District** [3] - 6:6, 11:11, 14:16
**DISTRICT** [3] - 1:1, 1:2, 1:10
**dive** [1] - 6:13
**DIVISION** [1] - 1:2
**docket** [2] - 8:3, 8:7
**documentation** [1] - 7:9
**DOJ** [1] - 13:12
**done** [2] - 3:22, 18:20
**dots** [1] - 14:14
**double** [1] - 4:18
**down** [2] - 9:19, 9:21
**drop** [1] - 19:2
**drove** [1] - 2:18
**Drug** [1] - 14:25
**during** [2] - 9:18, 15:17

### E

**e-mails** [1] - 6:12
**earliest** [2] - 19:3,
19:14
**effort** [1] - 8:7
**either** [5] - 6:2, 13:23, 14:3, 15:17, 18:22
**Eleventh** [2] - 10:12, 10:15
**end** [1] - 12:4
**endeavor** [1] - 6:20
**enforcement** [2] - 4:10, 12:12
**Enforcement** [1] - 14:25
**entirely** [1] - 14:23
**entitled** [1] - 20:4
**entrapment** [1] - 11:7
**ESQ** [2] - 1:15, 1:15
**event** [1] - 11:24
**evidence** [5] - 4:19, 12:1, 16:4, 17:12, 17:23
**evidentiary** [1] - 18:12
**ex** [6] - 3:9, 3:12, 3:18, 15:23, 16:2, 16:12
**examination** [1] - 16:4
**examine** [1] - 12:15
**except** [1] - 14:6
**exchange** [1] - 17:9
**exclude** [1] - 7:20
**exculpatory** [2] - 16:4, 16:7
**expect** [3] - 4:5, 8:16, 18:24
**experts** [1] - 12:2
**expound** [1] - 2:25

### F

**faced** [1] - 11:6
**fact** [6] - 7:17, 8:12, 10:3, 10:24, 14:2, 14:24
**facts** [1] - 9:20
**FAHIE** [1] - 1:6
**fahie** [1] - 19:9
**Fahie** [12] - 2:2, 2:10, 9:10, 11:22, 14:7, 16:15, 16:25, 17:13, 17:19, 18:1, 18:3, 18:6
**Fahie's** [4] - 2:18, 16:6, 17:21, 17:24
**fair** [2] - 10:9, 10:14
**falls** [1] - 10:21
**familiar** [1] - 4:14
**far** [1] - 5:22
**fashion** [1] - 14:17
**file** [1] - 18:14
**filed** [4] - 5:23, 13:21, 15:22, 16:3
**FILED** [1] - 20:8

**filing** [1] - 16:12
**filings** [2] - 2:24, 6:5
**finally** [1] - 7:4
**finder** [1] - 10:24
**findings** [4] - 4:13, 5:5, 6:7, 6:21
**fine** [1] - 15:6
**finish** [2] - 2:20, 19:5
**first** [1] - 6:11
**FL** [1] - 1:18
**FLORIDA** [1] - 1:2
**focus** [2] - 13:14, 13:15
**focuses** [1] - 9:16
**FOR** [3] - 1:13, 1:15, 2:22
**foregoing** [1] - 20:3
**foreign** [9] - 4:12, 4:22, 5:10, 5:15, 5:12, 12:2, 12:19
**forgery** [1] - 10:18
**frankly** [1] - 7:24
**fraud** [1] - 10:18
**free** [3] - 11:20, 11:23, 13:20
**fruition** [1] - 12:8

### G

**game** [2] - 10:9, 10:14
**general** [1] - 16:2
**generally** [2] - 19:3, 19:13
**Generals** [1] - 9:21
**Gerarde** [4] - 1:13, 2:6, 7:16, 9:12
**GERARDE** [23] - 2:5, 3:8, 4:1, 5:6, 5:9, 8:23, 9:5, 9:13, 14:20, 15:6, 15:11, 15:14, 15:20, 17:4, 17:7, 17:11, 17:15, 17:20, 18:2, 18:5, 18:9, 18:24, 19:7, 19:10
**given** [2] - 10:21, 14:17
**glasses** [1] - 10:4, 10:6
**Government** [17] - 2:4, 2:7, 3:7, 3:21, 5:19, 6:10, 7:5, 8:4, 8:16, 10:16, 10:23, 11:6, 11:8, 11:16, 15:20, 16:1, 17:12
**Government's** [6] - 9:16, 10:8, 10:10, 10:19, 12:1, 16:3
**Governmental** [1] - 11:3
**Grajales** [2] - 10:2,

10:7
**great** [1] - 11:11
**guilty** [2] - 11:20, 11:22

### H

**handle** [2] - 15:1, 15:24
**handled** [4] - 4:7, 4:9, 4:21, 7:22
**hands** [1] - 12:12
**hard** [1] - 5:3
**headed** [1] - 4:2
**hear** [3] - 3:7, 9:1, 10:25
**HEARING** [1] - 1:9
**hearing** [5] - 2:25, 10:20, 10:22, 14:22, 15:10
**hearsay** [1] - 17:17
**heart** [1] - 16:14
**HELD** [1] - 1:9
**hench** [1] - 17:21
**hench-woman** [1] - 17:21
**hereby** [1] - 20:3
**high** [1] - 9:22
**high-ranking** [1] - 9:22
**highlights** [1] - 7:18
**highly** [1] - 4:23
**himself** [1] - 15:1
**Honor** [19] - 2:5, 2:9, 2:21, 3:11, 8:23, 9:1, 9:13, 9:15, 10:5, 11:1, 12:23, 15:11, 16:11, 17:4, 17:15, 18:9, 18:17, 19:7, 19:10
**HONORABLE** [1] - 1:9
**horrible** [1] - 8:6
**hours** [1] - 17:13

### I

**identified** [1] - 6:8
**identity** [2] - 3:13, 7:1
**imagine** [1] - 5:3
**impression** [1] - 6:17
**inappropriate** [1] - 3:18
**inappropriately** [1] - 3:5
**inclined** [1] - 18:10
**including** [2] - 10:9, 11:14
**independently** [1] - 14:10
**individual's** [1] - 8:5

**informant** [3] - 4:7, 6:14, 8:13
**informant's** [1] - 9:18
**informants** [1] - 15:2
**information** [2] - 5:17, 17:9
**inquiry** [1] - 12:24
**instances** [1] - 11:17
**interest** [1] - 11:9
**intervening** [1] - 19:11
**introduce** [1] - 9:11
**introduced** [1] - 8:3
**investigate** [1] - 6:18
**investigated** [1] - 5:11
**investigations** [1] - 3:14
**involve** [1] - 13:23
**involved** [1] - 5:4
**involving** [2] - 3:14, 10:18
**Island** [1] - 12:3
**issue** [7] - 8:24, 12:15, 12:23, 13:20, 15:21, 16:2, 19:11
**issues** [2] - 9:18, 19:2
**IT** [1] - 18:20

### J

**January** [1] - 16:5
**Joyce** [2] - 1:15, 2:10
**Judge** [14] - 3:8, 4:1, 4:12, 4:15, 5:6, 11:11, 12:4, 12:9, 12:21, 14:20, 15:6, 16:1, 16:19, 18:24
**JUDGE** [1] - 1:10
**Judge's** [1] - 6:7
**Judges** [1] - 7:14
**Judicial** [3] - 9:21, 11:9, 12:19
**judiciary** [1] - 6:18
**juncture** [2] - 4:11, 8:8
**jurisprudence** [1] - 4:15
**jurors** [3] - 19:2, 19:14
**jury** [2] - 10:24, 18:13
**Justice** [2] - 7:9, 7:15

### K

**Kadeem** [1] - 9:10
**KATHLEEN** [1] - 1:9
**keep** [1] - 3:9
**Kevin** [2] - 1:13, 2:5
**kind** [3] - 3:3, 5:2, 7:2
**Kingdom** [1] - 12:3
**knowing** [1] - 5:4
**knowledge** [2] - 6:11, 13:3

## L

lack [1] - 4:16
language [4] - 11:15, 12:22, 13:5, 13:6
last [1] - 2:25
late [1] - 11:11
latest [2] - 19:4
law [3] - 4:10, 12:2, 12:11
lawyers [1] - 19:12
layers [1] - 17:17
lead [1] - 8:5
least [2] - 14:17, 14:18
lengths [1] - 11:12
less [1] - 12:22
level [2] - 9:24, 15:8
lie [2] - 12:9, 12:13
life [1] - 13:13
likely [2] - 3:22, 4:1
limine [1] - 16:4
limitations [1] - 19:3
limited [4] - 14:17, 15:4, 15:9, 15:15
link [1] - 9:11
linked [1] - 9:6
list [1] - 15:12
look [3] - 10:7, 11:15, 18:18
looked [3] - 6:10, 8:19, 8:25
looking [1] - 13:10

## M

Magistrate [1] - 12:9
mails [1] - 6:12
man [1] - 11:20
manipulated [1] - 4:19
manner [1] - 8:5
matter [9] - 6:7, 6:15, 6:18, 8:13, 8:17, 8:19, 11:22, 15:24, 20:4
matters [4] - 2:24, 3:5, 7:24, 8:1
Maynard [9] - 9:10, 14:6, 16:10, 16:25, 17:3, 17:19, 17:20, 18:7
McLaughlin [4] - 1:13, 2:6, 7:17, 15:16
measure [1] - 11:16
meet [1] - 18:20
memo [1] - 10:1
mention [1] - 17:16
met [1] - 14:10
meted [1] - 14:18
Mexican [3] - 6:17,

7:6, 7:23
Mexico [7] - 5:10, 5:19, 6:7, 8:14, 9:19, 13:6, 13:16
mIAMI [1] - 1:2
Miami [3] - 1:18, 1:18, 19:4
might [2] - 3:4, 3:24
mind [1] - 7:5
misconduct [3] - 11:3, 11:6, 15:8
misrepresent [1] - 12:13
misrepresentation [1] - 13:19
misrepresentations [1] - 12:6
moot [1] - 16:5
Moreover [1] - 6:23
morning [5] - 2:5, 2:8, 2:9, 2:12, 15:15
motion [6] - 9:16, 11:2, 12:5, 16:2, 16:3, 16:8
motions [1] - 10:10
MR [23] - 2:5, 3:8, 4:1, 5:6, 5:9, 8:23, 9:5, 9:13, 14:20, 15:6, 15:11, 15:14, 15:20, 17:4, 17:7, 17:11, 17:15, 17:20, 18:2, 18:5, 18:9, 18:24, 19:7
MS [15] - 2:9, 2:17, 2:21, 3:11, 3:17, 9:15, 10:7, 12:21, 13:2, 13:9, 16:1, 16:14, 18:14, 18:17, 19:9
muck [1] - 11:19
mucked [1] - 11:16

## N

name [4] - 6:9, 8:3, 8:5, 8:6
nature [3] - 3:15, 7:21, 15:9
Nebotany [2] - 10:15, 10:18
need [2] - 8:17, 10:6
needs [2] - 8:19, 8:21
negative [1] - 4:18
neglected [1] - 12:17
never [11] - 5:1, 5:20, 5:23, 5:24, 7:5, 9:23, 11:12, 13:6, 13:8, 13:20, 14:9
newspapers [1] - 4:24
none [2] - 5:17, 16:17

nonetheless [1] - 14:15
North [1] - 1:18
noted [1] - 11:23
notes [1] - 6:13
nothing [2] - 14:4, 19:9
noticed [1] - 2:13
notoriety [1] - 6:8
Number [1] - 1:3

## O

object [2] - 3:12, 17:15
observations [1] - 4:14
obviously [2] - 10:3, 11:21
occurred [3] - 8:14, 14:18, 17:10
occurring [1] - 8:6
OF [2] - 1:2, 1:14
Office [1] - 8:24
officials [4] - 4:12, 5:10, 9:22, 12:20
often [1] - 11:12
omission [1] - 14:1
once [5] - 2:20, 3:22, 4:2, 12:7, 14:7
one [8] - 5:6, 6:13, 7:7, 8:20, 10:10, 11:5, 13:9, 13:10
ongoing [1] - 3:14
opinion [7] - 4:15, 5:1, 5:20, 7:7, 7:21, 13:7, 13:8
opinions [1] - 6:21
opportunity [1] - 3:21
order [1] - 3:23
original [1] - 16:3
otherwise [1] - 10:11
Otherwise [1] - 3:17
outrageous [3] - 11:6, 11:8, 12:11
outside [1] - 8:18
overemphasize [1] - 7:16
own [3] - 7:13, 12:12, 15:2

## P

Padilla [1] - 11:10
parameters [1] - 7:3
parte [6] - 3:9, 3:12, 3:18, 15:23, 16:2, 16:12
partially [1] - 2:14
particular [2] - 4:16,

8:11
particularly [1] - 4:10
particulars [1] - 3:23
parties [2] - 2:24, 18:22
party [1] - 3:6
past [1] - 13:13
PATRICIA [2] - 1:17, 20:8
patricia_sanders@ flsd.uscourts.gov [1] - 1:19
pattern [1] - 10:3
people [1] - 13:15
perhaps [2] - 4:18, 19:5
period [1] - 11:18
perjury [2] - 10:18, 10:21
permissible [1] - 16:7
permit [1] - 16:18
person [1] - 10:25
person's [1] - 10:25
phones [1] - 9:9
places [1] - 17:21
plane [2] - 16:16, 18:6
planning [2] - 9:23, 15:16
plausible [1] - 15:3
play [1] - 10:17
pleading [2] - 7:20, 11:23
pleadings [1] - 13:9
point [4] - 3:2, 3:8, 3:18, 5:6
politics [1] - 6:17
portion [1] - 2:20
position [1] - 8:15
post [1] - 16:6
post-arrest [1] - 16:6
practical [1] - 11:22
precise [1] - 13:6
preclude [1] - 16:4
prefer [1] - 3:8
prejudicial [1] - 14:21
present [4] - 2:11, 10:23, 15:1, 18:24
preserved [1] - 18:15
presumably [1] - 6:20
pretty [2] - 12:16, 12:21
preview [1] - 9:2
problem [4] - 7:16, 7:19, 8:9, 12:14
problems [1] - 7:22
procedurally [1] - 18:15
proceed [1] - 3:2
proceeding [4] - 2:14,

8:11
proceedings [2] - 9:19, 20:4
proffer [1] - 9:2
profound [1] - 7:1
profoundly [1] - 5:4
prosecution [2] - 7:23, 13:22
prosecutors [1] - 7:14
protective [1] - 7:3
provided [2] - 5:18, 13:4
public [1] - 6:5
publicized [1] - 4:24
publicly [2] - 8:3, 8:4
purposes [1] - 11:1

## Q

qualifies [1] - 18:12
questioned [1] - 12:18
questioning [2] - 9:16, 19:14
questions [2] - 15:5, 15:9
quite [1] - 7:24
quote [1] - 11:4

## R

raise [1] - 12:23
raised [2] - 14:1, 16:9
ranking [1] - 9:22
real [1] - 16:17
really [1] - 15:3
realm [1] - 10:21
reasons [1] - 11:14
received [1] - 2:23
recess [2] - 18:19, 18:23
recognize [1] - 11:4
record [7] - 2:4, 2:17, 3:11, 3:24, 5:12, 11:1, 15:11
RECORD [1] - 2:22
recorded [1] - 14:11
recording [2] - 8:12, 9:7
recordings [1] - 14:3
reference [2] - 3:23, 13:10
referenced [4] - 5:23, 6:6, 6:7
refused [1] - 16:23
relates [1] - 16:3
relationship [1] - 17:19
released [1] - 17:7
relevant [1] - 8:14
renew [1] - 11:2

repeated [1] - 14:7
reported [1] - 4:24
REPORTED [1] - 1:17
Reporter [1] - 1:17
representation [2] - 13:7, 14:13
represented [2] - 13:2, 14:15
represents [1] - 7:5
request [2] - 15:23, 17:24
requires [1] - 15:8
respect [1] - 10:19
response [1] - 14:22
rest [1] - 13:4
returned [1] - 16:22
revealed [2] - 6:13, 7:2
review [2] - 3:24, 6:1
rises [1] - 15:7
Roxanne [2] - 16:9, 16:15
RPR [2] - 1:17, 20:8
Russell [2] - 11:4, 11:12

## S

SANDERS [3] - 1:17, 20:6, 20:8
saw [6] - 5:1, 5:20, 13:7, 13:8, 14:2, 14:9
schedule [1] - 19:1
school [1] - 19:2
scope [1] - 15:15
seal [1] - 8:7
sealed [1] - 2:14
SEALED [1] - 2:22
Sean [2] - 1:13, 2:6
seated [2] - 2:12, 2:15
see [2] - 12:14, 19:12
seek [1] - 11:9
sent [1] - 13:11
separately [1] - 11:20
seriously [1] - 12:18
set [2] - 18:20, 19:13
seventh [1] - 9:7
several [2] - 5:21, 9:21
share [2] - 7:13, 12:17
shared [1] - 5:16
shot [1] - 10:21
show [2] - 17:12, 17:23
similar [1] - 10:3
sin [2] - 14:1, 14:2
single [1] - 14:22
sitting [1] - 17:9
situation [1] - 9:17
solely [1] - 7:8

someone [3] - 2:13, 8:18, 10:23
sort [1] - 12:24
source [9] - 4:7, 4:9, 4:16, 4:17, 5:23, 6:2, 6:4, 6:9, 7:12
sOUTHERN [1] - 1:2
speaking [1] - 19:13
special [3] - 6:2, 8:11, 14:24
Special [3] - 10:20, 15:12, 15:15
specificity [1] - 9:24
specifics [1] - 9:24
spin [1] - 10:19
spoken [1] - 8:24
squarely [1] - 10:17
stand [2] - 12:9, 16:8
start [1] - 19:14
starting [1] - 2:4
state [1] - 2:3
statement [3] - 14:17, 16:15, 18:11
statements [4] - 16:7, 16:9, 16:14, 16:24
STATES [4] - 1:1, 1:4, 1:10, 1:13
States [9] - 1:17, 2:2, 3:14, 5:21, 10:2, 10:13, 16:20, 17:24, 19:8
staying [1] - 18:3
step [2] - 2:15
stepped [1] - 14:6
still [3] - 8:6, 14:1, 14:20
stricken [1] - 15:12
subject [1] - 13:11
submission [1] - 15:23
submitted [1] - 4:4
subsequent [2] - 4:20, 13:22
subsequently [2] - 3:24, 18:8
suggest [1] - 6:12
suggestion [1] - 14:5
Suite [1] - 1:18
summarize [1] - 3:22
summarizing [1] - 4:3
support [1] - 15:23
Supreme [3] - 10:13, 11:5, 11:14
suspect [1] - 3:4
suss [1] - 6:15
sussed [1] - 8:1
Sylvester [5] - 16:10, 16:20, 17:2, 17:18, 18:7

sync [1] - 18:21
System [2] - 7:10, 7:15

## T

table [1] - 15:17
tables [2] - 13:3, 13:11
technology [1] - 18:21
ten [1] - 12:7
tend [1] - 3:20
terms [4] - 11:7, 16:2, 16:6, 16:12
test [2] - 10:25, 12:16
testified [3] - 5:10, 12:3, 12:19
testifies [1] - 4:11
testify [3] - 6:3, 9:7, 16:20
testimony [8] - 5:15, 7:4, 9:2, 9:5, 10:20, 10:23, 15:16, 18:25
THE [42] - 1:9, 1:13, 1:15, 2:1, 2:8, 2:12, 2:19, 2:22, 2:23, 3:10, 3:16, 3:20, 4:3, 5:8, 5:13, 9:4, 9:12, 9:14, 10:6, 12:14, 13:1, 13:5, 13:14, 14:24, 15:7, 15:13, 15:19, 15:22, 16:13, 17:1, 17:6, 17:8, 17:14, 17:18, 18:1, 18:3, 18:6, 18:10, 18:16, 18:18, 19:1, 19:11
Theresa [2] - 1:15, 2:9
thoroughly [1] - 8:25
threat [1] - 6:25
threatened [1] - 16:21
three [1] - 7:11
today [2] - 2:18, 19:15
together [1] - 17:9
Tortola [1] - 16:18
traffic [1] - 19:4
trained [1] - 15:1
transcription [1] - 20:4
trial [5] - 5:24, 15:18, 19:12
triggered [1] - 6:11
truthfulness [1] - 4:16
try [1] - 3:22
turn [1] - 8:15
twice [1] - 12:7
two [2] - 6:5, 6:14

## U

U.S [3] - 4:10, 5:16,

7:12
unaware [1] - 7:7
unclear [1] - 15:2
under [1] - 14:21
undercovers [1] - 14:3
unduly [1] - 14:21
UNITED [3] - 1:1, 1:4, 1:13
uNITED [1] - 1:10
United [10] - 1:17, 2:2, 3:13, 5:21, 10:2, 10:13, 12:3, 16:20, 17:24, 19:8
unlike [1] - 10:17
untruthful [1] - 4:18
up [6] - 3:5, 11:16, 11:19, 18:20, 19:13, 19:14

## V

Van [13] - 1:15, 2:10, 3:10, 3:20, 8:9, 8:15, 9:1, 9:14, 12:14, 13:14, 15:4, 15:22, 18:11
VAN [15] - 2:9, 2:17, 2:21, 3:11, 3:17, 9:15, 10:7, 12:21, 13:2, 13:9, 16:1, 16:14, 18:14, 18:17, 19:9
variety [1] - 11:14
various [1] - 4:8
versus [1] - 10:2
viable [1] - 12:2
vindicate [1] - 11:9
Virgin [1] - 12:3
VLIET [15] - 2:9, 2:17, 2:21, 3:11, 3:17, 9:15, 10:7, 12:21, 13:2, 13:9, 16:1, 16:14, 18:14, 18:17, 19:9
Vliet [13] - 1:15, 2:10, 3:10, 3:20, 8:10, 8:15, 9:1, 9:14, 12:14, 13:14, 15:4, 15:22, 18:11
vs [2] - 1:5, 2:2

## W

week [1] - 12:7
weekend [1] - 6:1
whole [1] - 9:17
wholly [1] - 4:14
WILLIAMS [1] - 1:9
wise [1] - 15:19
wish [3] - 3:2, 12:23,

15:24
Witek [2] - 4:21, 5:16
Witek's [4] - 9:2, 10:20, 14:12, 15:16
witness [5] - 5:14, 10:8, 10:24, 15:12, 19:6
witness' [1] - 10:13
woman [1] - 17:21
works [1] - 18:21
worth [1] - 12:8
writing [1] - 18:15

## Y

years [1] - 7:18
years' [1] - 12:8